IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19 - 64 |
| JOHN DOUGHERTY<br>ROBERT HENON<br>BRIAN BURROWS<br>MICHAEL NEILL<br>MARITA CRAWFORD<br>NIKO RODRIGUEZ<br>BRIAN FIOCCA<br>ANTHONY MASSA | :<br><br>:<br><br>:<br><br>: | |

## PROTECTIVE ORDER

AND NOW, this 18TH day of APRIL, 2019, upon consideration of the government's unopposed motion for a protective order, it is ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, that defense counsel may make such use of the discovery materials as is necessary to prepare for trial and for use at trial, including the disclosure of the material to the defendants. Any counsel, defendant, or other person to whom disclosure is made pursuant to this paragraph may not use the discovery materials for any purpose other than preparation for or use at trial, and may not disclose the discovery materials or information contained in the discovery materials to any third party, except as required to prepare for trial or for use at trial. Defense counsel shall maintain a log of every person to whom disclosure of the discovery materials is made for the purpose of preparation for or use at trial, and shall have any person who

is not a defendant or employee of the law firm representing the defendant, at the time of disclosure, sign and date the following statement:

> I, _____, acknowledge that discovery materials have been disclosed to me for the purpose of assisting defendant
>
> _____
> in preparing for and using such materials at trial.
>
> I have read the Order of the Court dated_____ permitting such disclosure to me, and agree, as directed in that Order, that I will use the discovery materials only for preparation for and use at trial, and will not otherwise disclose the discovery materials or information contained in the discovery materials to any third party. I acknowledge that a violation of the Court's Order may result in penalties for contempt of court.
>
> _____
> Signature

BY THE COURT:

_____
HONORABLE JEFFREY L. SCHMEHL,
United States District Court Judge