IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CRIMINAL NO: 2:19-cr-00064-JLS-1 |
| v. | : | |
| | : | |
| JOHN DOUGHERTY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

**NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT
OF DEFENDANT JOHN DOUGHERTY'S MOTION TO DISMISS
COUNTS 97 – 109 OF THE INDICTMENT**

Defendant, John Dougherty, hereby submits as supplemental authority in further support of his pending Motion to Dismiss Counts 97 – 109 of the Indictment (the "Motion," Dkt. No. 65), the opinion of the Second Circuit in *United States v. Silver*, No. 1802380 (2d. Cir. Jan. 20, 2020) (attached hereto as Exhibit 1), which analyzes the standards for proving the bribery theory of honest services fraud under 18 U.S.C. § 1346 following the United States Supreme Court's decision in *McDonnell v. United States*, 136 S.Ct. 2355 (2016). In the *Silver* Opinion, the Second Circuit held that, following the *McDonnell* decision, in order to prove the "as opportunities arise" theory of honest services fraud bribery – referred to as the "retainer" or "stream of benefits" theory in the Third Circuit – the government must prove that a charged payment to a public official was made with the specific intent to influence official acts on specific questions or matters arising before the public official. Thus, the *Silver* opinion further supports Defendant's argument in the Motion that the government has failed to allege a cognizable theory of honest services fraud because the government has failed to allege that defendant made any payments to a public official with the specific intent to influence official action on specific questions or matters.

Dated:  January 29, 2020

                                          */s/ Terence M. Grugan*
                                          Henry E. Hockeimer, Jr. (I.D. No. 86768)
                                          David L. Axelrod (I.D. No. 323729)
                                          Terence M. Grugan (I.D. No. 307211)
                                          Emilia McKee Vassallo (I.D. No. 318428)
                                          BALLARD SPAHR LLP
                                          1735 Market Street, 51st Floor
                                          Philadelphia, PA  19103-7599
                                          T: 215.665.8500
                                          F: 215.864.8999

                                          *Attorneys for Defendant John Dougherty*