IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA

v.

JOHN DOUGHERTY, *et al.*

CRIMINAL
No. 19-64-6


## ORDER

**AND NOW**, this _5_ day of February, 2020, upon review of Defendant Niko Rodriquez's unopposed Motion for Discovery Pursuant to Federal Rule of Criminal Procedure 16 (ECF Docket No. 49) it is hereby **ORDERED** that the Motion is **GRANTED.**[1]


BY THE COURT:

Jeffrey L. Schmehl, J.

---

[1] *See* FED. R. CRIM. P. 16; *See also United States v. Maury*, 695 F.3d 227, 248-49 (3d Cir. 2012) ("Rule 16 . . . requires that the government, '[u]pon a defendant's request,' allow the defendant access to certain categories of information that the government has collected over the course of its investigation.").