IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOHN DOUGHERTY, *et al.*

CRIMINAL
No. 19-64-6

## ORDER

AND NOW, this 5th day of February, 2020, upon review of Defendant Niko Rodriquez's unopposed Motion for Disclosure of Exculpatory Evidence (ECF Docket No. 50) it is hereby **ORDERED** that the Motion is **GRANTED**.[1]

BY THE COURT:

Jeffrey L. Schmehl, J.

---

[1] *See Brady v. Maryland*, 373 U.S. 83, 87 (1963) ([T]the suppression by the prosecution of evidence favorable to an accused upon request violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution.").