# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

David L. Axelrod
Tel: 215.864.8639
Fax: 215.864.8999
axelrodd@ballardspahr.com

June 1, 2020

*Via E-mail*

Honorable Paul S. Diamond
United States District Judge for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *United States v. John Dougherty, et al., Case No. 2:19-cr-00064-JLS*

Dear Judge Diamond:

Ballard Spahr LLP represents John Dougherty in the above-captioned case. On August 6, 2019, Dougherty filed a Motion to Suppress Title III Wiretap Evidence on the grounds that the government failed to demonstrate necessity as required by the applicable statute.  *See* D.E. 97. Dougherty respectfully requests an evidentiary hearing on this motion and anticipates calling FBI Special Agent Jason Blake to testify as the affiant on the Title III wiretap affidavit executed on April 29, 2015.

Respectfully yours,

David L. Axelrod

DLA

cc:   AUSA Frank R. Costello
      AUSA Paul L. Gray
      AUSA Richard P. Barrett
      All Defense Counsel of Record

DMEAST #41190328 v1