IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 19-64-JLS** |
| | : | |
| **JOHN DOUGHERTY ET AL.** | : | |

## O R D E R

**AND NOW**, this 9th day of July, 2020, for the reasons provided in my Memorandum Opinion (Doc. No. 149), it is hereby **ORDERED** that Defendant John Dougherty's Motion to Suppress Title III Wiretap Evidence (Doc. No. 97) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.