IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOHN DOUGHERTY *et al.*,

CRIMINAL ACTION
No. 19-64

## ORDER

**AND NOW**, this 1st day of September, 2020, upon review of Defendant John Dougherty's "Motion to Dismiss Counts 97-109 of the Indictment" (ECF No. 65), Defendant Robert Henon's Motion to Join therein (ECF No. 84), all supporting and opposing materials, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant Robert Henon's "Motion to Join in Co-Defendant John Dougherty's Motion to Dismiss Counts 97-109 of the Indictment" is **GRANTED**. (*See* ECF No. 84.);

2. Defendant John Dougherty's "Motion to Dismiss Counts 97-109 of the Indictment" is **DENIED**. (*See* ECF No. 65.); and

3. Defendant John Dougherty's Motion to Strike, in the alternative, is **DENIED**. (*See id.*)

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.

1