IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOUGHERTY *et al.*,<br><br>Defendants. | CRIMINAL ACTION<br>No. 19-64 |

## **ORDER**

**AND NOW**, this 1ˢᵗ day of September, 2020, upon review of the below-referenced Motions, and all documents and argument in support and in opposition, it is hereby **ORDERED** as follows:

1. Defendant Anthony Massa's "Motion to Join in Co-Defendant Brian Burrows' Motion to Sever Counts 97-116 for Separate Trial" is **GRANTED**. (*See* ECF No. 87.);

2. Defendant Niko Rodriguez's "Motion to Join in Co-Defendant Brian Burrows' Motion to Sever Counts 97-116" is **GRANTED**. (*See* ECF No. 92.);

3. Defendant Marita Crawford's "Motion to Join in Co-Defendant John Dougherty's Motion to Suppress Wiretap Evidence" is **DENIED AS MOOT**. (*See* ECF No. 99.);¹

4. Defendant Robert Henon's "Motion to Join in Co-Defendant John Dougherty's Motion to Suppress Wiretap Evidence" is **DENIED AS MOOT**. (*See* ECF No. 100.);² and

---

¹ By way of an Order dated June 19, 2020, this Court denied Dougherty's Motion to Suppress Wiretap Evidence. (*See* ECF No. 134.) As such, Defendant Crawford and Henon's Motions to Join thereto are denied as moot.
² *See supra* note 1.

1

5. The Government's "Motion for a Supplemental Conflict Colloquy" is **DENIED AS MOOT** (*See* ECF No. 119.).[3]

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.

---

[3] This Court held a supplemental conflict colloquy concerning this Motion on May 13, 2020. The following day, this Court issued an Order stating "that Ms. Crawford and Mr. Henon have knowingly and intelligently waived any potential conflict(s) of interest, and counsel of record may continue in their representation. (*See* ECF No. 126.) Accordingly, this issue has been resolved and this Motion is denied as moot.