IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION |
| JOHN DOUGHERTY *et al.*, | No. 19-64 |

## ORDER

**AND NOW**, this 17th day of September, 2020, upon review of the below-referenced Motions, it is hereby **ORDERED** as follows:

1. Defendant Brian Burrows' Motion Seeking Continuance of Trial Date is **GRANTED**. (*See* ECF No. 153.);

2. Defendant Robert Henon's Motion to Continue Trial is **GRANTED**. (*See* ECF No. 154.);

3. Defendant John Dougherty's Motion for Joinder in Co-Defendant Burrows' Motion Seeking a Continuance of the Trial Date is **GRANTED**. (*See* ECF No. 155.)

It is further **ORDERED** that the trial in this matter is continued to Monday, January 11, 2021, beginning with jury selection at 9:30 a.m. at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from the entry of this Order until the trial date set herein shall be excluded under the Speedy Trial Act.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.