IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTIONS<br>NO. 19-64-1, NO. 19-64-2 |
| v. | : | |
| | | April 8, 2021 |
| JOHN DOUGHERTY<br>ROBERT HENON | : | |

## AMENDED NOTICE OF JURY TRIAL

TAKE NOTICE that **JURY SELECTION and TRIAL** in the above case is scheduled to begin on **MONDAY, OCTOBER 4, 2021,** at **9:30 A.M.** before the Honorable Jeffrey L. Schmehl at the James A. Byrne United States Courthouse, 601 Market Street, Courtroom (TBA), Philadelphia, Pennsylvania.

**DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

> Tanya L. Allender
> Deputy Clerk to Judge Schmehl
> (610) 320-5030

NO INTERPRETER REQUIRED
[X] THIS PROCEEDING HAS BEEN RESCHEDULED FROM:   May 3, 2021

NOTICE TO:  All Counsel
            U.S. Marshal
            Probation Office
            Pretrial Services
            Interpreter Services