IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION<br>No. 19-64 |
| JOHN DOUGHERTY and ROBERT HENON, | |

## ORDER

**AND NOW**, this 2nd day of November, 2021, upon review of Defendant Dougherty's and Defendant Henon's Motions for Judgment of Acquittal and the responses thereto it is hereby **ORDERED** that the Motions for Judgment of Acquittal are **GRANTED IN PART** and **DENIED IN PART**. The Motions for Judgment of Acquittal are Granted to the extent that Defendant Dougherty shall be stricken from any allegation of his involvement with the PPA-related overt acts. The Motions for Judgment of Acquittal are Denied in their entirety otherwise.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.[1]

---

[1] The Court will write a Memorandum Opinion explaining its decision and file it as soon as possible.