IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION<br>No. 19-64 |
| JOHN DOUGHERTY and ROBERT HENON, | |

## ORDER

**AND NOW**, 20th day of January, 2022, it is hereby **ORDERED** that the Government shall file a surreply to defendant John Dougherty's Reply in Support of his Motion for Acquittal, or alternatively, Motion for New Trial by **January 27, 2022**, if the Government deems it necessary to file a surreply, and if the Government intends to not file a surreply they shall notify the Court accordingly.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**Jeffrey L. Schmehl, J.**