IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 19-64-1 & 21-65-1 |
| JOHN DOUGHERTY | : | |
| USMS # 77031-066 | | |

## NOTICE OF HEARING

TAKE NOTICE that Defendant is scheduled for a HEARING on the Motion to Withdraw on **FRIDAY, SEPTEMBER 2, 2022, at 10:00 A.M.** before the **Honorable Jeffrey L. Schmehl** in the United States District Court, 201 Penn Street, Fifth Floor Courtroom, The Gateway Building, Reading, Pennsylvania 19601.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: Tanya L. Allender, Courtroom Deputy to J. Schmehl
Phone: 610.320.5030

Date: 8/19/2022

cc via U.S. Mail:  Defendant
cc via email:   Defense Counsel
       U.S. Attorney's Office
       U.S. Marshal
       Court Security
       Probation Office
       Pretrial Services
       Interpreter Coordinator

crnotice (July 2021)