# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NOS. 19-64, 21-65 |
| | : | |
| JOHN DOUGHERTY | : | |

## ORDER

**AND NOW**, this 27th day of October, 2022, upon consideration of the record in these cases, the fact that Defendant John Dougherty submitted a financial affidavit on October 5, 2022 (which the Court is now filing under seal), the possibility of the appointment of counsel by the Court, and for good cause shown, it is hereby **ORDERED** that unless Defendant has retained private counsel by the time of the October 31, 2022 hearing, Defendant must update and execute a new financial affidavit (setting forth completely his assets, income, debts, obligations, and living expenses) to be submitted immediately following the October 31, 2022 hearing.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**