# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Dec 6, 2022 11:16AM

JOHN DOUGHERTY

| Rcpt. No: 20004565 | | Trans. Date: Dec 6, 2022 11:16AM | | | Cashier ID: #NL |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 701 | Treasury Registry | DPAE219CR000064 /001<br>JOHN DOUGHERTY | 1 | 10000.00 | 10000.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| PC | OTCnet Check | #6679471 | 11/30/2022 | | $10,000.00 |
| | | | | Total Due Prior to Payment: | $10,000.00 |
| | | | | Total Tendered: | $10,000.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Comments**: CJA FUND

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.