# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 19-64 |
| | : | |
| JOHN DOUGHERTY *et al.* | : | |

## **ORDER**

**AND NOW**, this 15th day of February, 2023, upon consideration of correspondence from counsel for Defendant John Dougherty, it is hereby **ORDERED** that the deadline for Defendant to file his *Motion to Dismiss the Indictment, or, in the Alternative, Vacate the Honest Services Conviction* is extended to February 22, 2023.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**