# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION<br>No. 19-64 |
| JOHN DOUGHERTY *et al.* | |

## ORDER

**AND NOW**, this 24th day of February, 2023, upon review of Defendants John Dougherty and Robert Henon's post-verdict *Motions for Judgment of Acquittal* (ECF Nos. 253, 254) and the Government's oppositions thereto, it is hereby **ORDERED** that Defendants' Motions are **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

 */s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**