IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
                                                        NO. 19-64-1, 3

                       v.                      :

JOHN DOUGHERTY                    :
BRIAN BURROWS                     :

## <u>NOTICE</u>

         TAKE NOTICE that Defendants are scheduled for JURY SELECTION and TRIAL beginning on **MONDAY, MAY 8, 2023, at 9:30 A.M.** before the **Honorable Jeffrey L. Schmehl** in Courtroom T/B/A of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A         interpreter will be required for the defendant.

☒ **Hearing rescheduled from:  April 24, 2023**

For additional information, please contact the undersigned.

By:          Tanya L. Allender, Courtroom Deputy to J. Schmehl
              Phone: 610.320.5030

Date:        4/12/2023

cc:                Defendants (through counsel)
cc via email:       Defense Counsel
                    U.S. Attorney's Office
                    U.S. Marshal
                    Court Security
                    Probation Office
                    Pretrial Services
                    Interpreter Coordinator
crnotice (July 2021)