# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 19-64 |
| | : | |
| JOHN DOUGHERTY *et al.* | : | |

# ORDER

**AND NOW**, this 12th day of April, 2023, upon consideration of *Defendant John Dougherty's Motion to Dismiss the Indictment or, in the Alternative, Vacate the Convictions Returned on November 15, 2021 Due to the Violation of Mr. Dougherty's Sixth Amendment Right to Conflict Free Counsel* (ECF No. 429) and the Government's opposition thereto (ECF No. 455), and after having held a hearing on March 15, 2023, it is hereby **ORDERED** that Mr. Dougherty's Motion is **DENIED WITHOUT PREJUDICE** as to the effect of allegedly conflicted counsel on the first trial in this case and **DENIED WITH PREJUDICE** as to any such effect on the upcoming second trial.

BY THE COURT:


 */s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**