IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 19-64 |
| | : | |
| JOHN DOUGHERTY | : | |

### ORDER

**AND NOW**, this 31st day of July, 2023, upon consideration of Defendant John Dougherty's *Motion to Dismiss the Indictment in Light of the Government's Violations of His Fifth and Sixth Amendment Rights and Other Willful Discovery Violations* (ECF No. 417) and the Government's opposition thereto (ECF No. 424), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Mr. Dougherty's Motion is **DENIED**.

BY THE COURT:


 */s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**