# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 19-64 |
| | : | |
| JOHN DOUGHERTY *et al.* | : | |

## ORDER

**AND NOW**, this 1st day of August, 2023, upon consideration of correspondence from counsel for Defendant John Dougherty dated July 18, 2023, it is hereby **ORDERED** that the supplemental motions referenced by that letter shall be filed by August 18, 2023.  It is further **ORDERED** that a telephonic status conference shall be held on August 3, 2023, at 3:00 p.m.  The parties shall call into the conference at 888-204-5984 using access code 3221457.

BY THE COURT:


 */s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**