# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CRIMINAL ACTION NO. 19-64-1, 3 |
| : | |
| JOHN DOUGHERTY and : | |
| BRIAN BURROWS : | |

## ORDER

**AND NOW**, this 4th day of December, 2023, upon consideration of various motions concerning evidence to be admitted at trial (*see* ECF Nos. 426, 580, 581, 602), and considering that such issues were either decided by this Court on the record or mooted by a party's decision not to introduce that evidence at trial, it is hereby **ORDERED** that such motions are **DENIED AS MOOT**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**