IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Criminal No.: 19-CR-64 |
| : | |
| JOHN DOUGHERTY : | |

<u>ORDER</u>

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant's Motion for Continuance of Sentencing, it is hereby ORDERED and DECREED that said Motion is granted.

BY THE COURT:

_____

J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Criminal No.: 19-CR-64 |
| : | |
| JOHN DOUGHERTY : | |

MOTION FOR CONTINUANCE

**COMES NOW**, John Dougherty, by and through his attorneys, Gregory J. Pagano, Esquire, and Henry George, Esquire and requests that this Court continue the sentencing date of July 11, 2024 and in support thereof avers as follows:

1. Mr. Dougherty, was indicted on or about January 29, 2019 for acts related to his position as a business manager of a Philadelphia trade union. The indictment charged eight defendants (including Mr. Dougherty who is the lead defendant), all union officials and employees, with 116 counts. The case was severed into two separate trials; Counts 1-96, charging Mr. Dougherty and six codefendants with embezzlement and related charges from the union and related charges and Counts 97-116, charging honest services fraud as to Mr. Dougherty and one codefendant. The honest services (Counts 97-116) proceeded to trial in October 2021, and the embezzlement (Counts 1-96) proceeded to trial in November 2023.

2. Mr. Dougherty was also indicted on March 2, 2021 and charged with Extortion under docket 2:21-cr-65-JLS

3. The second indictment proceeded to trial in April 2024 and resulted in a mistrial due to

the jury being hopelessly deadlocked.

4. As of the filing of this motion, the Government has not decided whether it intends to proceed to trial for a second time on this indictment.

5. Currently the jury selection for the second indictment is scheduled to begin on September 16, 2024.

6. Sentencing is currently scheduled July 11, 2024.

7. In the interest of judicial economy, Defendant John Dougherty respectfully requests that his sentencing be postponed until after the outcome of the second indictment.

8. Wherefore, it is respectfully requested that the sentencing hearing be scheduled after the final outcome of the second indictment under docket 2:21-cr-65-JLS.

                Respectfully submitted:

                /s/ Gregory J. Pagano
                GREGORY J. PAGANO, ESQUIRE
                Attorney for Defendant, John Dougherty
                1315 Walnut Street, 12th Floor
                Philadelphia, PA 19107
                215-636-0160

                /s/ Henry George
                HENRY GEORGE, ESQUIRE
                Attorney for Defendant, John Dougherty
                1315 Walnut Street, 12th Floor
                Philadelphia, PA 19107
                215-636-0160

DATED: June 10, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Criminal No.: 19-CR-64 |
| : | |
| JOHN DOUGHERTY : | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Motion for Continuance has been served upon AUSA Frank Costello , U. S. Attorney's Office, 615 Chestnut Street, Philadelphia, PA l9106, via the Court's Electronic Filing System.

_____/s/_____
GREGORY J. PAGANO, ESQUIRE