# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. 19-64 |
| | : |
| JOHN DOUGHERTY | : |

## ORDER

**AND NOW**, this 21st day of June, 2024, upon consideration of Defendants' post-verdict Motions for Judgment of Acquittal Pursuant to Rule 29(c) (ECF Nos. 652, 655, 683), Mr. Burrows's Motion for New Trial Pursuant to Rule 33 (ECF No. 653), Mr. Dougherty's Supplemental Motion for Judgment of Acquittal Pursuant to Rule 29(c) (ECF No. 741), and the Government's opposition thereto (ECF No. 724), it is hereby **ORDERED** that all of Defendants' Motions are **DENIED** for the reasons set forth in the accompanying memorandum.[1]

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**

---

[1] This memorandum also explains the Court's prior Order (ECF No. 619) denying Defendants' pre-verdict Motions for Judgment of Acquittal.