# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | CRIMINAL ACTION NO. 19-64-1 |
| : | |
| JOHN DOUGHERTY   : | |

## ORDER

**AND NOW**, this 9th day of July, 2024, upon consideration of Defendant John Dougherty's various motions concerning an alleged conflict of interest in prior counsel's representation of Mr. Dougherty (ECF Nos. 429, 521, 730) and the Government's opposition thereto (ECF Nos. 455, 723, 731), and having held a hearing on the matter on March 20, 2024, it is hereby **ORDERED** that Mr. Dougherty's motions are **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_/s/ Jeffrey L. Schmehl_
**JEFFREY L. SCHMEHL, J.**