# LETTER OF SUPPORT FOR JOHN DOUGHERTY

UNITED STATES OF AMERICA

V.

JOHN DOUGHERTY
CASE NO. 19-CR-64

# Dougherty Letters Index

1. Joseph P. Hand, Jr
2. Joseph P. Hand III
3. Bruce D. Shelly
4. Shane Mellwig
5. Alan L. Butkovitz
6. Robert Bair
7. Arlene Gillespie
8. Ann Catania
9. Christopher Drumm
10. William C. Meyers
11. Joseph W. Pooler, Jr.
12. Jack Noreski
13. Kayne S. Deissroth
14. Janet Remore
15. Jawan J. Newman, M.Ed
16. Leigh-Ann Wilson
17. Teresa Bamming
18. Patrick Delaney
19. George M. Rohanna
20. Linda L. Young
21. Larry Bradley
22. Rosemarie Mellwig
23. Jack Noreski
24. Michael J. Bradley Jr. & Linda C. Bradley
25. C, James Spellane
26. Daniel J. McBride
27. Jeffrey B. Rotwitt
28. Joseph W. Jaep
29. Elizabeth O’Neil-Eiding
30. Maurice Hartey
31. John J. McNichol
32. The Rumbaugh Family
33. Daniel Gallagher
34. Salvatore J. Patti
35. James J. Masino
36. Emmet J. Harrity
37. David L. Auspitz
38. Rev. Joseph Kelley
39. Boe Lawless

40. Bob Coyle
41. Jacquelyn Eddis
42. John B. Hall
43. Mike Driscoll
44. Michael P. Monahan
45. Sandra Schultz Newman
46. Edward G. Rendell
47. Robert W. O’Donnell
48. Donna Gentile O’Donnell
49. Stu Bykofsky
50. James T. Dintino
51. Bryan H. Young
52. Patrick Boyle
53. Joseph Volpe
54. William Carberry
55. Dennis Murphy
56. Fran Kelly
57. John Murawski
58. Terry Duczkowski
59. Eileen Kelly
60. Michele Vaughn
61. Fred and Sharon Burke
62. Susan DuMond
63. William Carberry
64. Francis McLaughlin
65. Brian Hickey
66. Stephen K. Klasko
67. Richard L. Diegel
68. Stephen K. Klasko
69. Stephen M. Aldrich
70. Dorothy M. Miller
71. Bernadette Bachich
72. Michael Knobbs
73. Vanessa Gervasi DeRose
74. Thomas P. Foley
75. Dan Sullivan
76. Robert Cassidy
77. Mack Stulb
78. Michael and Marianne Connel
79. Charles Richon

80. Fred Keller
81. Paul A. Mullen
82. Jeffrey J. Kanne
83. Wayne Miller
84. Robert Bair
85. Louis Agre
86. Alan L. Butkovitz
87. Lindsay Lazer
88. Jack King
89. Buddy Osborn
90. Chris Rupe
91. Michael Mackin
92. Matthew Pooler
93. Dan Sullivan
94. Alan L. Butkovitz
95. Robert Poston
96. Bernadette Mackin
97. Thomas P. Foley
98. Kristen Rooney
99. Joseph Kelley
100. Jim Reilley
101. Mark Squilla
102. Jim Harrity
103. James Serad
104. Joe & Roseann Kirlin
105. Barbera Barnett
106. Gerard V. Vernose
107. Robert DiAntonio
108. Maryanne Serad
109. Neil Brango
110. Larry Chastenson
111. Regina Robinson
112. Joseph A. Marchesani
113. Veronica Mackin
114. William P. Ivers
115. Ed Barkowitz
116. Bob Lawless
117. Robert DiAntonio
118. William Corazo
119. Louis Carberry

120. Louis L. Carberry
121. Mrs. Helena Carberry
122. Edward Kirlin
123. Doug Slavic
124. Charles Murphy
125. Sean M. Dougherty
126. Thomas J. Duffy
127. Regina Trabosh
128. Betsy Mulgrew
129. Patrick M. Conway
130. John Moke
131. Matthew J. McIntyre
132. Bill Vaughan
133. John Moreley
134. Maureen Drumm
135. Thomas Urbanas
136. Matthew J. Pagliaccetti
137. Bill and Rachel Strassheim
138. Stanley L. Straughter
139. Micki Kirlin
140. Brian Eddis
141. William J. Myers
142. Joseph J. Sweeney
143. Rev. John W. Swope
144. William F Edwards
145. Steve McGuckin
146. Vincent J. Fenerty
147. Patrick J. Eiding
148. James A. Hutchinson
149. Jannie L. Blackwell
150. Michael Fera
151. John Fenton
152. Tom Betteridge
153. James J. Lieb
154. Jody Della Barba
155. Samuel Staten Jr
156. Sister James Anne
157. James Snell
158. John D Bland
159. Keeley Peltz

160. Rev. Joseph Camellone
161. Edward Guzak
162. Christine Pluta
163. Ryan M. Fisher
164. Michael Samacicia
165. Ms. Laure Kreschollek
166. Mark Kane
167. Anthony Barbera
168. Kavin Corazo
169. Marcy Barnes
170. Stacey R. Conroy
171. Phillip Budwin
172. Robert J. Cellucci
173. Jim Stevenson
174. Joseph M. Williams
175. George C. Pegram
176. Rich Lazer
177. Kelvin A. Jeremiah
178. Gregg Kravits
179. Henry Lewandowski
180. William F. Keller
181. Robert Fiocca
182. Lori Barrett
183. Richard M. Holly
184. Maureen T. Fiocca
185. Maureen Fiocca
186. Tom Dugan
187. Chroyya Gordon
188. George C. Pegram
189. Thomas J. Rossomando
190. Stephan Filoramo
191. Christopher Leonard
192. S. Mary Scullion
193. Mrs Diana Stankiewics
194. John Lopaz
195. Joseph Shay Stivala
196. Tyler Price
197. Ellen T. Caplan
198. George P. Novelli Jr.
199. Joseph T. Ashdale

200. Michele Vaughn
201. Todd Neilson
202. Edward Harkins
203. Michael Fera
204. Edward R. Myers, Jr
205. Vincent Termini Sr.
206. Timothy McGinn
207. Frances McGinn
208. Ron Weber
209. Michael Otto
210. Brian Myers
211. Scott Myers
212. Danielle Myers
213. Ryan T. Kane
214. Brian J. McGinnis
215. Maria Merlino
216. Kayne Puchon
217. Thomas Kane Jr.
218. Joseph Kirlin
219. Edward McCann
220. George J. Webster
221. Brian & Morgoret Meaghen

# JOE HAND
PROMOTIONS

June 12, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl:

We are writing to you on behalf of our very good friend, John Dougherty, who is facing a sentencing hearing on July 11, 2024. We have known John for almost 20 years, and during this time, we have witnessed firsthand the incredible impact he has had on the city of Philadelphia, the surrounding region, and beyond. We hope this letter will offer insight into John's character and the many positive contributions he has made over the years and throughout his career.

We first crossed paths with John many years ago when he was the head of the Local 98 IBEW Union. Our connection quickly blossomed into a strong friendship, fueled by our shared commitment to the community and mutual respect.

Over the years, John has been a steadfast supporter of the nonprofit organization we are involved with, the Joe Hand Boxing Gym. We raise money to help run the gym with funds from corporate donations, charitable individuals, and fundraising events such as the annual Pennsylvania Eastern Regional Golden Gloves boxing tournament. Every year, John has gone above and beyond to support our cause. He has tirelessly solicited ads for our program books and made generous financial donations, ensuring that our nonprofit could continue its mission. His unwavering dedication has affected the lives of hundreds of young people in a positive way and has been instrumental in keeping our program alive.

John's contributions extend far beyond financial support. When we approached him to discuss renovating and building our gym, John did not hesitate to offer help with this undertaking. He donated his time, expertise, and advice to help us create a beacon of hope in the inner city of Philadelphia. Thanks to John's leadership and generosity, our gym stands as a testament to what can be achieved when someone cares deeply about their community.

John's commitment to helping others is unparalleled. His efforts have not only supported our gym, but have also uplifted the lives of many union members, their families, and countless individuals in the community. His leadership and dedication over the past 30+

years have made a significant difference in the lives of many, and I believe his character and contributions should be taken into consideration during his sentencing phase.

I respectfully ask that you consider John Dougherty's many years of positive influence and service to the community as you make your decision. John's actions have consistently demonstrated his commitment to improving the lives of those around him, and I am confident that he will continue to do so in the future.

Thank you for your time and consideration.

Sincerely,

Joseph P. Hand, Jr.

Joseph P. Hand, III

The Honorable Jeffrey L Schmiel
United States District judge
the gateway building suite 518
201 Penn St.
Redding PA 19601

Your Honor,
I have known John Dougherty for close to 30 years and he has been one of the best business managers that IBEW local union 98 and the NECA Electrical contractors in Philadelphia could ever find. His character, friendship and ability to get things done cannot be repeated by anyone in the future.
John has personally assisted me in personal matters as well as helping many of our electricians during their times of hardships.

Truly,

Bruce D Shelly
Shelly Electric Co,Inc

Shane Mellwig
1516 S 2nd Street
Philadelphia, PA 19147

June 11, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Schmehl:

I was born and raised in South Philadelphia in the Whitman area. I graduated from Saint John Neumann High School in 1998. Upon graduation I started working as a seasonal with Local 98. In 2000 I got into the Apprentice Program.

I had the pleasure of meeting John Dougherty in the early 2000's during a meeting at the union hall. John became my mentor and friend. I worked closely with him for 2 years and he taught me resilience in the workforce. He remained steadfast and unyielding. I relied on John to keep me mentally sound and grounded during good times and bad. John never judged me and always guided me in the right direction when I hit a bump in the road. He was "my rock in the midst of turbulent waters." He taught me to stand tall with dignity and grace and never give up the fight. Most importantly your Honor, Johnny Doc taught me to believe in myself.

John lived by example with his Catholic upbringing. He fed the hungry, gave drink to the thirsty, and he clothed the naked. Through the years I took many trips with him doing just that with clothing drives and toys for tots. During the weeks prior to Thanksgiving and Christmas Johnny Doc gathered many of us from the neighborhood and together we all dropped off turkeys and all the trimmings to feed poor families. His door was always open to anyone in need.

I speak about John Dougherty from my heart your Honorable Schmehl and I would like to plead for leniency for my dear friend and mentor.

May God bless you your Honor.

Sincerely,
Shane Mellwig

Shane Mellwig
267-407-4518

# ALAN L. BUTKOVITZ

Attorney at Law

1118 Unruh Avenue • Philadelphia, PA 19111
alan.butkovitz1@gmail.com
215.370.2448


Hon. Jeffrey L. Schmehl
Judge, U.S. District Court
for the Eastern District of
Pennsylvania
The Gateway Building,
201 Penn Street, 5th floor
Reading, Pa.

June 10, 2024

Re: U.S. v. John Dougherty

Dear Judge Schmehl:

I write in regard to the pending sentencing in the referenced matter.

I have known John Dougherty for 31 years. For the past 5 years we have been political rivals and have had only one conversation (at his father's funeral) in that time. Prior to that, we were political allies.

I respectfully request that The Court take into consideration the following when imposing sentence:

1. Mr. Dougherty's commitment to his wife Celie's physical and mental health over decades of her struggles with brain disorders was extraordinary. This is particularly true in the period since 2017, when an aneurysm left her in a coma. John literally moved into the hospital room with her and personally took care of her. This went on for months, if not years. When everybody, and I mean everybody, thought Celie had no chance of recovery, John continued to care for her and made sure the doctors continued to focus on recovery. It was quite a shock when she regained consciousness. John had remembered Celie told him what she could hear and what she feared during an earlier event and made sure she was protected, felt safe and felt hope. There is no way she would be alive today without John's constant and continuous hands on ministrations and his literal fighting for her life. Who can do that for her now?

2. John brought IBEW Local 98 and the other building trade unions into Philadelphia politics in a big way in the 1990s as the way to influence government action favoring construction and economic stimulation at a time when many thought Philadelphia had no future. His leadership solved the unemployment problem in the trades. Hundreds have enjoyed a prosperous living standard because of him in a field that had always been precarious. He also relentlessly pushed for rigorous code enforcement in a city that had become tragically lax.

3. John Dougherty is a very smart, very energetic guy who has much to offer the Philadelphia community in his remaining years of life.

While the Court has to weigh many factors in determining his sentence, I hope the Court will be able to have him use his talents to help his family and community in his remaining years.

Very truly yours,

Alan L. Butkovitz
former City Controller

cc: Greg Pagano, Esq.

Robert Bair, President, Pennsylvania State
Building and Construction Trades
904 N 2nd Street
Harrisburg PA, 17102

June 7, 2024

Judge Jeffrey L. Schmehl
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl,

I am writing this letter to provide a character reference for my friend and colleague, John Dougherty. I met John in 2008 when I became the Business Manager of IBEW local 143. He immediately welcomed me as a new Business Manager and he was always there for advice and a friendly ear. When the economy collapsed in 2009 and my trust funds were struggling and the unemployment rate in my local went to 35%, I was struggling with how to fix the problems and wasn't sure if we would even be able to save the funds. I got a phone call from John that truly set me on the course I walk to this day, He said Rob. You know what you have to do, and you know how hard this s going to be but you will convince the members your plan will work and you will always show them your confidence in making your local stronger. This will entail many sleepless nights on your part and a tremendous amount of time away from your family, but you got in in you kid and I believe in you. John could have hunkered down and only worried about his own local but he didn't, that phone call did more for the members of IBEW 143 than anyone ever knew.

As the years went by John always encouraged me to step up. He pushed me to become president of the Business manager association, president of the state electrical workers, secretary treasurer of the local building trades and he was instrumental in getting me to become involved at the state building trades. When the president of the state building trades announced his retirement, John called me and said Kid, you're ready, your qualified, and you're the right guy for this position, now grab the brass ring and make us proud. Without John Dougherty there is no way I would be where I am today. Without John Dougherty there is no way local 143 would be on the solid foundation it stands on today, and with out John Dougherty, the working men and women in this commonwealth would not have the protections and wages and benefits they have today.

Johns involvement in the Philadelphia community with charitable organizations is unprecedented, The toys and Turkey drive, the renovations to the summer camp for Autistic children, the countless times he and his members stepped up to fix community parks, install smoke detectors in peoples home, sponsor food drives, and help people battling addiction, these are just a few of the things John has done in service to his community and the residents of Philadelphia. And

There is no doubt John has a big persona and his exuberance in everything he does is plain for all to see, and when I hear him described by some if his detractors and arrogant and selfish it causes me to hurt because that is definitely not the John Dougherty I know and respect.

It has been said that the measure of a man is his ability to put others first when he himself is in need. While John's wife was very ill and in the hospital my wife was fighting her own battle with breast cancer. The possibility of losing my wife was terrifying but I always remember what John taught me about showing confidence and making sure my wife would see that every day. I put the front on for my wife but inside I was struggling. John knew, he just knew and while he would be sitting in that hospital room with his wife late at night he would pick up the phone and call me. He never asked about work or even anything to do with our unions, he only cared about my wife and then he always made sure I was ok. While he more than enough on his own plate to deal with, he still made time to check on those he cared about. When my wife and I got the news she was cancer free and she rung the bell John was one of the first calls I made, There is no doubt in my mind he was as excited and happy to hear that news as I was and again, in his own way, he taught me the importance of self-sacrifice and putting others first.

There is no way I could put on paper every good thing John has done or the positive impact he has had on so many people, but I hope by reading this letter, Your Honor can get a true sense of the John Dougherty I know, a family man, a caring man, and a man who is never afraid to help people.

I hope this letter will give your Honor cause for consideration regarding sentencing, and I am respectfully asking for as much leniency as allowed in your final decision.

Respectfully Yours,

Robert Bair

Your Honor

I guess I should begin by thanking you for taking the time to read the many letters I'm sure you will be receiving on behalf of John Dougherty. My name is Arlene Gillespie, and I am the proud wife of Pat Gillespie, now deceased, who lead the Philadelphia Building Trades organization for almost 35 years. My husband and the 51 plus unions he represented, were not only responsible for changing the Skyline of Philadelphia, but every other construction project that has made Philadelphia a First Class City. The Commuter Tunnel, Liberty I and II, the Airport Expansion, Limerick Power Plants, The Convention Center, the Kimmel Center, the Avenue of the Arts, both Stadiums, Comcast Towers and many other projects too numerous to list.

These major accomplishments didn't happen without the professional training and masterful skills of the hard-working tradesmen and women who built them and the Union Leaders involved in bringing them to fruition from the ground up. They didn't just "appear" and they weren't just built by "Big Business". Pat also fought hard for the inclusion of more minorities in the building trades because he knew it was the right thing to do, and he knew it made economic sense. He was a "man of his word" and respected by all who knew him.

My husband understood human nature and the need of those to keep others beneath them. He was able to rise above the many obstacles he often faced because he believed if you tried hard enough to see both sides of an issue and find more good than bad in a person or situation, minds and hearts could be changed. He spent his entire career "fighting the good fight" often using his great sense of humor to accomplish his goals, always holding fast to his convictions, the betterment of everyone he represented.

The very fact that my husband held his position as Business Manager without one scandal against him, despite the years of Federal scrutiny that added to the stress he already bore as he fought for fairness for his members, should tell you "who he was "at his very core, a selfless man who lived his life for others. It was never about him. He knew that every day the men he represented went to work they were working their way out of a job and it was his responsibility to make sure they had another project waiting.... which leads to the reason for this letter.

John Dougherty was like another son to Pat. John was by his side for every major project in this city. John's dedication to the members he represented never faltered, and Pat counted on him and trusted him completely. He admired his tenacious spirit, his devotion to his wife, Celie, his family, and all the men and women he represented and helped over all these many years. Was he flawed? Aren't we all?

I have lived long enough to know there isn't one person who walks this good earth that hasn't done something, in a moment of weakness, that they regret. I hope in judging John, you will think of this, and also consider the tactics that the Feds often use to justify their existence. Indeed, they can be as unscrupulous as those they perceive to be. I know of which I speak. In 1982, a couple of months after my husband was elected to head the Building Trades Council, he was a robbery victim in North Philadelphia. On his way home from work, he went there to check on a job. He was just in the wrong place at the wrong time. A bullet ricocheted through his torso almost killing him. In their overzealous pursuit of "Labor", an agent actually said that my husband, 35 at the time and near death in the hospital, was the biggest drug dealer in West Philadelphia. So yes, they too are flawed humans. I pray you take to heart our shared human failings as you decide John's future.

I have no doubt if my husband was still with us, he would be better at helping you understand the John he knew and trusted and the many lives John has helped change as he built Local 98 into the great Union it is today so others may continue to benefit from all the good he has done. As anyone will tell you, Pat Gillespie never "suffered fools" and he handpicked John to take his place when he retired. My husband would never leave the organization he dedicated his life to with someone that didn't emulate all that he stood for.

Respectfully, yours,

Arlene Gillespie

---------- Forwarded message ---------
From: **Ann Catania** <ann.catania8@gmail.com>
Date: Mon, Jun 3, 2024, 10:38 PM
Subject:
To: Ann Catania <ann.catania8@gmail.com>

This letter is one letter I am extremely happy to give my true feelings of a gentleman, a man who is selfless.

John Dougherty is one amazing, loyal, giving man. His heart is truly open to help anyone in need.

In life you have the fortune (at times) if you are lucky enough to meet a man like John Dougherty. He is 100 % committed to his family life, and as a husband he is beyond the description as one of the VERY BEST! As a friend he is extremely loyal.

I know these kind of letters are to hear the very best about the person and to only tell the good who you are writing about. Well with all due respect, I am writing this letter because John Dougherty was ALWAYS there for everyone...Some things that stick in my mind are such beautiful jestures. Every Sunday he and his guys would personally deliver loaves of bread to houses or when he heard families were not making ends meet he would send food & book bags with supplies for their children.

My personal feelings for John Dougherty are that he makes me proud to know and respect him.

Please take into consideration that along with her doctor's, John is keeping Cellie alive with his LOVE and CARE, that is the best medicine anyone can receive.

It is my esteem honor to have written this letter for John Dougherty who is a "Good Man" to so many and loved by so many.

With respect

Ann Catania

Ann Catania

June 5, 2024

Hon. Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn St.
Reading, PA 19601

Dear Judge Schmehl -

I first met John Dougherty in September of 1974, during the first hour of our first day at Saint Joseph's Prep. Given the English alphabet, and a Jesuitical insistence on some rule of order, John and I spent much of the next four years together. Upon reflection, it seems I've spent much of my life sitting behind a Dougherty and in front of a Dugan.

As a high school student, John demonstrated great intellectual curiosity and even then, a deep interest in the well-being of Philadelphia, the city we both loved. The John I recall was funny and quick to laugh - remarkably, these traits have not left him all these years and challenges later.

What I remember most vividly about "Saint Joe's Prep John" was his kindness. I've often said that while God did not bless me with a big brother, he did give me John Dougherty. John was extremely helpful to me during some difficult times as a teen. It is a situation too complicated to put forth here but suffice it to say John answered the call of Pedro Arrupe, Superior General of the Society of Jesus, to be a " man for others."

John and I attended La Salle together briefly after the Prep before family obligations placed him on a different path. I continued to see John frequently during my college years as i worked delivering for a Second Steet Pizza parlor, (he was a decent tipper :).

I can remember the day in 1991 that John told me he was running to be business manager of IBEW Local 98. I excitedly shared the news with my father, a factory worker, and a labor man himself, who politely let me know John had no chance of winning, "It's nice your friend wants to help, but they don't make guys your age the head of 98." For once, the old man was wrong. What happened next was remarkable.

As the leader of IBEW Local 98 John moved a union, a profession, a city, and on occasion a state forward. He led by appealing to what Lincoln called "the better angels of our nature".
John exhibited great generosity during his time as Business Manager, both in his professional capacity and personally. Much of the giving had a homespun, unpretentious feel. I don't think there was a block party that wanted for soft pretzels or a recreation center that needed fields lit in Philadelphia for the better part of thirty years.

Scanned with CamScanner

It's important to note that John always remained kind. He distributed that kindness to all, using a shovel rather than an eye dropper to do so. What strikes me today is when I walk through Center City with John is how often we are stopped by strangers - young and old, Black, white, yellow, and brown - who want to thank John for some past act of kindness. Often John will have forgotten the event he is being thanked for.

In better times, it was my frequent boast that apart from his brother Kevin, no one in Philadelphia politics knew John longer than me. That remains my boast. I am proud of my friend, a good and kind man, and all he has accomplished for Philadelphia and Philadelphians.

I respectfully ask that you take John's life as a "Man for Others" into consideration as this matter moves to its sentencing phase.

Respectfully,

Christopher Drumm
2153707874

Scanned with CamScanner

VINCERA INSTITUTE
1200 CONSTITUTION AVENUE
PHILADELPHIA, PA 19112
MAIN: 267.592.3200
FAX: 888.393.3980
vincerainstitute.com

June 5, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Honorable Jeffrey L. Schmehl,

I know "Johnny Doc." He was my patient. Sometimes, he confided in me. He provided advice. I have seen nothing but kindness, excellent judgment, and an undying drive to make everybody's lives better. There is no doubt that his underlying motivation in life is to contribute to the entire Philadelphia community and to make Philadelphia better.

Johnny's dedication to Philadelphia, to the union community, and to ordinary citizens of Philadelphia or Pennsylvania, must be unparalleled. He has held so many kinds of charitable leadership positions. Obviously, he believes in great causes and works tirelessly. I know that rarely does he think solely about himself. I have seen him in social, political, business, and personal situations. I hold few people in as high regard.

Please consider Johnny Doc the person in any sentencing. He deserves so much.

Thank you.

William C. Meyers, MD
President, Vincera Institute
Professor, Thomas Jefferson University
Adjunct Professor, Drexel University College of Medicine
Consulting Professor, Duke University Medical School

Joseph W. Pooler, Jr
2503 S. 21st Street
Philadelphia, PA 19145
Cell (215) 868-1527

June 5, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Honorable Judge Schmehl,

I am more than happy to offer kind words of support for John Dougherty. I have had the good fortune of knowing John for over 50 years. I am a life-long resident of South Philly, born and raised in the Second Street neighborhood. Our parents were dear friends. Our fathers were two of the dedicated and important members of the EOM Athletic Association during its early years. I have known John to be such an energetic, hard-working, and honest person, from his days playing baseball and basketball as a kid, to his time leading and growing IBEW 98. John is a person of great character, and incredibly dedicated to his family, his faith, his neighborhood, his union, and his city. He is a gifted leader, but also a caring friend to so many people. And as busy as John became, he always, always had the time to stop and talk and ask about family, kids, and especially my parents. He has donated countless hours to our local community (EOM AA, the local catholic parishes, and countless fundraising events). He has been wonderful to my family and many other families, in the neighborhood and beyond. Indeed, it is hard to find folks from the neighborhood that have not been touched by his kindness.

I sincerely hope and pray that the Court will be lenient with John. Thanks very much for your consideration.

Very truly yours,

Joseph W. Pooler, Jr.

Joseph W. Pooler, Jr.

The Honorable Jeffery L. Schmeht
United States District Judge
The Gateway Building Suite 518
201 Penn Street
Reading, Pa. 19601

Judge Schmehl

I am writing this letter about my good friend John Dougherty. I have known John for almost 50 years, starting with me coaching John in Basketball and Baseball for EOM Athletic Association and ending with John becoming a coach and a prominent member of the Athletic Association. Whenever we needed something the first person we called was John from helping us raise money for a new gym roof to fixing our baseball field. If you live in South Philly chances are John helped you and your family to have a better quality of life.

As a proud retired member of Local 98 both my family and I have benefited from his leadership The things I remember the most are his compassion when I lost my parents. He was the first one to call and stop at my house,something that a lot of members have experienced.

As John's sentencing approaches I ask for leniency. I see him often pushing his wife Celie who is severely disabled and wondering who will take care of her. Your honor, I hope you take John's whole life into consideration and realize the man has made mistakes but also made a very positive impact on thousands of Philadelphians.

Truly

Jack Noreski

June 3, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I am writing to you today in support of Mr. John Dougherty. I am a lifelong resident of South Philadelphia and have known John for as far back as I can remember. My parents were acquaintances of John's parents and although we were from different parishes, our paths occasionally crossed within the community.

Many, many years later, our paths crossed in the most meaningful way. In the early 2000s, I was asked to join John and his team of tradesmen and educators to help establish a Charter high school. At that time, I'd had the prior experience of working in the Academic Affairs Office at St. Maria Goretti Catholic High School for Girls and was the wife and mother of three college aged children. Being employed full time was a necessity and resigning from my full time position at St. Maria Goretti, to work for a school that did not yet exist, was quite a risk. John and his team assured me that the risk would be worth the reward and so I took the risk and joined them on this journey.

I spent many months working with John and his team, prior to the start of the 2002-2003 school year, and offered my suggestions and advice where I could. It was during these team meetings, after regular business hours, that I had the pleasure of witnessing John's drive to succeed and his desire to provide the children of Philadelphia with a meaningful, innovative high school experience. The Charter school was scheduled to open in September of 2002, but the building was not yet move-in ready. John didn't allow this setback to delay the school year for our new students, who were excitedly anticipating their high school experience and the staff/teachers, who left the security of their previous jobs to work at the Philadelphia E and T Charter High School. John secured an alternate space for our teachers, staff and students to begin their school year in 2002. He worked tirelessly to prepare our permanent building to safely welcome students and staff. After our brief pivot to a temporary location at the start of the school year, John and his team had our building completed, inspected and prepared to safely open the doors at 1420-22 Chestnut Street in Center City, Philadelphia.

I was employed by the Philadelphia E and T Charter High School for the next 19 years, retiring in 2022. During the many years I spent working at the Charter school, John remained effortlessly engaged with our students and staff. In addition to the many responsibilities he had as the Business Manager of IBEW Local 98, John always made the time to be visible and engaged in our school community. John ensured that our teachers were supported in developing curriculum for electrical and technology course offerings at the Charter school. He made sure that no student at the Charter school was without a warm coat and hat each winter. He spent time, in person, communicating with our students and praising them for their accomplishments. He offered our students opportunities to intern at his office. He delivered a meaningful presentation to our graduates at our commencement ceremony each June and reminded our graduates to never forget where they came from, while encouraging them to always come back home to visit. The thousands of Philadelphia E and T employees, board members, students, parents, guardians, and Phila E and T Charter High School families that have been impacted by John's support would also tell you that this reward was, without a doubt, worth the risk.

I ask you to please consider the extraordinary impact John Dougherty has made on the lives of these individuals, including my own, and offer him leniency in sentencing.

Thank you,

Kayne S. Deissroth

Kayne S. Deissroth

Honorable Jeffrey Schmehl,

I have known John Dougheety, foe over 35 years. John has been a great friend to my family. John has done so much for our community. John has helped many neighborhood kids in many ways, giving food baskets to the poor or helping out family in need at Christmas. I really believe he did alot of great things for many people, and I no he will do more. Please

CONSIdee leniency.

Thank You
Janet Remose
129 Moore St
Phila PA 19148

Your Honor

I guess I should begin by thanking you for taking the time to read the many letters I'm sure you will be receiving on behalf of John Dougherty. My name is Arlene Gillespie, and I am the proud wife of Pat Gillespie, now deceased, who lead the Philadelphia Building Trades organization for almost 35 years. My husband and the 51 plus unions he represented, were not only responsible for changing the Skyline of Philadelphia, but every other construction project that has made Philadelphia a First Class City. The Commuter Tunnel, Liberty I and II, the Airport Expansion, Limerick Power Plants, The Convention Center, the Kimmel Center, the Avenue of the Arts, both Stadiums, Comcast Towers and many other projects too numerous to list.

These major accomplishments didn't happen without the professional training and masterful skills of the hard-working tradesmen and women who built them and the Union Leaders involved in bringing them to fruition from the ground up. They didn't just "appear" and they weren't just built by "Big Business". Pat also fought hard for the inclusion of more minorities in the building trades because he knew it was the right thing to do, and he knew it made economic sense. He was a "man of his word" and respected by all who knew him.

My husband understood human nature and the need of those to keep others beneath them. He was able to rise above the many obstacles he often faced because he believed if you tried hard enough to see both sides of an issue and find more good than bad in a person or situation, minds and hearts could be changed. He spent his entire career "fighting the good fight" often using his great sense of humor to accomplish his goals, always holding fast to his convictions, the betterment of everyone he represented.

The very fact that my husband held his position as Business Manager without one scandal against him, despite the years of Federal scrutiny that added to the stress he already bore as he fought for fairness for his members, should tell you "who he was "at his very core, a selfless man who lived his life for others. It was never about him. He knew that every day the men he represented went to work they were working their way out of a job and it was his responsibility to make sure they had another project waiting.... which leads to the reason for this letter.

John Dougherty was like another son to Pat. John was by his side for every major project in this city. John's dedication to the members he represented never faltered, and Pat counted on him and trusted him completely. He admired his tenacious spirit, his devotion to his wife, Celie, his family, and all the men and women he represented and helped over all these many years. Was he flawed? Aren't we all?

I have lived long enough to know there isn't one person who walks this good earth that hasn't done something, in a moment of weakness, that they regret. I hope in judging John, you will think of this, and also consider the tactics that the Feds often use to justify their existence. Indeed, they can be as unscrupulous as those they perceive to be. I know of which I speak. In 1982, a couple of months after my husband was elected to head the Building Trades Council, he was a robbery victim in North Philadelphia. On his way home from work, he went there to check on a job. He was just in the wrong place at the wrong time. A bullet ricocheted through his torso almost killing him. In their overzealous pursuit of "Labor", an agent actually said that my husband, 35 at the time and near death in the hospital, was the biggest drug dealer in West Philadelphia. So yes, they too are flawed humans. I pray you take to heart our shared human failings as you decide John's future.

I have no doubt if my husband was still with us, he would be better at helping you understand the John he knew and trusted and the many lives John has helped change as he built Local 98 into the great Union it is today so others may continue to benefit from all the good he has done. As anyone will tell you, Pat Gillespie never "suffered fools" and he handpicked John to take his place when he retired. My husband would never leave the organization he dedicated his life to with someone that didn't emulate all that he stood for.

Respectfully, yours,

Arlene Gillespie

attn: Greg Pagano Esq.
Re: John Dougherty
1315 Walnut Street (12th floor)
Philadelphia, PA. 19107

---------- Forwarded message ---------
From: **Ann Catania** <ann.catania8@gmail.com>
Date: Mon, Jun 3, 2024, 10:38 PM
Subject:
To: Ann Catania <ann.catania8@gmail.com>

This letter is one letter I am extremely happy to give my true feelings of a gentleman, a man who is selfless.

John Dougherty is one amazing, loyal, giving man. His heart is truly open to help anyone in need.

In life you have the fortune (at times) if you are lucky enough to meet a man like John Dougherty. He is 100 % committed to his family life, and as a husband he is beyond the description as one of the VERY BEST! As a friend he is extremely loyal.

I know these kind of letters are to hear the very best about the person and to only tell the good who you are writing about. Well with all due respect, I am writing this letter because John Dougherty was ALWAYS there for everyone...Some things that stick in my mind are such beautiful jestures. Every Sunday he and his guys would personally deliver loaves of bread to houses or when he heard families were not making ends meet he would send food & book bags with supplies for their children.

My personal feelings for John Dougherty are that he makes me proud to know and respect him.

Please take into consideration that along with her doctor's, John is keeping Cellie alive with his LOVE and CARE, that is the best medicine anyone can receive.

It is my esteem honor to have written this letter for John Dougherty who is a "Good Man" to so many and loved by so many.

With respect

Ann Catania

Ann Catania

VINCERA INSTITUTE
1200 CONSTITUTION AVENUE
PHILADELPHIA, PA 19112
MAIN: 267.592.3200
FAX: 888.393.3980
vincerainstitute.com

June 5, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Honorable Jeffrey L. Schmehl,

I know "Johnny Doc." He was my patient. Sometimes, he confided in me. He provided advice. I have seen nothing but kindness, excellent judgment, and an undying drive to make everybody's lives better. There is no doubt that his underlying motivation in life is to contribute to the entire Philadelphia community and to make Philadelphia better.

Johnny's dedication to Philadelphia, to the union community, and to ordinary citizens of Philadelphia or Pennsylvania, must be unparalleled. He has held so many kinds of charitable leadership positions. Obviously, he believes in great causes and works tirelessly. I know that rarely does he think solely about himself. I have seen him in social, political, business, and personal situations. I hold few people in as high regard.

Please consider Johnny Doc the person in any sentencing. He deserves so much.

Thank you.

William C. Meyers, MD
President, Vincera Institute
Professor, Thomas Jefferson University
Adjunct Professor, Drexel University College of Medicine
Consulting Professor, Duke University Medical School

Mastery Charter Thomas Campus
927 Johnston St.
Philadelphia, PA 19148
P: 267-236-0036
F: 267-236-0030

Jun 4, 2024

Dear your Honor,

I am writing to provide you with insight into the life of Khabir Oglesby-Hicks. I have known Khabir for the past eight years, and during this time, I have witnessed his determination and motivation to overcome the challenges in his academic development.

As a student, Khabir faced difficulties in math and reading, but he was always willing to put in the extra effort to improve. He frequently met with teachers after school and dedicated time during the summer to work on these areas. Khabir dedication to his education was evident, and his teachers would describe him as a determined and a motivated individual.

Khabir also had excellent peer relationships and was known for his cheerful personality. He enjoyed laughing and socializing throughout the day, contributing to a positive atmosphere among his peers.

I have maintained contact with Khabir since his graduation and have learned about his aspirations to secure gainful employment and contribute to supporting his siblings and parents. His determination to succeed and his commitment to his family are truly commendable.

Thank you for considering this information about Khabir Oglesby-Hicks.

Sincerely,

Jawan J. Newman, M.Ed

May 31, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I am writing to you today in support of Mr. John Dougherty. I am a long term employee at the Philadelphia Electrical and Technology Charter High School and have been employed by Philadelphia E and T Charter High School, in various positions, since the school was established in 2002. For a few years, I was employed as a summer school teacher and then transitioned to full time employment in 2004, as a special education teacher. In 2015, I moved into the position of Special Education Director. I remain in this full time position at the Charter high school today.

In 2002, Mr. Dougherty worked tirelessly with a team of educators, colleagues in the trades, and community members to begin his remarkable and ongoing journey of service to the children and young adults of Philadelphia. Mr. Dougherty selected a historic building situated in Center City, Philadelphia to house our school, where it has become a second home to thousands of teenagers. This location provides children, from all over the city of Philadelphia, easy access to a safe and quality education. As a result, our school has had the pleasure of graduating thousands of young adults, from nearly every single zip code in Philadelphia. Mr. Dougherty's vision of supporting children during their transition into adulthood has impacted the lives of every individual who has left Philadelphia E and T Charter High School holding a high school diploma, ready to confidently face the world. Mr. Dougherty's vision and continued support has given our students countless opportunities, access to communities outside of their own, employability skills, college partnerships, exposure to the building trades - and so much more than I can effectively articulate in one brief letter.

The student population serviced by Philadelphia E and T Charter High School is, of course, inclusive of students with disabilities. As Business Manager of IBEW Local 98, Mr. Dougherty welcomed our students with disabilities into his office. These opportunities for job shadowing allowed our students hands-on, life skills experience and opportunities to demonstrate proficiency of their acquired employability skills. His patience, kindness and inclusive demeanor has given our students with disabilities the confidence to become adults, who actively contribute to their own communities, the building trades and the city of Philadelphia. Mr. Dougherty's biggest impact, without a doubt, was the 1-1 support he offered to one of our intellectually disabled students. In addition to supporting this young man in gaining life skills and on the job training, Mr. Dougherty took on the role of teacher for this young man, who had not yet mastered multiplication facts. To this young man, John Dougherty was not simply an employer; he was a mentor, a teacher, a father figure and a friend. His desire and ability to form nurturing relationships, built upon inclusivity and mutual respect, is nothing short of extraordinary.

I ask you today to consider the exemplary impact Mr. John Dougherty has had on the children and young adults of our city, in determining his fate. His contribution to and support of our school community has always been, and continues to be, honorable and profound.

Thank you,

LAWilson

Leigh-Ann Wilson
*Special Education Director,*
*Philadelphia Electrical and Technology Charter High School*

June 4, 2024

915 Wharton Circle
Lower Gwynedd, PA 19002

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Jeffrey Schmehl:

First, I would like to give you my history with my relationship with John Dougherty. John and I have gone back 40+ years. We met in the apprenticeship in Local 98. We both had no idea what we were doing and we were trying to learn a trade so we could provide for our families. John and I became very good electricians. We both had strong callings to be leaders in our career. John chose to get involve with the Union politics and I asked him why was he taking that direction and he said that all the past Union Leaders were only out to further their own personal gains. No one was looking out, or had any concerns, about the workers. I've decided to become a contractor. After 30 years, my company, Delaney Companies, was the largest telecommunication contractor in the mid-Atlantic area within the United States, with over 400 employees. During my time, starting and growing my company, you get tempted and pulled in many different directions and it becomes very hard to distinguish right from wrong. I have made some decisions that I am not proud of. And, thank God, for my wife and family to saw clearly that that was not the way that I wanted to be as a husband and a father.

Your Honor, both John and I came from nothing and I really do mean nothing. The only thing we had was a dream and ambition. We had no one to go to to guide us or to teach us. We jumped from the frying pan into the fire. I have to tell you, in my business, it was very hard to do it legally. It was much easier to break the law to make a lot of money. When I built a company with 400

employees at $50M in sales, your vision is very clouded. You start thinking and making decisions using your ego instead of your mind, and no one challenges you. Thank God for my wife, my family and my religion that I came to my senses and became the father, husband and business man that I wanted to be. John has experienced the same in his career. He got drunk with power, his ego was controlling his decisions and he had no one to challenge or to guide him in his journey.

Our friendship is over 40 years, as I said. I have sat with John many years in Magee Rehab worrying about if his wife will live or die. I sat with him that day his daughter, Erin, was diagnosed with cancer and the all-powerful, John Dougherty, the intimating Union leader, cried like a baby. I sat in court, in majority of the trials, and I believe that you, not only are a great judge, but you know the political situation and all the different influences that go into these indictments.

In conclusion, I know that you will do the right thing. I have prayed for the Dougherty family, and I have also said prayers for you, to please consider everything, the good the bad and the ugly, when you decide the sentencing for John.

Respectfully yours,

Patrick Delaney

Patrick Delaney

To whom it May Concern 6/3/24

I am a retired member of Local #98 1973 To 2008. 16 of those years, almost all of my last half of my 35 years of my Electrical career. John Dougherty did so much more good in his Tenure than the Little crimes he is now accused of. This man should get Probation at most. He should not serve Time For these petty charges. He was the First Business Manager To serve the most years of any Business Manager in Local #98! He deserves Leniency.

Thank you,

George M. Rohanna
#98

Linda L. Young
601 W. Holly Ave.
Apt. 25
Pitman,NJ 8071
Lyoun530@gmail.com
956-904-0797

June 3, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I am writing to provide a character reference for John J. Dougherty, whom I have known for well over 20 years as a friend. During the time I have known John, I have come to know him as a person of kindness, compassion, and a dedicated man to both his family and friends.

I recall one day when I was at John and Ceilie's home and there was a car accident on the street in front of their home. Ceilie and I were in the kitchen and didn't realize the accident was outside. John came running down the stairs and yelled to call 911 while he was grabbing water bottles to run outside to offer help for the people who were in the Jeep that was on its side. John never left the scene of the accident until it was cleared up. The fact that he immediately took it upon himself to help in any way possible didn't surprise me in the least because that is the kind of man he is, he is always there to help anyone who needs it.

There are many times during the years that I reached out to John and he always made the time to talk. My son, Bryan had a heart attack at age 35 and I called John to let him know and John immediately asked what I needed and assured me that he was only a phone call away if I needed anything. I should mention that the day of Bryan's heart attack, John was at a fundraiser for his wife, Ceilie,who I am sure you are aware, needs extreme medical care and he took the time to speak to me concerning Bryan. I will never forget the compassion he gave me. Watching John take care of Ceilie throughout the years has been nothing short of amazing. I am not sure how he does it but I've never once heard him complain lose his cool, or get discouraged. John is committed to taking care of her. Ceilie needs John.

I respectfully ask that you consider John's character and the positive contributions he has made to our community when making your decision. I am confident that with the proper support John can continue to be a positive influence and an asset to the city of Philadelphia. I understand the severity of John's situation however, I believe that this is not reflective of John's true character.

Thank you for your time and consideration.

Sincerely,

Linda L. Young

Linda L. Young
Lifelong friend of John J. Dougherty

The Honorable Judge Jeffrey L. Schmehl

The Gateway Building Suite 518

201 Penn Street

Reading, Pa 19601

Dear Judge Schmehl,

My name is Larry Bradley and I am retired. From 1975 through April 2002 I worked with the National Electrical Contractors Association in Philadelphia Pa. From 1985 through April 2002 I was the Executive Director of the association and it was during that period that I met, worked with and got to know and become a friend of John Dougherty. I have known John for over 30years and got to know him personally and professionally. Our relationship which could have easily been contentious as he was a union leader and I represented the employers who hired his members, was not. We worked as partners and became friends.

I know John to be an unassuming, extremely efficient professional and a very caring man and a man of great integrity. My extensive experience with John was underscored with him always and only wanting to help his members and their families. He was always looking out for the community as well and he was extensively involved in multiple charities and community organizations and he was very instrumental in helping so many people in the City of Philadelphia and surrounding areas. As the head of our Local Union 98, one of the largest local's in the country, I am sure you can imagine, his job was extremely complex. I watched John work tirelessly for his members and the city as well as with me to bring unprecedented labor management cooperation and success to the city. John was the tide that raised all ships and he did this in an extremely unselfish way. I came to admire him and his work ethic and character.

As I said I have known John to be a very caring man and a first class professional. He is a good person. Because of the work and the tremendous positive impact John has had on so many families, I would respectfully ask that you please consider leniency in your sentencing.

Thank you,

Larry Bradley

Larry Bradley

Rosemarie Mellwig
1516 S 2nd Street
Philadelphia, PA 19147
rmellwig@comcast.net

June 3, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Schmehl:

I have been a resident of South Philadelphia for the past 70 years. I grew up in the Graysferry area and upon getting married I moved to the Whitman/Pennsport area in South Philadelphia. I have been married for 49 years and have been blessed with three children and four grandchildren.

I had the pleasure of meeting John Dougherty in the early 2000's. He was a pillar of strength in our community. John's openness to accept each of us as an individual was heartfelt. He earned the respect of all by always being there for the community as a whole and John never judged us. He wholeheartedly engaged with us in good times and bad. He celebrated our milestones as a family and as a member of our community. His dedication and loyalty in our community and beyond is unparallelled.

My son your Honor is a recovering addict. Without John's help I know my son would not be here with us today. At one point I felt like my son was losing his battle with addiction when he overdosed. At that time my son did not have medical insurance. I went to John, and he helped us out with getting my son into a rehab facility. Through the years John continued to be my son's friend and mentor.

I was raised catholic your Honor and I do not say this lightly, but I described the feeling to other's "as if I felt for the first time that Johnny Doc through God was holding my son in the palm of his hand." It was so powerful your Honor, and I knew my son was going to be ok.

I speak about John from a mother's heart your Honorable Schmehl and I would like to plead for leniency for my friend and the community's friend, John Dougherty.

May God direct you and bless you your Honor!

Sincerely,
Rosemarie Mellwig

Rosemarie Mellwig

The Honorable Jeffery L. Schmeht
United States District Judge
The Gateway Building Suite 518
201 Penn Street
Reading, Pa. 19601

Judge Schmehl

I am writing this letter about my good friend John Dougherty. I have known John for almost 50 years, starting with me coaching John in Basketball and Baseball for EOM Athletic Association and ending with John becoming a coach and a prominent member of the Athletic Association. Whenever we needed something the first person we called was John from helping us raise money for a new gym roof to fixing our baseball field. If you live in South Philly chances are John helped you and your family to have a better quality of life.

As a proud retired member of Local 98 both my family and I have benefited from his leadership The things I remember the most are his compassion when I lost my parents. He was the first one to call and stop at my house,something that a lot of members have experienced.

As John's sentencing approaches I ask for leniency. I see him often pushing his wife Celie who is severely disabled and wondering who will take care of her. Your honor, I hope you take John's whole life into consideration and realize the man has made mistakes but also made a very positive impact on thousands of Philadelphians.

Truly

Jack Noreski

June 3, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I am writing to you today in support of Mr. John Dougherty. I am a lifelong resident of South Philadelphia and have known John for as far back as I can remember. My parents were acquaintances of John's parents and although we were from different parishes, our paths occasionally crossed within the community.

Many, many years later, our paths crossed in the most meaningful way. In the early 2000s, I was asked to join John and his team of tradesmen and educators to help establish a Charter high school. At that time, I'd had the prior experience of working in the Academic Affairs Office at St. Maria Goretti Catholic High School for Girls and was the wife and mother of three college aged children. Being employed full time was a necessity and resigning from my full time position at St. Maria Goretti, to work for a school that did not yet exist, was quite a risk. John and his team assured me that the risk would be worth the reward and so I took the risk and joined them on this journey.

I spent many months working with John and his team, prior to the start of the 2002-2003 school year, and offered my suggestions and advice where I could. It was during these team meetings, after regular business hours, that I had the pleasure of witnessing John's drive to succeed and his desire to provide the children of Philadelphia with a meaningful, innovative high school experience. The Charter school was scheduled to open in September of 2002, but the building was not yet move-in ready. John didn't allow this setback to delay the school year for our new students, who were excitedly anticipating their high school experience and the staff/teachers, who left the security of their previous jobs to work at the Philadelphia E and T Charter High School. John secured an alternate space for our teachers, staff and students to begin their school year in 2002. He worked tirelessly to prepare our permanent building to safely welcome students and staff. After our brief pivot to a temporary location at the start of the school year, John and his team had our building completed, inspected and prepared to safely open the doors at 1420-22 Chestnut Street in Center City, Philadelphia.

I was employed by the Philadelphia E and T Charter High School for the next 19 years, retiring in 2022. During the many years I spent working at the Charter school, John remained effortlessly engaged with our students and staff. In addition to the many responsibilities he had as the Business Manager of IBEW Local 98, John always made the time to be visible and engaged in our school community. John ensured that our teachers were supported in developing curriculum for electrical and technology course offerings at the Charter school. He made sure that no student at the Charter school was without a warm coat and hat each winter. He spent time, in person, communicating with our students and praising them for their accomplishments. He offered our students opportunities to intern at his office. He delivered a meaningful presentation to our graduates at our commencement ceremony each June and reminded our graduates to never forget where they came from, while encouraging them to always come back home to visit. The thousands of Philadelphia E and T employees, board members, students, parents, guardians, and Phila E and T Charter High School families that have been impacted by John's support would also tell you that this reward was, without a doubt, worth the risk.

I ask you to please consider the extraordinary impact John Dougherty has made on the lives of these individuals, including my own, and offer him leniency in sentencing.

Thank you,

Kayne S. Deissroth

Kayne S. Deissroth

Michael & Linda Bradley
1469 Country Club Drive
Springfield, PA 19064

June 6, 2024

The Honorable Jeffrey Schmehl
United State District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Subject: John J. Dougherty

Dear Judge Schmehl:

We are Michael and Linda Bradley, and I own a union flooring company in Delaware County, PA for 44 years, Board Member of Penn State University for 33 years, Parade Director of the Philadelphia St. Patrick's Day Parade for 25years, Chairmen of the Philadelphia Irish Festival at Penn's Landing for 24 years, Chairman of the Board of the Archdiocese of Philadelphia Elementary Schools of Delaware County for 11 years, Retired Board Member of the Yacht Club of Sea Isle City NJ, and a member of AOH Division 65 for 35 years. Linda was a Catholic School Teacher for 23 years. I say this because we are well-diversified members of the Philadelphia region with diverse contacts in all areas.

I met John over 30 years ago when he was a union steward for the new One Liberty Place in Philadelphia which transformed the Skyline and fortunes of Philadelphia. Little did we know our paths would soon cross again. My capacity as Parade Director for the Philadelphia St. Patrick' s Day Parade renewed this friendship and respect, and we have many mutual friends. We have been in John's and his wonderful family's company numerous times since then and have found him to be an extremely generous person, especially when it comes to the many charities he supports. He is a good man, husband, father, brother, brother-in-law, and friend. His personal resume is impeccable.

I also spent time with John as a husband when his wife Ceilie had the start of her health issues. I was actually with him the night he received the call that she had suffered a devastating stroke. Their lives changed forever that night, however John remained fiercely loyal to Ceilie, and became her main caregiver. He was the loving, doting son to Mary Theresa and John his parents, both deceased, and loving father to Erin and Tara, who are blessed to call him Dad. My family is personally blessed to know him, and to call him a friend is our greatest honor.

I have also seen John up front and personal in his work with IBEW Local 98 and the Building Trades Council. John took over a bankrupt union with no real path forward, and for over 30 years directed Local 98 to the most powerful union in the State and possibly the entire Country. When the Presidents, and Presidential hopefuls came to Philadelphia, they met with John as an equal or even more important politically to the Mayors. No one can move the needle like John. He quite simply is the hardest working person I have ever met. He goes above and beyond with anyone in need. He is always professional, courteous, intelligent, and friendly. His office is an open door for all people who are down on their luck, special needs, and he is especially good to those with addiction, as we can personally attest to with one of our sons. John started a vital addiction program for the members of Local 98 and has saved countless lives. He foresaw a great need and did not turn his head away like many others. John took our son in and offered him a job and checked up on him like a father. There is no doubt that my son would not be with us today if not shown support, care and love, by John Dougherty.

On a very personal note, as members of my family experienced addiction and other issues, John was a strong shoulder to cry on, always listened with empathy, and gave sound advice and resources. He never judged, and his compassion was unbelievable. He never said no, it is not in his vocabulary, only how can I help? When life gave us challenges, we could not handle, we always knew we had an angel on our shoulders with John. He was always there for us, and thousands of others, just like his many charities, union friends, and friends and family.

As we shied away from others at the start of the Pandemic, John dove into the deep end of the pool and worked day and night to get the members of his union back to work. He produced outside the box solutions, such as beepers on hard hats that beeped when they got within 6' of other tradesmen, for a pandemic that the current world had never seen. He reminded me of the brave NYC Firefighters who ran into the burning World Trade Centers, when everyone else was running away. The people he helps are a diverse lot of races, religions, culture, and traditions. John Dougherty is a modern-day hero. We all need people like John!

Anyone who bought billions, not millions, but billions of dollars of work to our tri-state region is responsible for putting food on the table for thousands of families and they do not even know it! The Stadium Sports Complex in Philadelphia would not be the one of the nicest in the world, with all four major sports teams playing in one location, and the revitalized Philadelphia Navy Yard and Port of Philadelphia simply would still be a dream without John. He was hugely responsible for bringing Pope Francis, the NFL Draft, the Democratic and Republican National Conventions to Philadelphia ( I know a hard-core Democrat helping Republicans is funny, but you must know John was always about jobs first for his members). John never sought the limelight and preferred being part of a team, but without a leader like John, things just do not get to the finish line.

I could go on and on about his Charitable work, especially the Variety Club, but I can let others from those organizations attest to that. I will say that Johns personal life, charitable life and union life often interacted and meshed together causing dizzying details that would break most men. I think all that 24/7 mentality had a tendency on John to probably do some things that he regrets now. If he were ever able to step back and examine his life at less than 200 miles an hour, I am sure a few things would have been managed differently. But the 99.9 percent he did well, he did like no other human being alive !

I strive to live by the example that Christ gave to us, as an example to my own children and the people that I meet every day. I am not in a position to judge John or anyone else for that matter. Every human being that has walked this earth has done things we regret; we are not perfect. But very few have had a positive impact on so many people like John have, he is a sheer force of nature. Our Country is much stronger because we have such great Christian, educated, engaged and family-oriented people like John, which helps America become the great melting pot it has become.

Please, Please, Please, consider all the good things John has done when you are deciding on this life changing event. The Dougherty Family, Philadelphia, Pennsylvania, & America will be better off having John Dougherty as a productive member of our society! Please consider the entire book of John Dougherty when deciding, and hopefully you will find it in your heart for leniency. His wife Ceilie needs him now more than ever, we all do.

Thank you for your time and consideration, if you need to contact me my phone number is 610-308-8994.

Respectfully,

*Michael J. Bradley Jr.*
Mbradley@bradleyfloors.com
610-308-8994

*Linda C. Bradley*
Lbradley@bradleyfloors.com

C. James Spellane
4601 N. Park Ave.
Apt. 1217
Chevy Chase, MD 20815

May 30, 2024

Hon. Jeffrey L. Schmehl
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl:

I am writing on behalf of my friend and union colleague John Dougherty as he awaits sentencing in your court. I am the retired Media Director of the International Brotherhood of Electrical Workers, having served from 1993 to 2014 at the union's headquarters office in Washington, D.C.

John and I met at an orientation for new staff and business managers in 1993. As a native of Bucks County, I was interested in meeting the new leader of the largest IBEW local in Philadelphia, and we became friends. At the time, I was a member of another IBEW local based in Philadelphia which later became amalgamated into Local 98. Throughout my career at the IBEW, I saw John many times at various union conventions and business meetings. He quickly became a rising star among local union leaders, building Local 98 into a dynamic force in the economy and politics of the Philadelphia area. Under John's leadership, the local expanded its share of the traditional construction market within its jurisdiction, while finding new opportunities for employment in the then rapidly expanding field of technology. We have grown accustomed to political leaders who talk about putting people to work. John Dougherty is a union leader who put words into action and has had a positive impact on countless lives throughout the region.

Over the years, I saw, and heard many testimonials to, the good work done by John and Local 98 on behalf not just of his members and their families,

but for innumerable people throughout the community. This reflects the John Dougherty that I know.

As you prepare to pass sentence on John Dougherty, I respectfully ask that you consider the full measure of the man and his work and hope you find that a degree of leniency is appropriate. Thank you for the opportunity to express my views on this matter.

Sincerely,

C. James Spellane

C, James Spellane

June 3, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Your Honor:

I am a lifelong friend of John Dougherty and write to you today from the perspective of a friend, and not that of a professional associate or an acquaintance.

John and I grew up in South Philadelphia. The area known as *Second Street* was our home. It was, and remains, a great place to be from and a great place to live. We attended Our Lady of Mount Carmel elementary school. Our families were heavily involved in the Edward O'Malley Athletic Association (EOMAA), a neighborhood organization that sponsored many athletic activities for area youths.

We were also members of a group of twelve guys that to this day remain as close, dear friends. We've always looked up to John. He was the first of our group to marry, and the first to be a dad!

In the mid-1980's I purchased a small rowhouse in South Philly that needed a completely new electrical system. John and I spent many evenings in that house replacing everything ourselves. I paid for the wiring & fixtures and John didn't charge a penny for his expertise or labor. A true friend!

My father owned a printing company in Berlin, NJ in that same time period. He wanted to provide brighter lighting in the shop to make it a safer workplace. My dad was telling John about the project and John insisted that my dad let him do the work. Once again, John didn't charge anything for his labor. That's the kind of friend he is.

John has done so many similarly kind things for so many people over the years. Whether it was in his capacity as an officer with EOMAA, a board member of the Penns Port Community Association, as President of Variety-The Children's Charity, or the many other organizations that John has been a part of, John has made a significant and lasting impact on this community and region.

I'm quite sure that Your Honor will be hearing from many folks, like me, that have known John for many years. I know that they'll be telling you about many other small and large acts of kindness over time. Perhaps the kindest thing that I know John has ever done, and continues to do, is to provide the best care possible to his wife Celie.

His devotion to her ongoing care and recovery is inspirational. There were so many occasions over these last few years that our friends would gather, but John wouldn't attend in order to stay near Celie.

In closing, I simply ask Your Honor for leniency toward John, and to take into consideration the number of people that he has helped over many decades when making your sentencing decision.

Respectfully,

Daniel J. McBride
309 W. Olive Street
Westville, NJ 08093
856-466-8759
danielmcbride@comcast.net

JEFFREY B. ROTWITT
ATTORNEY AT LAW
250 NORTH COMMERCE DRIVE, ASTON, PA 19014
610-492-7601 (DIRECT) - 610-494-6101 (FAX) - JBR714LAW@GMAIL.COM

June 20, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Your Honor,

I have been practicing law in the Eastern District of Pennsylvania for nearly fifty years and interacted over the years with innumerable members of the Bar and Judiciary (including my friend and classmate The Honorable Gene Pratter, who recently passed away). In business and philanthropic endeavors, I have also had the opportunity to have extensive dealings with the business and real estate industries and have been involved in the construction and renovation of major Philadelphia buildings such as 30th Street Station, Mellon Bank Center and 2116 Chestnut Street. All such renovation and construction perforce required me to interact and negotiate with labor unions and especially the Building Trades.

It was in this context where I first met John Dougherty as the head of Local 98. Although we were adversaries, I found him to be a skilled proponent for his union members while still not losing sight of the big picture that, if he pushed too hard, it could cause the project to fail, and thus hurt the interests of his union members and the community at large. As time wore on, I got to know John much more closely and became an admirer of his, albeit a silent one so as not to embolden him in our negotiations. As we spent more time together, I came to learn about the many steps that he took, both large and small, to advance his union's interests as well as the personal and family needs of the union members.

I also came to learn that his reach extended into the community and to several charitable causes. He truly wanted to make Philadelphia a better place to live and work, believing strongly that these goals were not mutually exclusive with his union members benefitting simultaneously. I certainly hope that you will take cognizance of John's good work in your deliberations and will find some room for leniency in your sentencing.

Yours truly,

Jeffrey B. Rotwitt

Jeffrey B. Rotwitt

Honorable Jeffrey L. Schmehl,

I hope this letter finds you well. I am writing you today regarding a lifelong friend of mine, John Dougherty. We have been friends since we were teens and have had many great times together. We coached a Little League Team together back in the 1980's. As you can imagine John ran the team and I helped, but we learned together how to coach and be mentors to young men. We did this for 5 years and many of those kids are now friends of ours and talk about that time whenever we see them. John has dedicated his life to helping our neighborhood and the city of Philadelphia and it started with little league. I have coached baseball and football for many years but I have to thank John for getting me started.

The one thing John cares about, even more than his neighborhood is his family. The love John has for his wife Celie is a beautiful thing. Their daughters Erin and Tara's success in life is a testament to how they were raised. Before Celie's life took a turn for the worse, she was always out walking and talking with the neighbors but things have changed. John is taking care of her 24/7 and she absolutely needs him around. One day away from her is too much, please consider this during sentencing.

John has dedicated his life to helping his family, Local 98, his neighborhood and the City of Philadelphia and to me that outweighs any of the negative. I know John well and I am sure I know how he thinks; he was trying to help everyone and for that, he got himself in trouble. He brought so much work to his union, which also helped the city of Philadelphia, and I would go as far as the state of Pennsylvania. He could talk to city leaders one minute and then the average Joe he passed on the street the next. His phone was constantly ringing and he was always being pulled in different directions, but always had time to talk to you.

Because of John, my two sons have become electricians. One has since taken a job with NAVSEA but still keeps his union ticket active and the other is on his way to becoming a journeyman.

I can continue and on with the many positive accomplishments, John has brought to Local 98 and all the union members as well as the city of Philadelphia but I will end here with the hope that you will consider having leniency on the sentencing of John.

Respectfully,

Joseph W. Jaep

June 21, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John J. Dougherty

Dear Judge Schmehl:

I am writing on behalf of John J. Dougherty – whom I have known for over twenty-five years.

I first met John while working at the Philadelphia Building & Construction Trades Council. I found him to be an extremely hard-working individual.

Eventually down the road, I worked for/with John when he took over the position of Business Manager at the Philadelphia Bldg Trades Council (replacing Patrick Gillespie, who retired). Working with John, I found him to be courteous, fair and again very hard working. But I also saw the other side of John – a loving husband and devoted father.

Your Honor, as you contemplate John's future, please see the John I know – the John who has spent his life helping people, especially the working men and women.

Thank you.

Respectfully,

Elizabeth O'Neill-Eiding

Elizabeth O'Neill-Eiding
382 Shady Brook Drive
Langhorne, PA 19047

To The Honorable Jeffery L. Schmehl,

I am drafting this letter to ask for leniency in the upcoming sentencing of John Dougherty. I grew up with John in South Philadelphia and as a youth spent a lot of time with him and his family. I am sure you know the background of the Dougherty family and their commitment to service in the community and to the City of Philadelphia at large.

While I am sure you are receiving letters in support of John that involve his work as a Union leader and his impact he had on their careers and families. In that regard I have personally seen many of my friends have a wonderful career in IBEW local 98 with many of them now retired and enjoying the well-deserved fruits of their labor. He was also a driving force behind the growth of the city with the support of the Unions and his leadership role not only in IBEW but with all the other unions. These projects also benefited many families in both white and blue collar industries.

While I am not a member of the union, or any union, my support is coming from a very personal place. A quick snapshot of me is I was born on 2nd Street, went to Our Lady of Mount Carmel grade school and graduated from Bishop Neumann High School in 1977. After graduation I joined the Navy and served in the Submarine Service. After the Navy I started a 40-year Federal career at the Philadelphia Navy Yard working for the Naval Surface Warfare Center. I am currently working for EHS Technologies where I am the VP of Business Development.

The impact of John on me and my family has been profound and, in my opinion, shows a side of John that highlights his loyalty to a friend that is not a Union member. You did not have to be "in the club" for John to help you. Unfortunately, my oldest son became addicted to drugs as a young man in college (he is 39 now) and my wife and I tried everything we could think of to help him. We placed him in rehab several times, tough love, engaged therapists, family members, etc. and nothing seemed to stick. I decided to call John and see if he had any thoughts/advice on what I could do assuming that the Unions must have some program for their members who were in need of addiction support.

In short order my son was swarmed with support by no less than a half dozen IBEW members and a Catholic priest who spiritually supports that community. This group of men met with my son and convinced him to go to rehab again and that was over three years ago. My wife and I along with my family proudly went to his 3-year clean and sober ceremony a few weeks ago. To put it bluntly, and with no exaggeration, John and his network saved my son's life. Even with all he has going on in his life, particularly with his wife's illness he continues to routinely check in and make sure my son is doing well and to let me know that if he needs anything to reach out.

Once again, I would ask for leniency for a man who has done so much for so many. His support of his Union, other unions in the city and in the Delaware Valley, along with his support of the Arts, recreation projects, and commercial projects throughout the city, along with his support for union training programs for city youth. I am also sure there are dozens of personal stories like mine that he does not share with others.

I know you have many factors to consider while determining sentencing and I hope that you consider this letter in the spirit that I have written it.

Respectfully,

*Maurice Hartey*

Maurice Hartey

June 21, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl:

My name is John J. McNichol, and I am the president & CEO of the Pennsylvania Convention Center Authority. I am writing to humbly express my personal opinions regarding Mr. John Dougherty who finds himself before Your Honor for sentencing.

I have known Mr. Dougherty for well over 30 years. I was introduced to John by my father, who was a local political leader in Upper Darby Township, Delaware County. John was a much younger man at the time – and an up, and coming labor leader who had already built a reputation for significant political acumen and community involvement. My father was a quick judge of character and someone who would waste little time on people he didn't trust. He clearly saw something special in John that would make their friendship last throughout my adult life.

It should be noted that my father and John came from very different backgrounds and political ideologies. My father was a Republican Party leader and John was a Democrat labor leader. What fostered trust between them was an apparent dedication to family and the people in the communities they served – in school, sports, church, and civic organizations. They enjoyed talking about the Phillies but really bonded over helping people find jobs, getting someone's elderly parent into nursing care, or making sure that regardless of political affiliation – there was room for hard-working individuals in the union or in elected office. Simply stated – my father was a "blue-collar Republican," and John was a "business-minded Democrat" and in those roles they found common ground and mutual admiration.

John and I have enjoyed a strong personal and professional relationship since the mid 1990's. Our relationship was admittedly influenced by the relationship John had with my father. It always struck me that John was incredibly deferential and respectful to my father. But it was John's love for my mother that showed me the best side of John Dougherty. I appreciated that he would always ask how my mother was doing. John closely tracked my mother's health as she struggled with breast cancer for many years. He took a genuine interest in her care and made recommendations based on his own family experiences and the relationships he had with top doctors in Philadelphia.

If nothing else, I will always remember John for how kind, caring and interested he was when it came to my parents. But there is more to my relationship with John. He and I shared additional common interests involving work in Philadelphia for his members at IBEW and the broader workforce of hospitality industry workers in the region.

As Your Honor knows, I am president & CEO of the PA Convention Center. As such, the vitality of our hospitality industry is perhaps my most important responsibility. I became president in 2014 during a difficult time. The Center was not performing well and there were major customer concerns about the cost and performance of union labor at the convention center. So much so, that John and other labor leaders needed to become part of the solution or the 92,000 men and women who work in hospitality jobs were at risk of losing their livelihood. John Dougherty stepped up and helped bring about meaningful changes at the convention center and how we do business. He met with our customers and brought most of the other labor unions to the table for difficult negotiations – resulting in a new day and bright future for our industry.

Put simply, John has been a great partner in making the PA Convention Center a world-class venue. His leadership and vision made our success possible.

I have served as president of the Convention Center for over 10 years and worked closely with John during that entire time. I will miss him in his prior role. He was an asset to the Center and a friend to me. I know that Your Honor will consider many factors in coming to a determination on John's sentencing. My hope is that

you will see value in my opinion of John and appreciate the good works that John has done for many hard-working men and women in our industry. When I think back on what John meant to my mother and father – both now deceased – I can only share on their behalf our prayers for John and hope that Your Honor will see the good in him.

Respectfully submitted,

John J. McNichol

June 19th, 2024

To Whom It May Concern:

John Dougherty is a dedicated community man who personifies what it means to be a leader - he is passionate, fearless, disciplined, resilient, empathetic, and above all, he empowers those around him. To know John, and to simply be in his company, is to feel valued and respected, no matter who you are or what you do. John thrived on engaging with people who would elevate each other, thereby allowing him to do the most good for all of those around him.

As a leader, John always stepped up. When others stepped down or looked the other way, you could rely on John to ensure the right thing was done, no matter how hard or how simple a task. Whether it be for a union member, a friend, a neighbor, or his family, he was always there to help however he could.

John worked tirelessly as a community advocate. Every holiday, big or small, John made sure to have a presence, always fundraising or raising awareness, and never forgetting anyone. John would organize events to wrap presents, hand out turkeys and pies, host food drives, and health fairs. John's priority was always to make sure that everyone was taken care of.

It is not surprising, that my family first met John at a Variety Club event many years ago. From that time on, all I have ever seen is the good that John has done for everyone he encountered, and I have always and only known him to be kind, reliable, and altruistic.

John's genuine character is something that is hard to find in this world and is truly unparalleled. It is our sincere hope that he is shown compassion and leniency as he faces this next challenge.

Thank you for your time and consideration.

Sincerely,

T. Rumbaugh

The Rumbaugh Family

DANIEL GALLAGHER
113 DICKINSON STREET
PHILADELPHIA, PENNSYLVANIA 19147

June 20, 2024

The Honorable Jeffrey L. Schmehl, U.S. District Judge
The Gateway Building
Suite 518 · 201 Penn Street
Reading, PA 19601

Re: John Dougherty

Dear Judge Schmehl:

I have been acquainted with John Dougherty since 1980. I owned a Saloon and Restaurant during that time and John was the bartender. Shortly thereafter, he became the head of the Apprentice Program for Local 98. Not long after he took charge of the aforesaid program, he began an effort to help young individuals from various communities with different backgrounds and ethnicities to obtain self-sustaining skilled employment, purchase homes and to support families in any way he was able.

On many occasions when a family or individual suffered a misfortune or any type of tragedy, John would intercede to the best of his ability to assist and support those in need. He always embodied such great compassion and if anyone would inquire there would be hundreds, if not thousands who could testify to John's heroic efforts.

In addition to the services he rendered, as mentioned above, John always had a special passion for developing and growing the E.O.M. Athletic Association, which supports young individuals in pursuit of competitive athletics in his own neighborhood and many others as well.

In conclusion, your Honor, I would like to express my sincere and genuine feelings of admiration, appreciation, and profound respect for John Dougherty's lifetime record of service to the City of Philadelphia. Since you will be the arbiter of justice in this matter, when sentencing John, I strongly believe that you should take a considered look at his decade's long spirit of generosity to all he helped in so many ways. These acts of kindness are too numerous to mention here. However, with the utmost respect, I would request leniency when sentencing John and keeping in mind all the good works he has achieved throughout the many years of service to the communities of Philadelphia.

Respectfully,

Daniel Gallagher, President
Local 1242, International Longshoreman's Association

June 18, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, Pa 19601

Dear Honorable Judge Schmehl,

Allow me to introduce myself. My name is Salvatore J. Patti, and I am currently the Senior Vice President and Director of Commercial Banking at WSFS Bank.

I have had the privilege of knowing John Dougherty since 2007 when I was the Market Leader of Commercial Banking at PNC Bank. Our paths crossed when he reached out to me since IBEW Local 98 was seeking to transition its banking relationship away from Wachovia amidst the financial crisis. PNC entered the RFP process and was selected as the main bank to Local 98 and the Pension Funds. John is also currently a WSFS Personal Banking clients as well.

During this time, I have had numerous opportunities to work alongside John and have witnessed firsthand his unwavering integrity and ethical leadership coupled with his commitment to Philadelphia as well as his dedication to supporting working families.

John's contributions to our community are numerous and impactful. He has been instrumental in the revitalization of Philadelphia, playing a key role in various development projects that have rejuvenated neighborhoods and boosted the local economy. His efforts have not only improved the city's infrastructure but have also created numerous job opportunities, significantly benefiting working families.

Furthermore, John's leadership has been pivotal in the growth and success of IBEW Local 98. Under his guidance, the union has expanded its membership and increased its influence, advocating effectively for the rights and welfare of its members. His strategic vision and tireless work have strengthened the union's position, ensuring better conditions and opportunities for its members.

In addition to his professional and community efforts, John is also a devoted family man. His love and commitment to his family are exemplary, and he has always made it a priority to be there for them, providing support, guidance, and care. His actions both in his personal life and in the community reflect a deep sense of responsibility and integrity.

While I understand the gravity of the situation at hand, I respectfully ask for your consideration of John's character and the positive impact he has had on those around him.

Sincerely,

Salvatore J. Patti

June 20, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building Suite 518
201 Penn Street
Reading Pa 19601

Your Honor,

I have known John since the early 1980's when I played for the Edward O'Malley(EOM) youth organization baseball team and his father, Mr. Doc, was our coach and John his assistant. John has been involved in our community since then helping his dad and many others in the years since. To say they both had an influence on me and our community is a understatement. I became a coach myself for the last 25 years coaching baseball and basketball. John and Mr. Doc are a big reason I became a coach since they were great leaders of children and men and women.

John has made a huge impact on the neighborhoods of Whitman and Pennsport and the entire Philadelphia area. When I started my State Farm agency in 2001 John was one of m first customers and has been with me ever since. That speaks to his loyalty. He has referred many other customers to my agency and has helped me grow my business so I can also give back to our community. There have been plenty of occasions, either social c business, that John has pulled me aside to introduce me to people who have become clients and friends.

John's impact on my life, the life of countless others and the wellbeing of his members cannot go unrecognized. I ask that any leniency that can be granted to John would be greatly appreciated. He has many years left to make a positive influence on many more people in the future.

Sincerely,

James J Masino

James J Masino Insurance Agency Inc
1529 S 2nd St
Philadelphia Pa 19147
215-271-6030
jim@jimmasino.com

# EMMETT J. HARRITY

729 15th Avenue
Prospect Park, PA 19076
Tel: 610-809-3915
Email: emmettharrity2@gmail.com


June 17, 2024

The Honorable Jeffrey L. Schmehl
District Court Judge
Eastern District of Pennsylvania
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

**RE: John J. Dougherty**

Dear Judge Schmehl:

I write today on behalf of my friend and mentor John Dougherty. I have had the privilege and pleasure of knowing John for many years.

For most of my life, I have been a member of organized labor through Laborers Local 332 and International Union of Operating Engineers Local 542. I came to know John through his work with organized labor. During that phase of our relationship, I found John always hard working and committed to promoting the interests of the members of organized labor, zealously advocating for working families' rights. While we may not have always agreed, I always found him to be considerate of other points of view, and a conscientious, helpful, and caring person while promoting the cause of organized labor. In my dealings with him in that role, he always strove to do the fair thing, while not compromising his pursuit of the cause.

During my yearslong relationship with John, I came to know his personal side as well. He helped to mentor me along the way, always offering advice and showing a level of caring for how things were going personally with me and my family, including my spouse, child, siblings and parents. John was always a person I could call, and he would answer the phone. He was always willing to listen to my personal issues and provide wise and caring advice. I will never forget how, when my wife had cancer, John would help keep me grounded, showing great levels of warmth, kindness and caring. Even when he was going through his recent troubles, we could always discuss family issues that I may be experiencing in that regard, showing sincere interest. He always provided me helpful and concerned advice whenever I looked for it and sometimes even when I did

not know I needed it. I consider John a valuable part of my family, like an older brother or favorite uncle, and someone I very much appreciate and hold in high regard.

I understand that Your Honor is soon to make a very weighty decision that will have a great impact on the rest of John's life and that of his family. I respectfully request that you consider the type of person that I know John to be when making your decision. I have always known him to be a good person and a person who has done much good for others

Respectfully,

Emmett J. Harrity

Emmett J. Harrity

David L. Auspitz
228 Bainbridge Street
Philadelphia, PA 19147

June 17, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Thank you, your Honor, for this opportunity to write to you in support of John Dougherty. This is a unique situation because John has helped so many people and organizations, not just in Philadelphia, but the entire Delaware Valley. I remember when the Variety Club charity was in difficult financial shape. John came to their aid and quickly lead them to solvency. Whenever John was called upon he always gave 150% to help cure the problem. I never heard of his ever asking for anything in return.

Others will write to you of his many good deeds. It will be a small number compared to those who were helped quickly and quietly.

Thank you again, your Honor, for your time and the the care that will go into your decision.

Respectfully,

David L. Auspitz

**REVEREND JOSEPH KELLEY**
**2422 SOUTH SEVENTEENTH STREET**
**PHILADELPHIA, PENNSYLVANIA 19145**
**215-334-4170**

June 14, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601
Re: John Dougherty

Your Honor:

I am writing this letter on behalf of Mr. John Dougherty. I have known Mr. Dougherty for 37 years. I am aware that he is to appear before you on July 11, 2024.

My relationship John is that of priest and close friend. I am a 68year old priest who has been pastor of Saint Monica Church in South Philadelphia since 2003. I have been a priest since 1987. I live here in the parish house adjacent to and connected to the Church here at 17th and Ritner Streets. I first met John when I was a newly ordained priest at his home parish of Sacred Heart of Jesus Church in South Philadelphia. I have had a close relationship with John and his family over these past 37 years. He is a deeply spiritual person.

I have known John to be a man of integrity, generous to his church with his time, talent and treasure. He is soft-spoken and is very close to his family. In fact, he provides loving care to his wife who is severely ill.

John and I have had many interactions, socially as well as spiritually as he often attends Mass at Saint Monica's. I was a regular at his home every Christmas Eve, before Midnight Mass.

I am writing this on behalf of my good friend in the hopes that you will take my perception of his character into consideration. He truly is one of the most honest, trustworthy and upstanding people I have ever met. I pray for John

daily and appeal to you for leniency. If you have any questions regarding this matter, please feel free to call me at the above number.

Sincerely Yours,

Joseph Kelley

Rev. Joseph Kelley
Pastor

Boe Lawless

305 Rogers Road

Trooper, PA 19403

June 16, 2024

The Honorable Jeffrey L. Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, PA 19601

Dear Honorable Jeffrey L. Schmehl,

I first met John Dougherty around 1993 during my time representing the International Brotherhood of Electrical Workers (I.B.E.W.) Local Union 380's Pension and Health & Welfare boards. By 2000 I became the President and worked as a Business Agent for IBEW Local Union 380, this is where I really got to know the man that John is. John worked for (I.B.E.W) Local Union 98 and shared the same goals as Local Union 380's. During this time, it became very evident that John was a natural leader and had a deep caring for people.

Over time the demand for Local Union 380's services diminished, this had a negative impact on our available funds, work, and overall morale of our members. In 2014 John and Local Union 98 stepped in and helped merge our struggling Union with his. John oversaw a seamless transition of our Local into 98's, which was not an easy task to integrate 800 established workers and assimilate them with the thousands of established members of Local Union 98. During the transition John ensured all Local Union 380 members felt that they had always been a member of Local Union 98's.

After the transition John asked me to continue to work as a Business Agent for Local Union 98, as I did for Local Union 380. Prior to that I thought that I had known John well, however while serving alongside of him I realized his ability to connect with people and help lead them to a better future. John worked tirelessly to help build a better Union and give back to the communities that the Local served.

John is an extremely dedicated both at work and at home. He is one of the most devoted family men I have ever known. When his wife, Ceilie, had a brain aneurysm he never left her side. His unwavering love and admiration for her through good times and bad is inspiring.

In sentencing, I hope that you could take into account all of the good that John has done over his life. John is a good man, a great father & husband, and a servant to his community.

Sincerely,

Boe Lawless

The Honorable Jeffrey L. Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, PA 19601

6/16/2024

You Honor,

I am writing this letter on behalf of John Dougherty. I have a small business and have been dealing with John for many years.

John was involved with many foundations, organizations, small businesses, and many people over the years. I feel that all of us are better off because of John. He was always professional, easy to deal with, and very helpful and caring.

I am asking you to consider leniency for John.

Thank you for your time and consideration.

Bob Coyle

Third Base Sports

JACQUELYN EDDIS
1259 STANWOOD ST
Phila PA 19111

JUNE 17, 2024

THE HONORABLE JEFFERY L SCHMEHL
UNITED STATES DISTRICT JUDGE
THE GATEWAY BUILDING, SUITE 518
201 PENN ST.
READING, PA 19601

Your Honor,

I am writing this letter to ask for leniency in the July 11th sentancing of John Dougherty. I'm sure you will be flooded with letters and I hope you have the opportunity to read them all. I am intentionally handwriting this letter because I thought it might be more eye-catching, more authentic, more real and more meaningful -> like John himself. To capture the true character of John or to detail all of the ways in which his leadership has bettered the city would be a letter far too long to write. I can tell you that I have walked away from every interaction with John having felt better for having it and having him in a position to champion for the working class of the city. John has been a tireless advocate for his members, their families and the betterment of the city. I've never seen John not in work mode, not thinking ahead, not looking for the next opportunity to improve the outlook of Philadelphia. I consider John a friend - but much

more than a loyal friend - John has been a mentor for my family. My son will join the building trades next year after graduating from Father Judge. He will join the many men $ women who have a better apprenticeship program because of John, who have safer work sites because of John, who have better healthcare because of John; who earn a decent living wage because of John and who have a better (viable/healthy) pension because of John! I'm proud to have my son join such a tradition and I hope one day he has the opportunity to take on a leadership role and take on the honorable fight for middle-class Philadelphian as John has done for decades.

In closing, I respectfully request your Honor consider a lenient sentance for John Dougherty out of respect for all of the good works he's done over the course of decades of leadership

Respectfully,

Jacquelyn Eddis

JACQUELYN EDDIS

The Honorable Jeffrey L. Schmehl
United States District Judge
Gateway Building Suite 518
201 Penn ST. Reading, PA. 19601

Dear Sir,
I am writting concerning the John Daugherty upcoming sentencing process.
I am a 74 year old resident of the same neighborhood as John. I am not and have never been a member of I.B.E.W. 98. I know Doc. casually. I knew his father better. Over the years I have occasionally ran into Doc in the neighborhood. We exchange hellos + small talk. I have spoken with Doc maybe 5 times in the last 10 years. I explain this to make it clear, my opinion is totally objective.
I love my neighborhood and thanks to Doc. it not only survives but continues to thrive. I would have to write a book to explain how much good he has done for old timers like myself + young people like my grandchildren. Who also love our neighborhood.
I am writting to ask you to keep his entire body of work into consideration when making your very difficult decision.

I have never asked John for a favor, but I always knew I could depend on him to listen to me. He has been there for so many people over the years that I cannot begin to tell you.

John has worked hard all his life

In my opinion, he is a very good man. None of us are perfect. John was not perfect. He committed some lapses in judgement as we all have.

Bottom line: John is a very good man that has done so much good in his life

I hope you can take his entire body of work into consideration when making your very difficult decision.

Thank you for listening and thank you for being fair

Sincerely
Mr. John B. Hall
1915 S. 2ND ST.
215-495-4509

# CITY OF PHILADELPHIA

## CITY COUNCIL

Mike Driscoll
Councilmember
6th District
Room 313 City Hall
Philadelphia, PA 19107
215-686-3444 or 3445

---

June 9, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
210 Penn Street
Reading, PA 19601

Subject: **John J. Dougherty**

Dear Judge Schmehl:

I am Mike Driscoll, Philadelphia City Councilman for the 6th Council District. I have known John Dougherty for approximately 35 years and have interacted with him in a variety of positive professional, governmental, political and personal endeavors.

Perhaps in reflecting on John Dougherty's career and actions, we are naturally called to focus on his public world and on the theater and the fanfare of politics. In many ways, that world is one of influence and raw votes and a zero- sum mentality. Yet, I would offer that it is in the numberless, discreet, self-less actions that one's true character is revealed.

It has been said and written that, " You can easily judge the character of a man by how he treats those who can do nothing for him." It is his actions in this world and this reality that I offer my personal knowledge and interaction with John Dougherty:

>His numerous and often anonymous personal donations to help those down on their luck and in need of financial support.

>His significant generosity toward the charitable work of the Variety Club for children with disabilities.

**CITY OF PHILADELPHIA**

**CITY COUNCIL**

>His caring and guidance for those in the throes of alcohol or drug addiction by providing treatment options.

>His pleasure in knowing that a young child now had a Christmas gift to open through his strong leadership of Toys for Tots drives over many years.

>His drive to provide first-class family-sustaining benefits and wages for the men and women of IBEW Local 98.

.His legacy of restoring a once-bankrupt union to provide for the livelihoods and financial security of thousands of members over three-plus decades.

>His selfless, daily caretaking support for his wife Ceilie and her significant health needs.

Do these examples ( and numerous others) absolve any mistakes made by John in the public arena? Of course not. Yet, they fill out the true picture of the man; the full character of the person and they reflect positive community impacts that ripple out even today. They call for a pause on an incomplete view of John Dougherty that seeks only condemnation and/or punishment.

Therefore, I respectfully ask that you give every consideration to these many caring and generous acts in your sentencing. I certainly do not request leniency lightly or for leniency's sake, but for the true measure of John Dougherty—a flawed man like all of us who frequently extended his hand to those in need and asked for nothing in return.

Appropriately, your sentencing will ultimately be based on your judicious balancing and reflection on the sum- total of John's actions. I ask only for fairness in the face of fanfare.

Thank you for your consideration of this request.

Sincerely,

Councilman Mike Driscoll
Sixth District

Michael P. Monahan
International VP IBEW
135 N St
South Boston, MA 02127

May 16, 2024

Judge Jeffrey L. Schmehl
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl,

I am writing this letter to provide a character reference for my friend, mentor, and colleague, John Dougherty. I have known John for almost 30 years. When I met John in 1995, I was a newly appointed Business Agent of my Local Union 103 in Boston, MA and he was the Business Manager of Local Union 98.

At conferences he was always in the room early and stayed to the end while less prominent leaders chose to be late and leave early. Shortcuts are not in John's vocabulary.

His ideas and comments were unique, they were levelheaded, well thought out, he always stood out as a leader.

John had been a mentor of mine for seven years leading up to becoming the Business Manager of my Local 103 in Boston in 2002 and he was much of the reason I was elected. He remains a mentor of mine 30 years later. I'm a better father, and leader for it.

I have always been impressed with John's commitment to his Irish American Nationality, his Catholic faith, and his family. He has always been an inspiration to me, knowing the cross he's carried for years and continues to carry with his wife's medical challenges. He never complains about the cards he and his wife have been dealt, he just does his job.

There is so much more that I could say about John's character; however, I close by stating that as long as I have known John, I have found him to be one of the most generous, decent, and hard-working people I know.

My hope is that you will consider all the above in your deliberations regarding sentencing, and I am asking for as much leniency as allowed in your final decision, he's a good man.

Respectfully yours,

*Michael P. Monahan*

Michael P. Monahan

# Madame Justice Sandra Schultz Newman (retired)

June 7th, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I write in support of leniency in the sentencing of John Dougherty. I have known John for many years. I found Mr. Dougherty to be fair, thoughtful, and politically open-minded. He also has worked very hard for the City he loves, and his family faces many challenges because of his wife's profound disability, which has been written about in many media outlets.

To the extent that you have discretion, I hope you will apply it, bearing these circumstances in mind.

Sincerely,

Sandra Schultz Newman

Sandra Schultz Newman

Pennsylvania Supreme Court Justice (retired)

Edward G Rendell, Governor

June 6th, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601
Re: John Dougherty

Dear Judge Schmehl,

I write to tell you tell you some things I think are important for the Court, as you consider the difficult job of passing sentence. I do not know the facts of the case, so I can offer no specific recommendation. But I did think it might be helpful for you to know some of my dealings with John Dougherty to try and reveal another significant side of this complex person. I offer two examples:

First, as you may be aware, the City and the Commonwealth invested billions of dollars during my Mayoralty in the "new" Convention Center. Some of the work rules in the 7 different unions that operated the Convention Center were complex, conflicted and were likely to drive business away from the Convention Center because of the vastly increased costs of doing business. It was up to me as Mayor to get the unions to agree to modify these work rules. Facing this challenge was daunting for me. Of the union leadership, John was the only one who understood that not doing so would be fatal to the future of the Convention Center, making it impossible to attract the large Conventions we needed. In addition to modifying the work rules for his union, he persuaded all of the other unions to modify theirs. As a result, it is not an exaggeration to say that John played a critical role in working out this fundamental issue, leading to our ability to capture billions in Convention Center revenue , and creating thousands of jobs for Pennsylvania workers.

The second example is when John led the effort to build a new, much needed homeless reception center for the City. John persuaded the trades to do the construction work at cost, which made the project viable. This important construction project made it possible to get so many homeless people and families off the streets. I'm familiar with its operation because, when I was Mayor, every Christmas Eve I would take boxes of candy and presents to the Center to wish everyone a Happy Christmas. I think it was one of the most important things I did in my time as Mayor, and it would not have been possible without John's leadership.

These are but two examples. There are many, many more. I can honestly say John has done so much good for the City we both love and its citizens. And he gained nothing for himself, except the respect of so many.

Sincerely,

Ed Rendell

Edward G. Rendell
Governor, Commonwealth of Pennsylvania (2003-2011)
Mayor, City of Philadelphia (1992-2000)
District Attorney, Philadelphia (1978-1986)

ROBERT W O'DONNELL ESQ.
SPEAKER EMERITUS, PENNSYLVANIA HOUSE OF REPRESENTATIVE
925 HARVEST DRIVE, SUITE 300
BLUE BELL, PENNSYLVANIA 19422

June 7th, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I write on behalf of John Dougherty, in anticipation of his sentencing hearing on July 11th. I have known John for over 30 years, in a professional and political context, as he rose to led IBEW Local 98, and later, the Philadelphia Building Trades. This took place in an era when the best that could be said of labor leaders and politicians was that they kept their word. And that they used their power for the greater good. Whatever his detractors say, with or without evidence, I respectfully request that those two qualities of the man be a consideration in sentencing.

Respectfully submitted,

Robert W. O'Donnell

**DONNA GENTILE O'DONNELL PH.D**
**3 SPRING HOLLOW ROAD**
**WAYNE, PENNSYLVANIA 19087**

June 2, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I write respectfully in support of John Dougherty. I have known John since 1990, before he was the "Johnny Doc" persona, when he was working as an electrician in Local 98, and volunteering in the field operation of the Rendell for Mayor campaign. I was one of the lead field organizers in the campaign. Over the ensuing years, we were friends, as each of us developed professionally. He, into an extraordinarily talented and successful labor leader; me, pursuing many avenues in my education, health care, politics and government, including serving for 7 years in the Rendell administration as Deputy Health Commissioner.

I always admired John because of his many extraordinary positive qualities: indefatigable in his work for his members, and for the City and the region; always willing to help, in any circumstance; a deep and abiding love and caring for his family; and working almost constantly. John epitomized the expression: "If you do what you love, you will never work a day in your life". That was John. He loved that he could build something so extraordinary, and that it was making a difference for so many families. Making Local 98 larger than life, working closely with the late Pat Gillespie on advancing all of the Building Trades was what he was called in this life to do.

John has intelligence that far exceeds many people I know with advanced degrees. I always felt that part of the dilemma John faced is that so many people he had to negotiate with were very well educated, and they looked down on him because of his working class roots, and his lack of a college degree. There were some powerful people who resented the idea that he was a force to be reckoned with. I often wondered if those resentments found their way into some aspects of what John has faced. That said, he never let these class related indignities back him down. Instead, I think they had an opposite effect, making him fight harder for the people who relied on him.

I also want to share what happened on the night John's wife, "Cealie", suffered her second massive brain bleed. I was working on a project at Jefferson in my role as Special Assistant to the President (Dr. Stephen Klasko), and we had a scheduled meeting with several principals, John included, which I had to change. When I called John that evening to discuss this, he answered the phone, clearly upset, yelling: "Where is the ambulance? Cealie is on the floor, Maureen is there, they are calling and there is no ambulance yet, where are they?" I quickly began making phone calls and was communicating with John until I could get back to the hospital, fearing the worst. When I arrived, Cealie had already been transferred from the main Jefferson ER to the Neurosurgical Hospital a block away. When I went to the pre-surgical area, John was desperate to get Dr. Rosenwasser to do Cealie's surgery, since he had treated her before. Dr. Rosenwasser was hours away, and Dr.Jabbour was on call. I took Dr. Jabbour aside, who I knew to be a very gifted neurosurgeon. He explained Cealie had a 50% chance of making it off the table alive, and only if we took her into surgery immediately. Then I took John into the hallway. He was frantic with emotion that we had to get Rosenwasser. I explained that Dr. Jabbour was an excellent surgeon, there was no time to wait, Cealie's life already hung in the balance. I took John's hands and said: "John, this guy has good hands. You, more than anybody, knows how important it is to have good hands. You have to let them take Cealie right now". John went to Dr. Jabbour, agreed to let him proceed. Then, in one of the most gut wrenching moments I have been witness to in all my years in health care, John literally begged Dr. Jabbour, with tears streaming down his face, to please save Cealie. It was the first time in the 34 years I have known John, that I saw him cry.

We all sat in the surgical waiting room, for hours. Around 3AM, Dr. Jabbour came out. Cealie had made it through the surgery, and the next 24-48 hours would be the most critical. That night began a journey for John, Cealie, and their families, which would shape so much pain and suffering in the weeks and months and years ahead. I know there are critics of John's who deny his deep and abiding commitment to Cealie. I bore witness that night to how deeply embedded in John's heart and soul is his commitment to Cealie.

I hope Your Honor will take all of this into consideration in weighing what sentence to give John. Because it is not only a sentence for John. It is a sentence for Cealie too. Both of them have suffered so much, and the heartaches of these circumstances continue.

Respectfully submitted,

Donna Gentile O'Donnell

Judge Jeffrey L. Schmehl
Gateway Building, Suite 518
201 Penn Street
Reading, Pa. 19601
June 20, 2024

Re: John Dougherty

Dear Judge Schmehl:

I am writing this character reference for John Dougherty, whom I have known for some 40 years. I am not here to exonerate him for the crimes for which he has been convicted. I am here to present information about the "other" John Dougherty, the man who has embraced and supported charities serving children, gays, the homeless, the powerless.

First, my connection to him as a journalist: As the leader of Local 98, and as a leader of the local Democratic party, he was always reachable, and transparent, unlike some of his peers. He seemed to understand the importance of a free press, even when adversarial.

As a veteran columnist with the Philadelphia Daily News and Inquirer, I had an understandable arms-length professional relationship with him.

However, I also had a personal relationship with him, during my 25 years as a member of Variety, the Children's Charity. During those years, John Dougherty was president on three different occasions.

In 2009, the charity fell into a death spiral after the Great Recession. It was in a $5-million hole, almost impossible to climb out of.

John Dougherty returned for an unprecedented third term as president. There was nothing in it for him except risk — he could have been in the cockpit when the charity crashed and burned.

He reached out to his friends, he called in some chits and probably wrote some others, and he *single handedly* saved the charity that went on to offer services to hundreds of children living with disabilities.

John Dougherty gave an awful lot of his time to Variety, but it was not alone.

Through Local 98, which he led since 1993, he showered financial and manpower support on many other charities.

One charity he adopted early on was Sister Mary Scullion's Project Home, and was instrumental in the launch of Kairos House, a homeless residence.

John Dougherty was a proven and tested friend of the gay community. Under John Dougherty's leadership, "Local 98 electricians volunteered hundreds of hours" working on various LGBT projects, I was told by Chris Bartlett, executive director of the William Way Center.

Union volunteers also contributed mightily to Alex's Lemonade Stand, I was told by co-executive director Jay Scott. In addition to an annual donation, Local 98 volunteers raised money during the annual telethon.

Pastor Buddy Osborn told me Local 98 apprentices pitch in at Rock Ministries that operates in Kensington, ground zero of the opioid epidemic.

"He's been here since Day One," Osborn said. "It's amazing. He never looks for anything in return. I'm always impressed that there are no cameras, no publicity."

Because of John Dougherty's deep belief that unions must be helpful to their communities, other charities found that when they needed help with electrical work, or masonry, or plumbing, a call to Johnny Doc brought results, no questions asked, no payback requested.

His efforts have made many lives better, and easier, and probably saved some.

I request that you keep the "other" John Dougherty in mind as you determine sentencing.

Thank you.

Stu Bykofsky

Stu Bykofsky

Daily News/Inquirer columnist (retired)
1326 Spruce Street
Suite 2405
Philadelphia, Pa, 19107

June 18, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Honorable Judge Schmehl:

My name is James Dintino. I am currently the Chairman of the Board of Revision of Taxes in Philadelphia.

The first time I met John Dougherty he was steadying his wife Ceilie as they came down an escalator. Oddly, John was facing the other way. In fact, he was making sure that Ceilie's balance was not compromised as the escalator descended. I later understood the nature of his wife's illness.

I have known John and his family for 30 years. In those years I have watched as John not only balanced, but facilitated and enhanced the lives of countless people who endlessly sought his help in life circumstances. To be clear, Your Honor, my family is not affiliated with IBEW and we do not share the same political ideology. Nevertheless, I have recognized time and again John's dedication to his friends, family and community. That dedication is unparalleled. The countless charities or causes that he has championed are well chronicled in the history of our great city.

I was involved with John in the Variety Club Charity; I watched as he committed countless hours of his personal time to benefit the children of the Delaware Valley. He rarely missed an opportunity to devote his time to the unfortunate children and young adults suffering various crippling disabilities. His body of charitable work far transcended his union, and political involvement.

If John has a flaw, it's that he has obliged too many requests. Philadelphia is a better place with individuals like John Dougherty in it. His benevolence and strong compassion for the human condition makes him an ideal leader in his neighborhood, community, city and state.

My supplication to you, Your Honor, is that the plethora of good works and deeds be taken into thoughtful consideration and his sentencing be merciful. I have known many kind and compassionate people in my lifetime, but I have never known any individual that gave of himself more than John Dougherty.

Thank you for your time and consideration,

I am Respectfully,

James T. Dintino

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

The day John Dougherty became my boss, he also became one of my closest friends. This man cared fiercely. He cares about his family, he cares about his friends, he cares about his neighborhood, he cares about the city of Philadelphia, and he cares about the members of his union, even when he didn't always agree with them.

I watched this man use every resource he had to help out others in need—and not just ones he was close to. Every Thanksgiving and Christmas, I watched him coordinate getting food, toys, coats, and whatever it took to help people all over the Delaware Valley, and it wasn't just for good PR. Good PR would have been showing everyone the turkey deliveries into rough neighborhoods, not at some food bank... to the person's house!

Ask Joe Krause about his budding coat drive that exploded because of John's direction at Local 98. Ask Rabbi Sputz about the use of the union hall on the Jewish high holidays. Ask the staff of St. Christopher's Hospital about the toys that are delivered every year. Ask the Veterans Multi-Service Center about the meals that have been prepared and donated. Ask Ronald McDonald House about the service nights. Ask Alex's Lemonade Stand about our yearly city-wide tag day and help at their telethon! Just bump into any charitable organization in the Philadelphia region and ask. Ask Local 98 members what he did for them and their families. Ask Jim Thome why he became a Phillie! Ask the NFL why the NFL Draft chose Philadelphia for the 2017 Entry Draft. The counterargument to this would be, "Well, John had Local 98 do all this and make him look good," and I'm here to tell you, that couldn't be any further from the truth. John would have given his last two cents to any of these groups. He would have worked for free to make these things happen, but he did because he cared fiercely.

All these things are wonderful, but the main reason I know this man cares is the care and support he has put into his wife, Cecilia. As I am sure you are aware, his wife has had an unfortunate series of medical events happen to her over the past 25 years. "Celie" had a massive stroke over 20 years ago; she lost quite a bit of her motor skills and ability to talk. John, with the help of some amazing people and other family, was able to get Ceilie back to a somewhat normal life. He stood by her and took their vows so seriously, "in sickness and in health', and it would be remarkable to do this once in a lifetime. Unfortunately, in March of 2017, it happened again. Celie hasn't had quite the string of luck she had last time, and John has never left her side. She is constantly battling for her around-the-clock care. She couldn't have asked for a better husband in these moments, because lesser men would have given up a long time ago.

My father-in-law had a stroke in January of 2011. John didn't know my father-in-law from Adam, but he knew what I was about to go through. He made sure we had the right doctors and the right rehab team to help navigate this horrible situation. He also asked Celie to come up and visit with my father-in-law because he knew a lot of her fears were now the fears of my father-in-law. And why did he do this? BECAUSE HE CARES!

I'm just a college dropout with no real expertise. John never held that against me. He looked after me; he looked after my family. I've been fortunate enough to have worked at Local 98 for almost twenty years now. I can only thank John for taking a shot at me, giving me an opportunity to grow and flourish in the role I still have to this day—a role that keeps my kids fed and a roof over my head. In the spring of 2022, I had a heart attack. I was out of work for a few weeks. In those few weeks, there was not one person in my life who called me more often to check up on me than John. He would call me around 8:30 every night; we would just chat about everything and nothing, all at the same time. We would put on the same playoff hockey game and just do our own commentary; he knew I was a hockey nut. His goal was to just make sure I was safe and comfortable; that is something I will never forget, because that is a true friend. Last July, my father passed away, and the phone calls came back.

He was my boss, but he will always be my friend.

With all this in consideration, I'm asking you from the bottom of my heart, the bottom of my family's heart, to please take this into consideration when approaching John at his sentencing. Please look out for my friend.

Sincerely,

Bryan H. Young

OFFICER DANIEL BOYLE • SCHOLARSHIP FUND

P.O. BOX 11511 PHILADELPHIA, PA 19116 215.964.3497 officerdanielboyle.com

*President & CEO* T. Patrick Boyle
*Vice President* Kathleen Boyle-Wrigley, BS, MSW
*Vice President* Michael Boyle, Program Director, PSARC
*Vice President* Thomas Kuhn, Philadelphia Police Department
*Treasurer* Nancy Boyle, RN
*Recording Secretary* James Kirby, BS
*Financial Advisor* Howard A. Trauger, MBA, Schuylkill Capital Management, LLC

The Honorable Jeffrey Schmehl
Gateway Building Suite 518
201 Penn Street
Reading PA 19601

Dear Judge Schmehl,

My name is Patrick Boyle, I'm a retired Philadelphia Police Detective, having served 38 years. I am also the President of the Officer Daniel Boyle Scholarship Fund, providing tuitions to families who can't afford a quality education for their children. Dan was my Son, who was shot and killed in the line of duty in 1991.

I am writing this letter on behalf of Mr. John Dougherty I have known John for more than thirty years. In all the years I have known him; I have never found him to be anything but honest and forthright. It is my opinion, that he would never do anything to degrade or embarrass any Office in which he has served throughout his entire career. I can further state, that as President of the Daniel Boyle Scholarship Fund, John Dougherty has been very supportive both morally and financially. Because of his generosity and many other loving and giving people, the Fund has been able to assist close to 1,500 deserving young men and women with their education. It should further be noted that Mr. Dougherty was also President of the Variety Club of Philadelphia which provided assistance to the handicapped children throughout the Philadelphia area.

When rendering your decision, please take into account a life lived with dignity, generosity, honesty and service to others.

I wish to extend my thanks for taking the time to review this letter. Any compassion you show towards John will be appreciated by his family, friends and colleagues alike for John has much more to contribute to society.

Respectfully Submitted,

Patrick Boyle

Patrick Boyle, President
Officer Daniel Boyle Scholarship Fund

The official registration and financial information of Officer Daniel Boyle Scholarship Fund may be obtained from the Pennsylvania Department of State by calling toll-free, within Pennsylvania, 1-800-732-0999. Registration does not imply endorsement.

# CESCAPHE

June 3, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: **John Dougherty Letter of Support**

Dear Honorable Jeffrey L. Schmehl

My name is Joseph Volpe, founder and CEO of Cescaphe Limited, LLC, an event company in Philadelphia with 8 event venues and more than 350 employees. I reside at 1 Jersey Belle Drive in Cinnaminson, NJ 08077.

I have known John Dougherty for more than a decade and have coordinated and planned many meetings and functions with my staff and Mr. Dougherty over the course of these many years. In all these interactions I have found Mr. Dougherty to be a calm and well-mannered professional. He has always been the voice of reason and consistency, even in those situations in which the nature or perceived complexity of the function had caused others to lose focus or begin to delve into the irrelevant.

John has always been highly respected by all our staff members with whom he directly interfaced over the many years we have worked with him. He has always treated people with the utmost respect and appreciation, regardless of the nature of the treatment he may have been receiving from these same individuals.

While I personally do not know John's family, I have never heard anything from anyone to suggest that he is not an exemplary father and/or husband.

I hope that this brief description provides information that you find helpful.

Respectfully,

Joseph Volpe
CEO Cescaphe Limited, LLC

1412 MT VERNON ST PHILADELPHIA PA 19130 PHONE 215 238 5750 FAX 215 238 9156 CESCAPHE.COM

William Carberry
10851 Meadow Lane
Philadelphia, PA 19154
05/28/2024

Judge Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl:

I am writing you today on behalf of my friend John Dougherty. I knew John from the neighborhood, and he mentioned an opportunity that presented itself at the school he founded, Philadelphia E&T Charter High School. I was starting a family, and this sounded like a good fit for where I was in my life. I interviewed for the position and was hired by the school in August of 2004. I am now entering my 20th year at the same school as the IT Director.

Since 2002, our school has educated thousands of underserved students from over 40 different zip codes throughout the city of Philadelphia. We have provided a place for students to learn in a safe environment and to obtain opportunities that they may have not had if John never founded our school.

I have never met anyone who cared about helping people and organizations more than John Dougherty. He would help anyone he could find gainful employment through Local 98 or another organization where he had contacts. And you could always count on John to support charities and neighborhood organizations, no matter how big or small the cause. John has done more for the people in Philadelphia than anyone I know of, including our elected officials in the City of Philadelphia.

I am proud to call John Dougherty my friend. I am grateful for all that he has done for my family, and the thousands of other families throughout the Philadelphia region. I hope that you can take this into consideration and thank you for your time.

Sincerely,

William Carberry
IT Director, Philadelphia E&T Charter High School

June 18, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl,

Please allow me to introduce myself, my name is Dennis Murphy, I am a teacher at Philadelphia Electrical and Technology Charter High School. I have known John Dougherty for over twenty years. John, his wife Cecilia and daughter Erin were instrumental in creating Philadelphia E & T Charter High School, an inner city school of 650 students representing mostly every zip code in Philadelphia. It is a school that continues to be a beacon of light for economically disadvantaged students.

Prior to becoming a Teacher at Philadelphia E&T, I was a Regional Sales Manager for a Fortune 500 company for 18 years. My experience as a Sales Manager and as a Teacher has given me a keen perspective in understanding character. From my interactions with John, he has alway been outgoing, social, and always willing to assist others. I have seen first hand the goodness of John, who personally bought sweaters and jackets for our students who could not afford one. His personal time and treasure was always evident.

Under John's leadership as Business Manager of local 98, unemployment was negligible. John helped to create a lot of jobs and kept Philadelphia moving forward, as a local 98 union member, I appreciated his leadership.

Over the years I have listened to several commencement speeches given by John, his theme was always "never forget where you came from and always help those in need."

From my perspective, John never forgot his roots and continues to take care of others. John's wife Cecila is in a critical state, I know John and Erin are constantly at Cecila's side and I pray for them daily.

Your Honor, I understand John may not be the best accountant but he has good intentions and is an honorable family man, who with Cecilia, raised two great daughters. Your Honor, I am asking for a request of leniency in your sentencing. Philadelphia is plagued with blight ridden neighborhoods and people in desperate circumstances. John would be the perfect fit, he has the ability to help in this capacity rather than being incarcerated.

Sincerely,

Dennis Murphy

Dennis Murphy

# EOM Athletic Association

The EOM Athletic Association has been serving the community in and around South Philadelphia for more than 65 years. Our organization began as a football club and over time grew to serve the greater needs of the expanding community. Over the years our organization has added boys' and girls' basketball programs, hockey, volleyball, soccer, boxing, and baseball among other sports programs.

Beyond sports we have served host to older adult and special needs population programs.

EOM also serves as a practice facility to many of the Mummers organizations which bring such joy to the city, not only on New Year's Day, but year-round in the community.

We also serve as a polling site, civic meeting site and headquarters, blood drive site and even a vaccination site during the pandemic.

To say that EOM is a community hub is a vast understatement, we are in many ways, the lifeline of and for our community.

Our organization is totally self-sufficient receiving no continuous stream of funding through the city or governmental budget. We have no employees and rely solely on the support of volunteers and donors to provide all of these amenities to our community.

Having been a member for more than 30 years I now serve as President of the organization. I can honestly say that John Dougherty has played a vital role in the success of our organization as long as I have been involved.

John started out as a player here at EOM and grew to be a respected role model for the younger players as he moved up the age group ranks. After his playing days John moved on to become a volunteer coach and board member.

John helped form vital partnerships with local business and donors who continue to support EOM to this day.

John later became President of our Pennsport civic association and made sure to always tout the good work or our organization. He would bring other leaders together to meet with our board and discuss ways that we could help them mimic our model to their community.

John has always been a devoted family man. His daughters Erin and Tara both played sports here at EOM and later they both coached and volunteered. John's brother and sister also grew up through EOM and their children as well. All following in John's footsteps as players, coachs,

and volunteers. John's nephews are now 3rd generation volunteers continuing his legacy here on our board.

John has often said when speaking to crowds "the best way to never forget where you come from is to never leave".

John has never forgotten or left our community or EOM. As John rose through the ranks, he never lost sight of his commitment to EOM and our community. John organized fundraising efforts to renovate our gymnasium and gathering hall. He was the chairman of our Night of Champions awards event and was instrumental in connecting us with many private and governmental donor sources.

John has been a good friend to all of our members and our community. His contributions to EOM and the effects they have had on so many generations are immeasurable.

In my opinion John has never put himself first a day in his life, he always acts on behalf of others. I hope that your honor will consider leniency when sentencing John. His cumulation of good deeds and service to others prove that he is a good man and a pillar in our community.

Respectfully,

Fran Kelly

Fran Kelly
President
EOM AA

P.H.Y.S.E.D

Honorable Jeffery L. Schmehl
United States District Judge

Your Honor,

Please allow me to introduce myself as the founder and administrator of P.H.Y.S.E.D.; which is a Philadelphia nonprofit specializing in after school programs and summer camps. Established in 1999 as Personal Health, Youth Sports, Education and Development (P.H.Y.S.E.D.) has served more than 10,000 families with safe and interactive programming. I had the idea of starting this program when I was an 18-year-old college student. Having grown up in South Philadelphia I realized that there was a lack of quality summer camp and after school program options in our community.

I was working for John Dougherty in a part time capacity at the time. I admired John not only for his success as a businessman but also for his genuine concern for others. In true John Dougherty form he asked me one day how I was doing in college and what I wanted to do after graduation. I explained that I wanted to start a business, but I was struggling with the process. Again, in true John Dougherty form, he scheduled several meetings for me with several of his friends and colleagues. Each of these meetings provided me with the tools necessary to incorporate the company and pursue my mission of starting PHYSED.

I am proud to say that we just began our 26th consecutive year of summer camp. We continuously provide a safe and interactive program in a caring environment. It gives me great joy to know that parents feel safe when they leave their kiddos with us while they head out to make a living.

Those who know John know him as a compassionate and caring family man. He is very loyal to his friends and to all of those that surround him.
When John first took an interest in my idea, I couldn't help but wondered, what's in it for this guy?
I didn't know that John was hearing from the community that we were in desperate need of more summer camps and after school program.

It was John's deeply rooted concern and care for his community that motivated him to set me up for success. His employees praised him for bringing these programs to our

community. As a parent now, I can see what John was trying to accomplish for his community and it only took him showing some interest in the life of some 18-year-old college student.

I have since enamored in all that John has and continues to do for our community. He is always championing for our community and for our residents. I see him at many community charity events and volunteer programs. It seems that every nonprofit organization has reached out to John at one time or another and asked for assistance. I have never heard one time an instance where John said no.

I understand that John is up for sentencing soon and that you have an enormous responsibility ahead. I ask that you please consider all of the good in John. I will never forget what he has done for me and for our community. I know that he better served helping others then being incarcerated and unable to assist. If you consider leinieney when sentencing, I know that our community will be better served by your decision as well.

Respectfully,

John Murawski
P.H.Y.S.E.D. Inc.

***Terry Duczkowski***
***1724 S Front Street***
***Philadelphia, PA 19148***
***215-990-0845***

***June 15, 2024***

Your Honorable Jeffrey Schmehl:

I am writing on behalf of John J Dougherty, as a witness to his character. I am not involved in politics on any level. I know John through my daughter, who has been friends with his stepdaughter, Tara Chupka, since nursery school. Tara calls me her 2nd mom.

When Tara's parents died suddenly while she was in her teens, John and his wife, Celie, came right to Tara's aid and immediately adopted her. Celie and Tara's mom were cousins. I watched as John and Cecie raised Tara and gave her the care and love that any parent would give their own child. Tara has come into adulthood as a well-rounded, generous, kind and respectful human being.

I live in the same neighborhood as John since birth, he was the President of our Civic Association and let me tell you, he saved our neighborhood! He had many of the young boys and girls in the neighborhood join local 98, which in turn provided them with good paying jobs and enabled them to buy homes in our community, which made our neighborhood a beautiful one. The neighborhood was going in another direction until John came into the picture. John has done so much good for the neighborhood, he has helped so many people with many different things,

If I may say that every union was built on the leader having to push back a little so the company did not get away with mistreating workers and not paying them what they deserved for the demanding work. Being a leader in a Union is hard to do when companies do underhanded things, and the Union leader must fight back for the welfare of his union. Everyone knows this and expects this, it just may not be legal in the eyes of the law. John does not deserve to go to prison for
this.

Your honor, in closing, may I ask that you visit John or have someone that works for you do so, John's wife, Celie, had a stroke years ago and is bedridden and needs 24-hour care.

John takes care of her 24 hours a day and makes sure she receives the best care possible. Every day he and his wife live in their own prison, it would be a horrible hardship for him to be away from her. It would be such a cruel injustice to take him away. John does it with such grace and dignity for his wife, never heard him complain, just does what he must do day in and day out, he is simply happy he has his wife here on earth. Thank you for listening to me. May God be with you on making your decision.

Sincerely

Terry Duczkowski

*June 19, 2024*

The Honorable Jeffrey L. Schmeht

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, PA 19601

Dear Honorable Schmeht,

I am writing on behalf of Mr. John Dougherty. Living in the same neighborhood as John for many years, I have had occasion to witness some of his good works and notice how important family is to him as well as helping others. He respects and values his family. John is truly devoted to his wife, Celie who has not been well medically for several years. Even with his busy schedule, he has been devoted to her, by her side and oversees her impeccable care, at the same time caring for his own daughter, Erin's well-being as well as his much loved and cared for Tara who John has raised since her childhood. I have been privy to him helping Churches in our area as well as having been involved with the St. John Neumann Shrine.

Additionally, John has always stepped up to the plate to help our local athletic association through his time. He continued to encourage positive youth development through sports and helped make them accessible to all.

I, too have experienced his empathy and support when my own family went through sickness and losses. Nothing was too much trouble, and we never had to ask.

Even though John is facing charges, knowing him, I feel he offers positive attributes in society, in our community and especially within his family. Knowing this, and on behalf of myself, my husband, Robert and my brother, Edward, I humbly request a lenient sentence for John.

Thank you for your time and consideration.

Respectfully submitted,

Eileen Kelly

Eileen Kelly

1928 S. 2nd Street

Philadelphia PA 19148

June 19, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518.
201 Penn Street
Reading, PA 19601

Re: Sentencing of John J. Dougherty

Dear Judge Schmehl:

John Dougherty and I have known each other for about 10 years. I have come to think of him as a friend and advocate, who treated me like family.

Through mutual acquaintances, I got to know John after my election as Chester County Democratic Committee (CCDC) chair. Over the ensuing years, John was supportive of me in this role and my new role to build a women's leadership organization supporting other women running for office. John has helped many women run for office when he was working as a labor leader. This was an important goal to him.

I admire John's dedication to his family. This is another area we have in common. Both of our families have experienced firsthand the transformation that adoption can bring to a child's life. John adopted his daughter, Tara Chupka, after she lost both her parents to drug addiction. My niece and nephew, who were in foster care, were also impacted by their parent's drug and alcohol addictions. John showed a keen interest in their progress over the years.

When I lost my father suddenly on April 28, 2015, due to a fall at home and almost lost my mother the following day after she was severely injured in a head-on collision, John was there for me again. He wanted to ensure that I was holding up in the face of such dire circumstances.

John treated me like family, through his compassion, support and understanding over the years. Through some of the examples I have illustrated, he was there for me, when I asked, or even when I did not ask. John has managed to help a lot of people through the many facets of his life, when he was in a leadership role. I am grateful that I got to work with John in these contexts.

Today, I write with hopes that you will come to a merciful conclusion when it comes to John's sentence.

Thank you very much for considering my experience with John Dougherty.

Sincerely,

Michele Vaughn

Michele Vaughn

Mr. and Mrs. F. Burke
214 Jackson Street
Philadelphia, Pa 19148
sharon.burke19@gmail.com
June 18, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

We are writing to you on behalf of John Dougherty, whom we have known for over 30 years, to request your consideration for a lenient sentence. We believe that a lenient sentence is appropriate given John's unwavering dedication to his family, community, and the city of Philadelphia.

Throughout the years, we have witnessed firsthand the positive impact John has had on our community. His commitment to connecting community members with employment opportunities through networking events, learning workshops, and test preparation resources has been instrumental in helping countless individuals find meaningful employment. Our family has benefited from attending one of these networking events and subsequently securing employment, which speaks to the effectiveness of John's initiatives.

John's dedication to his family has been evident throughout his life, but particularly in recent years as he has devoted himself entirely to caring for his wife. His absence would place a significant burden on his daughters, who would shoulder the responsibility of caregiving in his absence.

Beyond his family, John has demonstrated a remarkable ability to rally people together for charitable causes such as toy drives, food drives, and support for youth sports and school events. His organizational skills and advocacy for our city are unparalleled, and the impact of his efforts in bringing jobs to the tri-state area cannot be overstated.

In times of need, John has consistently stepped up to help others, using his connections and resources to improve the lives of those around him. His contributions to society, both through his professional endeavors and his charitable work, have made a lasting and positive impact on the lives of many.

We respectfully ask that you take into consideration John's long-standing dedication to his family, his community, and his city when determining his sentence. A lenient sentence would allow him to continue his valuable contributions to society and to his loved ones.

Thank you for considering our perspective.

Sincerely,

Fred and Sharon Burke

To the Honorable Judge Jeffery I. Schmehl

Re: John Dougherty

My name is Susan DuMond, I have known John for over fifty years, I went to school with John's sister Maureen. My husband Joseph DuMond (deceased) work for IBEW 98.

John is a respected man in our community. He has done so much for our community, keeping it safe and clean. Always giving to sports team to help the kids, keeping them busy and off the streets.

He helped people by getting them a job, so they can make a fair wage to raise a family and stay in the community.

John was always a leader in our community and well respected.

I can say that John was always kind and willing to help anyone.

Please consider the above in the sentencing of John.

Thank you for your time,

Susan Du Mond

Susan DuMond

William Carberry
10851 Meadow Lane
Philadelphia, PA 19154
05/28/2024

Judge Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl:

I am writing you today on behalf of my friend John Dougherty. I knew John from the neighborhood, and he mentioned an opportunity that presented itself at the school he founded, Philadelphia E&T Charter High School. I was starting a family, and this sounded like a good fit for where I was in my life. I interviewed for the position and was hired by the school in August of 2004. I am now entering my 20th year at the same school as the IT Director.

Since 2002, our school has educated thousands of underserved students from over 40 different zip codes throughout the city of Philadelphia. We have provided a place for students to learn in a safe environment and to obtain opportunities that they may have not had if John never founded our school.

I have never met anyone who cared about helping people and organizations more than John Dougherty. He would help anyone he could find gainful employment through Local 98 or another organization where he had contacts. And you could always count on John to support charities and neighborhood organizations, no matter how big or small the cause. John has done more for the people in Philadelphia than anyone I know of, including our elected officials in the City of Philadelphia.

I am proud to call John Dougherty my friend. I am grateful for all that he has done for my family, and the thousands of other families throughout the Philadelphia region. I hope that you can take this into consideration and thank you for your time.

Sincerely,

William Carberry
IT Director, Philadelphia E&T Charter High School

INTERNATIONAL UNION OF
PAINTERS & ALLIED TRADES

DISTRICT COUNCIL 21

FRANCIS MCLAUGHLIN
BUSINESS MANAGER
SECRETARY-TREASURER

(215) 677-7980
FAX (215) 677-3877

AFFILIATED WITH

PHILADELPHIA, NORTHEASTERN PENNSYLVANIA, CENTRAL PENNSYLVANIA, NEW JERSEY, AND DELAWARE BUILDING TRADES COUNCILS

PHILADELPHIA/ DELAWARE VALLEY, NEW JERSEY, DELAWARE AND PENNSYLVANIA AFL-CIO'S

EASTERN REGION CONFERENCE OF I.U.P.A.T.

HEADQUARTERS
2980 SOUTHAMPTON ROAD
PHILADELPHIA, PA 19154

June 18, 2024

*Dear Judge Schmehl,*

I write today in support of leniency for John Dougherty. I have known John for over 18 years, in both a personal and professional capacity. He has been a friend to me and a tireless champion for his membership and the people of this Commonwealth. In the final calculus of his work, I believe one will find that the working people of Philadelphia are far better off today, by a large measure, due to the efforts of John Dougherty.

For the past 15 years, I have served as an officer of District Council 21 of the International Union of Painters and Allied Trades. In that role, I have had the opportunity to work with other democratically elected labor leaders throughout Pennsylvania, New Jersey and Delaware. I first had the opportunity to work with John over 15 years ago, when we were appointed by respective unions to serve on the Philadelphia Building Trades Executive Board. From our earliest interactions, it was clear that John's leadership and work ethic on behalf of his members was unmatched.

I know firsthand that the pressures of representing hundreds of members who seek nothing more than to provide for their families are real and relentless. I know that I have a personal responsibility to carry the interest and bear the burdens of my members in every arena at the bargaining table, in the political sphere, and at the kitchen table. When my members suffer, it is my job to struggle with them. John Dougherty knew this, and John Dougherty lived it too.

John's work was responsible for bringing countless millions of dollars and thousands upon thousands of work hours to the city of Philadelphia and surrounding areas. Ordinary people's lives have been improved by John's advocacy for projects like the Pennsylvania Convention Center addition, Lincoln Financial Field, Citizens Bank Park, and many other high-profile projects. It is not hyperbole to say these jobs would not have happened without John Dougherty.

Finally, I personally know John Dougherty to be a family man who persevered through great personal difficulty. His family's years of struggle through his wife's illness would challenge the strongest of men.

I hope that Your Honor will consider the whole of the man in passing sentence upon him. John Dougherty has changed thousands of lives for the better and he is deserving of leniency.

*Respectfully,*

*Francis McLaughlin*
*Business Manager/Secretary Treasurer*

GCC/IBT 808-M

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

The Honorable Jeffrey L. Schmehl,

Thank you for taking the time to read this, Your Honor. I am writing today as someone who has known John Dougherty for more than 20 years. In other letters, you may hear from those who knew him personally from growing up, living in the same community or having worked with him within Local 98. I am offering you a different perspective.

I first met John when I was a journalist covering politics in the City of Philadelphia for the Philadelphia Weekly and then, the Philadelphia City Paper. At alternative weeklies such as those, writers and editors are given more freedom to delve deeply into the lives of their story subjects and dedicate time to tell fuller stories that what most journalists are afforded today.

John was not a magnet for positive media attention, but that did not stop him from accepting any of my requests for interviews. Many of these stories were not positive, and I did not pretend they were when I approached to talk. I credit John for never saying no, and never ducking questions that were asked of him.

Unlike many who would angrily call me when I'd written something with which they didn't agree (or really, vanity and pride prevented them from accepting as reality, John did nothing of the sort. He afforded me the respect my job at the time deserved and did not duck future requests. That speaks to a man not only comfortable in his own skin but humble enough to know things always don't go the way you want them to.

That last line serves as a perfect segue into a second overlap between my and John's lives: instead of bristling about the mean writer, he approached me when he decided to run for the Pennsylvania State Senate in 2007 and asked me to serve in a campaign manager role, despite never having worked on a campaign before. Surprised as many people were by this decision, I accepted and got to know him on another level; that, being the first-in last-to-leave type who even a cynical journalist could see made this leap from labor leader to political candidate not to enrich himself, but because he genuinely thought he could make a difference in the lives of those who grew up (or later moved to) the South Philadelphia neighborhood where he'd planted roots that still grow there to this day.

The campaign did not go the way we had hoped it would (I feel as if I shoulder some of the blame for that), but he did not lash out in anger, or point fingers, or yell and scream in a tantrum. No, he went back to his Local 98 position and continued working to improve the lives of his members and their families.

(continued)

Onto my third and final point: Several months after that primary election loss, I was unfortunately struck by vehicle while walking along a street in South Jersey. Most thought I had no chance of survival in the subsequent days, and hope flickered for my wife, father and other loved ones throughout the month I remained comatose, recovering for substantial injuries.

Not only was John – I'm relying on what family told me, as you don't really remember much of the outside world in a medically induced coma – checking in on me regularly, but he made sure my family had the support they needed to even walk away from my bed sometimes. When I woke up, he checked in with me regularly, monitoring my progress as I slowly healed both physically and mentally. It is a testament to who he is as a person to do that for someone he knew mainly in a professional setting.

I tell you all of this not to comment on the case itself, but to humbly request leniency in deciding his sentence. John is a good man, who had a positive impact on my life. I would hate for him to lose much time to be able to continue doing the same for others.

Again, thank you for taking the time to read this, Your Honor.

Humbly submitted,

Brian Hickey
215.844.2684

# Klasko Advisory Partners

June 14, 2024

To: The Honorable Jeffrey L. Schmeht
United States District Judge
The Gateway Building
Suite 518
201 Penn Street
Reading, PA. 19601

From: Stephen K. Klasko, M.D., M.B.A.
Executive in Residence, General Catalyst
Former President and CEO, Thomas Jefferson University and Jefferson Health

Dear Sir,

I am writing this letter in reference to John Dougherty in advance of his sentencing hearing as a leader of one of the largest employers in Philadelphia from 2013-2022. I came to know John professionally through union negotiations and personally through the devastating neurosurgical procedures his wife endured.

Professionally, I found John to not just be passionate about his union but about the individuals that were impacted. In every negotiation, he emphasized what the individuals and the organization were doing for the city. I was incredibly impressed with his knowledge and caring for individual union members who were going through difficult times, injuries or deaths of family members. It seemed as if he knew every member and would be passionate about making sure that he personally was there to help them. The only time he ever asked anything of me would be when a member was at one of my hospitals and to make sure they were getting good care. The few times that we had issues with entities that were considering utilizing non-union members, John was respectful and in almost every situation we were able to come up with an equitable solution and in most cases secured a union contract. He was masterful and sincere in talking about the benefits (predominately around health and education) that union workers were able to secure compared to non-union workers. I remember a specific instance when we were opening up the new cancer center in Abington and there was picketing from a union different than John's (not based on us but the donor whose name was on the building). It was impacting patients being able to get into the center. I called John mostly to vent that I thought that wasn't a good optic or fair to patients and within an hour he had convinced that union leader to move the picket lines away from patient facing activity.

# Klasko Advisory Partners

Personally, I spent significant time with John at Magee rehab hospital when his wife was recuperating from a significant brain bleed that left her nearly incapacitated. In my forty year medical career, I have rarely encountered a husband as devoted to the recovery of his spouse. John would celebrate every movement that she made and according to the nurses was there for hours nearly every day. Further, John started to view the caregivers as part of "his family" and would make sure that if they were working during holidays or weekends he would get them dinner or lunch. As importantly, when I visited he seemed to know every caregiver on every shift, not just their name or their job, but what their children were doing, any problems they had and what the next phase of their career might be. John became an important advocate for the great work that Magee was doing for the underserved and several times contributed to efforts in that regard. Most impressively, over the year, he would greet new patients (many with devastating spinal cord injuries) and became a defacto family member for many of these unfortunate patients.

In summary, of all the individuals and leaders I met during my eight plus years at Jefferson, John stands out as one of the most caring, empathetic individuals I met. There were too numerous to count instances where a visit from John made a difference in someone's life, in most cases, people who barely or didn't really know previously. As I understand it, you will be presiding over a sentencing hearing for John in the next few weeks. As someone that has seen upfront and personal, the good that John Dougherty can do, I would respectfully and humbly ask you to consider leniency in your sentencing criteria. Philadelphia will be better off with the "good" John can do post-conviction. Those of us who know him will attest that the punishment he has already sustained in losing his coveted position and reputation should be considered. I am hopeful you will take into account my experience and words and I suspect you will find others that hope as I do that John's punishment will be mindful of the good deeds he has performed in his many years in Philadelphia.

Sincerely and respectfully,

Stephen K. Klasko, M.D.
Executive in Residence, General Catalyst
Chief Medical Director, Abundant Ventures
Chief Global Innovation Officer, Sheba Medical Center
Former President and CEO, Jefferson University & Jefferson Health

Richard L. Diegel
2362 Santa Maria Ln
Corpus Christi, Texas 78415

June 18, 2024

Dear Judge Schmehl,

I write to you regarding my friend, John Dougherty for over 40 years. We first met at a convention for the IBEW. We were both young labor leaders. I liked him immediately. We both spoke of the importance of representing our members, most from the middle class and some from very poor backgrounds. Both agreed the reason our jobs were so important. I was living in Texas, Pennsylvania but our ideas and our mission was the same. I was later promoted by our national organization to move to Washington DC to take over the Political/Legislative Department. Our task was to raise political funds in order to help candidates run their expensive campaigns. We would support candidates whose views and ideals were sympathetic to American workers regardless of their political party. We also raised non-political funds in order to help the sick, needy, and less fortunate as best we could. Thanks to the effort of leaders such as John Dougherty we quickly became one of the most successful organizations in our country. We were very sensitive in helping common, working American men and women achieve a decent life. Any time I needed special help on any project, my first call was to John Dougherty. Johnny Doc never said no and usually found a way through his leadership to go an extra mile for people in need. There was never an excuse, never a negative and always a question-----"are you sure that's all you need?"

I've really never met a human being with a bigger heart nor more compassion than John Dougherty. I'm 81 years old now and lucky with amazing memories regarding people of all walks of life, from US and Foreign Presidents and leaders, common working people from every state and territory, rich and poor. My fortunate life has been about people. I can honestly say John Dougherty is, without a doubt, one of the finest I have ever had the pleasure and honor to have met.

Sincerely and respectfully,

Rich Diegel

Richard L. Diegel
2362 Santa Maria Ln
Corpus Christi, Texas 78415

# Klasko Advisory Partners

June 14, 2024

To: The Honorable Jeffrey L. Schmeht
United States District Judge
The Gateway Building
Suite 518
201 Penn Street
Reading, PA. 19601

From: Stephen K. Klasko, M.D., M.B.A.
Executive in Residence, General Catalyst
Former President and CEO, Thomas Jefferson University and Jefferson Health

Dear Sir,

I am writing this letter in reference to John Dougherty in advance of his sentencing hearing as a leader of one of the largest employers in Philadelphia from 2013-2022. I came to know John professionally through union negotiations and personally through the devastating neurosurgical procedures his wife endured.

Professionally, I found John to not just be passionate about his union but about the individuals that were impacted. In every negotiation, he emphasized what the individuals and the organization were doing for the city. I was incredibly impressed with his knowledge and caring for individual union members who were going through difficult times, injuries or deaths of family members. It seemed as if he knew every member and would be passionate about making sure that he personally was there to help them. The only time he ever asked anything of me would be when a member was at one of my hospitals and to make sure they were getting good care. The few times that we had issues with entities that were considering utilizing non-union members, John was respectful and in almost every situation we were able to come up with an equitable solution and in most cases secured a union contract. He was masterful and sincere in talking about the benefits (predominately around health and education) that union workers were able to secure compared to non-union workers. I remember a specific instance when we were opening up the new cancer center in Abington and there was picketing from a union different than John's (not based on us but the donor whose name was on the building). It was impacting patients being able to get into the center. I called John mostly to vent that I thought that wasn't a good optic or fair to patients and within an hour he had convinced that union leader to move the picket lines away from patient facing activity.

# Klasko Advisory Partners

Personally, I spent significant time with John at Magee rehab hospital when his wife was recuperating from a significant brain bleed that left her nearly incapacitated. In my forty year medical career, I have rarely encountered a husband as devoted to the recovery of his spouse. John would celebrate every movement that she made and according to the nurses was there for hours nearly every day. Further, John started to view the caregivers as part of "his family" and would make sure that if they were working during holidays or weekends he would get them dinner or lunch. As importantly, when I visited he seemed to know every caregiver on every shift, not just their name or their job, but what their children were doing, any problems they had and what the next phase of their career might be. John became an important advocate for the great work that Magee was doing for the underserved and several times contributed to efforts in that regard. Most impressively, over the year, he would greet new patients (many with devastating spinal cord injuries) and became a defacto family member for many of these unfortunate patients.

In summary, of all the individuals and leaders I met during my eight plus years at Jefferson, John stands out as one of the most caring, empathetic individuals I met. There were too numerous to count instances where a visit from John made a difference in someone's life, in most cases, people who barely or didn't really know previously. As I understand it, you will be presiding over a sentencing hearing for John in the next few weeks. As someone that has seen upfront and personal, the good that John Dougherty can do, I would respectfully and humbly ask you to consider leniency in your sentencing criteria. Philadelphia will be better off with the "good" John can do post-conviction. Those of us who know him will attest that the punishment he has already sustained in losing his coveted position and reputation should be considered. I am hopeful you will take into account my experience and words and I suspect you will find others that hope as I do that John's punishment will be mindful of the good deeds he has performed in his many years in Philadelphia.

Sincerely and respectfully,

Stephen K. Klasko, M.D.
Executive in Residence, General Catalyst
Chief Medical Director, Abundant Ventures
Chief Global Innovation Officer, Sheba Medical Center
Former President and CEO, Jefferson University & Jefferson Health

Stephen M. Aldrich
Business Manager IBEW LU 269
1049 Morton Place
Bensalem, PA 19020

May 28, 2024

Judge Jeffrey L. Schmehl
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty,

I am writing this letter for John Dougherty, who I have become friends with after being around him for the last 28 years. I have seen his leadership skills and all the great things he does for the community youth organizations and people that are struggling in general. I first met John Dougherty in 1996, I was a foreman for Williard Electric for a project at Princeton University. The project had problems with getting precast for their football stadium in a timely manner. The contractor asked me to go down to Philadelphia to work on the Temple Apollo project. To work there, you go to the Union Hall to fill out paperwork and I was very fortunate to be able to meet John and his staff. The project lasted for approximately two months. I ran into several local 98 members and the one that stood out the most that I talked to not knowing his name told me that before John Dougherty was elected as Business Manager he was out of town for two years. This individual said that the only reason he was able to go back to work was because of the fairness and hard work that John put out there to turn the local around with all the unemployment he inherited.

Fast forward four years later to the year 2000,I was brought into the office of Local 269 as an organizer. I ran into John Dougherty more frequently. Watching and listening to John at several international and local functions, his leadership skills were second to none. At an event in Pittsburgh, I was fortunate enough to bring my nine year old son with me. John treated us to Pittsburgh Pirates baseball tickets. He treated my son like he was his own. My son will never forget that and he is 23 years old now. My son played college and high school baseball and John followed him throughout his baseball career. Always asking me how the little guy is doing and when will he be pitching for the Phillies. This is how John treated every person that he met, like they were family. To this day, John will always be like family to me. I have been Business Manager for Local 269 since 2010. After attending all the meetings and functions and listening and watching John conduct himself helps me in

my position as Business Manager. In 2011 my father passed away. John was on the phone the next day with nothing but words of kindness. The same day John had dinner at the front door of my house to help ease the pain of the loss of my father. I can never thank John enough for treating my son and myself like family. I will always be grateful to John for his kindness to me.

I am writing to you today in hope that you will consider my personal experiences with John Dougherty in your deliberations regarding sentencing, and I am asking for as much leniency as possible in your final decision.

Respectfully yours,

Stephen M Aldrich

Stephen M. Aldrich

The Honorable Jeffrey L. Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, PA 19601

Dear Judge Schmehl,

The purpose of this letter is not to ask for but rather beg for leniency for John Dougherty. I have known John personally, professionally, politically, and as the leader of a union who drove to build/repair/renovate a good portion of Philadelphia for probably 30 years. John has the ability to piss you off and make you want to hug him in the same minute, but his heart is what I will always remember. Maya Angelou wrote "I've learned that people will forget what you said, people will forget what you did, but people will never forget how you made them feel."

It is difficult for me to say what impacted me the most about John. I deal with many people at my church, at school, work, etc. and trust me every time I think I've heard/seen it all someone comes up with something even more disingenuous. I can't say that about John. Beneath all the bluster that someone of his position leading a huge union in a city like Philly needed to portray himself as powerful was a man with a heart who remembered to ask about your child or mother's health. He showed up at funerals, paid for a funeral for a kid he didn't know who died suddenly, did food drives, helped veterans, and all the while worked and cared for his extremely ill wife.

Because of him and his hard work my family had a good life as my husband is a retired member of IBEW as was my father-in-law. It is amazing to drive through Philly and see the fruits of John's labor getting jobs for the members. Skyscrapers, Independence Hall, The Constitution Center, and many more all union built thanks to John's work obtaining those jobs. Bringing jobs to the city and updating worn down areas to be profitable.

His work to provide his members with good health benefits kept many members alive, brought many babies into the world and in my case helped me through 3 miscarriages and a few surgeries. IBEW's benefits were hard fought benefits that a lesser, less caring man might not have fought for to benefit the members. The main benefit was not for John but for the members.

As a Christian I struggle with how people treat others. I spent 41 years at a pharmaceutical firm watching people willing to "kill their mother" if it meant they would get promoted. I always ask how we treat the "least of these?" Some will only speak to those with money or

those with certain degrees or a certain color skin. John was never like that. If you needed something he'd help you. Down on your luck, he was there. The number of members he helped through addiction to become/return to productive citizens cannot be counted.

Finally, he is the caretaker for his wife Ceilie. Many men would have sent her away never to return when she became ill. John wasn't raised like that. He has been by her side day and night many times with little sleep and still working the phones for the union at all hours while sitting next to her bedside.

The position you sit in is an unenviable one. No matter what you decide someone will be angry. Reminds me of King Solomen. More than John's life hangs in the balance here and he needs some grace like we all do. He has done so much good for so many which so many have also forgotten, and his "friends" scattered like cockroaches when a light is turned on. So again sir, I beg you for leniency for him and his family. I'll continue to pray not only for John and his family but also for you.

Sincerely,

Dorothy M. Miller

Dorothy M. Miller

**Bernadette Bachich**
135 Tree St.
Philadelphia, Pa. 19148
267-439-3110

17th June, 2024

**The Honorable Jeffrey L. Schmehl**
**United States District Judge**
**The Gateway Building, Suite 518**
**201 Penn Street**
**Reading, PA 19601**

RE: John Dougherty

Dear Judge Schmehl:

My name is Bernadette Bachich. I am writing to you today to ask for leniency in the sentencing of my family friend John Dougherty. I am 38 years old and have known John all my life. I have known him to be a caring man to his family, especially as a caregiver to his wife Ceilie. He has always been a great friend to me, my sister Veronica and my parents, Mike and Bern Mackin. Growing up I always remember John being involved in our community. He was always in the forefront when it came to raising funds or awareness for the many charities in the neighborhood and Philadelphia in general. Some of the charities that come to mind are Deborah Hospital and Toys for Tots. He is also instrumental in my local community in South Phila, spearheading local sports at The Edward McBride Sports Complex and The Reverend Burke playground.

As mentioned earlier, John has given most of his time lately to caring for his ailing wife Ceilie. John spends most of his time tending to Ceilie's needs and it would be devastating if he couldn't continue to do so. For this, I ask that you please show mercy when making your decision. I appreciate your time in reading this letter.

Sincerely,

Bernadette Bachich

Bernadette Bachich

Reinforced Iron Workers, Riggers & Machinery Movers Local Union 405
OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS

2433 REED STREET
PHILADELPHIA, PA 19146

PHONE: (215) 462-7300
FAX: (215) 551-0423

June 17, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading PA 19601

Dear Honorable Schmehl:

I am writing to you today on behalf of John Dougherty. My name is Michael Knobbs and I came to know John through my work as an Ironworker. I had many interactions with John through the years but mostly through my interactions as current Business Agent at Ironworkers Local Union 405.

When I think of John, I mostly think of how committed he was to help so many charitable organizations that help so many people. **He never said no when asked to help another person**. His generosity in assisting others goes unmatched and inspires others to do the same.

I also know John to be a great labor leader who fought for fair and decent wages for all union members, not just electricians, but all of us.

I am writing to you respectfully requesting that you please remember the many people, organizations and Union members that he helped through the years when making your decision for sentencing. I would think all of the good that he did would some day make a difference in his own life.

Sincerely,

Michael Knobbs
Business Agent
Reinforced Ironworkers Local Union 405

MK:lmp

June 18, 2024

The Honorable Jeffrey L. Schmehl United States District Judge
The Gateway Building, Suite 518
201 Penn Street Reading, PA 19601

Dear Judge,

I write to advocate for leniency for John J. Dougherty, a professional and personal friend I've known for 20+ years.

I first met John in the year of 2001…I had just arrived in Philadelphia to work for then Ed Rendell on his first Gubernatorial campaign. As a young and very green political consultant I interacted with many people who were influential in the city and that can come with feeling a bit out of your league and sometimes meant I wasn't taken seriously in rooms.

John made sure that I was treated with respect. He just has a way of caring about seeing people do well. For many years after that, of course, I worked closely with labor leaders as I helped candidates run in the state of Pennsylvania. John and I--we worked mostly for the same candidates but plenty of times found ourselves on different sides—no matter what I would always would be afforded at least an opportunity to make my case for my candidate, but so many times even if he wasn't supporting my candidate, he gave advice to me and tutored me through ways to stay in touch and how my candidate needs to campaign to win the support of labor. Professional and personal affinity grew through many campaigns and many Philadelphia projects John was involved in.

Fast forward just shy of 20 years later I found myself in a VERY different campaign. The campaign to help my husband find treatment and navigate Stage 4b Esophageal cancer and how to access the top notch doctors at Penn and Jeff. I can't tell you what it's like to face such dire times…but I can tell you what it's like to have friends like John Dougherty who made phone calls, raised money and checked in with me often. Sadly my husband passed in May of 2022 and I've never forgotten who was there for me-frankly some of the labor family are the only ones still checking in since my husband was too in the labor movement as a Sprinklerfitter and they all know how a widow"s needs don't end at the funeral.

I care deeply for the man that stands before you, I care enough to ask for your compassion and understanding as you determine his future and the hole we will all feel without him.

With sincere thanks for your time and consideration, I remain,
Respectfully,
Vanessa Gervasi DeRose

TO: The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

FROM: Thomas P. Foley
241 Evelina rd.
Hershey, PA 17033

June 14, 2024

Dear Judge Schmehl,

Thank you for the opportunity to write to you about John Dougherty. I have known John for the better part of 30 years and worked closely with him for the first ten of those. In the late 1980s, John was a business agent at his local union; I was a state and federal official working on job-related issues. I also worked for some time with him when he became the leader of his union, until I moved out of that field about 20 years ago.

During my years with John Dougherty, I can tell you he was one of the smartest, hardest working labor officials I ever knew. I saw him as a model for the modern union leader. He understood that he was essentially running a large business, one that made family-sustaining jobs possible for literally thousands of families – and not just families with membership in his union. He understood at that time that his position allowed him to have an enormous impact on not just the economy of the city of Philadelphia but the entire region. I observed him building relationships with major employers and community and political leaders throughout the state in the course of the 8- 10 years that John and I worked in roughly the same industry. He was a model of what a modern labor leader aspires to and should be.

During that time, I also witnessed his engagement at a community level, and it was profound. He and many of his union colleagues were fully engaged on the political front, about which much has been written. My observations have more to do with his personal engagement at the community level. His members were active in all kinds of civic ventures and holiday events in Philadelphia and the region—led by John. I know this because I too was in a position for those 8-10 years where I would be deputized to participate in, organize and occasionally lead those functions. It was clear to me that his engagement wasn't just professional; he and his wife Ceily were personal emissaries at and for many activities in the region. I'm sure that you have letters from many of the people whose organizations John and Ceily personally assisted. I witnessed his engagement on many occasions—it was *always* sincere, personal and authentic.

On one occasion, we were both working at an unspecified holiday event (can't remember if it was Labor Day, Veteran's day or something else). I was traveling with my two-year-old son that day as the other two boys were at an activity with my wife. At one point, John and I unexpectedly were asked to speak to a crowd assembled at an activity on the port. I was going to say "no" because I needed to take care of our son. John looked over at Ceily, who then stepped up and said, "I've got him, Tom" and sure enough she did. Ceily took care of Andy for the next two hours while John and I did our work on the day. I had our son in my eyesight for the first 15 minutes, saw how well Ceily was taking care of him, and I knew I didn't need to worry any further. At the heart of it all, John Dougherty is a good man and he and Ceily are good people.

I have had less contact with John in the last 20 years, though I have followed his career and its ups and downs. I do occasionally see his daughters Erin and Tara, and they are also examples of the kind of person--and father--that he is. Both are all stars.

Let me finish by saying this is a good man whose basic instincts are for the best. This is somebody who still has so much to give to the many communities of which he remains a vital part. I hope that he will get that opportunity.

Thank you for your consideration.

Tom Foley

Thomas P. Foley

(former) PA Secretary of Labor and Industry (1991-94)

Operating Engineers Local #542
Joint Apprenticeship Training & Safety Committee
of Philadelphia, Eastern Pennsylvania and the State of Delaware

1375 Virginia Drive • Suite 206 • Fort Washington, PA 19034
215-591-JATC (5282) • Fax 215-591-5286
•
DANIEL P. SULLIVAN, *President / JATC Director*
JOHN M. PINE, *Emeritus*

® 191

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

Dear Judge Schmehl:

My name is Dan Sullivan, and I am the President and Director of Apprentice and Training for the Joint Apprentice and Training Committee of IUOE (Operating Engineers) Local 542, Fort Washington, PA.

I am a lifelong friend of John Dougherty, we grew up and still reside in South Philadelphia. John learned to extend a helping hand to those in need or less fortunate than himself. His professional career is evidence of his success helping Local 98 members have productive lives.

John has participated in countless food drives, charity events and has helped to raise critical funding for the Variety Club to help children with developmental issues. Whether it was a veteran's group, a community charity organization or a union family in need, John always stepped up and made it his mission to help those in need.

I urge you to consider his record of professional and community service and give him the fairest sentence the guidelines allow. I know that John has learned a harsh lesson and has taken responsibility for his actions. I firmly believe that this experience will make him a better person in the future.

Thank you for considering my opinion.

Sincerely,

Dan Sullivan

The Honorable Jeffrey L. Schmeht
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601
RE: John Dougherty

Dear Honorable Jeffrey L. Schmeht,

I am writing on behalf of John Dougherty. I have known John for over 25 years through my time as a IBEW Local 98 Union Electrical Apprentice and Journeyman. I have witnessed all of the strides he has made to make our Union grow and thrive in the City of Philadelphia. On a more personal note, over the past year I had a diagnosis of Leukemia and treatment to battle Leukemia. As soon as John heard, he reached out to me and my family and has continued to check in on my progress. I am touched that he thought of me during this time even with everything that he has going on.

As a family man, I am impressed with how he has cared for his wife Celia during her long illness and know he spends a lot of time visiting her and worries about her care and well being.

Locally, I am aware of much good that he has done for different communities in the City. He has helped many people often in a quiet way without fanfare.

John has strong bonds to the community and his family and I ask for leniency on his behalf.

Thank you for your consideration!

Sincerely,

Robert Cassidy

Robert Cassidy
3019 S Colorado St
Philadelphia, PA 19145

Mack Stulb
969 Turnberry Circle
Schwenksville, Pa. 19473
610-721-3006

June 14th, 2024

The Honorable Judge Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, Pa. 19601

Re: Letter of Support for John Dougherty's Sentencing Hearing

Your Honor,

I am writing to respectfully express my personal views in support for John Dougherty as he faces his sentencing hearing. I have known John personally and professionally for over 25 years. As a former and recently retired CEO of a large Construction Management firm here in Philadelphia, I have had a longstanding relationship of mutual trust and respect with John. He has always been a man of his word with me. We certainly have not always agreed on issues and industry perspectives but we have been able to communicate and work together; always with the goal of improving the quality and safety of our projects and servicing our client's best interests.

In addition to his loyalty and significant contributions to the growth of the real estate and construction industry in Philadelphia I have also witnessed his dedication and unwavering loyalty to his family, friends and specifically his wife's constant need of medical care. Moreover, his commitment to community service should be recognized. He has been actively involved in various charitable organizations and initiatives aimed at uplifting those that need it. Whether it's organizing fundraisers, supporting educational programs, or providing personal assistance, John has consistently demonstrated his compassion and generosity.

In addition to his advocacy for labor rights and community service, John Dougherty has played a pivotal leadership role in the growth and development of the real estate and construction industry in Philadelphia. Through his leadership and vision, he has facilitated countless and significant projects that have revitalized neighborhoods, created jobs, provided critical healthcare and stimulated economic growth. His collaborative approach and ability to bring stakeholders together have been instrumental in driving progress and prosperity across our city.

Furthermore, John's loyalty to his colleagues, constituents, and the city of Philadelphia is undeniable. His passionate and direct approach, and dedication to public service have earned him the respect and admiration of countless individuals, both within and outside the labor movement.

As John's sentencing hearing approaches, I urge Your Honor to consider the entirety of his life's work and the positive impact he has had on our community. While he may have made mistakes, his contributions to the betterment of Philadelphia far outweigh any shortcomings. I believe that John Dougherty is deserving of leniency, and I respectfully request that you take into account his family situation, decades of service and dedication to the people of our city.

Thank you for your attention to this matter.

Sincerely,

Mack Stulb

June 14, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Jeffrey L. Schmehl:

My family and I have known John Doughtery for over twenty years. He and his father would come into my hoagie shop and we became friendly as the years pasted. When my family moved to Second Street, we were welcomed with open arms by many people including John Dougherty. This relationship developed into a kitchen job at his bar at the time.

The one thing that stands out to me about John is how no matter how much people spoke ill of him, he would try to help them out if needed. If someone was having a personal issue, he would try to get them help even if they bad mouthed him. If someone would ask him why he would help someone like that he would say, "Why not?" That always stuck with me. I respected him for that because I have seen first hand what his help could do for people.

My wife, Marianne, worked at the Variety Club After School Program and saw how he helped grow a program for special needs children in the Philadelphia area at various high schools. It was a much-needed program that these students needed after school and in the summer. During the summer, the program helped these students get jobs that provided them with skills that they would later use to secure jobs after graduation.

I would ask for leniency for John. He has helped build up the City of Philadelphia and provided many jobs for families.

Sincerely,

Michael and Marianne Connell

June 10, 2024

We have known John Dougherty for his entire life. We were friends of his parents for more than 60 years. These were good people.

Johnny has always been a kind, generous, faithful family friend. His personal life has always reflected these traits.

His care for his disabled wife, Ceilie, is proof of his kindness and love for his family. He never wavered in his help and love for his parents and extended family.

We cannot understand how such a person would benefit from a jail sentence.

Sincerely,
Marie Ricker
Charles Ricker

June 10, 2024

We have known John Dougherty for his entire life. We were friends of his parents for more than 60 years. These were good people.

Johnny has always been a kind, generous, faithful family friend. His personal life has always reflected these traits.

His care for his disabled wife, Ceilie, is proof of his kindness and love for his family. He never wavered in his help and love for his parents and extended family.

We cannot understand how such a person would benefit from a jail sentence.

Sincerely,
Marie Ricker
Charles Ricker

The Honorable Jeffrey L. Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, Pa 19601

I have been a friend of John Dougherty since our teenage years. We grew up in the same neighborhood sharing the same friends and same experiences. We both shared a love of basketball, our Catholic faith, and our Irish heritage. Playing basketball against John, I first witnessed his toughness, determination, and work ethic. John brought his blue-collar upbringing to the basketball court. He may not have been the most talented or athletic but nobody out worked him. This trait stayed with him throughout his life. We stayed close through our shared involvement in our neighborhood, politics, and John's many charitable endeavors. There is no one that I have met that is more involved in charitable works and numerous volunteer organizations, having such a huge impact on his community.

John's involvement ranged from many leadership roles in numerous charitable organizations, raising funds, and awareness for many needy causes and personally spearheading many fundraising events. If there is a family in need, John is there. If there is a sports team in need, John is there. No cause is too big or too small. John's compassion and generosity are indisputable.

Your honor I am writing this letter to plead for leniency in sentencing and that your sentence be merciful.

Respectfully Yours,

Fred Keller

Fred Keller

Paul A. Mullen
Business Manager – IBEW LU 654
3729 Chichester Ave.
Boothwyn, PA 19061

June 3, 2024

Judge Jeffrey L. Schmehl
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE; John Dougherty

Dear Judge Schmehl,

I am writing this letter on behalf of my friend, John Dougherty. I first met John in 2000 when I was working as an Assistant Business Manager with IBEW Local 654. I learned very quickly about John's work ethic and his reputation for serving the community and others. I was elected Business Manager of Local 654 in June 2010. Our economic reality immediately became concerning because of the closing of two local oil refineries within our jurisdiction that employed hundreds of our members. John reached out immediately with sound advice and offered support for this difficult situation. He was generous with his time and helpful in setting up meetings with many local officials regarding this situation. John demonstrated the utmost amount of selflessness with this commitment to help others when they needed it most.

The global pandemic completely changed our world in March 2020. Local 654 held a couple of community service events to help individuals and families during these unprecedented times, and John was at the forefront of each of them. We donated meals to front line nurses/doctors working tirelessly in local hospitals, and he was the first to offer his help. We also organized local food drives in both Delaware and Chester Counties, and John donated numerous trucks of food and supplies during our drives. Thanks in part to his contributions, we were able to donate to ten local food pantries in Delaware County and eight food pantries in Chester County. John has also generously supported IBEW 654's US Marine Corps Toys for Tots holiday gift collection for the past few years during which we were able to collect thousands of toys to create a magical Christmas for local families in need.

These are just a few of the instances of helping and giving which I have experienced during the time I have known John Dougherty. His friendship has been much appreciated throughout the years. It is my hope that you will consider the above examples of John's character in your deliberations regarding sentencing, and I am asking for as much leniency as allowed in your final decision.

Respectfully Yours,

Paul A. Mullen

National
REAL ESTATE ADVISORS

June 4, 2024

Judge Jeffrey L. Schmehl
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl:

I am writing this letter to provide a character reference for John Dougherty, who I have known since the 1990s.

I am the CEO of National Real Estate Advisors. National is a SEC registered real estate investment advisor that develops and manages large scale real estate projects throughout the United States for institutional investment clients. We have an office in Philadelphia and have undertaken projects in Philadelphia that have been transformative for the city.

When we first decided to investigate investing in Philadelphia, we soon came into contact with John. I immediately knew that John was a dynamic man who was very committed to the well-being of his IBEW members and to the City of Philadelphia. In John's mind, what was good for one was good for the other. Over the years, John helped us with information and guidance regarding Philly and helped us in any way he could to make our projects a success—for our sake, and his members', and for Philadelphia. I have rarely encountered an individual who is as passionate and sincere as John—and who is as effective at achieving positive results.

I think a man's character is best revealed by how he treats those who cannot help themselves. In that regard, I would like to mention the steadfast devotion John has shown to his disabled spouse. For many years he has been at her bedside trying to revive her and make her life better. Day after day after day for almost as long as I have known him, he has done everything in his power to love and comfort her. At the same time, he was doing his best to help his members and his community.

In sentencing John, I hope you will consider all of the contributions John has made to his community over many years. Philadelphia would be a much lesser place without him. I also hope that you will consider the needs of his dear wife. She is almost entirely dependent on John and his absence would have severe consequences for her well-being.

Respectfully yours.

Jeffrey J. Kanne
President and CEO
National Real Estate Advisors

900 Seventh Street, NW, Suite 600, Washington, DC 20001 | Phone: 202.496.3370 | Fax: 202.467.9464 | www.natadvisors.com

Wayne Miller
15156 Sunflower Drive
Philadelphia, PA 19116
215-704-5747

June 17, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

The Honorable Jeffrey L. Schmehl:

I have known John Dougherty for over 40 years, before we both became officers of the Philadelphia Building Trades. In all the years that I have known him I have witnessed firsthand his unwavering dedication to helping those in need. His generosity and compassion have made a significant impact on our community. He has been a part of multiple charities including the All-Star Labor Classic which honors people with Cerebral Palsy and Multiple Sclerosis and he became the President of the Variety club which is a charity that helps children and young adults with disabilities.

John Dougherty has always been for the underdog and is always willing to extend assistance without hesitation. He has helped anyone and everyone who needed it. I am not just saying this because he is my friend, he is truly someone who is always willing to lend a hand to anyone in need. John also has been by his wife, Cecilia's side since she had a brain aneurysm which requires her to have 24 hours of care. He is always there for her and makes sure she is receiving the care she needs. I am asking you to please take in consideration that she will have no one to help her without John.

Thank you for considering this plea for leniency, I am available to provide any additional information if needed.

Sincerely,

Wayne Miller

Wayne Miller

Robert Bair, President, Pennsylvania State
Building and Construction Trades
904 N 2nd Street
Harrisburg PA, 17102

June 7, 2024

Judge Jeffrey L. Schmehl
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl,

I am writing this letter to provide a character reference for my friend and colleague, John Dougherty. I met John in 2008 when I became the Business Manager of IBEW local 143. He immediately welcomed me as a new Business Manager and he was always there for advice and a friendly ear. When the economy collapsed in 2009 and my trust funds were struggling and the unemployment rate in my local went to 35%, I was struggling with how to fix the problems and wasn't sure if we would even be able to save the funds. I got a phone call from John that truly set me on the course I walk to this day, He said Rob. You know what you have to do, and you know how hard this s going to be but you will convince the members your plan will work and you will always show them your confidence in making your local stronger. This will entail many sleepless nights on your part and a tremendous amount of time away from your family, but you got in in you kid and I believe in you. John could have hunkered down and only worried about his own local but he didn't, that phone call did more for the members of IBEW 143 than anyone ever knew.

As the years went by John always encouraged me to step up. He pushed me to become president of the Business manager association, president of the state electrical workers, secretary treasurer of the local building trades and he was instrumental in getting me to become involved at the state building trades. When the president of the state building trades announced his retirement, John called me and said Kid, you're ready, your qualified, and you're the right guy for this position, now grab the brass ring and make us proud. Without John Dougherty there is no way I would be where I am today. Without John Dougherty there is no way local 143 would be on the solid foundation it stands on today, and with out John Dougherty, the working men and women in this commonwealth would not have the protections and wages and benefits they have today.

Johns involvement in the Philadelphia community with charitable organizations is unprecedented, The toys and Turkey drive, the renovations to the summer camp for Autistic children, the countless times he and his members stepped up to fix community parks, install smoke detectors in peoples home, sponsor food drives, and help people battling addiction, these are just a few of the things John has done in service to his community and the residents of Philadelphia. And

There is no doubt John has a big persona and his exuberance in everything he does is plain for all to see, and when I hear him described by some if his detractors and arrogant and selfish it causes me to hurt because that is definitely not the John Dougherty I know and respect.

It has been said that the measure of a man is his ability to put others first when he himself is in need. While John's wife was very ill and in the hospital my wife was fighting her own battle with breast cancer. The possibility of losing my wife was terrifying but I always remember what John taught me about showing confidence and making sure my wife would see that every day. I put the front on for my wife but inside I was struggling. John knew, he just knew and while he would be sitting in that hospital room with his wife late at night he would pick up the phone and call me. He never asked about work or even anything to do with our unions, he only cared about my wife and then he always made sure I was ok. While he more than enough on his own plate to deal with, he still made time to check on those he cared about. When my wife and I got the news she was cancer free and she rung the bell John was one of the first calls I made, There is no doubt in my mind he was as excited and happy to hear that news as I was and again, in his own way, he taught me the importance of self-sacrifice and putting others first.

There is no way I could put on paper every good thing John has done or the positive impact he has had on so many people, but I hope by reading this letter, Your Honor can get a true sense of the John Dougherty I know, a family man, a caring man, and a man who is never afraid to help people.

I hope this letter will give your Honor cause for consideration regarding sentencing, and I am respectfully asking for as much leniency as allowed in your final decision.

Respectfully Yours,

Robert Bair

**LOUIS AGRE**
**539 Gates Street**
**Philadelphia, PA 19128**
**Cell (215) 852 6548**
Agrelou@Gmail.com

June 10, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl:

My name is Louis Agre. I am a retired business agent, organizer and counsel to International Union of Operating Engineers Local 542. I am also President of the Philadelphia Metal Trades Council, the union which represents shipbuilders in Philadelphia. I am also a Democratic ward leader in Philadelphia and have known John Dougherty for over 20 years. I am writing this letter to urge you to sentence John Dougherty to the least amount of prison time as is allowable.

When a mutual friend of mine and John Dougherty's approached me to write this letter my first reaction was that I did not want to do it. As I stated to this friend me and John Dougherty have a 'history'. Much of that history has been contentious. Upon considering this further I decided to put this behind me and look at the effect John Dougherty has had in Philadelphia and for working people in general. In balancing this out it is clear that John Dougherty has had a net positive influence in this region.

John Dougherty has often been a voice for working people, especially those working in the construction industry, for decades. He has helped raise wages for all workers and has been an advocate for working people.

In addition, John, has had a positive influence on Philadelphia. He has been an advocate for neighborhoods, growth, reasonable development, job training, getting Philadelphians into trades, and stabilizing neighborhoods. Finally, he was very instrumental in getting the United States Marine Administration deciding to build its Merchant Marine training ships in Philadelphia. This is providing good jobs at good wages in the City of Philadelphia.

On balance, John Dougherty has done much good for working people, the City of Philadelphia and the Delaware Valley. Why I am not forgiving or making light of his transgressions, on balance he has had a positive influence on this area. For that reason no good will come from a long prison sentence. His no longer being allowed to serve as a union official or take care of his wife, is likely more punishment than any prison sentence you can give him.

Thank you for your consideration in this matter.

Very truly yours,

Louis Agre

Hon. Jeffrey L. Schmehl
Judge, U.S. District Court
for the Eastern District of
Pennsylvania
The Gateway Building,
201 Penn Street, 5th floor
Reading, Pa.
June 10, 2024

Re: U.S. v. John Dougherty

Dear Judge Schmehl:

I write in regard to the pending sentencing in the referenced matter.

I have known John Dougherty for 31 years. For the past 5 years we have been political rivals and have had only one conversation (at his father's funeral) in that time. Prior to that, we were political allies.

I respectfully request that The Court take into consideration the following when imposing sentence:

- ☐ Mr. Dougherty's commitment to his wife Celie's physical and mental health over decades of her struggles with brain disorders was extraordinary. This is particularly true in the period since 2013, when an aneurysm left her in a coma. John literally moved into her hospital room with and personally took care of her. This went on for months, if not years. When everybody, and I mean everybody, thought Celie had no chance of recovery,John continued to care for her and made sure the doctors continued to focus on recovery. It was quite a shock when she regained consciousness. John had remembered what Celie told him she could hear and what she feared during an earlier event and made sure she was protected, felt safe and felt hope. There is no way she would be alive today without John's constant and continuous hands on ministrations and his literal fighting for her life. Who can do that for her now?

2. John brought IBEW Local 98 and the other building trade unions into Philadelphia politics in a big way in the 1990s as the way to influence government action favoring construction and economic stimulation at a time when many thought Philadelphia had no future. His leadership solved the unemployment problem in the trades. Hundreds have enjoyed a prosperous living standard because of him in a field that had always been precarious. He also relentlessly pushed for rigorous code enforcement in a city that had become tragically lax.
3. John Dougherty is a very smart, very energetic guy who has much to offer the Philadelphia community in his remaining years of life. While the Court has to weigh many factors in determining sentence, I hope the Court will be able to have him use his talents to help his family and community in his remaining years.

Very truly yours,

- Alan L. Butkovitz
  former City Controller

The Honorable Jeffrey L. Schmehl
United States District Court
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

To The Honorable Judge Schmehl:

My name is Lindsey Lazer and I live in South Philadelphia. I currently work for the City of Philadelphia Municipal Court. Before working for Philadelphia Municipal Court, I was an employee at IBEW Local Union 98 where I worked directly for John Dougherty as his administrative assistant. Being from the same neighborhood and working at the same place I have known John for over 25 years. Also, I know all of John's immediate family and interact with them daily.

Walt Disney once said, "The way to get started is to quit talking and begin doing." John has always had a personality to help and make things better for everyone. He always put everyone else first and continues to do so. Throughout John's life he has had to deal with many difficult issues with work but also in his personal life specifically his wife. I have never heard him complain or question the hard times, he would just continue to push through and work even harder. I have watched John stand up for situations in his neighborhood and demanded fairness for every worker who has ever worked for him.

By his example I was able to get through many of my own personal health difficulties. For instance, I was taken to the emergency room where I was told I had to have emergency gallbladder surgery and I couldn't leave the hospital. I immediately notified John and without hesitation he told me to take care of myself and do whatever I had to do. On another occasion I was in work and having a miscarriage. I had to share this with him, and he handled it in the most caring and graceful way. I can go on and on with the number of times I have had to face difficult times in work, but each time John showed me nothing but love and kindness. From seeing John's leadership and determination every day it helped me to get past some of the hard times in my life.

John is and always will hold a place in my heart. He is one of the most influential people in my life and has helped develop who I am today. John is someone I know I can always count on to be there for me and my family. John was a great boss, but now he is a very dear friend.

Thank you for taking the time to read a summary of my most meaningful interaction with John. Should you need more information to verify or confirm these facts I am available by phone or email.

Truly,

Lindsey Lazer

215.715.8739
LAT1029@gmail.com

802 Combine Lane
Yardley, PA 19067
June 10, 2024

Hon. Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn St.
Reading, PA 19601

Dear Judge,

I am writing to respectfully request leniency in the sentencing of John "Johnny Doc" Dougherty, who was recently found guilty on multiple counts of embezzling funds from the International Brotherhood of Electrical Workers (IBEW). I understand the gravity of his offenses and I do not intend to minimize the seriousness of his actions. However, I would like to provide some insight into the person I have known for many years, in the hope that this might be taken into consideration during sentencing.

I first met John in high school, and from the very beginning, it was clear to me that he had a good heart. We shared many laughs and always had positive interactions. John was known for his toughness and unwavering dedication to his opinions and beliefs. He was the kind of person who would defend his friends and stand up for what he thought was right, no matter the cost.

John garnered power while adhering to the same principles he held in high school. He always aimed to do good things for his community and for the people he represented. His rise to power was marked by a genuine desire to improve the lives of those around him. Unfortunately, as we all now know, this path led him to make some bad decisions and to engage in illegal activities.

Despite his wrongdoing, I believe that John's intentions were not inherently malicious. He made significant mistakes from a position of power, but I have faith in his ability to learn from these errors and make amends. John is not a person beyond redemption; he is someone who has the potential to reflect on his actions and contribute positively to society once again.

I understand that justice must be served, and John must face the consequences of his actions. However, I implore you to consider his past good deeds, his character, and his potential for rehabilitation when determining his sentence. A more lenient sentence would allow John the opportunity to make restitution and continue to support his community in a positive manner.

Thank you for your time and consideration.

Sincerely,

Jack King

**THE ROCK**
ROCK MINISTRIES OF PHILADELPHIA

June 11, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Justice Schmehl:

This letter is written on behalf of John Dougherty, a personal friend and associate for over thirty years. I am aware that his sentencing is approaching. I was a close observer of the trial and I appreciate that, in a fair and unbiased way, you extended your hand several times to accommodate John's circumstances. I would like to encourage leniency as you make a final decision about his disposition.

Twenty years ago, I founded an inner-city ministry supporting at-risk urban youth, Rock Ministries of Philadelphia. "The Rock", as it became known in our Kensington neighborhood, has since grown to serve nearly every population in our impoverished and crime-affected area. Our efforts have entirely depended on supporters for the resources required for our work, and few have supported us like John.

From the beginning, John was there arranging material support of all kinds, as well as labor for both large and small construction projects. He was a constant champion for The Rock, spreading the word about the plight of the inner-city and the efforts being undertaken here. Throughout, he never asked for anything in return, not even that his name be mentioned as credit for his support.

I can attest that John's invaluable support was a product of selflessness and genuine concern. He deeply understood the heart of our mission, the grave situation faced by our urban neighbors and the urgency of need here. He made it a personal mission to do all he could to ensure The Rock had what we needed. He certainly succeeded in that.

I would ask that this aspect of John's character be considered in your sentencing decision. John truly is a man who is much more than his mistakes.

Sincerely,

Buddy Osborn
Senior Pastor
(215) 768-7757buddy@therockphilly.org

June 12, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John J. Dougherty (19-CR-00064)

Dear Judge Schmehl:

My name is Chris Rupe, and I am writing on behalf of my friend and former boss, John J. Dougherty. I have known John for more than a decade. We first became acquaintances in approximately 2010 when I was working for a former member of Philadelphia City Council and our paths crossed in political circles. John subsequently offered me a job at IBEW Local 98, where I worked from 2012 through the end of 2015. At the beginning of 2016, I left Local 98 to join the Kenney Administration, where I worked until leaving the Philadelphia area in 2020.

When I worked at Local 98, I was around John almost every day. John had the rare leadership ability to "see the forest through the trees" and understand the big picture, the need to be competitive in the 21st century, and look beyond narrow parochial interests. I saw him work tirelessly to promote the Philadelphia region and the employment prospects of the building trades. Examples of his work include a full-court press to bring the Democratic National Convention to Philadelphia, improve the regulation of the construction industry to protect all workers (not just his members), sticking his neck out to improve the labor/business environment of the Pennsylvania Convention Center despite the opposition of some other unions, negotiating to protect prevailing wage and unemployment compensation benefits for the construction industry, and lending union resources to support important charitable causes throughout the region – because these were the right things to do. In my view, it is unquestionable that the working people of the Philadelphia region are better off from his efforts.

John grew up in a different environment than me – an environment that is different from most people's experiences. John's world is one deeply steeped in traditional (and admirable) values of loyalty to trade unionism, community, and family. I have never met someone more dedicated to improving the well-being of others. He was completely and entirely dedicated to his union, his neighborhood, promoting economic opportunity in the region, strengthening middle class families, and making sure his members have another job lined up once they work themselves out of their current ones. He has always been generous with his time and resources to help others – whether it was lending Local 98's resources to support the causes of the broader labor movement, or the struggles of our most vulnerable residents through charitable activity, or making time to ensure his elderly father and chronically ill wife were supported. Quite frankly, I don't remember him ever taking days off or focusing on himself – he was entirely dedicated to taking care of others almost every waking hour.

I did not grow up in John's neighborhood, nor did I have friends or family in Local 98 before we met. John, however, recognized something in me early in my career and gave me an incredible opportunity to work for his union and better understand trade unionism, the dignity of work, and how to get big things done in the real world. John treated me like family, as he did with almost everyone at Local 98. When I left Local 98 employment to re-join City government, John never reached out to ask me to do him any special favors – indeed, we rarely spoke other than to exchange pleasantries like birthday greetings or tell stories. At no point in my time knowing John did he ever ask me to do anything I thought was questionable or unethical.

I do not know many first-hand details about John's case. But I have always known him to be a very decent and generous man, and I am proud to be his friend and grateful for the opportunities he gave me to learn and grow. No human is perfect, and I firmly believe that on balance, John's positive contributions outweigh his flaws. John has already suffered greatly – and I think Philadelphia has suffered from the leadership void he created.

John is a good man. He is not a danger to his community, and he is no longer in a position to commit additional offenses like the ones he was accused of. I hope you will consider John's many positive contributions as you deliberate his sentencing.

Thank you for your time and thoughtful consideration.

Sincerely,

Chris Rupe
South Duxbury, VT
(formerly of Philadelphia)

**Michael Mackin**
2422 South 4th Street
Philadelphia, Pa. 19148
215.680.5742

12th June, 2024

**The Honorable Jeffrey L. Schmehl**
**United States District Judge**
**The Gateway Building, Suite 518**
**201 Penn Street**
**Reading, PA 19601**

RE: John Dougherty

Dear Judge Schmehl:

Your Honor, I'm writing this letter to ask you for leniency in the sentencing of my friend John Dougherty.
I'm a 63 year old guy who has known John since I was 5 years old.. He and I went through grade school together at Our Lady of Mt.Carmel School and till this day, have been great friends. I've had the luxury of growing up with John and also becoming a member of I.B.E.W. L.U.98 around the same time with him, starting in the early 1980's. Throughout our youth, John was always the guy who stepped up to help anyone in need and he carried that trait throughout his tenure as the leader of my union. There are many examples of his kindness but the one that really resonates is a time, about 10 years ago, where my daughter got into a bad situation with drugs and John not only got her the help she needed, he continues to be there for her and to this day, she is doing wonderful, still in recovery and we are forever grateful.
My wife Bernadette and I are also lifelong friends with John's wife Ceilie. Ceilie has been sick for quite some time now and John seems to spend most waking hours with her. I'm afraid to even think what Ceilie and the family would ever do without him. It's for this reason I ask you to consider leniency when you sentence John. Thank you for your time.

Sincerely,

Michael F. Mackin

Michael Mackin

Mr. Matthew Pooler
1233 East Moyamensing Avenue
Philadelphia, PA 19147
267.808.6490
matthewpooler@gmail.com

Friday, June 7, 2024

To The Honorable Judge Jeffrey L. Schmehl,

Hello my name is Matthew Pooler. I am the Chief Operating Officer of Philadelphia Electrical & Technology (PE&T) Charter High School. I have worked at PE&T for 22 years. I have worked the past 5 years in my current role. I was hired originally to work at the school as a math teacher. I was also the Local 98 Union Steward for the school for my first 17 years at the school.

I currently reside in Philadelphia at 1233 East Moyamensing Avenue, 19147. I have been married for 18 years to my wife, Jackie. We have 2 boys, Matthew 15 years old, and Colin 10 years old. I am a lifelong South Philly resident.

I am writing this letter as a reference for Mr. John Dougherty. I have known John pretty much my whole life.

John's mother and my mother have known each other since they were little kids. They attended grade school, high school and were lifelong friends. Our families have been friends for a long long time. I personally, had known John from playing sports at EOM Athletic Association. John was my baseball coach for the 10 - 12 travel team at EOM. John was a good baseball coach and cared about each and every kid on the team. John always remembered our teams as the years went on especially since we won 2 championships with John as our coach. John always gave his time at EOM when I was a kid, and was always around the club no matter what sport season it was. John's personality hasn't changed much since I knew him as a kid.

John's care for his community came from his family. His dad also coached at EOM and this was passed down to him and his brother and sister.

I started working at PE&T Charter High School in 2002. John was pretty much the founder of PE&T while he was Business Manager at Local 98. He and I were on the original board that started the school. He opened the school to give youth in Philly a better chance for a public education and to prepare them for a trade. John knew that a job in a trade union could help philly kids provide for a family. Our teachers were the first Charter School in Philadelphia to join a union. Local 98 represented the staff at PE&T. I worked as the union steward at PE&T.

John & Local 98 have been unbelievably generous to the students at PE&T. He has done so many things for our students and parents to help them during their high school years. John always spearheaded efforts to give our students jackets, hats & scarves during the winter. He always provided a skating party for our

students on the afternoon of the Local 98 Family Christmas party at the Blue Cross RiverRink at Penns Landing. Prior to the start of most school years he would drop off school bags and supplies for our students. He helped get our students professional job opportunities through our Cooperative Education Program. John and Local 98 always kept us in mind during the holidays and if there were students in need of meals or gifts during Christmas time they quietly asked us and took care of those families through their charities.

John would always speak at our graduations and pop in the school to see how things were going when we started. John's daughter, Erin, started working there and the school took on a family feeling. This was definitely a vibe that was given from John and linked to how Local 98 worked like a family.

In my time knowing John personally and working at the school, John has always been a caring individual who was always more worried about how everyone else was than worried about himself. If you saw him he would always make you feel like the most important person in the room. He truly advocated for the students at PE&T by providing them things they normally couldn't afford or gave them opportunities that usually they wouldn't or couldn't experience.

John was instrumental in the neighborhood we both lived in. Not only coaching kids in the neighborhood but John was the president of the Pennsport Civic Association. This is another thing he did on his own time to help better the neighborhood for everyone who lived in Pennsport.

The common denominator with Johnny Doc during my lifetime is that he always tried to do for others. Whether it was for his union, making sure guys who didn't go to college had a high paying job to support their family. For his neighborhood, working for Pennsport or coaching at EOM. He did for others at the expense of his own personal time. Or helping out the students at the Charter School from time to time. John always cared for others.

I have known John and his family for a long time. He and his family are genuinely good people. John has been 24/7 taking care of his wife Celie. John is pretty much confined to their apartment. I know this has taken a toll on John and his whole family. John is not a threat to anyone physically. The Honorable Judge Schmehl, I would ask that you grant John some leniency while preparing his sentence, based on the amount of good he has done for the people specifically in my neighborhood, at our Charter School, and also for the good he has done for the people that he has affected positively in Philadelphia and the surrounding areas.

Thank you for your time,

*Matthew Pooler*

Matthew Pooler

Operating Engineers Local #542
Joint Apprenticeship Training & Safety Committee
of Philadelphia, Eastern Pennsylvania and the State of Delaware

1375 Virginia Drive • Suite 206 • Fort Washington, PA 19034
215-591-JATC (5282) • Fax 215-591-5286
•
DANIEL P. SULLIVAN, *President / JATC Director*
JOHN M. PINE, *Emeritus*

191

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

Dear Judge Schmehl:

My name is Dan Sullivan, and I am the President and Director of Apprentice and Training for the Joint Apprentice and Training Committee of IUOE (Operating Engineers) Local 542, Fort Washington, PA.

I am a lifelong friend of John Dougherty, we grew up and still reside in South Philadelphia. John learned to extend a helping hand to those in need or less fortunate than himself. His professional career is evidence of his success helping Local 98 members have productive lives.

John has participated in countless food drives, charity events and has helped to raise critical funding for the Variety Club to help children with developmental issues. Whether it was a veteran's group, a community charity organization or a union family in need, John always stepped up and made it his mission to help those in need.

I urge you to consider his record of professional and community service and give him the fairest sentence the guidelines allow. I know that John has learned a harsh lesson and has taken responsibility for his actions. I firmly believe that this experience will make him a better person in the future.

Thank you for considering my opinion.

Sincerely,

Dan Sullivan

ALAN L. BUTKOVITZ

Attorney at Law

1118 Unruh Avenue • Philadelphia, PA 19111
alan.butkovitz1@gmail.com
215.370.2448

Hon. Jeffrey L. Schmehl
Judge, U.S. District Court
for the Eastern District of
Pennsylvania
The Gateway Building,
201 Penn Street, 5th floor
Reading, Pa.

June 10, 2024

Re: U.S. v. John Dougherty

Dear Judge Schmehl:

I write in regard to the pending sentencing in the referenced matter.

I have known John Dougherty for 31 years. For the past 5 years we have been political rivals and have had only one conversation (at his father's funeral) in that time. Prior to that, we were political allies.

I respectfully request that The Court take into consideration the following when imposing sentence:

1. Mr. Dougherty's commitment to his wife Celie's physical and mental health over decades of her struggles with brain disorders was extraordinary. This is particularly true in the period since 2017, when an aneurysm left her in a coma. John literally moved into the hospital room with her and personally took care of her. This went on for months, if not years. When everybody, and I mean everybody, thought Celie had no chance of recovery, John continued to care for her and made sure the doctors continued to focus on recovery. It was quite a shock when she regained consciousness. John had remembered Celie told him what she could hear and what she feared during an earlier event and made sure she was protected, felt safe and felt hope. There is no way she would be alive today without John's constant and continuous hands on ministrations and his literal fighting for her life. Who can do that for her now?

2. John brought IBEW Local 98 and the other building trade unions into Philadelphia politics in a big way in the 1990s as the way to influence government action favoring construction and economic stimulation at a time when many thought Philadelphia had no future. His leadership solved the unemployment problem in the trades. Hundreds have enjoyed a prosperous living standard because of him in a field that had always been precarious. He also relentlessly pushed for rigorous code enforcement in a city that had become tragically lax.

3. John Dougherty is a very smart, very energetic guy who has much to offer the Philadelphia community in his remaining years of life.

While the Court has to weigh many factors in determining his sentence, I hope the Court will be able to have him use his talents to help his family and community in his remaining years.

Very truly yours,

Alan L. Butkovitz
former City Controller

cc: Greg Pagano, Esq.

**ROBERT N POSTON**
**3615-B Caesar Lane**
**Lake Worth, FL 33467**
**(561) 432-4329**

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

I have known John Dougherty for approximately 35 years. He is one of the finest men I have ever worked with and I admire all he has accomplished. A very caring and devoted gentleman to his family and has raised money for many charities. To name a few, the Variety Club, Devon Hospital, helped coordinate and install the Irish Memorial, instrumental of the lighting along Boathouse Row, the refurbishment of the St. John Neumann Memorial, allowed the Union Hall to be used by the Orthodox Jewish Community while their synagogue was being organized, and also honored the Navy Seals after 9/11. He also made sure that families in need had Thanksgiving dinner and children had toys at Christmas time.

To his wife of many years, he is loving and caring, as she has been ill for a long time.

Sincerely,

Robert Poston

**Bernadette Mackin**
2422 South 4th Street
Philadelphia, Pa. 19148
215.680.0183

12th June, 2024

**The Honorable Jeffrey L. Schmehl**
**United States District Judge**
**The Gateway Building, Suite 518**
**201 Penn Street**
**Reading, PA 19601**

RE: John Dougherty

Dear Judge Schmehl:

Your Honor, I'm writing this letter to ask you for leniency in the sentencing of my friend John Dougherty.

I have been friends with John and his wife Ceilie for over 46 years, going all the way back to high school. He has been a great friend to my husband Michael and daughters Bernadette and Veronica. If anyone in the family needs anything, John is always there to provide support.

Most importantly, John is a loving and caring husband who, from the day he was married, until now, has been taking care of his family, especially as caregiver for Ceilie. It would be a major hardship for his family if John cannot continue to be by her side. For this reason, I ask that you consider leniency in your decision.

Sincerely,

Bernadette Mackin

Bernadette Mackin

TO: The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

FROM: Thomas P. Foley
241 Evelina rd.
Hershey, PA 17033

June 14, 2024

Dear Judge Schmehl,

Thank you for the opportunity to write to you about John Dougherty. I have known John for the better part of 30 years and worked closely with him for the first ten of those. In the late 1980s, John was a business agent at his local union; I was a state and federal official working on job-related issues. I also worked for some time with him when he became the leader of his union, until I moved out of that field about 20 years ago.

During my years with John Dougherty, I can tell you he was one of the smartest, hardest working labor officials I ever knew. I saw him as a model for the modern union leader. He understood that he was essentially running a large business, one that made family-sustaining jobs possible for literally thousands of families – and not just families with membership in his union. He understood at that time that his position allowed him to have an enormous impact on not just the economy of the city of Philadelphia but the entire region. I observed him building relationships with major employers and community and political leaders throughout the state in the course of the 8- 10 years that John and I worked in roughly the same industry. He was a model of what a modern labor leader aspires to and should be.

During that time, I also witnessed his engagement at a community level, and it was profound. He and many of his union colleagues were fully engaged on the political front, about which much has been written. My observations have more to do with his personal engagement at the community level. His members were active in all kinds of civic ventures and holiday events in Philadelphia and the region—led by John. I know this because I too was in a position for those 8-10 years where I would be deputized to participate in, organize and occasionally lead those functions. It was clear to me that his engagement wasn't just professional; he and his wife Ceily were personal emissaries at and for many activities in the region. I'm sure that you have letters from many of the people whose organizations John and Ceily personally assisted. I witnessed his engagement on many occasions—it was *always* sincere, personal and authentic.

On one occasion, we were both working at an unspecified holiday event (can't remember if it was Labor Day, Veteran's day or something else). I was traveling with my two-year-old son that day as the other two boys were at an activity with my wife. At one point, John and I unexpectedly were asked to speak to a crowd assembled at an activity on the port. I was going to say "no" because I needed to take care of our son. John looked over at Ceily, who then stepped up and said, "I've got him, Tom" and sure enough she did. Ceily took care of Andy for the next two hours while John and I did our work on the day. I had our son in my eyesight for the first 15 minutes, saw how well Ceily was taking care of him, and I knew I didn't need to worry any further. At the heart of it all, John Dougherty is a good man and he and Ceily are good people.

I have had less contact with John in the last 20 years, though I have followed his career and its ups and downs. I do occasionally see his daughters Erin and Tara, and they are also examples of the kind of person--and father--that he is. Both are all stars.

Let me finish by saying this is a good man whose basic instincts are for the best. This is somebody who still has so much to give to the many communities of which he remains a vital part. I hope that he will get that opportunity.

Thank you for your consideration.

Thomas P. Foley
(former) PA Secretary of Labor and Industry (1991-94)

June 14th, 2024

The Honorable Jeffery L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn street
Reading, PA 19601

Good morning your honor. My name is Kristen Rooney I have known John Dougherty for the better part of 15 years. I lived next door to him and Cecilia for the first few years of my son's life. During that time as a young mother finding her way, I spent a lot of time with John. Early morning coffee on the step, he was always a listening ear and a big help with his great nephew Nathan. He made sure I never needed for anything. Whether it was 5 minutes to take a shower or a breakfast sandwich he always made sure to treat me like family. He did these things out of the kindness of his heart never wanting anything in return. Throughout the years he always checked in to see how Nathan & I were doing. When Cecilia got sick it was the end of his world, he spent most of his days sitting by her side. He made it his life's goal to get her better and be there for her. He did not attend family parties, holidays, or weddings to be by her side. I do not think without the support and love from John she would have made it this far. Your honor I plead with you to please consider the life of Cecilia at sentencing not only will she be losing a husband she will be losing her sole care provider and I worry that without his help her life would be at jeopardy.

Sincerely,
Kristen Rooney

**REVEREND JOSEPH KELLEY**
**2422 SOUTH SEVENTEENTH STREET**
**PHILADELPHIA, PENNSYLVANIA 19145**
**215-334-4170**

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601
Re: John Dougherty

June 14, 2024

Your Honor:

I am writing this letter on behalf of Mr. John Dougherty. I have known Mr. Dougherty for 37 years. I am aware that he is to appear before you on July 11, 2024.

My relationship John is that of priest and close friend. I am a 68year old priest who has been pastor of Saint Monica Church in South Philadelphia since 2003. I have been a priest since 1987. I live here in the parish house adjacent to and connected to the Church here at 17th and Ritner Streets. I first met John when I was a newly ordained priest at his home parish of Sacred Heart of Jesus Church in South Philadelphia. I have had a close relationship with John and his family over these past 37 years. He is a deeply spiritual person.

I have known John to be a man of integrity, generous to his church with his time, talent and treasure. He is soft-spoken and is very close to his family. In fact, he provides loving care to his wife who is severely ill.

John and I have had many interactions, socially as well as spiritually as he often attends Mass at Saint Monica's. I was a regular at his home every Christmas Eve, before Midnight Mass.

I am writing this on behalf of my good friend in the hopes that you will take my perception of his character into consideration. He truly is one of the most honest, trustworthy and upstanding people I have ever met. I pray for John

daily and appeal to you for leniency. If you have any questions regarding this matter, please feel free to call me at the above number.

Sincerely Yours,

**Joseph Kelley**

Rev. Joseph Kelley
Pastor

International Union of Operating Engineers

LOCALS 542, 542-RA, 542-C, 542-D

JAMES REILLEY
Business Manager

DAN SULLIVAN, President
JAMES GITTENS, Vice President

AFFILIATED WITH THE LABOR AND BUILDING

AMERICAN FEDERATION OF TRADES DEPARTMENT

ROBERT WALSH, Recording Secretary
ROSS STEPHENS, Treasurer
JAMES ASCIONE, Financial Secretary

1375 VIRGINIA DRIVE - SUITE 100, FORT WASHINGTON, PA 19034
(215) 542-7500
FAX: (215) 542-7557

June 14, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

My name is Jim Reilley and I am the Business Manager of Local 542 of the International Union of Operating Engineers in Fort Washington, PA. I am writing this letter on behalf of John Dougherty and requesting leniency as you consider John's sentence in his recent trial.

I have known John for almost 10 years, and he was a long-time friend to the late Robert Heenan, former Business Manager of Local 542.

As former Business Manager of Local 98, John has tirelessly dedicated his life to the members of his organization and has always fought to ensure the best working conditions for his members.

As the previous leader of the Philadelphia Building Trades Council, John has been instrumental in strengthening the building trades in the city of Philadelphia. His efforts have resulted in passing laws that have protected the tens of thousands of union members who live and work in the city.

John has also been involved in multiple charitable organizations throughout the city including the Variety Club, Project HOME, and Rock Ministries among others.

When making your sentencing decision I ask that you consider John's record of professional successes and community service and give him the fairest sentence that the law allows. Thank you for considering my request.

Sincerely,

James Reilley

Jim Reilley,
Business Manager, IUOE Local 542

CITY OF PHILADELPHIA
CITY COUNCIL

MARK F. SQUILLA
ROOM 332, CITY HALL
Philadelphia, PA 19107
(215) 686-3458 or 3459
Fax No. (215) 686-1931
Email: mark.squilla@phila.gov

1ST DISTRICT COUNCILMAN

COMMITTEES
Chair
Streets and Services

Member
Education
Ethics
Finance
Fiscal Stability
Global Opportunities
Licenses and Inspections
Public Property and Public Works
Rules
Technology and Information Services
Transportation and Public Utilities
Whole

June 14, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl:

I am writing regarding the upcoming sentencing of John Dougherty on July 11, 2024. I have known John since childhood as his brother and I were classmates, as were our siblings. We lived in the same neighborhood and belonged to similar social circles, so we were often in each other's company.

John's strong work ethic allowed him to rise through the ranks of the Electrical Workers Union, ultimately being elected Business Manager and making Local 98 a powerhouse in the City of Philadelphia and beyond. I have always been impressed by John's dedication to his family and our neighbors. I know countless people John has helped with a myriad of issues, particularly employment. Many now have good paying jobs with benefits and contribute back to our community. John tried to resolve anyone's personal matters as if they were his own.

John and I both became involved in politics to improve our community. More often than not, we were on the same side of the issue, and worked together to achieve a common goal. Protecting the community and the neighborhood was of the utmost importance to him. John is generous to a fault and willing to lend a hand to anyone in need.

Thank you for your time and consideration of my letter as you deliberate John's sentence. Given his good attributes that I mentioned, I would appreciate leniency.

Sincerely,

Mark Squilla

CITY OF PHILADELPHIA
CITY COUNCIL

JIM HARRITY
ROOM 408, CITY HALL
PHILADELPHIA, PA 19107
(215) 686-8295
Fax No. (215) 686-2019

COUNCILMEMBER-AT-LARGE

The Honorable Judge Jeffrey L. Schmehl
Judge of the Eastern District of Pennsylvania
5613 U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Dear Judge Schmehl,

I am writing this letter to provide a character reference for John Dougherty, who is currently awaiting sentencing. I have known Mr. Dougherty for over 25 years and have had the privilege of witnessing the profound and positive impact he has had on my life and the lives of those around him.

During some of the toughest times in my life, including my struggle with addiction, John was a mentor and friend. He never walked away from me, even when others did. His unwavering support played a crucial role in my recovery and success. It is not an exaggeration to say that I owe a significant portion of my current well-being to his guidance and encouragement.

John not only helped me on a personal level but also extended his generosity to my family. He assisted my brothers and me in securing jobs in the laborers' union, which provided us with financial security and benefits. This opportunity was life-changing for all of us, and provided them and my family with the support and sense of purpose that they needed.

John has also shown his dedication to his community. For the past 20 years, every holiday season, John has helped my father, a retired police officer, organize one of the largest state-wide toy drives for underprivileged children. This annual effort has brought joy to many families and speaks volumes about his character and commitment to helping others.

Thank you for taking the time to read my letter. I hope you consider all John has done for me, my family, and many others when determining his sentence.

Respectfully,

Jim Harrity

Councilmember Jim Harrity

James Serad
151 Pierce Street
Philadelphia, Pa 19148

June 10, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Judge Schmehl,

I hope this letter finds you well. I am writing to you today to share my perspective on John Dougherty, a remarkable individual whose impact on our community cannot be overstated.

I have had the privilege of knowing John for many years, both through his work on the Pennsport council and as a fellow member of our church community. During his tenure on the council, John worked tirelessly to improve the quality of life for residents of Pennsport and strengthen our community as a whole. His dedication and leadership have had a lasting and positive impact, and the strides we have made under his guidance are undeniable.

John's contributions extend far beyond his work on the council. He is a man of unwavering commitment to serving others, and his generosity knows no bounds. Whether it's offering a helping hand to a neighbor in need or mobilizing the community to support various organizations, John is always there, ready to lend his support in any way he can.

Now, as John faces this challenging time in his life, I believe it is important to consider the countless ways he has given to others and the impact he has had on our community. A lenient sentence would not only recognize his remarkable character but also allow him the opportunity to focus on caring for his loved ones, particularly his wife, who has stood by his side through thick and thin.

John Dougherty is a good and giving man, and I firmly believe that his contributions to our community warrant your consideration. Thank you for taking the time to review my perspective.

Sincerely,

James Serad

# KATIE KIRLIN FUND

229 Wolf Street
Philadelphia, PA 19148
215-336-5303

Courage is facing the odds

**BOARD OF DIRECTORS**

MIKE WARD
JOE KIRLIN
ROSEANN KIRLIN
KERRY KIRLIN MOONEY
JOE "BURGER" KIRLIN
JACQUI COLLINS
JAMIE BOWEN
EDWARD MOONEY
LOUIS P. CARBERRY
GEORGE COLLINS
GREG McBRIDE
KERRY SULLIVAN

June 10, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Honorable Jeffrey L. Schmehl:

We are writing today to show our support for John Dougherty. We have known John for over forty-five years. In 1987 our daughter Katie Kirlin was tragically paralyzed by a tumor at the age of ten. After the initial shock of our lives being changed forever we knew we had to pull ourselves together for Katie. Upon hearing this John who was a friend and union electrician called us and wanted to know what was needed and how he could help. After a few months while undergoing rehabilitation Katie started participating in wheelchair sports. We took her to an adult basketball game played by able bodied adult men and an adult wheelchair basketball team. John was there participating and told Katie that all of these people were there to help her with whatever she needed.

When Katie passed in 1989 at the age of twelve the Katie Kirlin fund was established. John gave us encouragement and support from the beginning and has continued for the past thirty-seven years. John with his union brothers gave creditability to our fund. We just had our 37th Annual Golf tournament and John has always been involved. He has helped us many times to let people know that our mission is to foster participation in wheelchair sports for children.

John has never forgotten his South Philadelphia roots. There have been many times when different people have experienced a tragedy and he is always willing to help. He has made sure that our youth sports teams have safe and decent places to play. John has encouraged many young adults to take the test for the union, work hard and secure themselves a good job where they can support a family. This in turn will help them also to give back to the community.

When a person lives among his neighbors he makes it his job to be there and find out how he can help. The Second Street neighborhood is a close-knit neighborhood and Johnny fosters that belief that a safe, secure neighborhood is so important for people to continue to want to live there.

We hope that you will see what John has done for us and so many others and judge him with leniency.  He has a strong bond with his immediate family and it would cause great distress for them if were not able to be with them.

Gratefully,

Joe Kirlin + Roseann Kirlin

Joe & Roseann Kirlin,

Founder & Trustee Katie Kirlin Fund

June 10, 2024

The Honorable Jeffery L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Barbara Barrett
605 Kayser Ave.
Pine Hill, NJ 08021

Dear Judge Jeffery L. Schmehl,

I'm sending this letter to request leniency on behalf of John Dougherty, who will have his sentencing hearing on July 11, 2024.

I've known John Dougherty for many years living in the neighborhood and his sister, Maureen married my nephew, George.

John Dougherty is a pillar in the community, I think many friends and neighbors appreciated his friendship, John always took the time to listen to and support them.

On many Holiday's, John Dougherty always provided many needful families with food baskets, etc., he always showed such kindness.

John was a loving Son to his late Mother and Father, and is a Wonderful Husband, Father, Brother, Uncle and Friend.

Fifteen years ago, John's sister Maureen lost her Husband, George to Cancer, Maureen had to raise four young children on her own. John supported his sister, Maureen

and children in everyway possible throughout the years. He loved and cared about them deeply.

I humbly request a lenient sentence as time in jail will put his wife, Cecily in more severe difficulty, she really needs her Husband, John's Love and support.

Thank you for taking the time to read my letter.

Sincerely,

Barbara Barrett

Gerard V. Vernose, M.D.
John W. McGrath, D.O.

VERNOSE McGRATH
OTOLARYNGOLOGY ASSOCIATES

Adult and Pediatric
Otorhinolaryngology
Facial Plastic Surgery
Head and Neck Surgery
Sinus Surgery
Snoring Surgery
Otolaryngic Allergy
Audiology Center

June 10, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building; Suite 518
201 Penn Street
Reading, PA 19601

**RE; JOHN DOUGHERTY**

Dear Honorable Jeffrey L. Schmehl:

I am a lifelong resident of South Philadelphia and first met John Dougherty in the late 1990's, We were on the same side politically, with reference to some of the city politics. With that initial friendship, I knew, immediately that I was in the presence of a good and powerful man.

My interactions from that point, primarily, were with seeing John occasionally as a patient, but also he was a premier supporter of my charity event, The Vendemmia Festival. John is a kind and giving person who cares about people. He has done more for my event and the neighborhood of all South Philadelphia, than any of the politicians that I have ever been in contact with. He does not do it in a flagrant way, but quietly. I hear other stories about him helping someone's house that burned down or who lost their job, and what not. He is truly a kind and giving person.I tell my children all the time, do not judge a person by what you hear, but by your interactions with that person, and I am truly impressed with my interactions with John.

John is a major support figure to all of Soutth Philadelphia. He is a column of strength, who has supported all in need in South Philadelphia.

I would strongly advocate for leniency in any sentencing that may occur. His wife needs him badly. I need him personally and all of South Philadelphia needs John Dougherty, and more of them.

Sincerely,

GERARD V. VERNOSE, M.D.
CHAIRMAN; OTOLARYNGOLOGY DEPARTMENT
METHODIST HOSPITAL

1841 South Broad Street
Philadelphia, PA 19148
(215) 465-8800
FAX (215) 465-8814

188 Fries Mill Road
Suite A-2
Turnersville, NJ 08012
(856) 875-0111
FAX (856) 875-2506

Jefferson Health Plaza
73 North Maple Avenue
Suite D
Marlton, NJ 08053
(856) 797-9961
FAX (856) 797-9963

Robert DiAntonio
109 Jackson Street
Philadelphia, PA 19148
267-760-3935

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading PA, 19601

June 10, 2024

Dear Sir,

Please accept this letter as an acknowledgment of my friendship with and the character of John Dougherty. I knew John when I was a kid growing up on 2nd Street in South Philadelphia. His dad ran all of the sports at Edward O'Malley (EOM), an athletic association in our neighborhood. John followed in his father's footsteps, stepping right in to help out and keep kids off the street corners by getting them into organized sports. Growing up 6 years younger than John, I watched him set a lot of young people on the right track in life, including me. He encouraged me and my friends to take the Electrician Test for the union by explaining about good jobs and doing better for ourselves and that working in the union trades were jobs we could be proud of. He made it all seem possible, and a lot of my friends who were not college-bound joined in blue-collar trades. I became a Pest Control Applicator.

Twenty-five years later, during the COVID-19 pandemic, my daughter left college at Temple University. She was unable to decide on a major and was unsure what she wanted to become. John heard that she was an intelligent young woman who was considering taking the Electrician Test and that she was unsure of how, as a woman in a predominantly male field, she would fit in as a female electrician. John explained that all of the trades were for everyone and assured her that she would be fine. He encouraged her to take the test and see where it would take her. "College is not a path everyone wants to take, and some of the most intelligent people work in the union trades", he told her. She is now a year 4 apprentice and absolutely loves her job. She is happy and fulfilled with the work she is doing. That is the type of encouragement and support that John gave and continues to give to our young people. There are so many more stories out there, just like this one, that I am sharing with you. For John, I am grateful, he is a true leader of our youth.

My neighborhood is full of people who work in the blue-collar trades: Policemen, Firefighters, Dock Workers, and Trade Union members. Everyone knows John and speaks highly of him for his commitment to our neighborhood and to the young people who live there.

I hope this letter sheds some light on John's personality and that you consider this when making your ruling.

Thank you for your time and consideration.

Sincerely,

Robert DiAntonio

Maryann Serad
141 Pierce Street
Philadelphia, Pa 19148

June 10, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Judge Schmehl,

I hope this letter finds you well. I am writing to you today to share my perspective on John Dougherty, a member of our community whose impact has been nothing short of remarkable.

I have known John for many years, and during that time, he has been an invaluable source of support and guidance for me and my family. As a mother raising a son battling addiction, John was there for us every step of the way. He didn't just offer kind words and sympathy; he took action, helping us find diversion programs, recovery resources, and counseling services to support our journey toward healing.

John's support didn't stop there. When my granddaughter's parents struggled with addiction, and the Department of Human Services became involved, John stepped in to advocate fiercely on our behalf. Navigating the complexities of the legal system was overwhelming, but John's knowledge and expertise were instrumental in helping me gain and maintain custody of my granddaughter. Without his unwavering support, I don't know where we would be today.

John's dedication to our community is unmatched. Despite facing his own challenges, he always puts the needs of others first, offering his time, knowledge, and resources to support those in need. He is a true example of compassion and selflessness, and his impact on our community cannot be overstated.

As you consider John's case, I urge you to take into account his countless contributions to our community and the lives he has touched. A lenient sentence would not only acknowledge his remarkable character but also recognize the profound difference he has made in the lives of so many.

Thank you for considering my perspective.

Sincerely,

Maryanne Serad

6/10/2024

Honorable Jeffrey L. Schmehl
United States District Court
The Gateway Building, Suite 518
201 Penn Street, Reading Pa. 19601

Dear Honorable Jeffrey L. Schmehl,

I am a retired Broadcast Technician with a career span of 40 years and a proud (retired) member of I.B.E.W. Local 98.

I am writing to you in hopes you will consider John Dougherty the man and the good he has done in his lifetime. I have known John professionally, as our leader of local 98, a confidant and a friend for several decades.

The John I know is a man who has always encouraged the love and support of family, education, and community service. He has had a tireless energy to get things done for his members, local community, family, and friends.

With John leading the way I have spent several Thanksgiving and Christmas Holidays delivering Turkeys, food, essentials, and toys to the families in need in the local community.

Most of my career has been spent @ NBC 10 in Philadelphia. John and his team have always tried their best to negotiate fair and decent contracts for our members.

My brothers and sisters @ NBC 10 and my family have always benefited from those contracts all the while John was dealing with the care of an ageing father and especially the care of his dear wife Cecelia.

Your Honor, in closing, it is my hope that you will consider a plea of leniency for John.

Thank you for your time and consideration.

Respectfully,

Neil Brango
1070 Wayfield Drive
West Norriton, Pa. 19403

Larry R. Christenson
1465 Le Boutillier Rd
Malvern PA 19355-8741

6·10·2024

Dear Honorable Judge Schmehl,

I am writing on behalf and in support of my long time friend John Dougherty who I have known for about 40 years.

John has always been there for friends and family. I've watched him support his wife Cecilia as she has suffered from a long term illness. He has taken her to therapy almost every day and has been with her every single day of their lives. Please do not take that away from them.

John worked hard for his IBEW 98 members and their best interest here in Philadelphia. He has supported businesses and sports teams his whole adult life.

I am proud to call him a friend and I have seen John help so many people through very difficult times. John has done so many good things that have made a difference in so many peoples lives in a positive way.

I will always be his friend and will always support John Dougherty.

Thank you for your consideration.

Sincerely,
Larry Christenson

Regina Robinson
212 Jackson Street
Philadelphia, Pa 19148

June 10, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Judge Schmehl,

I hope this letter finds you well. I am writing to you today as a long-time neighbor and friend of the Dougherty family. Over the years, I have had the privilege of witnessing firsthand the incredible impact that John Dougherty has had on our community.

John has always been a pillar of our neighborhood, constantly striving to make it a better place for everyone. Whether it's organizing neighborhood clean-ups, donating time and resources to local events, or simply lending a helping hand to those in need, John has always been there, ready to give back in any way he can.

But John's generosity extends far beyond our neighborhood. He is involved in our local churches and children youth program, always willing to lend his time and resources to support their various initiatives and programs. His dedication to serving others is truly inspiring, and it has touched the lives of countless individuals throughout our community, making our community one that thrives.

I firmly believe that John's contributions to our community should be taken into consideration when determining his sentence. He is a man of integrity, compassion, and unwavering loyalty to his neighborhood and those around him. A lenient sentence would not only be a testament to his character but also a recognition of the positive impact he has had on our community.

Thank you for taking the time to consider my perspective. I trust that you will weigh all factors carefully and make a decision that is fair and just.

Sincerely,

Regina Robinson

June 10, 2024

The Honorable Jefferey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Your Honor,

It has come to my attention that very soon a sentence will be handed down to John Dougherty. It is the intention of this letter to plead for leniency when considering options for his sentence.

I have known John, "Doc" as we always called him for many years since my acceptance into Local 98 in August of 1980. I had worked with him on several jobs before he began his tireless service to the Union as Business agent then Business Manager for many years. I cannot say enough in regards to the selfless dedication to his fellow workers and the City of Philadelphia in general as a whole. The advances he had made for our Union garnished attention nationwide and set an example, a blueprint you could say for Quality and Excellence in not only the electrical industry but for all the skilled trades. I can say with great certainty that my family and I owe him a debt of gratitude for all he has done for us and the members of Local 98, affording us the best in wages and health benefits throughout the years. Johnny Doc has served his fellow man/woman relentlessly throughout his career even in the face of personal hardship within his own family.

It is my sincere hope that you will take this into consideration when meting out justice in his case. I believe he will best serve the next phase of his life taking care of his immediate family with the same passion he has served his fellow union associates for many, many years. Thank you for taking your time to read this letter.

Sincerely,

Joseph A. Marchesani
Member Local 98 I.B.E.W.

To: The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Hello Your Honor,

I have known John Dougherty for all of my 34 years. He is a childhood friend of my father's. I always remember him being there to celebrate the good things/achievements but more memorably during my hard times. I specifically remember him being there when I shattered my leg as a child. He always brightened my day during those times. He was always the first one there when we had deaths in the family. I always felt John and I had an unexplainable connection. I will never forget during my personal struggles he was there for my family and me and helping to make sure I received the best care. I also remember all he did to improve my neighborhood in South Philly growing up. One thing I remember specifically is one of his neighbor's sons dying and he always fought to keep his memory alive. John has a tremendous heart. I work in Center City and constantly see him pushing his wife, Ceilie in her wheelchair so she can get some fresh air from the hospital. I am hoping the courts can consider this as his daughter, Tara works full-time as an attorney and this will become a heavy burden on her. Thank you so much for your time,

Veronica Mackin
2201 Bryn Mawr Ave Apt 804
Philadelphia, PA 19131

William P. Ivers
8315 Alicia St.
Phila, PA 19111
215-380-5824

June 11 2024

Dear, Honorable, US District Judge Jeffrey Schmehl,

I am writing you to tell you about the John Dougherty who I know. I realize that he was convicted by jurors in a case tried befor your Honor and I know very little about what that case involved, I got to know John in the earlies 1990. As I was a Republican Ward Leader in the city. I found John Dougherty to be an individual who deeply cared about his city and making life better for our most vulnerable citizens and creating opportunity for people who never had any before, he cared about the little guy, homeless, the neighborhood kids, his love of his Irish Roots and culture. Was on display when he marched as Grand Marshall of Phila St Patrick Day Parade, I remember many times during the pandemic John made sure small food pantryies had food. He did this out of genuine concern for people who need help

I REALIZE THAT YOUR HONOR HAS DIFFICULT TASK IN IMPOSING SENTENCES I WOULD ONLY HOPE THAT YOUR HONOR WOULD GIVE CONSIDERATION FOR THE MANY YEARS OF GOOD WORK HE DID. FOR THOSE IN NEED AND THE CARING INDIVIDUAL THAT HE HAS BEEN AND I AM CERTAIN WILL CONTINUE TO BE.

THANK YOU FOR YOUR CONSIDERATION

WILLIAM P. IVERS

[signature]

6/11/24

June 22, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, Pa. 19601

Your Honor,

I appreciate you taking the time to read this letter.

I have known John Dougherty for decades – ever since he coached my friends and I in basketball when we were kids. Though our lives grew in different directions through the years, we always enjoyed seeing one another at various neighborhood events.

I have lived in the Whitman section of Philadelphia my entire life (53 years) and can attest how John's work in growing Local 98 improved life in our community. John and Local 98 have provided a livelihood for a generation of people, and our neighborhood has seen those benefits.

I respect deeply the task in front of you and humbly request a plea for leniency on behalf of John Dougherty.

Deepest regards,

Ed Barkowitz

Ed Barkowitz
Philadelphia

Boe Lawless

305 Rogers Road

Trooper, PA 19403

June 16, 2024

The Honorable Jeffrey L. Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, PA 19601

Dear Honorable Jeffrey L. Schmehl,

I first met John Dougherty around 1993 during my time representing the International Brotherhood of Electrical Workers (I.B.E.W.) Local Union 380's Pension and Health & Welfare boards. By 2000 I became the President and worked as a Business Agent for IBEW Local Union 380, this is where I really got to know the man that John is. John worked for (I.B.E.W) Local Union 98 and shared the same goals as Local Union 380's. During this time, it became very evident that John was a natural leader and had a deep caring for people.

Over time the demand for Local Union 380's services diminished, this had a negative impact on our available funds, work, and overall morale of our members. In 2014 John and Local Union 98 stepped in and helped merge our struggling Union with his. John oversaw a seamless transition of our Local into 98's, which was not an easy task to integrate 800 established workers and assimilate them with the thousands of established members of Local Union 98. During the transition John ensured all Local Union 380 members felt that they had always been a member of Local Union 98's.

After the transition John asked me to continue to work as a Business Agent for Local Union 98, as I did for Local Union 380. Prior to that I thought that I had known John well, however while serving alongside of him I realized his ability to connect with people and help lead them to a better future. John worked tirelessly to help build a better Union and give back to the communities that the Local served.

John is an extremely dedicated both at work and at home. He is one of the most devoted family men I have ever known. When his wife, Ceilie, had a brain aneurysm he never left her side. His unwavering love and admiration for her through good times and bad is inspiring.

In sentencing, I hope that you could take into account all of the good that John has done over his life. John is a good man, a great father & husband, and a servant to his community.

Sincerely,

Boe Lawless

Robert DiAntonio
109 Jackson Street
Philadelphia, PA 19148
267-760-3935

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading PA, 19601

June 10, 2024

Dear Sir,

Please accept this letter as an acknowledgment of my friendship with and the character of John Dougherty. I knew John when I was a kid growing up on 2nd Street in South Philadelphia. His dad ran all of the sports at Edward O'Malley (EOM), an athletic association in our neighborhood. John followed in his father's footsteps, stepping right in to help out and keep kids off the street corners by getting them into organized sports. Growing up 6 years younger than John, I watched him set a lot of young people on the right track in life, including me. He encouraged me and my friends to take the Electrician Test for the union by explaining about good jobs and doing better for ourselves and that working in the union trades were jobs we could be proud of. He made it all seem possible, and a lot of my friends who were not college-bound joined in blue-collar trades. I became a Pest Control Applicator.

Twenty-five years later, during the COVID-19 pandemic, my daughter left college at Temple University. She was unable to decide on a major and was unsure what she wanted to become. John heard that she was an intelligent young woman who was considering taking the Electrician Test and that she was unsure of how, as a woman in a predominantly male field, she would fit in as a female electrician. John explained that all of the trades were for everyone and assured her that she would be fine. He encouraged her to take the test and see where it would take her. "College is not a path everyone wants to take, and some of the most intelligent people work in the union trades", he told her. She is now a year 4 apprentice and absolutely loves her job. She is happy and fulfilled with the work she is doing. That is the type of encouragement and support that John gave and continues to give to our young people. There are so many more stories out there, just like this one, that I am sharing with you. For John, I am grateful, he is a true leader of our youth.

My neighborhood is full of people who work in the blue-collar trades: Policemen, Firefighters, Dock Workers, and Trade Union members. Everyone knows John and speaks highly of him for his commitment to our neighborhood and to the young people who live there.

I hope this letter sheds some light on John's personality and that you consider this when making your ruling.

Thank you for your time and consideration.

Sincerely,

Robert DiAntonio

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Your honor,

Please allow me to introduce myself. My name is William Corazo. I am a proud retired member of Local Union 98 (43 years). I have had the pleasure of serving the union in just about every capacity possible. I started as an apprentice, became a journeyman wireman, Union steward, sub-foreman, foreman, elected official, recording secretary, apprentice training trustee, and a business representative for John Dougherty.

Not only have I known John Dougherty for our entire careers, but we grew up less than a block from each other and are lifelong friends. I'm very comfortable to say that John and I were not only working associates, but close personal friends.

I can testify that John's rise to power didn't start with politics, but with John's dedication of love for his neighborhood and friends. I was proud to be with John from the beginning to the present. John started as a young electrician, wiring alley lights in South Philadelphia and neighborhoods that other electricians wouldn't go in. We installed the first lights at SEYAA, DVYAA, and EOMYAA which are all youth organizations. John built a little league baseball field and renovated the entire indoor gym for the Edward O'Malley Youth Organization. Three of my grandsons use all these fields and gyms on a regular basis. There are no banners or signs hanging up honoring John for these accomplishments because that's not why he did it. He did it because he cared.

John had a vision and a plan to make neighborhoods stronger and more family friendly. When the Philadelphia Naval Yard closed and jobs were drying up at the Philadelphia ports, John was planning on creating new jobs for inner city residents. Good paying jobs with healthcare and benefits. When John started with the Union, the membership was at about 1,600. Today, Local 98 is closing in on 5,000 members.

John has created more jobs and more man hours for his members than any other labor leader in the history of the tri-state area. That's a fact. John also is the reason the Union has partnered with so many charities. The Variety Club, the Ronald McDonald House, Alex's Lemonade, Juvenile Diabetes, numerous toys, and food drives. I could go on, but I think my point is made.

My wife and I have been close personal friends with John, Cecilia, and their family. I can only imagine the heartache he deals with every day. No one can know all the sacrifices John has made, all for the benefit of others. I can't imagine the pressure of balancing a career, family, politics, labor leader, and husband to a wife with a medical condition that requires 24/7 care. I thank God for the man and the leader that he is. I'm sure you've received hundreds of letters in support of John, and I'm sure you've read every one. I personally don't think incarceration would benefit anyone, the government, or the state. I think community service would be the best possible outcome for all. If you compare the government's charges to all the good that John has done for so many, I think the scales of justice will tip heavily in John's favor.

Thank you for your time and consideration.

Sincerely,

William Corazo

William Corazo
Card number D542567

# Louis Carberry

1929 E. Moyamensing Ave
Philadelphia PA 19148
United States
123-456-7890
louis.carberry@me.com

June 20, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
201 Penn Street
Reading, PA 19061

Dear Recipient Name,

I have had the privilege of knowing John Dougherty most of my life. Virtually all of my life I have lived on the 1900 block of E. Moyamensing Ave. I was lucky enough to grow up in 1929 E. Moyamensing Ave and live on the same block as my Grandparents who lived in 1917. I was lucky enough to live in both houses.

If I had to guess John moved on my block when I was 16 years old. I am 47 now. For 31 years I have lived with the comfort of knowing that I had the most amazing neighbor only doors down. His concern for both my parents when they lived on the block and my grandparents was constant.

John always had a positive word to say and encourage me to do the right thing. He was such a strong asset to our community, my family and myself in particular. It is my deepest hope that all of the outstanding good that he has done wanting nothing in return will be remembered during this process. I for one will be eternally grateful to call him a neighbor and a friend.

Sincerely yours,

Louis Carberry

Mr. Louis C. Carberry
100 B. E. 8th Avenue
Wildwood, N.J. 08260

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

June 18, 2024

Your Honor

I first met John Dougherty over thirty years ago, when he moved his family into 1933 E. Moyamensing Avenue.
I had not known John before that time.
As neighbors John and his wife Cecilia were the best.
When my wife Helene and I had serious health problems both John and Cecilia were there for us without hesitation.
John did numerous good things throughout his lifetime for many people.
At this time I am asking you that in your deliberations please consider ALL of John Dougherty as you decide his future.

Thank you,

Louis C. Carberry

Phone 267 285-7098
Formerly of 1929 E. Moyamensing Ave.
Phila. PA. 19148

Mrs. Helene Carberry
100B E. 8th Avenue
Wildwood, NJ 08260

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 578
201 Penn Street
Reading, PA 19601

Re: John Dougherty

June 20, 2024

Your Honor,

I am writing this letter on behalf of John Dougherty. John was a neighbor of mine for over twenty years. He and his wife Cecelia were not only great neighbors but also good friends. John was always there when you needed a friend. John was always working to make our Community a better place to live. When my husband had some health issues John would always reach out to us to make sure we had every thing that we needed. I will always remember his many kindnesses.

At this time I asked that you take into consideration all of the positive thing that John did for the City of Philadelphia and our Community.

Sincerely,

Helene Carberry

As the letters you are receiving likely convey, what we have here is a collective lamentation of the mistakes of a good man - a very good man. I pray and have faith your Honor will place the entirety of Mr. Dougherty's contributions to society on the scales when determining his sentence and the conditions surrounding it.

Thank you, Sir, for your time, patience and your understanding of the impact of this sentence on those who love him and depend on his love and his care to survive.

Sincerely,

Ed Kirlin

Edward Kirlin
1637 S. 2nd Street
Philadelphia, PA 19148
edkirlin@yahoo.com

There are dozens, if not hundreds of instances where John learned of someone taking a hard bounce and he reached out to see what he might be able to help. In early 2001, a restaurant on a pier on the Delaware collapsed. Many people were hurt and some died. The site was cordoned off for months and had constant police presence as investigators came and went. For weeks, one particular officer had that assignment. For weeks, there were a number of empty beer kegs floating in the river. One day, the officer when off duty, fished the kegs out of the river and returned them for the deposit. The officer, who had 3 kids, was fired. Upon learning of that, Mr. Dougherty called the FOP and asked them to send the officer down to the union hall where John had arranged to put the guy to work. Instinctively, John knew what torment the officer was probably going through, and unasked leapt at some way to help the guy. Not a big deal per se, but you can bet it was a big deal to that officer.

At a different time, the headlines were full of a story of an infant whose drug addicted father killed her. A detail in the story intimated the family was in such disarray that there was no money for the funeral. Mr. Dougherty quietly picked up the bill for the funeral and infant girl's headstone.

Mr. Dougherty's and Local 98's roles in the political world are well known. Mr. Dougherty's support wasn't always easy to obtain. Frequently, his support went to the candidate who was able to convince him that he had ideas or a program that would make a positive Impact on the world of working people. For a dozen years, he supported candidates that would commit to getting the funds to dredge the Delaware River. It was needed because the new supersized container ships about to come on line would not fit under the rivers' bridges. It was a long slog but finally the legislature was persuaded of the statewide benefits of the project and it went through. Also, the Pennsylvania budget was notoriously late in getting passed. It was almost always over the wrangling about the fuel tax and the improvements the fuel tax funded. It may have been around 2005 and Mr. Dougherty worked the phones relentlessly badgering everyone who would listen. For the first time, a ten year agreement on the fuel tax was passed and everybody got what they wanted. What Mr. Dougherty asked for in return was $30 Million for engineering and feasibility to extend the Broad Street subway system for the necessary 2 mile extension to the Philadelphia Navy Yard. With that in hand, Mr. Dougherty then lobbied the Senators from Pennsylvania, New Jersey and Delaware for another $30 Million that the Department of Energy could grant to projects that would get cars off the road. That funding is still winding its way through the system, but is indicative of the level at which Mr. Dougherty involves himself in the political for the benefit of the entire region.

The Philadelphia Business Journal regularly does an article ranking the top 100 businesses in the region based on the dollars run through their coffers. Local 98 was listed at around 68th based on about $100 Million it handled on an annual basis. A hundred million a year for 35 years that Mr. Dougherty was at the helm - that is an incredible amount of money.
Mr. Dougherty was not driven by avarice. There is no yacht, no alpaca farm, no sprawling mansion in Longport or Jupiter, FL. - no unbridled greed here.

I have known John 60 years and worked with and for him 25. He is a whirling dervish. Working for John especially in the heat of the battle, requires one to accept an environment that is multi-task, rapid fire and marathon conditions. He can be difficult and demanding to work for but he is not a tyrant. He demands your best work product just as he demands it for himself.

June 24, 2024

The Honorable Jeffery L. Schmehl
United States District Judge
The Gateway Bldg. Suite 518
201 Penn Street
Reading, PA 19602

Dear Honorable Judge Schmehl:

RE: John Dougherty

The difference between a man and a derelict is a job.

The heartbeat of a decent man, a decent family, a decent community is whether and where employment is available. So much depends on the pay and the benefits of a job which is just a basic fact of life that all of us must grapple with once the idle days of boyhood are gone.

Creating and preserving jobs has always been the driving force of John Dougherty's life and career. John took a union that was struggling and put it on its feet. He doubled the membership. Each time he ran for Business Manager, he won overwhelmingly. Each contract he negotiated with the employers was approved resoundingly by the membership. That was because there was always meat on the bones. That goes for the employers as well as the members.

John's first victory hinged on a hiring proposal SOJ, meaning mechanics were allowed to directly solicit their own jobs. The change was welcomed and transformative for members and employers alike. It worked because John made it work and he made it work by insuring it was implemented consistently and fairly.

Another innovation John introduced into the contracts was the January 22nd Clause. In the building trades, a member must work a set number of hours per quarter to be eligible for their medical benefits. If for some reason, a member is short on hours in a quarter, the January 22nd fund was set up to cover the shortfall. This policy was a backstop put in place for a time when a person could rely on their benefits when they most needed them and that worry was removed from that member's list of troubles. It was absolutely brilliant and it worked because John made it work. A low cost innovation that meant the world to a family struggling to get through a difficult period.

In novels, they talk about character isolated by a deed, and of course novels are fiction. But John Dougherty's history is saturated by examples of his love and concern for just about anyone who knocked on his door. His generosity and concern for others almost borders on some sort of psychological affliction.

When Local 98 was taking heat for alleged discrimination against minorities, Mr. Dougherty implemented a serious outreach effort in schools to encourage minority students to apply and to take the test for admission to become an apprentice. The test is not easy. When the number of people who failed the test, rose to John's attention, at the Union's expense, they were offered free tutoring in the subjects that might enable that applicant to pass the test the following year. Justifying the cost and the action, John said, "It does these kids no good to put them in a position where they fail. I want to put them in a position where they have a real chance to succeed." Once again, character isolated by a deed.

One of John's many legacies is being a huge advocate for addiction recovery in the construction industry. His vision will live on for a long time and continue to grow. I know for me personally that in four days from today I will be celebrating 10 years of sobriety on June 28th 2024. I have a great career as a 98 Electrician, a lovely wife and 2 beautiful kids. I have a tremendous amount of gratitude toward John as he set me on a path to success by giving me a second chance.

I am writing to show the true character of John and humbly ask you to please keep this heartfelt letter in mind as you prepare for sentencing. Furthermore, I ask if you can grant John leniency as he has done for myself as well as countless others. Thank you for your time.

Forever Grateful,

Douglas Slavic

Doug Slavic

2306 S 3rd St

Philadelphia, PA 19148

June 24, 2024

The Honorable Jeffery L. Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, PA 19601

RE: John Dougherty

John Dougherty has had a significant impact on my professional career and more importantly my personal life. John's impact on my life began when I joined Local 98 in 2014. Before I joined the Local I struggled with substance abuse addiction. I truly believed that when I began the Apprenticeship at Local 98 that I would straighten myself out. But as any person in recovery will tell you, a job opportunity will not get you sober. I had kept my problem a secret. The shame and fear had crippled me. As a result, I continued a downward spiral throughout my first year of the apprenticeship. John became aware of my problem as I continued to be absent from class and perform poorly at work. I thought for sure that my wonderful opportunity to be a 98 Electrician was over. I was wrong. John knew I needed help and he provided exactly that. Instead of terminating me from the program I was given an opportunity to attend a 21-day rehab facility called Livengrin in Bensalem, PA. I was assured that my position in the apprenticeship would be waiting for me when I returned. It felt like the world had been lifted from my shoulders. I did not think that opportunity was possible because of the negative stigma surrounding addiction throughout the construction industry.

As a true leader with compassion and determination, John had a vision to change those negative attitudes. He built a Local that emphasizes family values and brotherhood. That mentality gave me the opportunity and encouragement to enter into that rehab center. I took that opportunity and worked very hard at my recovery. Throughout my sobriety journey I continuously see John's vision at work. John hired a full-time employee to become a Drug and Alcohol counselor for all 98 members and their family members. That employee later became my AA sponsor and has helped myself and countless others tremendously. Also, John opened the doors of our Union Hall and allowed weekly AA meetings. These meetings have been a safe haven for both struggling and sober 98 members and local neighbors. The "98 Free" AA meeting has been monumental in my recovery. I can count dozens of other electricians that share similar stories.

In closing, I remind you of the old saying "charity begins at home". John is home almost every day with Celie. He is constantly by her side and engaged in her on-going rehab. He is essential to her recovery and quality of life at home!

Sincerely,

Charles Murphy

Charles Murphy
Friend of John Dougherty

Charles Murphy
1102 Wilson Drive
Havertown, PA 19083
June 24, 2024

Honorable Jeffrey L. Schmehl
United States District Court
The Gateway Blvd. Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Jeffrey L. Schmehl:

Sir, my name is Charlie Murphy I am 68 years old and I have had the pleasure of knowing John Dougherty for approximately 25 years. Our relationship is unique in that we were peers before I started to work for John and the IBEW 15 years ago. As both of us were in leadership positions and conscious of our responsibilities to our members and the communities they live in. Always interested in enhancing the quality of life for the people in the area, union or non-union.

John has been involved in many, many fundraising efforts in his time, too many to mention in this letter. But if I may mention about one of the efforts close to him, mine and many other Philadelphians, The National MS Society.

John along with others in the labor movement wanted to give back to others not as fortunate. So…37 years ago the all-star labor classic was started and has grown to one of the most prestigious post season basketball games in the country, raising in the neighborhood of two million dollars for those in need.

John believes that people in their communities have an obligation to help those less fortunate and would stop at every table on the night of the modest recognition dinner (most of the time at the St. Joe's University cafeteria) and would explain to the young high school athletes that they have a gift that most people would envy, and not to squander it. Always emphasizing respect to your family, yourself and your community.

In my 15 years of working with John, he was always a caring and compassionate individual with the willingness to lend a hand to a friend in need. John is a good man and never forgets where he came from.

In October of 2023, my grandfather passed away, leaving my uncle as the "patriarch" of our family. I jokingly refer to him as the "Old Man" now. I can't imagine my life without my Uncle. He has always be a "go to" for me. Whether it was difficulties with school or life problems, my Uncle always made sure I remained focused on the task at hand. I understand the circumstance life finds him in now and I hope you consider these mitigating facts. My Uncle is a good person, one of the best I know, along with my father. I am proud and honored to call him my Uncle and I strive to continue his legacy of good. While we are all human beings and make some mistakes, I feel as though my Uncle's good deeds outnumber his mistakes. I respectfully ask, Your Honor, please do not take my Uncle away from me. Please do not take him away from us, our family. We need him and in times like this he needs us. Family is everything to my Uncle. Family is everything to me. Please let our family remain intact.

Respectfully,

Sean M. Dougherty

Sean M. Dougherty

June 23, 2024

Honorable Jeffrey L. Schmehl,
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

My name is Sean Dougherty and I am the nephew of John Dougherty. I find it hard to put into words what my Uncle Johnny means to me. He has forever been a constant presence in my life. Whether it was attending my basketball games, talking sports, or debating who had the better jump shot, I could always count on my Uncle for advice, constructive criticism, and support.

My Uncle Johnny has taught me many things, specifically the value of hard work. I have witnessed, firsthand, how hard my Uncle works, not just for our family, but also for the thousands of men and women he led as the Business Manager of Local 98. My Uncle has not only had a positive impact on my life, but he has had a profound affect on the lives of so many others. I have personally witnessed my Uncle change lives. He has supported people in times of hardship and need, which is something my grandmother instilled in not only him, but all of my family. My Uncle has made sure countless families throughout the area have been able to have food on their tables. I have also watched my Uncle go above and beyond for the care of his wife, my Aunt Ceilie. After suffering two severe medical issues, my Uncle has constantly been there for her and will do anything in an instant to be there for her. I admire his dedication to my Aunt. His love and dedication is inspiring.

# THE DUFFY FIRM
PHILADELPHIA LAWYERS

Thomas J. Duffy, Esquire


June 20, 2024

Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, PA 19106

**Re: John Dougherty**

Dear Judge Schmehl:

I consider John a dear friend and have known him for many years. I am in awe of all the good work he has done for others. He has always put others before himself. It is something I strive to do in my own practice.

As a raised Catholic, I was always taught that we must perform the Corporal Works of Mercy. It is something that I have strived for and hope that I have accomplished, not only in my personal life, but in my professional life as a trial lawyer.

I have been blessed throughout my career with many things, but my biggest accomplishment has been being able to be a voice for the voiceless and helping others. John has accomplished the same by being the voice for his members at IBEW Local 98 over the past 30 years. He has served and supported thousands of citizens in Philadelphia through his selfless work in the community. I, myself, am a witness to these acts.

I have worked with John and supported his commitment to helping others, specifically with our work and commitment to Magee Rehabilitation Facility in Philadelphia. John's wife, Cecilia, had been a resident/patient at this facility for several years after suffering a catastrophic stroke due to an arteriovenous malformation (AVM) in her brain. Although Cecilia is severely incapacitated, John is still a loving and supportive husband.

John has always been steadfast in his support of others. Now the man who has helped countless numbers of lives needs assistance himself.

I respectfully request this Honorable Court to consider John's expression of goodwill to those most in need during his tenure as an elected union official. I respectfully request this Honorable Court consider the numerous deeds and services that he provided to his community when formulating an appropriate sentence.

Please feel free to contact me with any questions regarding my support of John.

Respectfully yours,

THOMAS J. DUFFY

TJD/jmc


55TH FLOOR, ONE LIBERTY PLACE
1650 MARKET STREET
PHILADELPHIA, PA 19103

215 238 8700 **DUFFYFIRM.COM**

June 20, 2024

Honorable Jeffrey L. Schmehl,
Eastern District of Pennsylvania
5613 US Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl,

My name is Regina Trabosh, I am Sean Dougherty's girlfriend. John Dougherty is Sean's uncle and for the past 8 years I have known him as "Uncle Johnny." Since my inception into the Dougherty family, Uncle Johnny has been nothing but accepting, loving, kind, and jousting (in the most loving way possible). Uncle Johnny has welcomed me with open arms into his close-knit family.

One thing I have noticed since meeting Uncle Johnny is his commitment to his family. He is a true family man. He is always there for everybody, whether it was for Sean, his siblings, any of his nieces and nephews, Pop Doc, or his wife. You can always count on Uncle Johnny. I have also witnessed Uncle Johnny's love and care for his ailing wife, Aunt Ceilie. While in Center City for work, I will see Uncle Johnny walking with Aunt Ceilie in her wheelchair, especially on the nicest of days. I know Aunt Ceilie has always enjoyed her walks around the city. I can see how much joy that time with his wife means to Uncle Johnny, and I know how much she means to him.

I also know how close Sean is to Uncle Johnny and do not want to see him or the family hurting. Uncle Johnny is truly a good man. I sincerely hope Your Honor takes into consideration all the good Uncle Johnny has done in his life. Please do not take him away from his family.

Sincerely,

Regina Trabosh

Regina Trabosh

Most Americans delight in others misery, I on the other hand know the trauma of being targeted by the media and the federal government, there is no return to normalcy when they work together against you. John has given so much of himself for others and has endured years of media scorn, please show this good man some leniency.

**Betsy Mulgrew**

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Your Honor,

I am writing this letter in support of John Dougherty, my neighbor and friend. The first time I recall meeting John Dougherty was in State Rep. Bill Keller's office sometime in 1995. John inquired about the high school we had chosen for our daughters and how we arrived at our decision. His daughter Erin was getting ready for high school, and I told him how happy we were with our choice. Both of us chose the right path for our girls.

My first impression of John was of a caring individual, and I have never changed my mind about this fact. Most people have no interest in helping others, our neighborhood was changed for the better because of people like John Dougherty. He could have left the neighborhood as was common to flee the intercity. He was an anchor for the area, he along with my husband and Bill Keller worked tirelessly to improve our riverward neighborhood.

He genuinely wanted others to succeed, not a trait many people possess. He subscribes to the adage that: We all do better when we all do better. John wanted his neighborhood, community and his union to do well. His work ethic inspired others to do more. During one of our community civic association meetings John noticed a woman who looked unhoused and probably came into the room for some warmth, John sent a person out to buy some food for the woman, he thought she looked as though she could use a meal. An act of kindness.

If I had to pinpoint one debt of gratitude I owe John, it would be that he hired my husband Bob to work for him the day after Senator Vince Fumo very publicly fired Bob. At a political function someone stuck a paper support button on my husband's suit. The button was for the candidate Fumo was not supporting. Fumo fired my husband on the spot and our health benefits were cut that very evening in Harrisburg. We had a family to support, and the loss of his job could have been disastrous for us. John came to our rescue; Bob was a good hire for John and LU 98.

Another standout for me was his Christmas tradition of giving food baskets and toys for underprivileged children, these measures saw to it that kids got presents and families had a meal for the holidays. In addition to Easter and Thanksgiving food baskets to outreach organizations and community groups that greatly appreciated his efforts, which would have fallen short of resources without Johns leadership.

And yet the most important reason I am writing this letter is my concern for his wife Ceilie, as you are aware she is in an awful state. She is one of my group of friends, five of us used to walk together most weekday mornings and had monthly outings to local restaurants. We were crushed when she had her debilitation stroke. Our group would visit her at Magee Rehab Hospital and later her new home. Her condition is heartbreaking to watch. I could not imagine living her life, not being able to move or speak has to be a fate worse than death. Please do not take her husband away from her, he gives her encouragement and praise for her little victories. We have watched many tender moments between them, his sentence would be her sentence as well.

June 24, 2024

Patrick M Conway
125 Manton Street
Philadelphia, PA 19147

The Honorable Jeffrey L Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Schmehl,

I am writing to you today to advocate for John Dougherty, whom I have known for many years, as a reputable realtor in the community for over 26 years. Over the years, John has proven himself to be a person of great character and a down-to-earth and caring individual. He has been a dedicated friend, a wonderful father, and a loving husband.

I have witnessed firsthand John's unwavering commitment to improving our community and Philadelphia, tirelessly dedicating his time and talent to make life better for everyone. His efforts have provided numerous opportunities for the youth in the neighborhood to start meaningful careers, and many have achieved great success due to his support.

As for his family, they are the epitome of care and love, and they are completely devastated by the challenges they are facing. John's remorse is sincere, and he longs for the chance to undo the past. I firmly believe that John has already faced a prolonged period of punishment, and his family has endured significant suffering.

I am grateful for your time, Your Honor, and I sincerely hope and pray that you perceive the real John Dougherty – a selfless and loving individual who has contributed immensely to the well-being of many.

Sincerely,
Patrick M Conway
Realtor

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, Pa. 19601

RE: John Dougherty

Dear Judge Schmehl:

My name is John Moke and I am writing you this letter for my friend of 35 years John Dougherty. I was introduced to John through mutual friends in 1989 and we have been apart of each others lives ever since. John is a unique individual who always has had a special talent of bringing people together to take care of others. From the first day I met John I witnessed him do special things for his community as well as others, he would lead by example when he would put groups together to volunteer on a Saturday and clean up local parks & alleys, along with putting his skilled trade to work by repairing alley lights for safety. The biggest thing I witnessed was how he always made sure people had food for their families & gifts for their children during the the holidays. It inspired me to teach my children to do the same. John would always say there is nothing worse for a person than not being able to give something to their child that they did before & he would do his best to help people get through tough times & make sure they could.

Throughout the years John has used his special talent to make life better for thousands. He has been influential in providing life changing opportunities for young men & women throughout the City of Philadelphia via education & careers. John would also take the lead in making sure that local non-profits had the ability to take care of the groups they represented, if it was a food bank he would have a food drive, if they needed wheelchairs he would make sure they would get them. If anyone asked John for help he would make the effort to help them the best way he could.

The most important lesson John has shown me was to always take care of your family. There isn't a bigger example of this to witness than how John has been with his wife Ceilie, how he takes care of her everyday to make sure she has the care she needs to make her life the best it can be each day is a responsibility that most would not take on, but as I said he is not most people. His love & loyalty to his wife goes beyond words to explain.

In closing I hope this gives you a snapshot of the person who is before you and you show him leniency in your judgement. John is a good person that has made a difference in many people's lives.

Sincerely

John J. Moke Jr

John Moke

In closing, I just want to say over the course of thirty years, whenever I called upon John Dougherty, and it was/is plenty of times, the answer was/ is always a resounding YES, no hesitation whatsoever and anybody who knows John would likely say the same thing, he is a special person who is selfless and dedicated to the well being of others and anybody who has come in to contact with him is a better person because of the encounter, thank you for your time an consideration, it is very much appreciated.

Matthew J. McIntyre

Matthew J. McIntyre

IATSE, Local 8 Vice President

International Alliance of
Theatrical Stage Employees, Local No. 8

2401 Swanson St.
Philadelphia, Pa., 19148
P: 215-952-2106 F: 215-952-2109
www.iatse8.com

June 24, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Judge Schmehl,

I am writing to you on behalf of my good friend John Dougherty, I have known John for over thirty years and I can't say enough good things about the man. I would easily estimate that he has helped thousands of people throughout the years from offering apprenticeships not only in IBEW, Local 98 but apprenticeships for other unions as well, these jobs have resulted in careers which offer life sustaining wages, health care and retirement benefits for many, many individuals.

Over the years, John has assisted in so many other ways as well, examples are, scholarships for students, admissions into schools that people have requested, assisting families with special needs children, assisting individuals or families in need, community events and not just his own community, any and every ethnic parade benefited from his generosity and that should not be understated, his reach stretches far and wide when if comes to doing good deeds for others.

Thank you, John, for your dedication and selflessness. Your contributions have made a lasting difference in our lives, and we are incredibly fortunate to have you as part of our community.

With warmest regards,

Bill Vaughan

Bill Vaughan
bvaughan@gmail.com

Bill Vaughan
622 Newlin Road
Springfield, PA 19064
bvaughan@gmail.com
6/24/24

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I hope this letter finds you well. I am writing to express my heartfelt admiration and gratitude for the exceptional character and selfless contributions of John Dougherty to our community.

I have known John as a classmate since grade school and, more importantly, as a remarkable true and loyal friend, for over 55 years.

John has consistently demonstrated an unwavering commitment to improving our Whitman neighborhood and the lives of its residents. His dedication is evident in every action he takes, from ensuring our streets are safe and well-maintained to fostering a strong sense of community spirit among us. He has led countless fund drives and charitable efforts to benefit those in need.

One of John's most remarkable qualities is his accessibility and willingness to help others. He never hesitates to lend a helping hand, whether it's offering assistance to those in need, asking if there's anything he can do for our families, or simply being a compassionate listener. His genuine concern for the well-being of others sets a shining example for all of us. There have been multiple times where John has reached out and asked about the well-being of others, including my friends and family members with an open invitation to reach out to him directly if there is anything he can do to help.

I have personally witnessed John's tireless efforts to prioritize the quality of life in our neighborhood. His initiatives to improve local amenities, support community events, and advocate for important issues have had a profound impact on our collective well-being. His leadership and proactive approach have brought about positive changes that we all benefit from daily.

In times of challenge or adversity, John remains a pillar of strength and support for our community. His optimism, integrity, and kindness inspire us to strive for a better future together.

It is with deep respect and admiration that I commend John for his outstanding contributions and exemplary character. He exemplifies the true spirit of community and embodies the values that make our neighborhood a wonderful place to live.

6/21/24

John Morley
1932 Galloway St
Philadelphia, Pa 19148
Email: Jduke41@aol.com

The Honorable Jeffey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, Pa 19601

RE: John Dougherty

Dear Judge Schmehl,

My name is John Morley and I am a lifelong friend of John Dougherty. I am also a member of IBEW Local 98.

Having grown up in the same neighborhood as John, it was always noticeable to see how active John was in all aspects of our community. Whether it was Work, Church, or Community, John was always committed 100% to improving the lives of those around him.

As Business Manager of Local 98, John worked tirelessly seven days a week to bring jobs into the Philadelphia Region and provide his members with the best wages and benefits in the industry. His priority was keeping all members employed. His work ethic is legendary in our industry.

I served on the Pennsport Civic Association Board with John for a number of years. John was the President. At the monthly meetings he listened to every person's issue and was always proactive in finding solutions. Whether it was for getting children baseball or soccer uniforms, maintaining a sports field, cleaning up an abandoned lot, raising money for a sick individual, or helping an elderly person with handicap access, he listened and acted. He was always looking out for others.

John, as a lifelong Catholic, worked vigorously to raise money to help keep the local churches open knowing that these places of worship have always been the bedrock of our neighborhood.

He continually worked hard for others even while becoming a fulltime caregiver to his wife.

It is my sincere hope the court takes this letter into consideration and applies leniency at time of sentencing as I honestly believe John Dougherty will continue to have a positive impact in our community in the future.

Thank you,

Sincerely,

John Morley

June 24, 2024

Hon. Jeffrey Schmehl
United States District Judge
The Gateway Building Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl:

This letter is written in regard to John Dougherty, who I have known for 38 years. It is a plea for leniency.

I have known John as a friend, labor leader and a community activist. Over the 38 years I have counted John as a friend, I have always known him to be a kind, considerate, compassionate, and loyal person. John always wears a smile; he is always there to help. His work helping others over the years ranges from organizing a blood drive on September 12 for WTC survivors, manning the concession stand at youth soccer games, to raising funds for Northeast Philadelphia's Holocaust Awareness Museum.

John is a very devoted father and husband. To see John when he is with his wife, Celie, is to witness true love. John is entirely dedicated to Celie's comfort and care. John will take Celie for walks in her wheelchair around the city and to events. John is very supportive of Celie making sure that she is getting the best care through constant presence and advocacy.

My request is that you take all of this into account when considering sentencing. I imagine the matter must be a great weight on your shoulders.

Respectfully,

Maureen Drumm

Maureen Drumm

Gmail is:star

20

18 of 121

Mail

**was through text or driving by he would pull over to make sure everything was good with work and life. John is just all around a great person he cared about everything he did from helping the community to working 20 hours a day to make sure 3500 members**

Chat

Meet

The honorable Jeffrey L. Schmehl
United States District judge
The gateway building,suite 517
201 Penn street
Reading,PA 19601

Hey my name is Thomas Urbanas and I'm writing a letter on behalf of my friend John. I met John when I was in high school I went to Philadelphia electrical and technology character school AKA PE&T. John is not only the type of person to give you his shirt off his back but he was a great ladder for the unions and made me proud to become a electrician.Every trade would tell me how they wish they had a John doc as their business manager. John was one of the hardest working people I know to keep the union world thriving and not just for electricians. John would alway check up on me when I was in my apprenticeship if it was through text or driving by he would pull over to make sure everything was good with work and life. John is just all around a great person he cared about everything he did from helping the community to working 20 hours a day to make sure 3500 members could feed their families. So I'm hoping you can read this letter and it changes your mind about John because he was a man of giving second chances so I believe he deserves one just like anyone else thank you .
Sincerely Thomas Urbanas

Sent from Yahoo Mail for iPhone

Matthew J. Pagliaccetti
228 Tree Street
Philadelphia, PA 19148
Pagliaccettim1@yahoo.com

June 24, 2024

The Honorable Jeffrey L. Schmehl
The Gateway Building – Suite 518
201 Penn Street
Reading, PA 19601

Re: Sentencing of John Dougherty

Dear Judge Schmehl,

I hope this letter finds you well. I am an attorney currently employed by the Supreme Court of Pennsylvania and I am a friend of John Dougherty. I would like to take this opportunity to speak to his character and ask you to be lenient in sentencing John.

I've known John my entire life, but I really got to know him when I became a committee person for the First Ward Democratic Committee in 2010. John became a mentor to me and helped me navigate a difficult job market when I graduated law school in 2011. When I think about John, however, the first thing that comes to mind is not what he has done for me. Instead, I think about what he has done for our community.

The Whitman/Pennsport neighborhood is one of the last remaining tight knit communities in Philadelphia. This would not be possible without John. Not only has he helped provide good paying jobs to hundreds of our neighbors, but he also continuously supported nonprofit organizations, such as the EOM Athletic Association and the PHYSED Summer Camp Program, that have helped keep our neighborhood strong.

My favorite quote from John is "I never forgot where I came from because I never left." This is undoubtedly true. When you sentence John, I ask that you fashion a sentence that takes into consideration the thousands of individuals from our neighborhood that he has impacted in positive way. We would not be the same without him.

Sincerely,

Matthew J. Pagliaccetti

June 23, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

We are writing this letter today in support of John Dougherty, who is due to be sentenced next month. We have known John for about 30 years, through our printing company. He used to deal with Bill's father prior to becoming Business Manager in 1993, so he's known our family for longer than the 30 years. Bill first met John when he ran for Business Manager, and Rachel met John later after starting to work for the company in 1996.

John was not like our usual customers. He didn't work Monday through Friday, from 9 am to 5 pm. It seemed like he worked around the clock on various things for the union or his members (always his priority), or for various charities he's supported over the years, and finally for the politics. It was not uncommon to be in touch/meet with John on weekends and evenings when he had more free time. He is a very creative person, and tended to use our services constantly to help get his message across. If a member needed something, or something happened to a member (not just for his union, but across the building trades), he was there. If he couldn't be there personally, he would make sure one of his associates was. It was the same for his family, the people he worked with, the people in his neighborhood, and various pet charities. We were constantly working on various projects with various entities that he was responsible for.

For many years, we've served on the Board of Directors together for the Officer Daniel Boyle Scholarship Fund. John is a huge supporter of the fund, and helped out wherever he could. Over the years, we've been able to raise over $1,000,000 for scholarships for children in high school in the City of Philadelphia. We've been able to help over 1400 students help pay for a Catholic education. The fund has approximately 2% of expenses, so all that money has helped a lot of kids in the city over the years. He was also a huge supporter of the Variety Club. Even going back when they were financially strapped to help raise money for them. Over the years, there has been countless jobs we have done for John for his church, his neighborhood, an injured member, and various charities to help raise money.

We are hoping you will consider these and countless other stories you will no doubtedly hear about John when considering his sentence. Although the charges are very serious, John has done a lot over 30 plus years for his members, his neighborhood, his city and the numerous organizations he was involved in. Thank you for taking the time to read this letter.

Sincerely,

W. E. Strassheim

Rachel E. Strassheim

**Bill & Rachel Strassheim**

754 Lawson Ave, Havertown PA 19083

5515 Chester Avenue
Philadelphia, PA 19143 (215) 817-9887|
www.acbcphilly.net

African & Caribbean Business Council

# *African & Caribbean Business Council*

June 23, 2024

The Honorable Jeffery L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Subject: John Dougherty

Dear Judge Schmehl:

My name is Stanley L. Straughter, and I am sending this letter of support on behalf of my friend and colleague, John Dougherty. I have had the honor of working with John in a professional capacity and as a friend in the African and Caribbean immigrant community in Philadelphia. As a professional and an esteemed member of our community, his work has been exemplary. John has made many contributions to the African and Caribbean immigrant community and his work is greatly appreciated.

During my years as Chairman of the Mayors Commission on African and Caribbean Immigrant Affairs, and currently, as Chairman of the African and Caribbean Business Council of Greater Philadelphia (ACBC), and Echols of Africa, John has supported our efforts to advocate for the rights of immigrants in our community and assisting them to get settled in Philadelphia.

Many new immigrants, arriving in Philadelphia, have difficulty getting access to organizations and resources that can help them in a new city. In working with John, our immigrant organizations received his support, during our efforts to find food, housing, healthcare and opportunities for work in Philadelphia. John used his leadership in Philadelphia to develop training programs to prepare immigrants and others for jobs in our community. John's efforts have contributed to enhancing the quality of life of immigrants arriving in Philadelphia.

John is a highly sought after leader in Philadelphia and I have often requested his leadership, advice and counsel on challenges faced by the immigrant community and how to solve them. John has used his prestige and respect in Philadelphia to assist the Mayor's Commission on African and Caribbean Immigrant Affairs and ACBC to identify support for the immigrant community.

Finally, John Dougherty, is a highly respected professional in Philadelphia and his community work and contributions have been exemplary. The legal issues John is dealing with today are not a reflection of his life's work. John is a credit to his profession and the community. I hope that his many contributions to our community and society are considered, in regard to any deliberations about John's future.

Thank you in advance for considering this letter of support for John Dougherty. I can be reached on 215-817-9887, if you have any questions.

Sincerely,

Stanley L. Straughter, Chairman,
African and Caribbean Business Council of Greater Philadelphia
5515 Chester Avenue
Philadelphia, PA 19143
Cell: 215-817-9887

June 21, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Bldg. Suite 518
201 Penn Street
Reading, PA 19602

Dear Honorable Judge Schmehl:

RE: JOHN DOUGHERTY

Thank you for the opportunity to provide a character letter on John's behalf.

My friendship with John Dougherty began when our daughters were in grade school together at Sacred Heart of Jesus. Because we were neighbors, it was routine to catch up with John and/or Ceilie walking with their daughter Erin to/from school in her earlier years.

As our daughters reached the upper grades of elementary school, they played CYO basketball together at EOM (Edward O'Malley Athletic Association). John and Celia were always present. In high school at St. Maria Goretti, Erin and my daughter continued playing basketball together and our friendships continued.

At a young age, Erin learned from her Dad (John) the importance of being there for others. And following in her dad's and grandfather's footsteps, Erin Dougherty became a volunteer coach at EOM for the girls basketball team. John, along side his Dad (Mr. Doc) were deeply involved and instrumental in the development of sports programs for kids in the neighborhood. EOM continues to thrive and provides numerous opportunities for kids today because of men like John Dougherty.

During those same years, John and Ceilie were also raising another young girl, Tara, which eventually led to a formal adoption. Both girls are successful adults today because they were raised, supported and are deeply loved by their two devoted parents and extended family.

There was a time when our Pennsport neighborhood was in great need of a transformation. Because John cared greatly about our community, he took it upon himself voluntarily to resurrect the Pennsport Civic Association. With that initiative, John was able to lead the Pennsport and beyond through significant and necessary improvements. It is John's involvement and leadership that Pennsport is now a sought after community.

While John professionally continued to build and expand IBEW Local 98, it was devastating news to everyone when Ceilie experienced an AVM (arteriovenous malformation) around the year 2000. Ceilie is the quiet soldier of their family and a brave soldier she is. With John and her family at her side, she fought her way through the various experimental treatments. John researched every medical advancement possible for Ceilie's diagnosis and was by her side for all of it. It's difficult imagining the chaos and turmoil that began to invade John's life - both personally and professionally and the disruptions that ensued.

Unfortunately, fate handed Ceilie another blow and her health further deteriorated to the degree that she is no longer able to be cared for at home. She's still a relatively young woman in a desperately sad and difficult situation. Without John's leadership and presence to advocate for Celia, what will become of Celia? John is to be applauded for the 'over and above' dedication he provides to Ceilie and his family despite the set backs.

I recently attended a funeral Mass of a young electrician and there was standing room only in very large church. As I glanced around and observed John standing in the back of the Church, I wondered if he realizes what a tremendous difference he has made for every single person in that Church. He has always been there helping in his various roles of leadership. Whether it's for his family, EOM Athletic Association, Pennsport Civic Association, Local 98, Ceilie's healthcare and all of the various charities, it's just John's nature to get behind the cause and offer all that he can to make the world a better place.

As you prepare for the sentencing, I'm hopeful that you'll recognize the common theme of John's goodness through the many letters you'll receive. John has always been a man of good strong character who doesn't give up in the face of adversity. I am proud to call him my friend. As I continue to pray for John and his family, I am also including you in my prayers as you make the serious decision of John's fate and for what it's worth - Celia's fate too.

Thank you for your continued dedication and commitment to our great and good government.

Sincerely,

Micki (Mary) Kirlin

Micki (Mary) Kirlin
1725 E. Moyamensing Ave.
Philadelphia, PA 19148
mickikirlin@gmail.com

The Honorable Jeffery L. Schmehl
United States District Judge
The Gateway Building Suite 518
201 Penn Street
Reading, PA 19601

June 19, 2024

Honorable Jeffery L. Schmehl,

I am writing this letter as a fervent plea for leniency for my friend John Dougherty. I greatly appreciate the time and attention you have spent reading my letter. I strongly and truly believe that you will take the many letters received into consideration in the passing of his sentence. I attended John's trial, and my impression was that you are an honorable man doing his job.

I became acquainted with John while I was volunteering on a picket line about fifteen years ago. Having been a union member since graduating Cardinal Dougherty High School I had suffered catastrophic injury on the job. My young family needed protection for health benefits and other economic issues despite my inability to physically perform hard labor any longer. I couldn't sit on the sidelines. I continued to participate in the labor movement as a volunteer. John noticed my work ethic and introduced himself to me and encouraged me at a time when I was floundering a little. His encouragement was crucial at that time. He was instrumental in assisting me to stay motivated in recreating a productive work life that feeds my family and provides health care. Equally important is that it's not all about me. I make no apologies for my pride and participation as a Union member. It is good for me AND America. In that arena, John Dougherty worked literally around the clock in an impactful way that improved the lives of countless families and communities in Philadelphia and surrounding areas.

During my time spent around John and eventually working with John, I witnessed firsthand his passion for helping others despite any obstacle that came before assisting someone in need. Whether that person in need was a homeless veteran freezing on a sidewalk, Mr. Dougherty wouldn't leave until he was placed in a shelter. When Puerto Rico was ravaged by Hurricane Maria in 2017, John arranged to supply them with every possible essential imaginable. He always stepped up, regardless of the challenges or personalities. His desire to help others was not politically motivated or to gain publicity but he was able to do so and believed in it and there's countless examples I could cite.

Because "Johnny Doc" branded Local 98 over his 30+ year career through building the membership and being a man of his word, he gained the respect of leaders across the Commonwealth and was able to pick up the phone and help anyone who reached out.

I've worked for him during times of the most adverse and difficult challenges we've ever faced in this country, the pandemic. We worked to be ahead of the curve. Not only were we on the ground from the very beginning of COVID obtaining supplies all while keeping projects open in "open air" construction sites but we were dealing with members that didn't have food or couldn't get through to unemployment because of the overload the system was experiencing. Because of the outdated and antiquated system to file for unemployment in Pennsylvania, it took over a month to make initial contact with unemployment. Under John's leadership a system was created a system where anyone who was unable to get through to unemployment to reach out to John's team which consisted of three people. Over 5,000 were assisted in obtaining their unemployment benefits within a reasonable timeframe. Staying indoors and shutting down wasn't a solution for John, it was an opportunity of "how do we help" those in need.

We are not saints, and we all fall short of the Glory of God, but I can attest to the overriding nature of John Dougherty is to help others. At his core he is about improving the lives of workers and families. Yes, it was to advance the power of labor, certainly something not popular with other powerful interests, but on a personal level I witnessed many examples of his human kindnesses, compassion, and citizenry. Too numerous to be listed in a letter to a busy Judge.

Again, I thank you for your time. You are in my prayers.

Regards,

Brian Eddis

June 20, 2024

From: William J. Myers

To:
The Honorable Jeffrey L. Schmeht
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading. PA 19601

Honorable Jeffrey L. Schmeht,

I am writing today on behalf of John Dougherty, who has been a pillar in our community. I have known John for approximately 36 years as a family friend, a neighbor and local member. Within his local community John has helped support numerous local charities such as sponsoring children's sports teams and local parish events. He also offered support to the elderly community through charitable housing improvement for those who could not afford repairs. John was always willing to help his neighbors when called upon in any situation.

During his tenure as Business Manager in Local 98 John encouraged/supported many on their pursuits of careers in the electrical industry as well as other building trades, putting them on a solid path in life to take care of themselves and their families. He was also instrumental in opening the Philadelphia Electrical and Technology Charter School which expanded outreach to all communities in support of career development in trades. John through his role has always been dedicated to hard working union trade members and their families by fighting for fair wages, benefits and jobs.

My hope is you will take all of this into consideration in your decision making. I am making a plea for leniency for the positive impact John has made for so many during his years at Local 98.

Thank you for your time.

Sincerely,

William J. Myers

William J. Myers

June 21, 2024

The Honorable Jeffrey L. Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, Pa. 19601

RE: John Dougherty, past President & past Chairman of the Board, of Variety, The Children's Charity

Dear Judge Schmehl:

I have known John Dougherty for about 25 years. At a point in time, I succeeded John as President of Variety, The Children's Charity. John had a long history of involvement supporting Variety, before I became President of the Charity. Following John as President was a daunting task, as John had an extensive list of accomplishments for the Charity, especially for the Variety Camp, located in Worchester, Montgomery County. Variety serves Children with disabilities, & their families, over all regions of the Delaware Valley, but the 85-acre Variety Camp is the focal point for the Charity, & John spearheaded a vast number of improvements for the Variety Camp. He did this by bringing huge numbers of Volunteers, to assist with physical improvements, by simply donating their time & expertise to the tasks at hand.

Judge, for a six year period, when I was first on the Board for Variety, I was Chairman of a major annual event for Variety (Old Newsboys Day), which was a City wide event where volunteers gathered on Center City corners, & sold a special edition of the Inquirer (The Happiness Edition) for a dollar or more. With John's support, I was able to triple the number of volunteers, & more than double the total proceeds for the event. With John's referrals, I was able to add forty-two law firms to the event & establish an event within the event (The Chancellor's Cup) awarded each year, to the law firm that raised the most dollars on the day of the event.

Judge, but what was most impressive to the entire membership of Variety, was John's personal attention to the Children & the families of the Children. John attended all of the many Variety events every year, & his time at the events was centered around the Children, as he knew all of them on a first name basis, & he was known for this. John's leadership & devotion to Variety is admired by thousands of Variety families, past & present Board members, & hundreds of business firms that have supported Variety over decades, because of John calling them to support the Charity. There is not another individual who has supported this great Charity more than John Dougherty.

John's charitable activities have not been limited just to Variety. There are hundreds of other charities, in every location within the Delaware Valley, that have received direct support from John over many decades.

It is with deep hope, considering John's outstanding leadership, & his long-standing personal support in the lives of thousands of Children with disabilities, that you could extend significant leniency for John at his sentencing hearing.

Sincerely,

Joseph J. Sweeney

Past Present & Past Chairman of the Board

Variety, The Children's Charity, of the Delaware Valley

JESUITS
USA East

Ad Maiorem Dei Gloriam

June 25, 2024

Hon. Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn St.
Reading, PA 19601

Dear Judge Schmehl,

I am writing to you with utmost respect and humility on behalf of John J. Dougherty regarding the upcoming sentencing hearing, following his recent conviction for fraud and embezzlement. As his friend, I am deeply concerned about the impact of this conviction and potential sentencing on his future. Having known John since 2018, I can attest to character, integrity, and the positive contributions he has made to many organizations in the Greater Delaware Valley community.

I understand the gravity of the offense, and I do not seek to diminish its seriousness. However, I implore Your Honor to consider several factors in determining the appropriate sentencing for him. His role in his family and community is invaluable, and a severe sentence would have far-reaching consequences not only for him but also for his wife, Ceilie, who is severely disabled and requires round the clock.

I ran into John when he visited his alma mater, St. Joseph's Preparatory School, where I served as the school President. John, Class of 1978, was visiting with a young man who had an interview with the Admissions Committee about a potential academic scholarship. The young man was the son of the nurse who leads Ceilie's care team. The young man did earn an academic scholarship. I did not intervene in the admissions process in any way! This was followed by many conversations over breakfast at the Famous 4th Street Delicatessen in South Philadelphia. And finally, like he has done for many non-profits, IBEW Local 98 provided support for the relighting of the interior of the Church of the Gesu in North Philadelphia, which is part of the campus of St. Joseph's Preparatory School.

Your Honor, I respectfully request leniency in sentencing John, considering his personal circumstances and the good he has done for me and the Greater Delaware Valley community.

I am grateful to you for considering my perspective.

Sincerely,

Rev. John W. Swope, SJ
St. Ignatius Jesuit Community
53 E 83rd Street
New York, New York 10028

The Honorable Jeffrey L. Schmehl

United States District Judge

The Gateway Building Suite 518

201 Penn Street

Reading, PA 19601

Your Honor,

I have known John ever since I played Little League Baseball for his dad in the early eighties.

After high school I had a job at a food center warehouse. I thought it was a good paying job, but without benefits. In the early nineties John asked me to think about joining IBEW local 98. I was very hesitant because it would mean a 50% pay cut. After talking to my parents and a relative in local 98 I took the plunge and was accepted into the union.

Since day one in the union I have had so many options and opportunities. I graduated from our 5-year apprenticeship with college credits. I have been fortunate to hold many positions, journeymen, pusher, steward, and foreman. I have been able to pay both of my daughter's college tuitions.

I know John has been found guilty of taking things from the union, but he has given so much also. to me and my family and thousands of families. He provided us an opportunity to make a better life. He provided us an opportunity to have a skillset that we can use the rest of our lives. He provided us with a living wage and benefits.

I have seen John do so many great things for people and programs. EOM athletic association in South Philadelphia, Rock Ministries in Kensington, Alex's lemonade stand, The Red Cross and so many more. John will tell that he is just one piece of those organizations, but he is a very important piece. He is a high tide that raises all boats.

I have known Cecelia, Erin, and Tara for over thirty years. These people need John, they need him often. When we talk recently the first topic is always Cecily, her ups and downs and her in between days. John thought he had a 5,000-person family and tried to take care of every one of us. Right now, John has a three-person family that he needs to take care of. Please consider leniency for John during your sentencing. Thank you for letting me tell you a little about John Dougherty.

William F Edwards

William F Edwards

Bedwards215@hotmail.com

267-546-6732

The Honorable Jeffery L Schmehl

I Steven McDuckin am writing this letter on behalf of John Dougherty. John is a good man who always puts other people first Mr. Dougherty has helped save my life and countless others. Im 16 years sober because Mr. Dougherty and his wife. He is a symbol of hope for so many of us in the community. His work work ethic and dedication to others has changed Philadelphia work force for the good.

The Honorable Jeffery L Schmehl

I Steven McDuckin am writing this letter on behalf of John Dougherty. John is a good man who always puts other people first Mr. Dougherty has helped save my life and countless others. Im 16 years sober because Mr. Dougherty and his wife. He is a symbol of hope for so many of us in the community. His work work ethic and dedication to others has changed Philadelphia work force for the good.

John Doughtey has provided 1000's of Jobs for men & woman in order for them to be productive members of there community's.

Sincerely yours
Steven McGuckin
Steven McGuckin

**Vincent J. Fenerty**
**475 Pinewood Road**
**Philadelphia, Pennsylvania 19116**

June 22, 2024

The Honorable Jeffrey Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

**Re: John Dougherty**

Dear Judge Schmehl,

For the last twenty-three years, I have known John Dougherty, both on a professional and personal basis. His contributions to Philadelphia have been many, but I will address one small example of how John has made a positive difference in the many lives he touched in his daily life.

In 2013, my mother passed away and John came to her viewing at St. Anne's Church to offer comfort and support to my family, as he has done for hundreds of others in their time of need. The Pastor of St. Anne's at that time was Fr. Edward Brady, who knew John's reputation for performing so much charitable work. After introducing our Pastor to John, Fr. Brady explained to John the dire financial straits of St. Anne, an impoverished parish in the Port Richmond Section of Philadelphia. Fr. Brady then shared his concerns about the failing electrical system in the large, two-story, cathedral-like Church, and asked John to help by volunteering to assist the Parish. Although John had never previously met Fr. Brady, John agreed to undertake the daunting project. With the help of apprentice electricians, John successfully rewired St. Anne's

Church, including the installation of LED lighting throughout the lower Church. Additionally, the towering marble main altar in the upper Church that that had been in darkness for many years, was once again illuminated by their efforts. Once the rewiring project was completed, the 18th Century Church Bell rang again for the first time in decades, to the delight of the Port Richmond community. This is but one example of how John answered the call of friends, as well as strangers, in need of help.

While weighing the many factors to be considered as you determine John's fate, I do want to emphasize that for the past twenty-three years, I have personally observed and experienced John's kindness, his loyalty to his friends and family, especially his parents, and his incredible compassion and assistance to those in need. Hopefully, Your Honor will consider the many good deeds John has done in his lifetime and grant him leniency when sentencing him.

Thank you for considering my request.

Respectfully,

Vincent J. Fenerty

Vincent J. Fenerty

June 22, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John J. Dougherty

Dear Judge Schmehl:

I am writing to you on behalf of John J. Dougherty – whom I have known and worked with for over thirty years.

I first met John soon after he was elected Business Manager of IBEW Local #98. My position as Secty/Treas of the Philadelphia Building & Construction Trades Council brought us together with common causes representing the working people.

John immediately became one of the hardest working leaders in the Council – always fighting for workers' rights and their safety.

John also used his position of leadership at other levels; helping many people through various charitable Boards that he sat on – i.e. the Variety Club, which helps disabled children and their families.

Your Honor, as you contemplate John's future, please consider all the good John has done over the years.

If I can be of any further assistance, please do not hesitate to contact me (215-720-5260).

Respectfully,

Patrick J. Eiding
382 Shady Brook Drive
Langhorne, PA 19047

June 20, 2024

The Honorable Jeffrey L. Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, PA 19601

Re: John Dougherty

Dear Judge Schmehl:

I have known John for 56 years. We were childhood friends, growing up in the same South Philadelphia neighborhood. We attended high school together at St. Joseph's Preparatory School in Philadelphia.

He was one of five lifelong friends in my wedding party in 1988.

I recall a moment on an August day in 1994 very clearly. We were attending an event at the James "Froggy" Men's Club in South Philadelphia. We stepped outside together for a bit of fresh air. He had recently been elected Business Manager of IBEW Local 98. As we looked up and down South Second Street that sunny afternoon, we could see rows of empty three-story buildings. For further context, I should note that many neighborhoods in South Philadelphia were undergoing fundamental changes at that time, and not for the good. As aged homeowners died, their families quickly sold their homes to opportunistic "entrepreneurs." These individuals abused the spirit of Section 8 of the Housing Act of 1937, putting minimal dollars and effort into the refurbishment and maintenance of the properties while renting them to individuals of estimable character and background. Neighborhoods were ruined overnight.

John vowed that day that his chief goal in his new role was to prevent that from happening in our neighborhood. He would put people to work in good-paying jobs. They would buy these empty properties as their own, raise families, and preserve the very fabric of the neighborhood.

My mother is eighty-six years old. She lives in the home my grandfather bought in 1920 after returning from World War I. Our family has held Thanksgiving there for 124 years. All because John honored his promise that August day in 1994.

If every neighborhood was fortunate enough to have a John Dougherty, the world would be a better place because of it. John is a good man who has made mistakes. In his heart I know he

realizes he must pay for those mistakes. I humbly ask you for leniency for John as you deliberate his sentence.

Very Truly Yours,

James A. Hutchinson

James A. Hutchinson, Esq.

**Jannie L. Blackwell**
**235 S. Melville Street**
**Philadelphia, PA 19139**

June 4, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

It is with great pride that I contact you regarding one of the most profound leaders I have ever known for more than 35 years. As a former member of City Council, married to a former U.S. Congressman, I will be eternally grateful for all his contributions to help us provide food, clothing, and shelter to others who would not have been able to survive during all conditions of weather.

Helping others who are so destitute, even in the United States of America, is a responsibility we all share and one that John Dougherty took very seriously. With his support, my office hosted a Holiday for the Homeless event in our Convention Center that fed 6,000 of our City's less fortunate. For over 20 years we partnered to provide gifts, food, pictures with Santa, free haircuts and bicycles to homeless Philadelphia families. John Dougherty also provided turkeys and coats for families during countless Thanksgiving holidays so that families could be sustained during that time. I continue to receive love and "thank yous" from the benefits of Doc's generosity.

Every summer in mid-July I hosted a cookout at City Hall for the homeless and others experiencing food insecurity. So many individuals, including elected officials, judges, and other City workers joined us to greet people from all walks of life who would be listening to music and eating a hamburger or hot dog with potato salad. We learned over the years that all people are the same and will interact with one another if given the opportunity to do so.

John Dougherty motivated others to give as well. Some people bought balloons or activity books for the children and some people just volunteered because of the spirit of giving that he provided. Our Santas volunteered their time and energy and ultimately so did barbers, teachers and universities who brought computers to educate children and students who interned during their holiday and summer months. John Dougherty understood what was

important. He was a catalyst for change. He interacted with other unions who likewise contributed to others from all over our city and beyond.

John Dougherty will eternally be in my heart and my prayers because I know that he is a decent person deserving of every consideration.

Thank you and God bless you.

Sincerely,

Jannie L. Blackwell

Jannie L. Blackwell

To: **The Honorable Jeffrey L. Schmehl** **June 19, 2024**
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John J. Dougherty

Dear Honorable Judge Jeffrey L. Schmehl,

My name is Michael Fera and I am writing this letter on behalf of my friend John Dougherty. Having met John in the formative years of my early 20s, I proudly place John second only to my father for shaping me into the person that I am today.

As sentencing approaches, I hope this letter provides insight into the character of the man as I know him. A man who exemplifies charity and compassion, as well as a man who has shown me not only the *importance* of community, but also taught me that community is so much more than the small world immediately around me.

Through his actions, John has demonstrated that true community transcends neighborhoods, race, and religion. John has always fostered a sense of unity, inclusion, and belonging across the City of Philadelphia. Witnessing John bring people together is something that I emulate to this very day.

Additionally, John has always been generous with his time and availability. While his higher level involvement with charities, churches, and scholarships is well-documented, it is John's commitment to individual moments—the quiet, unheralded interactions —that has always set him apart in my eyes. His unwavering support and profound advice in these micro-level situations have made countless differences to those in need.

John Dougherty's dedication to his community along with his exceptional character have made a meaningful difference to those around him and beyond. John's impact goes beyond measurable contribution. It resonates deeply on a personal level with those that he has touched. I thank you for your attention and consideration of this letter.

Sincerely,

Michael Fera

Michael Fera
1812 Ritner Street
Philadelphia PA, 19145

John F. Fenton
8604 Wissahickon Avenue
Philadelphia, PA 19128

June 22, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge, Schmehl,

I am writing as a lifelong friend of John J. Dougherty, whom I have known for 50 years. It is an honor to vouch for his character and integrity.

In the time that I have known John in his professional life I have seen him work tirelessly to promote and strengthen the unions and neighborhoods, creating numerous jobs that pay a fair wage with excellent benefits and ensuring that the union members have their interests heard. He has been willing to fight to protect the rights of labor and to preserve a fair wage for union members. His focus has been the strengthening of labor unions as was his professional duty, and to help elect people that fight for workers' rights.

On a personal level, in the 50 years that I have known John as a friend, I have many times seen him extend a helping hand to neighbors and friends in need. He regularly provided donated turkeys to low-income communities and people in need and provided bicycles & toys for Christmas & Kwanza

I have always known John to be honest and earnest in his thoughts and actions and he has worked tirelessly for those he was hired to serve. It is my hope that the court will take this into consideration. We pray that he will be able to continue to care for his wife who needs 24 / 7 / 365 days of Love and Care.

- John & Ceil Dougherty were married on March 21st 1980 and when taking their wedding vows in front of GOD, family & friends they promised to take each other as their lawful wife/husband, to have and to hold from this day forward, for better, for worse, for richer, for poorer, **in sickness and in health, until death do us part.**

In the Bible - Matthew 5:7 it says
"Blessed are the merciful, for they shall receive mercy."

We humbly ask that you please give John **house arrest** to continue to hold up his promise & obligation to GOD, family and friends.

This is coming from a person that just had to care for his mother that was on hospice caring for her until she died, and we had assistance from four siblings. It was very hard BUT very rewarding that she had the comfort of Love & Care from her children until her departure.

Please feel free to contact me at the phone number listed below should you require any further information or clarification.

Sincerely,

John Fenton
215-669-0491 (c)

The honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn St.
Reading, Pa. 19601

Honorable judge Schiel,

My name is Tom Betteridge Jr. and I am the client utilities manager at the Pennsylvania convention center, where I manage electricians and plumbers. I've been a member of local 98 for 35 years.
John Dougherty has been my friend since I was a teenager and a dear member of my mentorship circle. In my opinion, he has done an amazing job representing me not only in our Union business but as a close friend.
I first met John as a teenager in our neighborhood. He was a guy, when growing up in South Philly, that was always looking out for all the younger guys and protected them from the bullies and drug dealers. At some point in my late teens early 20s he was the connection folks would go to seek employment or when they needed help with family issues. He helped me and many others get into union apprenticeships.
Today, as I write this letter, there's a huge void in our community because he did so much good for everyone around us and there is no one like him to fill that gap.
I know today you have a tough decision to make, But I hope you'll be lenient because John has done so much good for our community. More than anyone will know because of his humility when showing kindness.

As a member of local 98 for over 35 years, I watched John rebuild our union from near bankruptcy to becoming one of the greatest labor workforces on the planet. He worked tirelessly for us. He placed people in all the right positions, seeming to know their strong points better than they did.
During that time, nothing impressed me more than his kindness towards everyone around him. Whether it was sending flowers for their father's funeral, helping them to get into recovery when they had a problem with addiction or raising money for a church roof.
I know this because he did all these things for my family and parish. He always pushed me in the direction of helping others. He would say "What do they need over at that church? Let me know and we can help."

It took me weeks to pen this letter, because I have witnessed so many acts of his charity. From Turkey baskets to the elderly at Christmas and bikes for handicap kids, to paint and concrete for a school basement, a new computer lab in a school that would have never had one. The list goes on and on.

So many instances of kindness that I've witnessed John do for others and for me.
In 2002, he helped me put my life back together when I was so riddled with drugs and alcohol that I was unemployable. Because of his help, I went from being someone who couldn't even hold a job, to someone that holds a position of authority, one of the highest in the union. I am eternally grateful to him for that. But he would always say, "Just be a good dad". It was more important to him that after I got sober, I resume my parenting responsibilities and be there for my wife.

I'm sure many letters have come to you about what he has done for the city. He is a visionary leader and drove projects that made our city great. (East Market St./the convention center for instance)
Our city is not a better place with John Dougherty out of the picture in my opinion.

I'm sure you'll read hundreds of letters by now telling you all the great things that John has done for so many individuals. They are all true, I witnessed them.

He was so kind to my dad before he died, and he even helped shovel the snow off the payment on the day he was buried. He would always ask about my mom who has dementia. He wanted the best for my kids and all the members' families.

He has always been a great friend and always pointed me in the right direction.

Lastly, I'd like to ask for your kindness and leniency when sentencing John. He deserves a second chance, he has more good deeds to do for others before his time expires. I believe that.

Thank you for your consideration.

Yours truly,

*Tom Betteridge*


Client Utilities Manager
Phone: (215) 418-4802
Cell: (267) 632-1136
1101 Arch Street | Philadelphia, PA | 19107
Email: tbetteridge@paconvention.com
Website: www.paconvention.com

1930 South Front Street
Philadelphia, Pa. 19148
(267) 632 - 1136

Honorable Judge Schmehl,

I am respectfully writing this letter in support of John Dougherty before his upcoming sentencing on July 11th.

First serving as a board member of the Grays Ferry Community Council in the 1990s and later as the groups president in the early 2000s I think I have a unique perspective on the positive impact Mr. Dougherty has had on everyday citizens at the neighborhood level.

Secondarily, I would like to speak of the timing of Mr. Dougherty's rise to the top of Local 98 and its effect on putting people in Grays Ferry to work.

The early 1990s was a terrible time for the economy. This coupled with the fact the Philadelphia Naval Shipyard being in the process of closing which had a crippling effect on many families in Grays Ferry. For sixty years the PNSY was a staple for Grays Ferry residents not fortunate enough to go to college. It provided jobs that sustained families.

Local 98 filled that void.

Mr. Dougherty made sure that out of the three or four scores of new apprentices hired every year by Local 98 one would always be allocated to a Grays Ferry resident. In turn, the people of Grays Ferry made sure Mr. Dougherty received the best candidate.

Over the past twenty-two years I have been employed as a Court Crier in the Philadelphia Court of Common Pleas. Over these years there were countless times a lawyer or a judge would lament on a certain police officer's testimony. Always thinking that the City of Philadelphia didn't do a good enough job in their hiring process.

I would half-jockingly respond, "Because John Dougherty does a better job of recruitment."

My main focus in this letter is to impress upon you how I personally witnessed Mr. Dougherty assist two different sets of people in Grays Ferry, Senior Citizens and drug addicts. Two sets of people Mr. Dougherty could not expect anything in return for helping. Mr. Dougherty helped these people because he liked helping people in need.

As the president of the GFCC my main responsibility was to maintain the Barrett-Nabuur Senior Citizens Center located on the corner of 28th and Dickinson Streets.

Finding funding for the Senior Center had been a problem since the City of Philadelphia cut off their funding in the early 1990s. The GFCC thought it had resolved the funding situation when it became a satellite of the United Way shortly after this time. Targeting the youth of Grays Ferry from the 60s and 70s with the ability to donate payroll contributions directly to the Senior Center. While only operating twenty hours a week after receiving this money it was still a place for the Seniors to go.

Inexplicably, or explicably for reasons I will not get in to, the United Way wouldn't allow us to remain as one of their satellites. The bottom line was when I took over as president of the GFCC in 2000 the Senior Center was broke with everything in the place in disrepair. We were down to lunch one day a week (Friday) and Wednesday night bingo. I couldn't tell you how much the seniors looked forward to these two events each week.

Countless times I would be called by the GFCC secretary on Wednesday or Friday morning saying the plumbing, heating, or air condition wasn't working. My position as president was an unpaid position. Getting people to repair these problems was impossible. The only person I knew to call was John Doughery. I would leave word with his secretary. Within a few hours the secretary would call me back with the name of a person who would fix the problem and bingo or lunch on Friday would happen.

The City of Philadelphia let these seniors down. The United Way let these seniors down. John Dougherty never let these seniors down!

Now to how I personally seen Mr. Dougherty help people suffering from drug addiction. Father Doug McKay is a Catholic priest born in Grays Ferry. Due to the rampant drug problem in Grays Fery in the mid-1990s which spurned many overdoses and suicides Father Doug opened up Our House Ministries in a rowhome directly across from Saint Gabriel's Church. The amount of people Father Doug has helped over the last quarter of a century is nothing short of miraculous.

When it comes to a certain point in an addict's recovery it is time to see if you can get him, or her, working. John Dougherty would find these people various employment. To say that John Dougherty batted a thousand with these recovering addicts would be a gross understatement. His batting average with the recovering addicts would compare more favorably to Nick Castellanos' average with the Philadelphia Phillies. Certain addicts couldn't remain clean which caused friction with employers or contractors.

Regardless John Dougherty helped the next one. I would like to highlight one of his success stories.

In 1997 Tommy Hamilton was a thirty-two year old Grays Ferry resident with a history of drug and alcohol problems. These problems had led him astray from the law on multiple occasions.

One Friday evening, in 1997, I walked in the local variety store and Hamilton was telling the older woman behind the counter his problems. At a recent court date the judge gave him a two week continuance letting him know if he wasn't gainfully employed by this date he was going to prison. Hamilton further stated to the woman how he had been off drugs and alcohol for over a week, had checked with multiple people in the neighborhood about employment, and no one was helping him.

At the time I was playing basketball with John Dougherty on Saturday morning at the Saint Gabriel's Auditorium at 30th and Dickinson Streets. I told Hamilton to meet me around the auditorium the next morning.

I walked him over to Dougherty and the conversation went like this.

Me "Doc, if this guy ain't working next week he's going to jail."

Doc, "Tell him to go to the union hall Monday morning."

Twenty-seven years later Hamilton is still in the union. There were some problems. Hamilton had a fourth-grade education. It took eight years to get through a four-year apprenticeship. John Dougherty didn't give up on him.

He relapsed. John Dougherty didn't give up on him. Dougherty found out where Hamilton was located. Before finding Hamilton, Dougherty set up a drug rehab for him. Hamilton entered the drug rehab. For over twenty years Hamilton has been clean and sober, the father of two children, and one of my best friends. Without prompting Hamilton gives me constant reminders how, "Doc saved my life."

Now to speak about John Dougherty and his sentencing proceeding.

In my job as a Court Crier I have witnessed over one-thousand sentencing I know how tough of a job you as a judge has of tempering justice with mitigation.

I realize that John Dougherty has been convicted of crimes that negatively impacted others. In this letter I want to let you know the amount of mitigation for John Dougherty is more than any other sentencings I have ever witnessed. For thirty years Mr. Dougherty was a voice for the voiceless.

Thank you for your time and consideration.

Respectfully,

James J. Lieb

June, 21, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I have known John Dougherty and his family for over 35 years. In that time I have found him to be one of the most giving and compassionate people I've ever known. He is respectful, loyal and loves his city and the neighborhood he comes from. Never forgetting where he came from is a very rare character trait he lives by. I have seen John stand up for his family, friends and neighborhood over the years which is very impressive to me. One of the most outstanding characteristics about John is his compassion for the less fortunate, especially special needs children. From his time chairing the Variety Club to his personal attention towards my own special needs granddaughter, John never fails to amaze me. My granddaughter Rose has Down Syndrome and Autism. Her mother, my daughter Noelle, started a special event called the Rose Ball for Special Needs Children who usually don't go to a prom or special dance. John was one of the first to help. Over 50 special needs children were able to attend with their families and have a night of magic to remember for a long time to come. It melted your heart to see. But without support from people like John and others it couldn't happen. When Rose was diagnosed with Leukemia in November of 2022, John, again, was one of the first to reach out. He still texts me often to ask how Rose is doing. John remembers that I did the same when his own wife Celie fell ill many years ago. Because to John, family and loyalty are everything. Another admirable trait about John is his love for community. He once asked me as a community leader if there's anything our neighborhood needed. I asked if he could possibly light our park in Girard Estates for Christmas. No sooner did I ask, John had the park lit up just in time for our annual Christmas in the Park. Without fail I received a phone call from John every December asking when we needed the park lit!

He had no reason to reach out to me for Rose or my community other than his love of community, friendship and compassion for special children.

As a grandmother, community leader and citizen of Philadelphia I ask that you consider leniency in sentencing John because he is so needed by his family and friends and to be by Celie's side for as long as she needs him.

Sincerely,

Jody Della Barba

Jody Della Barba
2508 S 18th Street
Philadelphia, PA, 19145

# LiUNA!

## Laborers' International Union of North America

Affiliated
AFL-CIO

SAMUEL STATEN, JR.
Vice President

:statenjr@laborers332.com

Laborers' International
Union of North America
Local 332

1310 Wallace Street
Philadelphia, PA 19123

Tel: 215.765.6272
Fax: 215.765.0869

www.local332phila.org

June 25, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

Dear Judge Schmehl:

My name is Samuel Staten, Jr. I am an International At-Large Vice President of the Laborers' International Union of North America (LIUNA) and Business Manager of Laborers' Local 332 in Philadelphia. I have known and worked with John Dougherty on many projects and occasion for more than 30 years.

Your honor, I know that the court has determined that John Dougherty has done some bad things. But I can say very confidently that if John has done some bad things, he is not a bad person. John has done so many good and wonderful things for others. He has contributed countless hours and raised millions of dollars for charitable causes. Each year, my local, Laborers' Local 332 gives a charity dinner, which has raised over 2 million dollars for charitable groups. Every year, John not only participated, he was almost always among the first to give his support.

In the year 2000, my father created the Diversity Apprenticeship Program (DAP) to increase the number of minorities and women in the building construction trade unions and give less-fortunate families a pathway out of poverty and a road to the middle class. DAP successfully place over 400 men and women in the trade unions and another 380 in non-union employment. In 2018, I replicated DAP, honoring my father, who passed away in 2016, opening the Samuel Staten, Sr. Pre-Apprenticeship Program (SSSPAP) with the same mission. In both projects, John Dougherty supported these efforts, serving as Co-chair of the SSSPAP.

I in no way want to minimize the crimes for which John was convicted, but at 64 years of age does he deserve to spend the remainder of his time in prison

and away from his ailing wife. I write to support John Dougherty and to ask the honorable court to show mercy and leniency.

Respectfully,

Samuel Staten, Jr.
At-Large Vice-President

June 20, 2024
Saint Francis de Sales Convent
912 S. 47th Street
Philadelphia, PA 19143

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building
201 Penn Street
Reading, PA 19601

Dear Honorable Jeffrey Schmehl,

This letter is written in support of John J. Dougherty. My association with John is one of a spiritual nature, as I am a chaplain, and I met John at a fundraiser. He asked me to pray for his wife, Celie, who was very sick in the hospital, and chances of survival were very slim. I did go to visit her, and I prayed for her, and John joined me in prayer also. I saw sadness in his eyes, as well as the deep love he had for her. As time went on, she began to make remarkable progress, and I know it was the prayers of many friends and the love and support of her husband, John, who spent everyday in the hospital with her. The few times I was with John, I saw the strength of his character, one of compassion for Celie, as well as for others in need. I am certain that John's good deeds far outnumber any failings he may have endured. John has been a support to many people, as I experienced when John had a Mass offered for Celie at St. Peter's Church, and the church was filled, with many people standing outside.

Thank you for taking the time to read this letter about the good character of John Dougherty. This is a small part of a bigger picture, but I feel it is avery important one. John has suffered much due to the sickness of his wife, and his devotion to her is a beautiful virtue and witness to the meaning of sacrifice. I continue to pray for them everyday.

I appreciate and respect the tremendous task you have, and I thank you for any consideration you may be able to extend to Celie and John.

Be assured of my prayers also.

Respectfully,

Sister James Anne

Sister James Anne

James Snell
1301 Bon Air Terrace
Havertown, PA 19083
j6sn@verizon.net

June 25, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John J. Dougherty

Dear Judge Schmehl,

I am writing to you today in support of John J. Dougherty, who is awaiting sentencing. As the Business Manager of Steamfitter's Local Union 420, which represents thousands of men and women in the city of Philadelphia and its collar counties, as well as the Allentown and Reading areas, I have had the opportunity over many years to witness firsthand the positive impact Mr. Dougherty has had on our working men and women, on our community, and on our commonwealth as a whole when it comes to advancing the interests of our working men and women in Pennsylvania.

As the business manager of the Philadelphia Building and Construction Trades Council, Mr. Dougherty has been an instrumental figure in advocating for the rights and well-being of our members. His dedication to fairness, integrity, and justice within our union has been exemplary. Under his leadership, we have seen significant improvements in worker rights, wages and benefits, on-the-job performance, training programs, apprenticeship classes, continuing education workshops, specialized certifications, and so much more. He has been a leader in advancing our shared skilled labor professions.

Beyond his professional role, Mr. Dougherty has always been approachable and supportive to all members of any union, offering guidance and assistance whenever needed. His commitment to transparency and accountability has earned him the respect and admiration of his peers and colleagues throughout the city, the region, and the entire commonwealth.

I firmly believe that Mr. Dougherty has always conducted himself with the utmost integrity and has consistently prioritized the best interests of our unions and its members. I kindly urge Your Honor to consider these factors when determining his sentencing. The impact of his absence on our community would be profound, and I believe he is deserving of a fair and just outcome that allows him to continue contributing positively to our society.

There are so many people who need so much. John never walked away from people who needed him to help. We respectfully ask Your Honor to take into account the more than 30 years John Dougherty has served the working people and disadvantaged people of the City of Philadelphia. We hope you will offer leniency to him, and to his family, especially his wife Cealie, who needs him so much.

Thank you for considering my perspective. I am available to provide any additional information or answer any questions you may have regarding Mr. Dougherty and his contributions to our union families.

Sincerely,

James Snell

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

Dear Judge Schmehl,

We write on behalf of, and in support of John Dougherty. We have, each in our own ways, worked with him on so many projects and neighborhood initiatives across the City that have benefitted so many people who needed help. Everything from holiday and Pandemic drives for kids and needy families, to the re-wiring of community projects that did not have the necessary resources. What we all know about John is that he would always help.

We live in times when so many people are mean, angry, hostile and apathetic. There are so many people who need so much. John never walked away from people who needed him to help. We respectfully ask Your Honor to take into account the more than 30 years John Dougherty has served the working people and disadvantaged people of the City of Philadelphia. We hope you will offer leniency to him, and to his family, especially his wife Cealie, who needs him so much.

John D Bland

John D Bland
Retired Business Manager
Boilermakers Local 13

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading PA, 19601

I've known John Dougherty my entire life, there has never been an event, milestone or big life moment that he has not known about or supported me through in all my memory. To say this means that the lines are blurred between him being actual family or a close family friend, for most of my life I've affectionately called him "Uncle John." He fit the moniker well, he exceeded all the requirements; at least by my definition: like a dad, but cooler.

When I was young, I loved going to visit Uncle John and his loving wife, Ceilie. When all I cared about at a young age was having fun, I knew that every visit was going to be full of it, in addition to, BIG bear hugs, laughs, smiles and most of the time candy. As a young girl I always felt safe around John, his presence gave me permission to be the wild, silly and sometimes mischievous girl I was being raised to be and when most of the world kept telling me to calm down, my Uncle John never batted an eye and most of the time just laughed at my antics.

As I got older, the relationship that I had with my Uncle John morphed. He was there to see me graduate from high school and transition into college where I played soccer and studied History. During this period of time, I stumbled. My academics suffered and my mental health declined causing me to lose focus and make choices that were not in my best interest. Here is where my Uncle John stepped up knowing that I needed a lifeline and a touch point to bring me back down to reality – he offered and I accepted an office job at Local 98. John now found his way into a new title in my life, my boss.

My time working at Local 98 saved my life, taught me about myself and others and prepared me for a bright future. I would not be the woman I am today without those valuable experiences and the lessons I learned. I was able to participate in so many aspects of the business during my tenure with 98, some of my favorite assignments were the community outreach efforts that were spearheaded by John and almost always happening: Toys and Turkeys, Alex's Lemonade Stand, disaster relief efforts and more. The involvement that I was able to have in these programs has stayed with me till this day and has motivated me to continue serving my community no matter what my professional role is.

At some point during my employment with Local 98, I faced personal challenges that required a great deal of time and attention to overcome. This is the time where I fully believe John had a hand in saving my life. He seamlessly and without question looked out for me both during work hours and beyond – He was at the hospital on the day that it all came crashing down and would not leave until he was satisfied I was going to be okay and was being taken care of. The constant stream of support, love and faith he had in me helped me immensely and was one of the reasons why I was able to overcome my challenges and even come back stronger.

These events have become distant memories due to the passage of time and the nature of life but the impressions that this man has had on my life are still stamped on my soul as if it was just yesterday. These days, while John is embattled in complicated legal trials I can't help be feel a little helpless not

being able to "save" him the way he did for me all those years ago. When the opportunity came around for me to write this letter, I jumped at the chance hoping that in some small way my words would help to speak to all the positive experiences I've always had in every interaction with this man. Not only that, but to vouch for his exemplary character, his giving spirit and to explain how he has positively impacted the community at large - but also my one life. I love my Uncle John and hope this scratched the surface of all the reasons why.

Honorable Judge Schmehl, if I may, I hope to appeal to you directly: This will be the second letter that I have written you regarding my loved ones, my family. I love them and choose to do so every day regardless of the noise surrounding them. In the case of my Uncle John, I once again **beg you for leniency** surrounding his sentencing. I fully trust that you will sift through the facts and come to a fair and unbiased decision; I just hope it includes a brief thought back to this letter from a girl who just wants to, in some small way, pay back the kindness that her Uncle John showed her always.

Yours in Reverence,

Keeley Peltz

Keeley Peltz

Keeley Peltz

3301 Solly Avenue
Philadelphia, PA 19136

June 25, 2024

Hon. Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn St.
Reading, PA 19601

Dear Judge Schmehl:

I have known John Dougherty for over twenty-five years. Over the course of those years, I have had significant interactions with John, both in my capacity as President of Father Judge High School and as an Oblate of Saint Francis De Sales.

I first came to know John professionally in his role as Business Manager of IBEW Local 98. Later I came to know John as a person. I am confident I can speak to John Dougherty's character, and I am grateful to have been given this opportunity to do so.

I can share that I have witnessed many acts of kindness on the part of John Dougherty. Our dearest commodity is time and that is exactly what John gave to my brother Timmy as he battled cancer, a battle he ultimately lost. John visited Timmy often, offering friendship, counsel, and conviction. My family will never forget these actions.

John played a similar role when my mother died. Making a point to offer comfort to a family at a time of great need.

John made a similar mark as a member of the community. As an alumnus of the Edward O'Malley Athletic Association, John has a special affinity for Philadelphia's underfunded, volunteer driven youth recreation leagues. It has often occurred to me that without John Dougherty there would be little in the way of youth sports in Northeast Philadelphia.

There is more, much more; however, I have been advised to be succinct. In closing, I respectfully ask that you take John's lifetime acts of kindness into consideration as this matter moves to its sentencing phase.

Respectfully,

Fr Joseph Campellone, osfs

Rev. Joseph Campellone, OSFS
215-651-4303

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

June 17, 2024

Dear Judge Schmehl,

I'm writing to you on behalf of John Dougherty, whom for the past 20-plus years has been a good friend of mine. I met John Dougherty through outreach while I worked for the City of Philadelphia. John has been a productive member of society for as long as I've known him. A few of his outreach endeavors include providing meals on holidays for those in need, donating to local pee-wee and youth sports associations, and clean ups for parks and recreation centers in different neighborhoods across the city.

When my great-granddaughter was diagnosed with cystic fibrosis and we needed a sponsor to have shirts made for the Great Strides Walk at Citizen Bank Park, I knew I could count on Johnny. He even went above and beyond to donate an extra nebulizer machine so my granddaughter wouldn't have to worry about not having the proper medical equipment for her daughter if the one she had were to stop working. We raised over $1000 dollars that year for cystic fibrosis research thanks to John's donation for the shirts. Actions like these display John's true character. He is someone that is kind, giving, patient, and someone that is willing to give the shirt off his back to help the next person.

I'm asking for leniency as you review every aspect of this case. People like myself that know him know that the city, our neighborhoods and the electricians union has been fortunate over the past thirty-five years because John has been a part of it, leading and encouraging people to give back. Please give him a chance to continue to do so and to write any wrongs in the best way he knows how.

Sincerel
y,

Edward
Guzak

Schuylkill Medical Associates, LLC®
"Charting a new course in geriatric home care."
S M A

December 4, 2023

To The Honorable Judge Jeffrey L. Schmehl,

I am the primary home care physician for Cecelia Dougherty, wife of John Dougherty. I have been caring for Cecelia since 2019 and have worked closely with John over the past 4 years. I am the sole owner and sole practitioner of Schuylkill Medical Associates, which is a house call practice specializing in the care of home bound patients who are severely ill. I have over 15 years of experience in caring for the home bound.

Cecelia has what is called an anoxic brain injury from an intracranial hemorrhage. This brain injury has left her a quadriplegic and dependent on 24 hour skilled care for survival. She resides at home with around the clock caregivers and highly specialized equipment. John not only is her primary caregiver but manages all of her medical equipment and supplies, manages her health insurance bills and referrals, coordinates her medical appointments and transportation, and handles the scheduling of caregivers and therapists. He is the only one who knows and understands every nuance of her care because he has dedicated the past 6 years of his life to learning every detail involved in her life sustaining medical regimen.

Cecelia has a feeding tube for all of her nutrition and medication. John manages her medication and is the only one who can pick up emergency medication if needed from a 24 hour pharmacy in the middle of the night.

Cecelia requires around the clock urinary catheterization, has chronic kidney stones and frequent urinary tract infections that can be life threatening. John can detect the slightest changes in her behavior that are indicative of an infection. He has prevented her from being hospitalized on many occasions.

Cecelia also suffers from recurrent bowel obstructions and requires close supervision of her bowel patterns to prevent hospitalization.

Cecelia's medical equipment such as her hospital bed, hoyer lift, stand machine, wheelchair, and foot braces, are constantly in need of repairs or maintenance. John communicates with the all of the medical

Phone: 609-208-3232 • Fax: 609-208-3233
310 Whitehorse Ave. Hamilton, NJ 08610

Schuylkill Medical Associates, LLC®
"Charting a new course in geriatric home care."

equipment companies to schedule repairs. If any one piece of equipment remains broken for a prolonged period, Cecelia's health is in jeopardy.

Cecelia has speech, ocular, and physical therapists that treat her on an ongoing basis. John coordinates all of their visits and can interpret her needs based on her eye movements, hand movements or lip movements.

It has become clear to me that, despite all of the skilled medical personnel involved in Cecelia's care, her husband, John, is the reason that she remains alive with quality of life. I truly believe that without John present, Cecelia's physical and mental health would suffer to such an extreme, that it would not be possible for her to survive at home.

Sincerely,

Christine Pluta, DO
Medical Director

Phone: 609-208-3232 • Fax: 609-208-3233
310 Whitehorse Ave. Hamilton, NJ 08610

Ryan M. Fisher
3011 S. Colorado Street
Philadelphia, PA 19145
Ryanf123@msn.com
215 292 7248
June 18th 2024

The Honorable Judge Jeffrey L. Schmehl
United States District Court
The Gateway Building, Suite 518
Reading, PA 19601

Re: Character Reference for John J. Dougherty

Dear Judge Schmehl,

I hope this letter finds you well. I am writing to provide a character reference for John J. Dougherty, who is currently before your court. I have known John for 20 years, during which time he has had a profoundly positive impact on my life.

I first met John when he generously allowed me to join the Electrical Workers Union IBEW Local 98. At the time, I was struggling with drug and alcohol addiction, which had taken a heavy toll on my personal and professional life. Through his position as my business manager, John not only provided me with an opportunity for employment but also became a steadfast source of support and guidance.

John went above and beyond his role in the union by personally advocating for me to seek treatment for my addiction. He connected me with resources and supported my journey towards recovery every step of the way. His unwavering belief in my potential and his willingness to invest time and effort into my well-being were instrumental in helping me achieve sobriety and stability in my life.

I can confidently say that John Dougherty played a pivotal role in turning my life around. His compassion, dedication, and leadership have had a lasting impact on me and many others who have benefited from his mentorship and advocacy. He is not only a leader in the community but also a genuinely caring individual who has made a significant difference in the lives of countless individuals, including mine.

I respectfully ask for your consideration of John's positive contributions and the exceptional character he has demonstrated throughout his career. I believe that his actions speak volumes about his integrity and commitment to the well-being of

others. Any leniency shown towards him would not only be just but would also allow him to continue making valuable contributions to our community.

Thank you for considering my perspective. Please feel free to contact me if you have any questions or require further information.

Sincerely,

Ryan M. Fisher

6/15/12

To The Honorable Jeffrey L. Schmehl,

I am writing this letter not to ask the court for any favor, but to describe a man that in his life conducted himself in a polite & professional manner. He is a loyal and dedicated family man at his personal level, and was a mentor and adviser to many in his professional capacity. He is a prime example for any person to admire.

Sincerly

[signature]

Michael Samacicia

June 18, 2024

The Honorable Jeffrey L. Schmeht
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA. 19601

I am writing this letter to you on behalf of John Dougherty; who I have known and been a friend of for many years.

John has been a pillar to our community throughout these years, he has dedicated his life to helping others in their times of needs. I myself have been blessed to call him my dearest friend. He has helped me and my daughter on many occasions I am a single parent and have the pleasure of getting much needed assistance when I had nothing, John always made sure that I had meals on holidays. And truly never seeked anything in return for his good deeds. I have watched him growing up and saw him put his heart out to the people that struggled with everyday living.

he has always put the people first and foremost. When our neighborhood youth were failing, John would get them back on track, by getting them back in school and help them seek careers within the Electricians Union. Many parents were grateful that he helped their children become a better person and have a career.
John is a family man who has always took care of his wife, who has suffered many hardships but he has stood by her side through it all. He is a great Father, Uncle Brother, & Son. He has been a leader and I just hope & pray for the sake of his Family that you would kindly show much leniency towards his case. His wife truly needs him and without him to care for her, I believe this would be a tragedy. He truly is her main support.
Anyone who knows him, loves & respects him for his dedicated services he has given to many people throughout the years. I believe in my heart that without John not being around in our lives will suffer a huge loss. He has always taken care

of our community. He always made it a safe place to live and grow up in. Any assistance that you maybe able to provide in assuring our neighborhood that liency will be taken into much consideration, will truly be grateful.

Sincerely,
Ms. Laura Kreschollek
210 Moore Street
Phila., PA 19148

June 24th, 2024

The Honorable Jeffrey L. Schehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, PA. 19601

Dear Judge Schmehl,

My name is Mark Kane and I have been a member of IBEW Local 98 for 30 years. For the past two years, I have been working as a Member Service Representative for the union. I am life-long resident of South Philadelphia for 50 years. I am writing this letter on behalf of my friend John Dougherty, in hopes of leniency when it comes time for sentencing. I have many reasons for the leniency request, but they are probably too long to list them all.

My family has been friends with the Doughertys for many years. So, I have known John "Doc" for many years and in many roles. As friend, baseball coach, family man, community leader, electrician, boss, and labor leader. In this list that I have provided, John has helped many people in every category. Most notably as labor leader. John has literally helped thousands of people directly, with hundreds of thousands of people being helped indirectly, when you consider the amount of jobs that he created and the amount of mouths that he singlehandedly fed throughout his own career. John gave me a chance in the union as an electrician when I was a young man. He helped me to grow in both career and in life!

John's courage and commitment to all the members of Local 98 have made him the best labor leader in our nation's history. In our neighborhood, John was loyal to his friends and family. On the streets, he was smart and tough. All of this combined gave John a unique skill set and foresight to run our union the best way that he knew how. Through grit and resilience! These were the assets that he knew best and that he used best. Everyone union member benefitted from his tireless work! He works like he lives and that was fruitful for many! We had a chance to enjoy things that you take for granted, like the best healthcare in the state to great working conditions. People that have luxuries like nice cars and vacation homes owe that to John working around the clock. I never knew how he did so much in a day's time.

In closing, I ask you please Judge Schmehl, when John Dougherty steps before you, please consider, all the good that John has done, and for the all the people that he has helped! Thank you for taking the time to read my letter.

Sincerely,

Mark Kane

June 19, 2024

To whom it may concern:

I am writing this letter to express my past experiences with John Dougherty and how we became friends. In 2005 I moved into a new neighborhood, also a new development, and wanted to be part of a community that made my family's surroundings safe, comfortable and strong. So, I decided to join the 1st Ward (17th Division) as a committee person. At the time Mr. Dougherty was the Ward Leader and I was welcomed with open arms. He truly made me feel like I was part of the family and I could immediately see right away how he loved being part of the community. He was also a family guy, which I admired, and saw firsthand how he always showed respect and love for all the families that he encountered.

During my time at the Ward Mr. Dougherty always showed love and respect to all the fellow members and people in the community. Whatever concerns or needs that came up, he was physically and mentally present to help everyone. His word was always backed up by what he promised and I never witnessed anything but honesty, friendliness, and respect for others.

The most admiration I had for Mr. Dougherty is how I witnessed his love for his wife and immediate family, as I am a family man. When his wife got ill, he was by her side night and day and showed devotion like I've never seen. His children were always his top priority and he also truly took care of his dad, who was always by his side.

Mr. Dougherty has always been a truly good friend, hard worker, devoted family man and extremely helpful leader to our community. I have the upmost respect for him, not just because I worked with him, but because of the great human being he is.

Anthony Barbera

Anthony Barbera (PPA Supervisor)

440 Wharton Street

Philadelphia, PA 19147

To the Honorable Jeffrey L. Schmel,

Hello, my name is Kevin Corazo. I am writing today as a member of the International Brotherhood of Electrical Workers (IBEW) Local 98, and- more importantly- as a friend and supporter of Mr. John Dougherty.

For as long as I have known John, which goes back over 30 years, he has always been one of the most generous people in my life. John and my father are close friends, and for John, that was enough to treat me as family. He never missed a birthday, milestone event, or Christmas gift for me or my two siblings growing up, despite constant reminders that he didn't have to do that. When I had kids of my own, John's kindness was bestowed upon them as well. My oldest son, Brian, started a Christmas toy drive a few years back, and John contributed every year. My younger son, Noah, who was born with a rare disease, has a fundraiser held in his name every year, and John always helps with that, too.

One personal story I'd like to share is from when I started coaching a local grade school basketball team. The team was in need of new uniforms, and I planned on asking a few neighborhood people and businesses to chip in together to cover the cost. Knowing I'd get a definite yes from John, I went to him first. He insisted on taking care of it himself. That school closed a few years later, but I was able to start coaching at another neighborhood school. When I told John, I didn't even need to ask this time. "That's great!" is what he said when I told him I'd still be coaching. "Get the team new uniforms again and I'll take care of it."

That's who John is. If he's able to help people out, he's going to. He looks out for his neighborhood probably more so than anyone else from here. But his generosity isn't limited to just his community. He's always willing to lend a helping hand and support a good cause.

In closing, I just want to state that my quality of life- my family's quality of life- would not be what it is today if it weren't for John. I owe him a great debt and I know I speak for countless others as well. He is truly a great person, whose presence in our community makes it a much better place. It is for all of these reasons that I plead for leniency for John. He is and will always be a man for whom I have a great deal of respect, gratitude, admiration, and love. I appreciate you taking the time to read this letter.

Sincerely,

Kevin Corazo

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

June 18, 2024

John was always a kind and generous neighbor. He did a lot for many in the neighborhood. John comes from a nice family and he took care of them. Never passed by without saying "hi" or gave a wave. I'm sure if I needed anything he wouldn't hesitate to help. He's a good man and he takes care of his wife. I hope all goes well for him and he gets a fair deal. My prayers are with him.

Nancy Bonna

tacey R Conroy, Esquire
031 S Hollywood Street
hiladelphia, Pennsylvania
15-803-5024

he Honorable Jeffrey L. Schmehl
nited States District Judge
he Gateway Building, Suite 518
01 Penn Street
eading, PA 19601

une 21,2024

ear Judge Schmehl,

I am writing to you in support of John Dougherty, who is scheduled to be sentenced before you. I ave known John for over 20 years, and during this time, I have come to recognize his true character nd the significant positive impact John has had on those around him.

John and the entire Dougherty family are close friends and I can say with certainty that John has one more than his share of good deeds And has done most of those good deeds anonymously eeding no praise or recognition for his actions.

Throughout the time I have known John, I have observed him to be a person of integrity, compassion, nd responsibility. He has consistently demonstrated his commitment to his family and community. specially being the sole provider of care for his terminally ill wife Cecelia.

I am aware of the of the offenses for which John has been convicted, and I do not intend to minimize ne gravity of his actions. However, I firmly believe that he is genuinely remorseful and committed to aking amends.

In light of John's positive qualities and his outstanding record in the community, I respectfully request nat you consider a lenient sentence that will allow him to continue providing care for his wife and mily. I am confident that with all of the support John has, he will continue to be an outstanding usband, father, brother, and friend that everyone knows and loves about John.

Thank you for taking the time to consider my perspective. Please do not hesitate to contact me if you quire any further information or clarification.

ncerely,

tacey R Conroy

Philip Budwin

808 Tasker St.

Philadelphia PA 19148

267.499.6090

To the honorable Jeffrey L Schmehk.

My Name is Philip Budwin. I met John Dougherty
About 15 years ago. John is a great husband, Father,
and mentor to a lot of people. He has changed my life in countless ways.
With life lessons and career lessons. He is a good man. Please keep in mind
I would not be writing this. I don't know where I would be. He set me.
On the right path. Thank God. John is a humble man. He helped hundreds of people
In his lifetime, please keep this into consideration.

Thank you,

Philip Budwin

Philip Budwin

INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS & ALLIED WORKERS
Local No. 14 City Philadelphia State PA 19116
Address 2014 Hornig Road Telephone: 215-289-4303

June 25, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

**Re: John Dougherty**

Dear Judge Schmehl,

My name is Robert Cellucci, and I am the Business Manager of Insulators and Allied Workers Local 14. I am writing to express my support for John Dougherty and to request leniency for him. I have known and worked with John Dougherty for approximately 12 years, primarily in my role as a Business Agent for Local 14. My impression of John is that he works very hard and diligently networks to create job opportunities for the men and women working in the trades. He also emphasizes the importance of skill development in all trades and the significance of safety on the job. John has a way of effectively conveying the importance of these aspects to everyone. In the community, John always goes out of his way to show kindness and generosity to others, especially those who are disadvantaged.

With that being said, I hope you will consider the good he has done and be lenient in your decision.

I appreciate your time in this important matter.

Sincerely,

Robert J. Cellucci
Business Manager

RJC: kg

James Stevenson
9 Lori Lane
Huntingdon Valley, PA 19006

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

Your Honor,

I am writing to you regarding John Dougherty. I have known John since 1989, we have a business and personal relationship. I am respectfully requesting leniency in his sentencing. John has always been there for his community and union members.
I could reference hundreds of accomplishments that John has completed during his tenure at Local 98, but all of these are public knowledge. He transformed Local 98 a financially strong union with over 500 million in assets. John worked tirelessly on behalf of his members. I know this for a fact because I had the opportunity to talk with many of his business agents who worked long hours beside John.

In all my years of dealing with John and local 98 he never once asked me for anything other than to assist his members and retirees and when I did, he would always take time to call and thank me for doing so. Often times John put his personal life on hold to do the work necessary for his members. But when John did attend to his personal life, a lot of his time was spent beside his wife Ceilie, caring for her and sleeping in her hospital room for weeks on end. Without John's care I am afraid Ceilie will severely decline. John is all she has.

Not only did John work tirelessly for his members he also gave his time to many community efforts and social programs. The list is also way too long. From helping suffering and unemployed union members with basic needs to hosting the All Star labor classic for Handicapped children, to providing low cost electrical services to community groups and community members. He contributed his time and efforts to the Variety Club charity and enlisted me to contribute.

John was always there for whoever needed his help and time and always gave them 100%.

Please find it in your heart and conscious to be lenient with John, many people still rely on his guidance and compassion.

Please take in to consideration his wife Ceilie when deciding John's sentence.

Thank you for taking the time to read my letter.

Sincerely

Jim Stevenson

Joseph M. Williams
*Business Manager*

12273 Townsend Road
Philadelphia, PA 19154

Office: 215-676-2555
Fax: 215-613-8059

® 191

Local Union No. 5
INTERNATIONAL UNION OF
ELEVATOR CONSTRUCTORS

*Affiliated with the*
*Building Trades Councils of*

Philadelphia, PA
State of Delaware
State of New Jersey
Commonwealth of Pennsylvania
and the
AFL-CIO

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Steet
Reading, PA 19601

Dear Judge Schmehls,

My name is Joe Williams, I am the Business Manager of IUEC Local 5 in Philadelphia. I am writing to ask you for leniency in your sentencing of John Dougherty.

I met John Dougherty in 2012 when I started as Business Agent for my union. Mr. Dougherty never hesitated to assist me and my fellow Local 5 Business Agents. When I became Business Manager in 2016 Mr. Dougherty was right there to give me guidance and advice. Mr. Dougherty was always first in line to help us raise funds in support of our Local 5 charity A Lift for a Vet program. Not only has John Dougherty supported my union and our charity, but he also went out of his way to support all the other Philadelphia Building Trades Union's charitable events and causes.

I hope that you will take into consideration all of the good work that John Dougherty has done for countless union members and the City of Philadelphia when you decide his sentence.

Sincerely,

Joseph M. Williams

June 21, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I hope this letter finds you well. I am writing to you with the hope that you will consider leniency for John Dougherty. I have been a member of Plumbers Union Local 690 for 39 years and as a labor leader I have had the opportunity to collaborate with John on many projects. For years, John led Local 98, but his leadership extends well beyond the Philadelphia region. It is not just the city skyline that John has helped to develop over the years, it is also the countless organizations, youth programs and boards that he has volunteered a great deal of his time to and actively participated in.

There is no doubt that John has had a significant influence on building and construction in the area and he has also had a major impact on the livelihood and well-being of all union members. John has always been driven by his passion to improve the quality of life of those around him, which he has successfully accomplished. For years, he pushed for stronger workplace safety on jobsites, better wages, benefits and pensions all in support of members and their families. John has proven time and again his dedication to better those around him through education, mentorship, volunteering, generosity and compassion.

Thank you for any consideration of leniency for John. If you would like to discuss any further, I can be reached at 215-677-6900.

Sincerely,

George C. Pegram

George C. Pegram
Business Manager
Secretary-Treasurer

Richard Lazer
1919 E. Moyamensing Avenue
Philadelphia, PA 19148

June 28, 2024

The Honorable Jeffrey L. Schmehl
Eastern District of Pennsylvania
The Gateway Building
Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

Growing up and living in a blue-collar neighborhood my entire life has taught me the value of hard work and the helping neighbors in need. My community in South Philadelphia especially the Pennsport and Whitman neighborhoods are some of the strongest in the city and John Dougherty is one of the main reasons for that. He has invested his entire life in helping working families in our city and region, and truly never forgot his upbringing or his roots.

I can talk about countless instances where John single handily saved a school or church from closing, helped a family who could no longer afford to stay in their house and put food on the table, or through his leadership fought for the funding to rebuild a rec center or help redefine the skyline of our city. I understand the severity of the charges he was found guilty of, but I respectfully ask you to show mercy and compassion in your sentencing, and please remember all the countless lives that were made better by John's dedication, and kindness.

Sincerely,

Rich Lazer

PHILADELPHIA HOUSING AUTHORITY
OPENING DOORS TO OPPORTUNITIES

KELVIN A. JEREMIAH
President & Chief Executive Officer
Kelvin.Jeremiah@pha.phila.gov

2013 RIDGE AVE
PHILADELPHIA, PA 19121
215.684.4174
PHA.PHILA.GOV

June 27, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

**Re: Letter of Support for Mr. John Dougherty**

Dear Judge Schmehl:

I am writing to you to advocate for leniency for Mr. John Dougherty, whom I have known for over 12 years in my role as the President & CEO of the Philadelphia Housing Authority ("PHA"), an agency that serves the needs of approximately 80,000 low and very low-income people in the City of Philadelphia.

Mr. Dougherty has always been fair, honorable and forthright in his dealings with me personally and with my agency. He has also been one of the best partners in furthering the needs of low- income economically disadvantaged Philadelphians.

The following are just a few of the examples of Mr. Dougherty's direct assistance to the people I serve:

- Financial support for PhillySEEDS, a not-for-profit subsidiary created by PHA to provide college scholarships to PHA residents and other much needed financial assistance;
- Support for PHA resident job training through partnerships with the Building Construction Trade Council (BCTC); and
- Creation and support for pre-apprenticeship training for PHA residents.

All of these initiatives have created life-changing self-sufficiency opportunities for disadvantaged people who otherwise would not have had the chance to move from government dependency to financial independence.

Mr. Dougherty was also one of the most forward-thinking leaders in Philadelphia, who understood the importance of creating and preserving high-quality affordable housing at a reasonable price. In this regard, Mr. Dougherty helped PHA to negotiate a national model "Project Labor Agreement" with the BCTC to not only cut overall construction costs but hire a more diverse workforce and utilize more minority and women-owned businesses.

I believe that Mr. Dougherty's past conduct, in connection with his dealings with the PHA, make him deserving of your consideration for leniency. Any courtesies that could be extended to Mr. Dougherty will be deeply appreciated.

Please feel free to contact me at the number or email address listed above should you require any further information or clarification.

Thank you for your time and consideration.

Sincerely,

Kelvin A. Jeremiah
President & CEO

June 28, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

Dear Justice Schmehl,

I want to take a moment to share my thoughts about my friend John Dougherty, who I've had the privilege of knowing in both a personal and professional capacity for 14 years.

I met John in 2010, when I was running for State Representative. As a first time candidate, I was seeking support from everyone and everywhere. As an openly gay, Jewish, white collar, and college educated guy who grew up in the suburbs, I did not exactly fit the profile of who you might expect John and Local 98 to support.

But as I got to know John, I quickly realized that none of those characteristics about my background negatively impacted his perception of me. Instead, he embraced the fact that I was different from a lot of the people in his world.

When I lost the election, I resumed my work as a political consultant, but this time I was entrusted with the opportunity to work with some of the union's endorsed candidates who were running for office.

I distinctly remember having a conversation with John during the 2012 Election Cycle, when the union was expending resources to help the reelection campaign for then-State Senator Larry Farnese. Larry had defeated John just four years earlier when they both ran for that senate seat in 2008. I was confused by the union's support of someone who I knew had been one of John's fiercest adversaries.

When I questioned John about it, this was his response: "Gregg, you gotta understand that here in Philadelphia, we're all having a big water balloon fight with one another. But out there in Harrisburg and down there in DC, they're all throwing fucking hand grenades, and if we don't get the people who represent Philly the support they need, we're ALL going down with the ship."

John's message was crystal clear: Philadelphia always comes first. And that was reflected in everything that John Dougherty did, and still does today.

You have an incredibly difficult and consequential decision to make. And as you're weighing all the factors, I implore you to consider the following:

1. The immense amount of good that John Dougherty has done for so many.
2. The impact that John's punishment (specifically his absence) will have on his ill wife, for whom John is her primary caretaker.
3. The punishment he has already endured, financially, professionally, emotionally, and to his reputation.
4. The public's best interest. I know that you have received lots of testimonials that go into great detail about the positive impact that John has made on thousands of people's lives, and that cannot be overstated, especially in this circumstance. Taking that into account, I would argue that a punishment that limits John Dougherty's ability to continue his life's work is not only a punishment to John, but also a punishment to us all.

I hope and pray that you will find that the definition of justice in this circumstance is one that shows leniency and acknowledges the time and punishment that has already been served.

Respectfully,



Gregg Kravitz

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Judge Schmehl,

Thank you for taking the time to consider this letter of support on behalf of John J. Dougherty. I have known John for most of my adult life. When we met, I was a young lawyer without much direction in my career. John and I would often talk about community issues in the neighborhood where we both grew up. A close-knit, working-class neighborhood important to each of us. We often disagreed in those early years. In almost every conversation, he made a statement I would hear him make hundreds of times, in dozens of neighborhoods, at every opportunity. He would say, "You can't forget where you came from if you never leave." It is that part of this man that I would like to highlight.

To John Dougherty, community, family, union, church were the hallmarks that started at home. He worked tirelessly every day inspiring and motivating people to do good in their own community while working to help them do well in their own lives. As a result, almost everyone who came into his orbit improved themselves. I, for one, may have left the City of Philadelphia a long time ago. But John would not have it. He told me young, educated community members needed to stay and help lift up their own neighborhood. He wanted us to give back to the less fortunate every chance we could. In that regard, he led by example. He demanded that we use our time and talents to help the elderly, the poor, and the marginalized. We all did that.

The John Dougherty I know is a man dedicated to others. He puts the needs of others before his own every day. I often heard him tell senators, congressman, state representatives, community activists and rank and file union members that same quote I set out above. Most would laugh. Then realize he was more serious about that than the other things they discussed. It was never lip service. It was how he lived his life.

There can be no doubt that John J. Dougherty has done more good for more people in this city and region than an army of paid public servants. As you begin your difficult task of fashioning a sentence in his case, I hope you will consider how much good he has done, and how much more he can do once this case has ended. His wife needs him present to

help in her care. His church and community need him to resume his good works. Any leniency you show to him will be for the benefit of a great many people.

Thank you for your time and consideration.

Sincerely,

Henry Lewandowski, III

**William F. Keller**
2013 E. Moyamensing Avenue
Philadelphia Pa 19148
215-620-4959

June 21, 2024

The Honorable Jeffrey L. Schmehl
Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I am writing this letter in support of John Dougherty, who comes before you for sentencing on July 11, 2024. It is my hope that by sharing with you the man that I have known him to be over the last forty years, that I will help paint a more complete picture of him, beyond the crimes for which he was convicted.

I have known and worked with John Dougherty for over forty years, first through my position in the Longshoreman's Union, then as a Pennsylvania State Representative serving the people of South Philadelphia. We have been partners in creating well-paying, family sustaining jobs for the Philadelphia Building Trades and working to make Philadelphia a world class destination. John has two loves in his life, his union - Local 98 IBEW - and his family. I will address each in turn.

At the time John was elected leader of the Union, around half of his 1,500 members were out of work. The turnaround of Local 98 that John led was nothing short of remarkable. In two years, he eliminated the unemployment of his members. He then turned his attention to growing the union, increasing membership from 1,500 to 8,000 members, where it stands today. An increase of this size is a truly remarkable feat, done in a time where participation in unions continues to shrink across the United States. John's dedication and work on behalf of his members made him the best labor leader in the city, and arguably the best in the entire state. But it wasn't just his dedication to his members that is noteworthy - John intrinsically understood that for his members to thrive, the city of Philadelphia and the Commonwealth needed to thrive.

Together, John and I worked on a number of initiatives meant to attract jobs, tourism and resources to Philadelphia. For the sake of brevity, I will highlight two that stand out to me.

The last issue that we worked on together was a tax credit provision designed to drive investment into computer data centers built in the Commonwealth. John served as point person for labor on this issue. Through his advocacy, John was able to give a voice to the thousands of Building

Trade jobs that would be created through this investment. This was just one of many issues where John served as the spokesperson of the trades. He was chosen for this role because he was effective, dogged and knew how to work across the aisle with both democrats and republicans.

John's leadership was also instrumental in helping save the Pennsylvania Convention Center, which was seeing a sharp drop in bookings due to complaints about the work rules within the center. John understood that if the Convention Center failed, thousands of jobs would be lost and the broader Philadelphia economy and hospitality sectors negatively impacted. John took the hard stand that the unions had to work with the convention industry to figure out a compromise to ensure Philadelphia remained one of the top booking destinations. He went out on a limb and his efforts helped save the convention industry in Philadelphia.

These are just two examples of many demonstrating John's commitment to his union and the greater labor movement. However, as dedicated as he was to the union, his true love is that of his family. His wife Ceilie and two daughters are the center of his universe. When Ceilie had a critical brain bleed a number of years ago requiring 24-hour care for the rest of her life, John's life changed forever.Where some people would have been crushed by such a tragedy, John took charge to organize Ceilie's critical care. It is my sincere belief that John's devotion to his wife and his personal attention to her care has ensured that she has the highest quality of life possible.

John's kindness and generosity isn't something he reserves for his family. John has always been sensitive to making sure he helped the less fortunate in the neighborhood. No matter how high-level the issue we were working on together, John would always check in and ask, "Any families in the neighborhood who need help?" At the end of the day, when you strip everything else away, John Dougherty at his core wants to help people and wants to make their lives better.

From organizing and fundraising for "Toys for Tots" to ensure every child had a gift at Christmas, to providing turkeys and holiday dinners to families in need, to arranging for snow removal for seniors unable to shovel their walks. The list of people who John has helped over the years would be a very, very long one.

If a good deed was enough to cancel out a bad deed, then John would not be standing before you on July 11th. However, that is not how the world works nor our criminal justice system works. John has been convicted of the charges against him, found guilty by a jury of his peers. I attended many days of the trial and the character of the man on trial did not reflect the character of the man that I have known for more than four decades. I understand that is not the purpose of a criminal trial, which is meant to determine guilt or innocence of action - not the character of the accused.

Therefore, I am very appreciative of this opportunity to highlight those aspects of his character not readily on display during the trial - the generosity of a man who can't stand to see a neighbor in need, the dedication of a husband committed to making his wife's final years as comfortable and joyful as possible, and the loyalty of a union leader who fought to ensure his members had family sustaining jobs.

I hope that in sentencing John, you will consider all the good he has done on behalf of working families, the city of Philadelphia and the Commonwealth at-large. I hope that sharing these good deeds will help you show leniency when sentencing Mr. Dougherty.

Thank you for your time and consideration.

Respectfully,

William F. Keller
Former Pennsylvania State Representative

The Honorable Jeffrey L. Schmehl
The Gateway Building
Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

My name is Robert Fiocca and I have been a technician in the Local Union 98 for 27 years. I am writing to you today on behalf of John Dougherty. Prior to Local 98, John had been a friend in my life since the time I was a boy. We were both born and raised on 2nd Street, where everyone is family, and John made everyone in his presence feel just that, like they were his family. He has always gone out of his way to help people, even before he was the business manager of Local 98.

In 2009, my brother's family suffered a hardship, as he passed away from liver cancer. My sister in-law and John are siblings, and John stepped up in a big way for her growing children. He helped to act as a father figure for our niece and nephews as they had just lost one of the most important people in their lives. Whether it was a shoulder to cry on, an ear to listen to, or just a friend to spend time out with, John was there for our family.

There are Two (2) parishes here on 2nd Street, Sacred Heart of Jesus and Our Lady of Mount Carmel. If there was ever a time that a family in either one of those parishes needed help, John was there. Whether it was a meal to eat, keeping their heart on in the winter, or even a place to sleep, John did his best to keep everyone from going without a home. For years, John has helped to support Toys-for-Tots and "Toys and Turkeys," John was adamant about helping those who were struggling around the holidays, citywide.

If it weren't for John J. Dougherty, I would not be as fortunate as I am today, nor would 80% of our close-knit neighborhood. Thanks to his efforts, I have a roof over my head, and I sent two daughters through catholic school, along with college. I am set to enjoy retirement when the time comes thanks to Local 98 and John Doughtery. Thank you for your time, Judge Schmehl.

Respectfully,

Robert Fiocca

Lori Barrett
335 Fitzgerald Street
Philadelphia, PA 19148

June 26, 2024

Honorable Jeffrey L. Schmehl
5613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Schmehl:

My name is Lori Barrett. I live in South Philadelphia and I am a Judicial Secretary working for the First Judicial District of Pennsylvania. I am writing this letter on behalf of my friend, John Dougherty.

I have known John for most of my life. First, as members of the same community and neighborhood, but more importantly as a family member. John and I are not blood related, but we are family. My children refer to John as "Uncle Johnny".

I have lived in the Pennsport area for most of my life and I have personally witnessed John improve our neighborhood in so many ways. The EOM sports complex located at 146 Moore Street, for example, would not have the necessary resources to provide the neighborhood children with a safe sports facility and summer camp without John.

John has been a devoted caregiver to his wife Celie and has been by her side throughout her illness. I hope and pray that he will be available to continue to care for Celie.

I would like to close by saying that I could go on and write pages and give many more examples of how John has touched many lives of people that are close to me. John has been a great leader in our community, and I believe that he will continue to be an advocate for many years.

I appreciate your time and consideration.

Respectfully,

Lori Barrett

Lori Barrett

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

June 18, 2024

Dear Judge Schmehl,

My name is Richard Duffy and I live at 1943 East Moyamensing Avenue in Philadelphia. I was a neighbor of John Dougherty and his wife when they lived on our street.

John was a great neighbor and was always willing to help anyone on our street. He always had a smile and kind words when we saw him.

People like John and his family were the ones who kept our neighborhood safe and strong and vibrant.

Thank you for your consideration.

Sincerely
Richard M Duffy

The Honorable Jeffrey L. Schmehl
The Gateway Building
Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

My name is Maureen Fiocca, and I am writing on behalf of my uncle, John Dougherty. I lost my father at a young age, and I lived next door to my Uncle Johnny most of my life. So, he automatically stepped up to make sure we didn't falter or become delinquents. As you have heard, he was always taking care of everyone. Family wasn't the only people he looked out for. His neighborhoods were looked after even other communities in Philadelphia survived due to his intervention and business dealings. I would rarely see him due to his dedication to the Union and Philadelphia, but when I did, it was always with my Aunt Celie. Now, he hardly leaves her side, especially since her massive stroke, which left her incapable of functioning without constant care.

From my perspective, my uncle has always been a hard-working intense businessman. For as long as I can remember, my uncle has worked tirelessly on building and managing the International Brotherhood of Electrical Workers, Local 98, into the union it is today. However, he still managed to give back to his community, and worked even harder for charities and people in any area who were in need. These last few years have been tough on my family with raids, interrogations, deaths and trials. But we have survived longer than expected and that's due to the love, loyalty and respect ingrained in us. My Uncle Johnny is loved and respected by many but is extremely special to me. We have a unique bond. He has done more valuable than not. He could continue to do amazing work, if allowed the chance.

I appreciate your time, integrity and commitment to justice. I am optimistic that you can obtain the appropriate justice that my family deserves.

Respectfully,

Maureen T. Fiocca

Maureen T. Fiocca, M.Ed ABA, LBS

June 3, 2024

The Honorable Jeffrey L. Schmehl
The Gateway Building
Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

My name is Maureen Fiocca, and I am the youngest of three (3) Dougherty's. My eldest brother is John J. Dougherty. Given that I have had three (3) of my family members in front of you and have taken solace in the fact that you are a Judge that upholds the integrity of the Judiciary and performs your duties fairly, impartially and diligently. My brother, John Dougherty will stand before you to hear his fate after many years of investigations, interrogations and trials. My biggest fear is that not only does John get to hear his fate, but his wife, Cecelia will learn of her fate also. Since her debilitating stroke several years ago, my brother has been the one constant force keeping her going forward and fighting to stay alive. My world and foundation have always been my family. We are not unlike many working-class families in Philadelphia. Our family though has been ingrained in the Philadelphia Court System, Judiciary and politics. We have tried to live our lives decently and stay committed to our family, our faith and community. Since I was a little girl, my brother John has been my protector and at times my strength to get through the rough times life has thrown at us. We lost both our parents, but I, also my husband, only months after my mother some fifteen (15) years ago. While we all navigate our day-to-day hardships, John still ran the most powerful Union in the City of Philadelphia. He fought every day for the men and women of International Brotherhood of Electricians, Local 98. He worked 24/7 for his family, his union and his community. He sometimes lost precious moments with his own to make sure the Union's families did not go without.

John has done more for the people of Philadelphia than most. His good heart, family mentality and strong Irish Catholic upbringings made him the man and leader he is and always will be. His commitment to educate those on union issues, spends time in his religious beliefs, maintains his charitable endeavors , and enhances all civic organizations in his reach by continuing helping those in need. His colorful language or hard nose business tactics fighting for his fellow union members has cast a shadow, when only they should brighten the fact that he has always been there for everyone, fighting for their rights and protecting their livelihoods. I know I am bias due to the love and respect I have for my big brother, but I respectfully

**request, look at the man along with the law and judge him correctly within your power. No justice would be served to send such a man away as the government requests.**

**Once again, I thank you for all your time and consideration in this matter.**

**Respectfully,**

Maureen Fiocca

**Maureen Fiocca**

June 28, 2024

Hon. Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn St.
Reading, PA 19601

Dear Judge Schmehl,

I am writing in support of John Dougherty. I am probably not someone who knows him as well as most others who will write to you (for or against leniency.) I know John because I went to high school with him and we crossed paths on many occasions since. I have certainly heard all the bad things and the good things about "Johnny Doc" but I suspect any person (me included) would be susceptible to similar review. I never had any business dealings with John though when people find out that I went to school with him, I hear of the computer lab that he installed at a school, or the handwritten letters he sent out to an entire neighborhood to save a local Catholic School from closing, in one conversation with the CEO of PECO, he asked me to call John to remind him that IBEW promised to help with the renovation of LEDs along Boathouse Row in Philly ... and so on. Of course, I've heard through the media all the bad things that have been cast upon him as well. While, as with most media reports, I take those with a proverbial grain of salt, I will say those don't reflect the deeds that he's done for the communities of people who I've heard praise and thank him.

In the end, I believe we all have a spectrum through which we oscillate in our lives – some have a wider spectrum than others – though I will pray that we are all viewed with respect to the entire spectrum of our deeds. For that reason, and in light of all the good that he's done, I am asking for leniency for John Dougherty.

In the end, I will trust you will do what you feel is best for the society at large and I thank you for your service.

Best Regards,

Tom Dugan
Classmate – St. Joseph's Prep – Class of 1978

**From:** Troy Gordon <tru@wisdommotors.com>
**Sent:** Friday, June 28, 2024 7:54 PM
**To:** Troy Gordon <tru@wisdommotors.com>
**Subject:**

To The Honorable Jeffrey L. Schmehl

This letter today is to ask for leniency for a man who selflessly gave aide to a man he didn't know. 15 years ago, I got in some trouble myself. I wanted to prove my innocence in the situation but I couldn't figure out how to do it. A friend of mine knew a guy, John Dougherty. He told John my situation and after hearing everything John made a few calls and got the courts to give me a lie detector test to prove my innocent. John didn't know me from a can of paint. But he didn't want to see anything bad happen to me if I was in fact telling the truth. Thats having love for your fellow man. Regardless of race or social background. Thats the type of love that's missing in the world today. I have no idea what John is in trouble for. All I can do is tell you about my one brief but very impactful meeting with the man. I've always remembered the name and am honored to be able to let the world know what he did for me and how much it meant to me and my family.

Sincerely,
Chroyya Gordon

June 21, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I hope this letter finds you well. I am writing to you with the hope that you will consider leniency for John Dougherty. I have been a member of Plumbers Union Local 690 for 39 years and as a labor leader I have had the opportunity to collaborate with John on many projects. For years, John led Local 98, but his leadership extends well beyond the Philadelphia region. It is not just the city skyline that John has helped to develop over the years, it is also the countless organizations, youth programs and boards that he has volunteered a great deal of his time to and actively participated in.

There is no doubt that John has had a significant influence on building and construction in the area and he has also had a major impact on the livelihood and well-being of all union members. John has always been driven by his passion to improve the quality of life of those around him, which he has successfully accomplished. For years, he pushed for stronger workplace safety on jobsites, better wages, benefits and pensions all in support of members and their families. John has proven time and again his dedication to better those around him through education, mentorship, volunteering, generosity and compassion.

Thank you for any consideration of leniency for John. If you would like to discuss any further, I can be reached at 215-677-6900.

Sincerely,

George C. Pegram

George C. Pegram
Business Manager
Secretary-Treasurer

The Honorable Jeffrey L. Schmehl
United States District Jude
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

20 June 2024

**Re: John Dougherty**

The Honorable Jeffrey L. Schmehl,

My name is Thomas Rossomando. Thank you, your Honor, for this opportunity. The older I get, the more I realize that life and the law are not always black and white. I have the honor and pleasure of knowing John Dougherty for over twenty years.

John selflessly put the city of Philadelphia on his back, creating more jobs for families than any elected official in the same time period. In a previous career, I worked for Governor Tom Corbett with the responsibility of creating jobs for Southeastern Pennsylvanians. I had many meetings with various corporations where John attended. It was quickly apparent John was leading the charge in promoting Philadelphia and Pennsylvania job creation.

A few years back, the iconic Italian Market Italian Festival in South Philadelphia was close to shutting down due to what many feel were excessive fees and permits imposed by the city. I called John and asked for advice. Immediately, John provided guidance and electrical manpower, which allowed the festival to go on that year and all the years since.

There are numerous stories of John Dougherty helping people find employment, overcome personal hardships and addictions having turn their lives around to become productive individuals in today's society. My father is a lifelong member of IBEW Local 98. I can tell you firsthand if it wasn't for John Dougherty turning around a bankrupt union in the beginning of his administration, I would not have been able to attend and graduate from Drexel University.

There are many stories of John helping put kids through school, helping neighbors in need, providing their family members with either shelter and/or employment.

I was recently at a funeral where John attended. I watched in amazement how multiple people came up to him thanking him for the help he gave over the years. So many people thanked John that day for all the charity work he has done for the less fortunate as well as their neighborhood. Upon leaving the funeral that morning, I watched a woman come up to John trying to hold back tears because she was living in her car with her daughter and their dog. She apologized to John asking for help at such a challenging time in his life; however, she had no one else to turn to. There is not a person alive that would have criticized John if he would have just said a kind word and apologized for not being able to help. However, John looked her in the eyes and told her to call him that afternoon and he would help her any way he could. John's compassion for people knows no end.

John's work for Toys for Tots is absolutely inspirational. He has made sure over the years no child in the hospital at Christmastime goes without a present. He also makes sure any child whose parents cannot afford food for the holidays has food on their table.

I truly do not know anyone with more love and compassion for people regardless of knowing them or not. Most people talk a good game. John walks it! We will never know how many people John has helped over the years. Before I knew John, I knew his lovely wife, Cecelia, who is sadly suffering from a debilitating condition that requires 24 hour care. I believe in my heart the main reason Cecelia Dougherty is alive today is because of the love and constant attention and medical caring she receives daily from John.

John needs to be out there helping the community, especially now, when the community knows no one is listening or helping. If that is not enough, I don't know how John's beautiful wife, Cecelia, survives at this time if John is not there every day providing the love and care only he can provide.

Your Honor, I truly thank you for reading and considering my heartfelt feelings towards this matter. God bless you.

Sincerely,

Thomas J. Rossomando

The Honorable Jeffrey L. Schmehl
United States District Justice
The Gateway Bldg, Suite 518
201 Penn St
Reading, Pa 19601

Steve Filoramo
1090 Stratford Rd.
Glenolden, Pa 19036
610-532-9008
sfiloramo@verizon.net

June 14, 2024

**Re: John Dougherty**

Good day your Honor,

My name is Steve Filoramo and I'd like to weigh in with a few good words for an unforgettable man in the name of John Dougherty.

I have known of John since he set about to make a difference for the members of Electrician's LU98. I watched, albeit from a far, the manner in which he won the minds of work-a-day regular electricians looking for guidance as their Union was going through some hard times. The story is well known. With John's leadership the members of LU 98 started to become important in this area again and as a result of excellent leadership, members ability to keep up with education, pay and fringe benefits rose substantially. His planning and guidance became a boon for all members, even those members who disagreed with his vision.

I interacted with John in mostly business settings in my role as a Project Manager with a mid-sized electrical contractor. Yet there were times we inter acted on a more personal level. I was always impressed with his business acumen considering most electricians I knew just wanted to talk about electrical stuff.

During these meetings for various projects, I got to see how John saw the big picture. And for him the big picture was Family, Friends, Brotherhood and Community. I got to see how John's vision of how all of these entities could work together and help each other excel.

John was a source of knowledge for our business in many areas other than providing well trained Electricians. He also gave us the ability to get involved in making a difference in the community. This is where John excelled; getting help for others needing more than most of us need.

John's Leadership style also impressed me so much that I decided to get involved in a leadership role in our local Boy's and Girl's Club. I got to feel the ups and downs of volunteering and always wondered how John relentlessly performed his brand of volunteerism ad nauseum. He always had a cause to help someone. There were the Christmas Toy Drives, The Kids Skating nights and oh so many other times he spearheaded events to raise money for his various communities. Way too many to mention and I'm sure you'll hear about the known and unknown acts of charity he performed.

Through the years, I wondered even more how John was able to continue helping, even while his family faced the dire medical situations they faced. I mean how can one person continue to give when he was having so much of his life being taken away.

In my eyes, John will always be a class act, a servant leader, a community lighting rod, a valiant warrior for his Electrician Brothers and a consummate generous man.

Your Honor, you should know John is not a someone I would call a friend; we travel in uniquely different circles. But I felt compelled to write on his behalf because mostly what he engenders is his willingness to go above and beyond for others. I am proud to know a man of his caliber.

Sincerely,
Stephen Filoramo

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

My name is Christopher Leonard, I am a IBEW local union 98 member. Born and raised 2nd and Jackson in south Philadelphia. From when I was a kid you hear all of the stories about what Johnny does for the community. He was always there when you needed help, a hero in my opinion. I could sit here all day and tell you how many lives John has touched or changed for the better in this city but let me tell you a few about myself. I grew up in a broken home, single mother, very poor, and just going down the wrong path in life. John believed in me, offered me my first job I was a teenager taking out the trash at local 98 union hall. It was the first time in my life that I truly felt someone finally had my back. I've called John at 2AM and 2PM, it didn't matter the time john is always going to answer and without hesitation, he's on the way to help. You don't meet people like John everyday it's remarkable how he managed to not only get involved and help his neighborhood but the whole city of Philadelphia is a better place because of this man. I'll never forget when my mother passed away, John called me everyday to chat and see how I'm doing. These are the stories you don't hear about John that's why I like to share mine. I could not thank John enough for helping me become the person I am today, again he's truly one of a kind!

Respectfully,

Christopher Leonard

Chris Leonard

June 20, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601
Re: John Dougherty

Dear Judge Schmehl,

As you consider the difficult job of passing sentence on John Dougherty, I want to share other aspects of his life including his commitment to the citizens of Philadelphia as well as the needs of his wife who is seriously disabled. I do this in hope that you will render a sentence that reflects mercy as well as justice.

John has continuously shown care and compassion for some of Philadelphia's most vulnerable citizens. He used his connections among the trade unions to provide much needed construction work at no cost to renovate a site for our city's homeless population. His leadership made the project possible and served as an integral step in many people taking the necessary steps to obtain permanent housing.

Additionally, his charitable works continued through various volunteer activities and organizing drives to collect food, supplies, and toys to families in need. Our families at Rowan Homes, were always so grateful for the toys for their children throughout the year. He would often call Project HOME with various items he was looking to donate and always wanted to make sure they went to someone who could use the extra assistance. John's commitment to helping his fellow Philadelphians, was clear through his long-time charitable acts.

Lastly, Cealie Doughtery, John's wife has a serious medical condition which leaves her paralyzed and in need of both physical as well as emotional support. John is the primary caretaker. His absence will be another hardship for Cealie to bear.

Thank you for your consideration of these additional aspects of John Dougherty's life and his contribution to our community.

Sincerely,

S. Mary Scullion

S. Mary Scullion

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

June 18, 2024

Honorable Jeffrey Schmehl, John is a wonderful person. I have lived near him for 25 years. He helps the community and church (Sacred Heart) wherever he can. He is devoted to his wife and a great father and uncle. He is really missed around the neighborhood. I am a lucky neighbor.

Sincerely
Mrs. Diana Stankevicz

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: John Dougherty

June 18, 2024

To Whom It May Concern,

I have been a neighbor of John and his family for many years. I have always found him to be an outstanding addition to the neighborhood and to Philadelphia in general. His work in our community has been greatly appreciated and always appreciated. I support him 100 percent

Sincerely,

John Lopez
1940 E. Moyamensing Ave.

22 June 2024

Honorable Jeffrey L. Schmehl

United States District Court

#518 Gateway Building

201 Penn Street

Reading, Pa. 19601

Having lived the range of life, I realize that we are all capable of bad and great deeds. I do not want to leave living without telling you of a John Dougherty good deed of great magnitude. I am that last man alive in a group of four veterans and a general who knew of it.

I served in three concurrent careers in my life: City assessor under six mayors, News -paper reporter and editor, and military. While in the National Guard, the State Adjutant General knew of my acquaintance and ability to work with lawmakers, city officials, and the public. He said that Southeastern Pennsylvania needed a veteran's nursing home. He wanted me to work to get it built. I did site selection work, worked out kinks with legislators, went to Washington for federal funds, got public, media and labor support. All with three others: World War Two guys who comprised a committee of all Philadelphia Veteran Groups - and who battled over 20 years for a veteran's home.

It came time for contractors to bid on all aspects of the work. All contractors who successfully bid on the work had union shops - except one - for the electrical work. The veteran's home site was/is two blocks from the Building Trades office on Southampton Road. I heard that they were upset that the job was not all union and went to a meeting there. I mentioned that I had gone, as a Guardsman, to that contractor and asked him to deduct union dues for that job - an allowable practice. They refused.

I went to a second meeting, and John Dougherty stated that all should not object to the project.

He said that the home was for our veterans. The room went silent.

Dougherty had the most to lose, yet John Dougherty showed great sacrifice, concern and caring.

On that day I looked into his heart. Labor unease ended and generations of veterans, World War Two to present, benefited and will benefit from this noble action.

I never thanked him. My contact, over years, was to say hello - in passing.

I ask Your Honor to weigh in this information when you consider a sentence.

MOST VERY SINCERELY,

Joseph Shay Stivala

28 Harding Avenue

Mount Ephraim, NJ 08059

215.990.0465

Tyler Price
935 Tree Street
Philadelphia, PA 19148
June 19,2024

The Honorable Jeffrey L. Schmehl
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Request for Leniency in Sentencing of John Dougherty, Case No. Case 2:19-cr-00064-JLS

Dear Judge Schmehl,

I am writing to you as a deeply concerned and supportive friend and former colleague of John Dougherty, who is scheduled to be sentenced on July 11, 2024. I respectfully ask for leniency in his sentencing.

John Dougherty has been a dedicated and hardworking union official at IBEW Local 98 for many years. Throughout his tenure, he has demonstrated exceptional commitment to advocating for the rights and well-being of his fellow workers. He has played a pivotal role in negotiating fair wages, ensuring safe working conditions, and providing unwavering support to union members during times of need.

I have known John Dougherty for ten years, and during this time, I have witnessed his integrity, dedication, and compassion firsthand. He is not only a pillar of strength within the labor union but also a devoted spouse.

I am aware of the seriousness of the charges against John Dougherty, and I do not intend to minimize the gravity of the situation. However, I believe that he has the capacity for rehabilitation and can continue to make positive contributions to society.

In light of John Dougherty's character, contributions to the community, and potential for rehabilitation, I humbly ask that you consider a sentence that allows him to continue to be a productive member of society.

Thank you for taking the time to read my letter and for considering my request for leniency. I have full faith in your ability to deliver a fair and just sentence, and I appreciate your attention to this matter.

Yours sincerely,

Tyler Price

The Honorable Jeffery L. Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, PA 19601

Dear Honorable Judge Schmehl,

I write you today in support of my good friend of 28 years, John Dougherty.

My first memory of meeting John was at a Variety Club fundraiser. John had spent countless hours raising money and encouraging local businesses to join in support of Variety Club to fund their summer camp programs. Variety Club's mission of enriching the lives of children with disabilities resonated with John. He tirelessly worked for years to introduce local businesses to this organization and support their cause. Countless children in the Delaware Valley lives were enriched through overnight camp experiences, social, educational, and vocational programs due to John's leadership and the funds he personally raised. John visited the Variety Club camps personally, he knew the families and children they served and treated them all like members of his family.

Over the years, I came to know John as a devoted family man. He was happiest when spending time with his parents, daughters and wife. Every time I saw John he would ask for my children and my parents. He has remained a devoted husband and caretaker to his wife Ceilie over many years as she has suffered through numerous medical emergencies and near-death experiences that have left her severely handicapped. The first time John left his wife Ceilie's side after her last traumatic brain aneurism was to attend my daughter's Bat Mitzvah. He sat in the back of the synagogue, came in quietly and listened to our daughter Sarah deliver her Bat Mitzvah speech. He knew how much work went into this moment for our daughter and wanted to be there to support our family.

I have countless stories of how John has helped community organizations, neighbors and charities over the years. I have personally experienced his help with my community engagement efforts at the Philadelphia Museum of Art. He personally donated his time and talent to help with PMA Craft Show, The Philadelphia Show and organized Holidays at the

Museum Programming. He organized and raised funds for the annual Christmas Tree at the top of the Art Museum steps for seven years. This became an annual event and community gathering place for the residents of our city.

I can confidently state that I have never met anyone that has done more for the citizens of our city, the region and beyond. I am proud to say John Dougherty is my friend. I thank you for reading this letter and ask you to please consider a plea for leniency for John. He is the primary caregiver of his wife Ceilie. It is not an exaggeration to say she is alive today due to the constant care he provides her. John does not leave her side unless a close family member or friend is there to stay with her. Ceilie needs her husband and constant companion to remain her advocate and caregiver. Thank you for your consideration of leniency in John's sentencing phase.

With thanks,

Ellen T. Caplan

Ellen T. Caplan

Chair, Philadelphia Museum of Art Board of Trustees

3519 PRIMA CT.
PHILADELPHIA PA 19145

JUNE 20TH 2024

THE HONORABLE JEFFREY L. SCHMEHL
UNITED STATES DISTRICT JUDGE
THE GATEWAY BUILDING, SUITE 518
201 PENN STREET
READING, PA 19601

HONORABLE JEFFREY L. SCHMEHL:

WHAT CAN I SAY ABOUT JOHN DOUGHERTY
THE UNITY HE BROUGHT TO LOCAL 98 FOR 35+ YEARS
THE LEADERSHIP OF CHARITY WORK FOR 35+ YEARS
LABOR WALKS
CLEMENTON PARK FOR 98 FAMILIES
SUPER BOWL PARTIES
SHAVED HIS HEAD FOR CHARITY
SCHLORSHIPS FOR COLLEGE KIDS
HE FOUNDED PE+T CHARTER SCHOOL
GOLDEN GLOVES TOURNAMENTS FOR JOE HAND'S GYM
UCP ALL-STAR LABOR CLASSICS
PHILLIES NIGHTS FOR 98 FAMILIES
SUPPORT FOR OUR VETERANS
BEACH BASH IN WILDWOOD NJ TO UNITE 98 MEMBERS
TICKET RAISING PARTIES HE SHOWED UP TO OVER THOSE YEARS
FUNERALS HE SHOWED UP TO OVER THOSE YEARS
TOYS FOR TOTS
THANKSGIVING TURKEY DRIVE
THESE ARE JUST SOME OF THE EVENTS AND CHARITIES
WHERE JOHN WAS THE LEADER OF MAKING A DIFFERENCE
JOHN BROUGHT EASE TO FAMILIES IN NEED
JOHN WOULD ALWAYS SAY NEVER FORGET WHERE YOU
COME FROM.

I MET JOHN WHEN I STARTED IN LOCAL 98 IN 1995-1996
HE NEVER FORGOT MY NAME ALWAYS HAD TIME TO
ASK ME HOW MY FAMILY AND I WERE DOING.
JOHN AND I HAVE ALOT IN COMMON WE ARE BOTH FROM
HARD WORKING BLUE COLLAR NEIGHBORHOODS
IN PHILLY.
I WOULD SEE JOHN AT ALL THOSE EVENTS
HE CERTAINLY WAS A MAN OF INTEGRITY
WHO LIVED BY A CODE OF ETHICS
DURING HIS BUSINESS MANAGER YEARS HE WAS A
GREAT LIAISON BETWEEN THE LOCAL UNION MEMBERS
AND THE OUTSIDE BUSINESS WORLD. A VERY GOOD
COMMUNICATOR.
ALL OF THIS GOING ON TODAY DOES NOT DEFINE
WHO HE IS AS A LABOR LEADER, SON, BROTHER
FRIEND, NEIGHBOR, HUSBAND, FATHER
JOHN GREETED AND STOOD WITH PRESIDENTS,
GOVERNORS, MAYORS, LABOR LEADERS ETC...
I'M WRITING THIS LETTER TO PLEA FOR LENIENCY
FOR A MAN WHO HAS ACCOMPLISHED SO MUCH IN HIS
LIFETIME AND MADE A DIFFERENCE TO OUR
GREAT CITY.
EVERYBODY IS HUMAN AND DESERVE A SECOND CHANCE
CONSIDERING ALL THE GOOD HE BROUGHT TO THE
CITY OF PHILADELPHIA
ONE OTHER THING JUST THINK ABOUT THOSE EVENTS
I LISTED AND THERE ARE MANY MANY MORE, OF ALL
THE FAMILIES AND PEOPLE HE HAS HELPED AND
MADE A DIFFERENCE IN 35+ YEARS.
THANK YOU FOR CONSIDERATION

SINCERELY.
GEORGE P. NOVELLI JR.

To: The Honorable Jeffery L. Schmehl

United States District Judge

The Gataway Building, Suite 518

201 Penn St.

Reading, PA 19601

Dear Judge Schmehl,

John Dougherty and I have been friends and colleagues for over thirty-five years. We started our careers in our respective trades around the same time. We both were honored by our members to be elected as Business Managers of our local unions. I became Business Manager of Glaziers Local 252 and then Business Manager/Secretary Treasurer of District Council 21.

John's service to the community and those in need are well documented. He dedicated his life to fairness, worker safety and dignity and respect. He selflessly would sacrifice his personal time to attend a funeral, help someone with addiction issues, assist single moms, and the list goes on.

Several years ago, my wife suffered numerous strokes and was transferred to Magee Rehabilitation Hospital in Philadelphia. She was sent to the stroke victim unit on the fifth floor. John's wife Celie was also in this unit. A day did not pass that John spent time with Celie, often hands on with her therapy. I wondered how a man with awesome responsibility kept it together spreading himself so thin. As we slogged through that painful time, John would be in the hallway offering support, compassion and some much-needed humor to my children and grandchildren. My wife has since passed, but Celie still requires John's care giving and love. I ask you to consider leniency for this good man.

Sincerely,

Joseph T. Ashdale

Joseph T. Ashdale

Retired BMST District Council 21

June 19, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518.
201 Penn Street
Reading, PA 19601

Re: Sentencing of John J. Dougherty

Dear Judge Schmehl:

John Dougherty and I have known each other for about 10 years. I have come to think of him as a friend and advocate, who treated me like family.

Through mutual acquaintances, I got to know John after my election as Chester County Democratic Committee (CCDC) chair. Over the ensuing years, John was supportive of me in this role and my new role to build a women's leadership organization supporting other women running for office. John has helped many women run for office when he was working as a labor leader. This was an important goal to him.

I admire John's dedication to his family. This is another area we have in common. Both of our families have experienced firsthand the transformation that adoption can bring to a child's life. John adopted his daughter, Tara Chupka, after she lost both her parents to drug addiction. My niece and nephew, who were in foster care, were also impacted by their parent's drug and alcohol addictions. John showed a keen interest in their progress over the years.

When I lost my father suddenly on April 28, 2015, due to a fall at home and almost lost my mother the following day after she was severely injured in a head-on collision, John was there for me again. He wanted to ensure that I was holding up in the face of such dire circumstances.

John treated me like family, through his compassion, support and understanding over the years. Through some of the examples I have illustrated, he was there for me, when I asked, or even when I did not ask. John has managed to help a lot of people through the many facets of his life, when he was in a leadership role. I am grateful that I got to work with John in these contexts.

Today, I write with hopes that you will come to a merciful conclusion when it comes to John's sentence.

Thank you very much for considering my experience with John Dougherty.

Sincerely, .

Michele Vaughn

**June 19,2024**

HONORABLE JUDGE JEFFREY L. SCHMEHL

THE GATEWAY BUILDING, SUITE 518
201 PENN STREET
READING, PA 19601

Dear Judge Schmehl,

My name is Todd Neilson, card #D741627, and a proud 3rd generation member of IBEW Local Union 98, following in the footsteps of my father, and grandfather. I have had the opportunity of serving this great Union in many capacities over my 38-year career, such as a working as, an electrician, numerous foreman positions, union steward, project manager, as well as being an instructor in our apprenticeship program and appointed to serve as a Local 98 Business Representative for 6 years. Throughout my tenure I have been called upon to serve on numerous committees, was successfully elected to serve as the Treasurer of IBEW Local 98 from 2003-2020, and elected to serve on the Local 98 Executive Board from 2020-2023.

I have known John Dougherty for my entire career, having met him as a 1st year apprentice in 1986, when we worked together on a construction site. Having known John for so many years, I have known him to be one who has always conducted himself professionally, been someone who worked tirelessly for, not only the Local 98 membership, but for all working people in our area. He has dedicated his career to making people's lives better, whether it be through his charitable efforts, coaching sports teams, coat drives, food for needy families, organizing efforts to wire churches and parks for the use of our community, at no cost to those folks. He is also someone known for his determination. Through this very determination, he helped shape the City of Philadelphia, by using his relationships to bring people together, in an effort to develop new buildings, create new businesses and reshape the Philadelphia, and put our city back on the map, as a destination for national events, such as the Democratic National Convention, NFL Draft, and the recent Papal visit, just to name a few. I am proud to, not only call him a Union Brother, but consider him to be a friend. He as always shown himself to be a good family man, dedicated husband and father of 2 children, all of whom I have gotten to know throughout our 38-year

relationship. For these very reasons, I ask that you give some consideration of a reduction in his upcoming sentence, not only for what all of the good things he has done for the last 30+ years, but the most difficult task he has to face, the 24/7 care of his ailing wife, Cecelia, so that she has the support she needs in her most desperate time. Please consider this, and that all of the people, whose lives have changed for the better, because of the countless good things he has done, and the opportunities he has provided for them.

Sincerely.

Todd Neilson

SINCERELY,

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I am writing you on behalf of John J. Dougherty, the former Business Manager of IBEW Local 98, Philadelphia.

I have known John for nearly 20 years, through my work in Democratic politics as an elected Committeeman, and shortly afterwards as a Political and Legislative Team member for my union, Boilermakers Local 13. I want to say how much respect John earned with me over those years, as a man who would come to the aid of others, often when he didn't know them. My interactions were mostly business related to the labor movement, where he has helped innumerable families, by helping to create new jobs in Southeastern Pennsylvania. He turned bad jobs into family sustaining jobs through his union. And he did so many good works throughout Philadelphia and the region, often without recognition. I believe he did these deeds because he's a good man, and because it was the right thing to do.

Your Honor, I am hoping to see leniency on a man I regard as a hero. I believe that the good character he has makes me think that he still has good to bring to others. And I ask that you take that into consideration.

Respectfully,

Edward Harkins
3108 Barnett St.
Philadelphia PA 19149
484-995-1208

June 19, 2024

The Honorable Jeffery L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Your Honor,

This letter is in reference to Mr. John Dougherty who will appear for sentencing in you court. I have known Mr. Dougherty for over 35 years, over that time we have developed a professional relationship as well as a personal friendship. John has always amazed me with his untiring work ethic. He became Business Manager of IBEW Local Union No. 98 and turned it into the premier union in the Delaware Valley and maybe the entire Nation. Before John Local 98 was sort of a closed union where a person had to be a blood relative or close friend to gain entry. John opened Local 98 for any eligible man or women. This has touched countless lives that now make a livable wage and enjoy the many the many benefits that unions provide. Every section of the City of Philadelphia now boasts members of Local 98 despite their race, nationality or gender.

John Dougherty and Local 98 are major benefactors of many charities, either through donated electrical work or charitable donations. Politics has become a favorite of Mr. Dougherty. Through his leadership and political acumen John has become the number one mentor for many politicians, local state and national. Quite a few office holders are in office because of John Dougherty's guidance and support.

John has a beautiful wife Cecilia who suffered a devastating brain illness she requires 24 hour care with John being her number one caregiver, she needs him.

Judge Schmehl, please take into consideration all the good that John has done when sentencing him. I know first hand that he is remorseful and embarrassed over his convictions. Have mercy on him and most importantly have mercy on his wife Cecilia, who depends on him for any small quality of life that comes her way. John Dougherty is not a menace to society sending him away to prison serves no purpose.

Thank you for taking time to read this letter.

Respectfully,

Michael Fera

Michael Fera
Retired Business Manger
Cement Masons Local 592

June 18, 2024

The Honorable Jeffery L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Honorable Jeffrey L. Schmehl,

I am writing to you in support of John Dougherty. I have known John for over 30 years as not only the Business Manager of my employer but as a friend and neighbor first. I first met John when I was about 10 learning a new sport in which John was the coach of our neighborhood baseball team. He was a great coach and took us all under his wing to show us how to be not only good at the game, but as teammates. He always took time out of his busy schedule for anyone who needed extra help or needed some one-on-one with anything whether it was sports or school or just an adult we could talk to about anything.

When I graduated high school, I wasn't sure what I wanted to do as a career. I worked down the waterfront for a few years but knew that wasn't what I wanted to do for the rest of my life. So, when I decided I wanted to be an Electrician, I went to John and asked him his advice on what I needed to do to prepare for the test and what life was going to look like in that field. He sat down, talked to me and explained how it was tough but rewarding in many ways. The pay was great, and the benefits were too. But more importantly it was that I would have a good paying job and a bright future and that I would be able to support a family when that time came. He also stressed how you will make good friends that would become like family in the Union, which I am thankful for as all he said has been the truth.

One of the things that I most admire about John is he has always looked out for others and has always been a champion for the disabled. As a father to a handicap daughter, his tireless work for so many years with the Special Olympics holds a special place for me and my family, I know that it does for him also. It takes a person with a good heart to see those less fortunate and make sure that society sees those special kids in need get the same recognition as the rest of us. This is just one of many of the charitable organizations that John has worked hard for.

Your Honor, I ask you to please consider leniency for John so he may continue to do good things for others.

Sincerely,

Edward R. Myers, Jr.

Edward R. Myers, Jr.

June 20, 2024

The Honorable Jeffrey L Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, Pa. 19601

Honorable Jeffrey L. Schmehl,

It is with great hope that I am sending this letter to you anticipating John Dougherty's sentencing. I have known John as a business acquaintance. He has patronized our business on a regular basis for many years, always with a courteous attitude toward those assisting him. I know of John's caring and thoughtfulness to the needs of the community; either the residents of Girard Estate Park by placing lighting in the park for the safety of the community at no cost to the city or answering the need of parish churches. Youth sports groups have also benefited from his generosity and never a word of boastfulness.

On many occasions, I know that repairs were needed in parish buildings and resources were scant and few. John would step up, unbeknown to anyone and complete the task. You only knew about it when it was completed and you would inquire about the financing.

I trust that these examples of his kindness and compassion are a testament to his character,

Yours truly,

Vincent Termini Sr.

Vincent Termini Sr.

6-20-2024

Your Honor,

My name is Timothy McGinn. I have lived in the same neighborhood as John Dougherty my entire life. I spent 41 years in Law Enforcement. I have personally witnessed the effect John Dougherty's leadership has had on our community, for instance his commitment to the Edward O'Malley boys & girls club has been a lifeline & guiding light for the youth in our community, along with many other civic organizations.

Our public school system in Philadelphia is a disaster, John recognized this & started a successful charter school to help our youth at the most critical time of their lives. This did not stop after their school years, his commitment continued into their adulthood. Apprenticeship programs were opened up to our youth with the International Brotherhood of Electrical workers union. I can state that these opportunities were not available to me, when I graduated from Bishop Neumann high school. These Apprenticeships & jobs helped solidify our neighborhood. Young men were able to learn a trade, make a living where they could raise a family, most of all, purchase a home in the same community where their parents and grandparents grew up.

There is an old cliché that people use all the time "Don't forget where you came from." John Dougherty didn't grow up with a silver spoon in his mouth, his parents were hard working and sacrificed to give him an education and taught him well. They would be proud of his achievements and commitment to his friends, family and community. Most of all they would be proud of the fact that he didn't forget where he came from and that the neighborhoods of

Pennsport and Whitman are better off for it.

I am therefore requesting Your Honor, Leniency with your sentencing of John Dougherty.

Sincerely Yours,

Timothy McGinn

6-20-2024

Your Honor,

My name is Frances McGinn. I moved to Pennsport when I married my husband of 47 years, during that time I came to know the Dougherty family, not just John & Ceilie but also his Mom and Dad. I found that their family & mine were very similar, hardworking people who didn't have much, but what they did have was a love for family, friends and community. Once they knew you, they treated you as if you were one of their own. This is just not words, there were also actions behind it. Ceilie and John took in a child whose parents had passed tragically young. They raised her as their own, giving her every opportunity to be successful. I have seen their generosity with the youth in our community and the workers at Magee Rehabilitation center where his wife was a patient for 2 years. Through John Dougherty's leadership I have seen his generosity by sponsoring turkey and toy drives for the less fortunate. We also had 2 suicides in the neighborhood, John was instrumental in starting fundraising for scholarships in their memory.

John is a generous and giving man and Your Honor I am requesting leniency with your sentencing of John Dougherty.

Sincerely yours,

Frances McGinn

June 18,2024

To: The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building Suite 518
201 Penn St.
Reading, Pa 19601

Your Honor,

This is a letter to ask for a plea of leniency for John Dougherty. My first time meeting John was 1997 on a basketball court in Grays Ferry. At this time I had been working off and on for a contractor and had some electrical experience. John made me aware that LU 98 was offering a test for experienced electricians. I took the test and with Johns help I started my career with Local Union 98. This was an opportunity of a life time and since then I have learned an amazing trade and have been able to provide a great life for my family. My story is just one of many inner-city kids that John had helped, although I have not really spoken with John in a few years, I can never forget the opportunity that he provided me.

Sincerely

Ron Weber

Dear the Honorable Jeffery L Schmeht,

I am writing to you on behalf of John J Dougherty. I was a young adult when I first met John when he volunteered as a basketball coach at EOM AA. Here I was able to clearly see his compassion for others as well as a willingness to contribute to the community in a positive way. I was always grateful for the example that he should to both myself and the other young adults in the area.

When I became an electrician, I was extremely fortunate to be able to become a member of the Local 98 Union. The reason the union provides such a fantastic opportunity for myself and others is because of the leadership John provided as the business manager. Here he always put the members first and was always willing to give his time to help and support anybody and their families, going above and beyond.

At this time I'd like to ask you to take the information which I have provided to consider a plea of leniency for John. I am confident that given the opportunity John would be able to return to making a positive impact on the community which he serves and cares for dearly.

Thank you for taking this letter into consideration. Should you require any further information, please do not hesitate to contact me.

Kind regards,
Michael Otto

Brian Myers
1909 E. Moyamensing Ave.
215-694-8607
6/19/2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, Pa 19601

Dear Judge Schmehl,
I am writing to express my support and provide a character reference for John Dougherty, who is facing sentencing in your court. My name is Brian Myers, and I have known John for many years. Throughout our acquaintance, I have witnessed his dedication to helping others and his impact on our community.

In 2009, my father was diagnosed with cancer and given only six months to live. John intervened and helped us access top-tier medical care. His efforts allowed my father to participate in clinical trials and receive treatments that extended his life by two more years. John's generosity and unwavering support during this challenging time were extraordinary, and my family is forever grateful for the additional time we had with my father.

John's contributions to our community extend well beyond my personal experience. He has played a crucial role in revitalizing the Pennsport neighborhood, especially through his involvement with EOM. In a city with limited green space, John recognized the importance of establishing a comprehensive sports program for local youth. His investments in building baseball and softball fields have provided countless children with opportunities to engage in many different sports. Many of these kids have earned scholarships to prestigious schools such as St. Joe's Prep, Merion Mercy Academy, and Penn Charter, and some have even gone on to play college sports.

John's vision and dedication have positively impacted the lives of many young people in South Philadelphia, specifically in the Pennsport area. By creating a safe and supportive environment for kids to participate in basketball, baseball, football, lacrosse, and other sports, John has helped shape the futures of multiple generations.

John Dougherty is a man who consistently puts the needs of others before his own and has made significant contributions to our community. I respectfully ask that you consider these qualities and the positive impact he has had on so many lives when determining his sentence.
Thank you for taking the time to read my letter and consider my perspective.

Sincerely,
Brian Myers

Scott Myers
1913 So. Front street
Philadelphia Pa.
scottmyers3376@yahoo.com
215-936-1580
6/19/2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, Pa 19601

Dear Judge Schmehl,
I am writing to offer my support and provide a character reference for John Dougherty, who is appearing before you for sentencing. My name is Scott Myers, and I have known John for 30 years. Through my personal experiences, I have witnessed John's unwavering support and kindness in times of need.

I struggled with addiction for over a decade and have four children at home. During my darkest times, when many people gave up on me, John never did. He stood by my side when others wouldn't, offering me the support and encouragement I desperately needed. John's belief in me and his willingness to help made a significant difference in my life and my ability to overcome my addiction. I have now been sober for over three years and have been able to impact many other people's lives, thanks to John's support. My children now have a father who is present and active in their lives because of John's help.

In 2009, my father was diagnosed with cancer and given six months to live. John stepped in and helped us get access to the best doctors and treatments. Because of John's efforts, my father was put was with us for another two years. John's selflessness and dedication to my family during this difficult time will never be forgotten, and we will always be grateful for the extra time we had with our father.

John's generosity and compassion are not limited to my experiences. I have heard countless stories of John quietly helping others in need, never seeking recognition or praise. He has been a true advocate for many members of our community, often going above and beyond to assist those facing challenges. John's actions have positively impacted the lives of thousands of people, and his dedication to helping others is a testament to his character.

John Dougherty is a man who consistently puts others before himself and has made significant contributions to our community. I respectfully ask that you consider these qualities and the positive impact he has had on so many lives when determining his sentence.
Thank you for taking the time to read my letter and consider my perspective.

Sincerely,
Scott Myers

Danielle Myers
2313 South Front St.
Philadelphia PA 19148
a272004@gmail.com
2159836533
6/20/2024

Honorable Jeffrey L Schmeke
United States District Judge
The Gateway Building , Suite 518
201 Penn Streer
Reading PA 19601

I am writing this letter to humbly request a plea for leniency of a sentence in respect to John Dougherty. I ask that your sentence be merciful to John and his beloved family.

I know John as a loving husband father, friend, and all around good neighborhood man from a hard working middle class loving family. John is a humble man who never forgot where he came from.

My husband Scott Myers is an Electrician, he struggled for over 10 years from the horible disease of addiction, John never looked down on him or treated him as less of a man, we all fall short sometimes, we all make mistakes, some of the best people I lknow have made mistakes, learning from our mistakes is what helps us grow as human beings. John treated Scott as a human being with love and respect rather than pitty and shame . My husband went to drug rehabilitation, John was the first person to call me, he showed empathy during my darkest hours , John responded to my despair in a compassionate way and listened to my fears with understanding. That single phone call gave me hope and allowed me to focus on my husbands fight for his life. I am proud to say by the grace of God my husband has four years sober, thankfully nobody gave up on him.

Thank you for reading my letter. I ask that you show Grace to John Doughery and have mercy on him during your sentencing.

SIncerely,

Danielle Myers

Danielle Myers

Ryan Kane
143 Wolf Street
Philadelphia, PA 19148
Rkane925@comcast.net

June 19, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: Character Letter for John J. Dougherty

Dear Honorable Judge Schmehl,

I am writing to provide character reference for John J. Dougherty, whom I have known for 20 years. I am aware that John is appearing before you in court, and I would like to express my support for him.

I met John through family, as his family and mine have been friends since long before I was even born. From the time I was formally introduced to John at around the age of 16, he has always remembered my name, and when I encountered him had a warm hello. He made sure to come pay his respects when my grandfather passed in 2019, and personally offered his condolences to each member of my family. John's strong sense of family is evident in his devotion to the care of his wife, Cecilia, for many years.

John's pride for his neighborhood, that I ultimately chose to start my family and raise my children in, is unparalleled. He's made tireless efforts to help build a strong community through various works such as the President of the Pennsport Civic Association, the establishment of the Enough is Enough mentoring program, and ensuring that today's youth are able to enjoy the same fields and playgrounds he spent his younger days through his efforts to help with the upkeep of Burke Playground and the EOM Athletic Association.

John is also passionate about his charity work. He's been an active member of Coaches Versus Cancer and received a Lifetime Achievement Award from William Way LGBT Community Center in recognition of his longtime support.

For these reasons, I ask for your leniency when considering John's sentencing.

Sincerely,

Ryan T. Kane

FRIENDS OF BRIAN J. MCGINNIS
122 W. BARNARD ST. WEST CHESTER, PA 19382

The Honorable Jeffrey L. Schmehl

United State District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, PA 19601

Dear Judge Schmehl:

I am writing to you on behalf of John Dougherty, a man whose positive impact on my life and career is immeasurable. I humbly request your leniency in his case.

John Dougherty was one of the first individuals to believe in my potential and offer his unwavering support. His mentorship and encouragement played a pivotal role in launching my political career. Without his guidance, I would not have the presence and influence that I have today. His belief in me gave me the confidence and platform to serve my community effectively.

John's contributions extend far beyond my personal experience. He is widely recognized as one of the greatest labor leaders in history, dedicating his life to advocating for workers' rights and improving the lives of countless families. His tireless efforts have strengthened our community and set a standard for leadership and compassion in the labor movement.

I understand the gravity of the legal process and the importance of justice. However, I also believe in the power of mercy and the positive change it can foster. John has shown deep remorse for his actions and is committed to making amends. His continued presence in the community will be a source of inspiration and positive influence.

Thank you for considering my request for leniency. I hope you see the same potential for rehabilitation and continued positive impact in John as I do.

Sincerely,

Brian J. McGinnis
West Chester Borough Councilman (2022-Present)
Former Chairman of the Chester County Democratic committee (2014-2018)

GCC/IBT 808-M

Maria Merlino
2807 S. 13th Street
Philadelphia, PA 19148
maria.merlino@comcast.net
215-271-5777
June, 18, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

**Re: Sentencing of John J. Dougherty**

Dear Judge Schmehl,

My name is Maria Merlino. I was a reporter and columnist for The Public Record, a political weekly. In addition, I'm a writer for a local magazine. I am writing to you regarding the sentencing of John J. Dougherty, who is scheduled to appear before you. I have known John for two decades, and I feel compelled to share my personal experiences and the character I have witnessed, many times.

John has always demonstrated a strong sense of responsibility in our community. In my duties as a reporter, I have written about him and all the events he sponsored on numerous occasions. Here is an excerpt from one of my columns, Within Walking Distance :

*It was a packed house last Friday night at Finnegan's Wake for Local 98's Annual Toys and Turkeys fundraising event. Hundreds of members, and their friends and family spread out over two floors to dance, dine, and drink up the spirit of good cheer. $2.00 Billy from Northeast Philly (for real, that's his name), put his big arm around my shoulder and told me a secret. "I've known Johnny Doc for many years. He helps people in need. Now, I have also helped people, but the difference is that Doc is a leader, a leader with heart. While so many people are takers, he's a giver; and we're lucky to have him around." Dominic Aspite, well-known L&I expediter, overhears the conversation and adds his tuppence. "There's no question that Dougherty is a great leader but he's much more than that. He's always going out of his way to help people, especially the children."*

He has been involved in community service and volunteer work. He has a special heart for all children. As the president of The Variety Club, a children's charity for special needs kids, he raised the status of the organization and has consistently shown his commitment to helping others.

I understand the gravity of the situation and the difficult position the court is in to balance justice with mercy. I respectfully request that you consider John J. Dougherty's positive contributions to society.

Thank you for your time and consideration in this matter. I am available should you require any further information or wish to discuss John's character in more detail.

Sincerely,

Maria Merlino

Kayne Puchon
2852 Almond Street
Philadelphia, PA 19134
kayne01@aol.com
June 19. 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I am writing this letter to respectfully request leniency in the sentencing of John Dougherty, who is scheduled to appear before you on July 11, 2024. I understand the gravity of John Dougherty's actions and the necessity of justice; however, I believe that leniency in this case would serve both justice and the community in a more balanced and positive manner.

I have known John Dougherty for 25 years in the capacity of friend and pillar of my community in South Philadelphia. During this time, I have come to know him as a person of good character. Despite the current charges, I believe John Dougherty has the potential to rehabilitate and contribute positively to society.

For instance, John Dougherty has consistently been involved in bettering the community through service, volunteering, and/or providing job opportunities for men and women in the city of Philadelphia. He is well-regarded in our community for his endless efforts to ensure our community was thriving.

In conclusion, I sincerely ask for your compassion and consideration in this matter. A lenient sentence that allows John Dougherty to continue his efforts at rehabilitation and maintain his support for his family and community would be a just outcome. I firmly believe that John Dougherty has the capacity to learn from this experience and emerge as a better individual, contributing positively to society.

Thank you for your time and consideration. I trust in your wisdom and fairness to deliver a sentence that balances justice with mercy.

Respectfully,

Kayne Puchon

Kayne Puchon

The Honorable Jeffrey L. Schmehl

United States District Judge

The Gateway Building, Suite 518

201 Penn Street

Reading, Pa 19601

Your Honor,

My name is Thomas Kane jr and I've known John and his family for many years. He and his family were involved in neighborhood youth sports and gave their time for the kids. That was my first introduction to John.

John got me interested in becoming an electrician, and informed me of the great opportunities it would give to me and my family.

I can say I am a proud member of Local Union 98 for 37 years, because of John.

When he became Business Manager, He took us from the brink of bankruptcy, and afforded my wife and I the opportunity to raise our 4 children comfortably, because of his tireless work on behalf of the membership.

John took it personal if there were members out of work. He didn't have a 5,000 member local, he took the weight of 10 – 15,000 members because of their families. He made sure to obtain the best health care.

John didn't work a 9-5 job, he worked 24-7.

He had the foresight to see what work was ahead instead of dwelling on the now.

John brought a sense of camaraderie to our union and united us as one.

He would run many activities for us and our families, picnics, Phillies outings, beef and beers at the shore, to name a few.

John would also give his time to many charities...variety club, coaches vs cancer are just a couple I can think of at the moment.

Your Honor I plead to your good nature and ask for leniency on John's behalf.

Thank you for your time........Thomas Kane jr

Honorable Jeffrey L. Schmel

Thank you for your time, your honor. I have Known John Dougherty since 1980, when I started playing sports for the EOM Athletic Association. John and his family were heavily involved with every aspect of the EOM program, from bingo games to coaching. EOM was a very important part of many people's lives and helped shape so many great people John was 8 years older then me, but was definitely ONE of the older guys we all looked up too. John was one of the few Kids in our neighborhood to attend St. Joe's Prep at the time, now many do, but back then nobody did. John was one of the neighborhood guys who was going to make it, and boy did he, never once forgetting about his neighborhood!! I witnessed so many good things John did for us in the neighborhood too many to list.

I have also been a member of Local 98 since 1990. It's amazing the growth, the union experienced under John's leadership. Everyone in 98 benefitted tremendously under John's leadership! John single-handedly chang the lives of so many good people. John changed my life and the neighborhood that I grew up in, and for that I'm forever grateful!! Please consider all the good, John has done for so ~~many~~ many people.

Thank you your honor

Joseph Kirlin
2039 S. 3rd Phila
Phila PA 19148

Joe Kirlin 215-316-9213

The Honorable Jeffrey L. Schmehl

United States District Judge

201 Penn Street

Reading, PA 19601

My name is Edward McCann. I am a former employee of John Dougherty, but more importantly, I am a current friend of his. John is someone I always knew who he was but never knew personally. Growing up in South Philadelphia, John was a celebrity to me; nobody didn't know him. If you saw him, you saw people stopping him to talk to him and people driving by honking and waving at him. When I was a senior in high school, I got a co-op job to work at Local 98 Union Hall. That's when I really got to know John personally. After a few months, John took me under his wing and treated me like I was one of his own. The more time I spent with him, the more I looked up to him and respected him. He's all about family; what's more respectable than that? When I told John I was going to be a dad, there were very few days that we didn't speak. Looking back on it now because, at the time, I didn't think anything of it, he kept me busy so I couldn't get myself introuble and put me on a good path to follow. John didn't owe me a thing but always looked out for me, even with his busy life of working and constant care for his wife. That's just who he is—someone who would give his shirt off his back and not expect a thing in return.

I am writing this letter because John became a father figure to me. John started as my boss and ended up making a friend that I could call and that I knew would answer and make any ask come true. I've spent a lot of time around him, and I truly do not think he deserves what he is going through. I've seen the number of things and times he's donated to less fortunate or ill people, and it brings joy to him and warms his heart. He would help everyone if possible, and he would take on others pain if that's what made them better. John is truly one of the most respectable people I have ever met, and I know there are plenty of other people who feel the same way.

Thank you for your time, and please take into consideration everything I said because John helps more people that you could imagine and in more ways that you could imagine as well. Please take care of my friend, we need him.

Sincerely,

Edward McCann

Edward McCann

PMC Property Group

1608 Walnut Street
Ste. 1400
Philadelphia, PA 19103
Office: (215) 241-0200

June 19, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl,

I first met John Dougherty in the late 1970's while both attending LaSalle University. Although we were not close at that time, I remember John well because while in school, he was also working at the University's athletic facility known as Hayman Hall. I had great admiration for students like John working long hours while being a full-time student. John commuted to school because he could not afford on-campus housing, which made his daily life all the more challenging. I wondered to myself, where do people like John find the energy, strength and fortitude for such a path? Well, I found the answer to my question many years later.

My close relationship with John began 24 years ago in business. I was then and still am today the Chief Operating Officer of PMC Property Group. Our company is the largest developer and owner of apartment buildings in Center City Philadelphia. Over the years we worked closely with Local 98 and together employed close to 800 union electricians while paying approximately $200 million in wages. Through it all John was smart, fair and an absolute gentleman. John's approach was to work with developers to promote construction activity. Had it not been for John, our relationship with Local 98 would not have grown like it had these past 25 years. The result would have been less construction in the city and less wages earned by the union electricians. Did we have tough negotiations along the way? Yes, we did. But we always, and I mean always, found a way to make it work for both sides.

My admiration for John first began with his business approach, but it grew immensely when I saw what he did for so many of the less fortunate in our great city. Often when I walked the streets with John, there were always people stopping us along the way to thank him for something he did for them, a family member or close friend. I soon learned that he supported and participated in clothing and food drives, countless non-profits etc. He is a man that was always looking out for his fellow Philadelphian and the city as a whole.

I grew to love this man and hold him with the greatest respect and admiration as I have watched him care for his wife Ceilie. I assume that you are well aware of the very difficult medical road that Ceilie has faced for countless years. I have witnessed firsthand John's devotion, care, spirit, humor and immense love for this woman. When I speak with John, part of the conversation is always about Ceilie. He can tell you specifically about any part of her medical condition in detail. John is basically with her round the clock. If he needs to be away from her for some reason, he has his phone by his side and will always take a call in case he is needed at a moment's notice. He loves to take Ceilie out for walks in her wheelchair during the nice weather and a trip to the Cathedral Basilica of Saints Peter and Paul is a usual "must". I believe that Ceilie knows well that her very existence depends on the care John provides.

Judge Schmehl, I know John intimately. He is a wonderful human being. He has always looked out for everyone else. He is a man that never thought of his own personal financial situation, whereby people in comparable positions will never have to worry about their financial future. John does not have that luxury. Ceilie needs him by her side as her care requires someone with John's vigilance and love. In addition, he will need to work to support Ceilie and all her medical costs, which are enormous. Without John it all falls apart very, very quickly. Please be lenient with my dear friend.

With respect,

Greg Webster

Gregory J. Webster

June 24, 24

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Bldg, Suite 518
201 Penn St.
Reading, Pa 19601

The Honorable Schmehl:

We have known John Dougherty for over 40 years. We met John as a teenager while I (Margaret) worked with his mom. When he was a young family man, Brian supported him in getting in Local 98. Brian saw a young man that was interested in helping his fellow union members and his Community that is why he sponsored him into the union.

We see a family man, that always was good to family and right now needs to be there for his wife. We ask for leniency so he may continue the good work he does. Thank you.

Brian & Margaret Meagher