# SUPPLEMENTAL LETTERS OF SUPPORT FOR JOHN DOUGHERTY

UNITED STATES OF AMERICA

V.

JOHN DOUGHERTY
CASE NO. 19-CR-64

Supplemental Dougherty Letters Index

1. Daniel L. Di Scala
2. McGrath Family
3. Brett Pellicciotti
4. Steven Mangini
5. Frances Deitz
6. Kenneth D. Adams
7. Paul Kelly
8. Fr. Douglas McKay
9. William T. Morris
10. Frank Argentieri
11. Michelle Martin
12. Pat McGuire
13. Ernie Barile
14. Lou Barletta
15. Anthony Lewandowski
16. Robert J. Mongeluzzi
17. Raymond J. Santarelli
18. Eric Dwornik
19. Rodney Walker
20. Richard S. Owens
21. Mark R. Nicoletti, Sr
22. Joseph Flack
23. Dennis Gallagher
24. Lindsey Singleton
25. Don Seigel

To whom it may concern

I met John Dougherty at a barbecue. After talking a while about life he learned that I had been struggling financially and also have 6 kids. Within the month without any print from myself he had arranged for a job with fair pay, benefits, and a pension. Without the assistance of John Dougherty I would most likely be struggling still to this day. I am one man and only one story. I am sure if you ask around as I did you will learn that this is common practice for him. A good man looking to help the common man for the good of the community.

Daniel L. Di Scala
445-275-9000
dandiscala@gmail.com

I'm writing this letter on my families behalf about the John Dougherty that is very special to my family. I met John about 20 years ago thru a friend. It was a tough time in my life I had 2 beautiful daughters approximately 17 months old and 3 months old and my wife was just diagnosed with aggressive breast cancer. Life was extremely difficult our oldest daughter Maura who we knew was going to be born with Down syndrome had already faced health issues including being born with a Apgar of 1 meaning her only sign of life was a slightly beating heart at birth. She was rushed to Pennsylvania hospitals Neo natal intensive care unit where she was intubated and put into a coma for a month before we could finally bring her home. And then at 41/2 months old she was at CHOP for open heart surgery to repair 3 holes in the heart 2 ASD's and 1 VSD. Then 9 months later we were blessed with our 2 daughter Michelle and then my wife got a aggressive breast cancer diagnoses. Thank God we're all still here.

It was after this that I meet John and became aware of his commitment to the disability community. I'm not sure if it was his work with Variety Club or United Cerebral Palsy that came first. I know his work at Variety Club took them from the verge of bankruptcy to sound finical shape. Variety Club provides many programs such as Variety club day at sesame place and summer camps that the children love. Our daughter Maura had early intervention services at UCP from age 3 to 5. John was a big part of the All Star Labor classic which was a big fundraiser. Local 98 also provided generators and worker for the UCP 5k run walk on Martin Luther King drive every year.

I would also like to make you aware of John and Local 98's commitment to the first Buddy walk at Villanova University in there parking lot when once again they came to the rescue with generators and workers. The Buddy walk I believe was the biggest fundraiser to support the Trisomy 21 center at Children's Hospital act the time. I believe there's only a few Trisomy 21 centers in the United States dedicated to the needs of Children with Down Syndrome. John and Local 98 were there at the beginning.

John also asked Maura to throw out the first pitch at the Phillies game. This

really helped my family Rita was either ending her treatments or they had ended because her hair was still growing in. We were on the field with John and Maura tossed the first pitch to the Philly Fanatic on a few balances, I couldn't have been prouder because it was Michelle Maura's younger sister who worked with Maura everyday to throw the ball and it was perfect. After that we watched the game in Local 98's box. A very special night.

I remember when Maura went to St Katharine's Day School in Wynnewood. This is a Special Needs school ran by the Archdiocese of Philadelphia. They didn't have air conditioning and the home and school association wanted to get window units for each classroom. The problem was the electric work did not support the window units. I asked John for help and once again Local 98 was there to rewire the school to support the window units. This was a God send since many of the children have health issues. Maura has many heroes and John is definitely one. He has proven his love and commitment for people with disabilities many times over and I'm sure there's many more things that I'm unaware of.

I also remember finding out about John and Local 98's good works by chance. I once went to the 5 o'clock Mass at St Brigid's and the Priest asked how everyone was enjoying the air conditioning and everyone broke out in applause. What I didn't know is that this was the first time they had air conditioning and who did the Priest thank? Local 98. I believe St Brigid's was built before the Civil war.

We're blessed that our second daughter Michelle graduated from Wharton. On our drives home at night we would look over at the beautiful lights on boathouse row. The last time I saw them they were pink in honor for those who battle breast cancer. I believe it was Local 98 and John's leadership that was responsible for upgrading and replacing those beautiful lights. I also want to thank the rowing clubs for this Philadelphia tradition.

I believe Maura is a miracle and when she gets around good people good things happen. I call that Maura's miracles and that is the chemistry between her and John. I can tell you John is one of Maura's hero's

I have a saying Maura is my heart and I'm her voice. I'm the one speaking but it's primarily on Maura's behalf. I would like to say on Maura's behalf that John Dougherty is a big hearted caring man. The John my family knows is Selfless, not selfish and willing to fight for their beliefs. I see John the same way fighting for the members of his Union fighting for Vulnerable people with disabilities. Many people don't realize that John and Local 98 under his leadership has made life better or easier for them and their loved ones, especially if their loved one is a vulnerable citizen. It's my opinion we need people like John someone who lifts people up because he truly cares for their well being

McGrath Family
4016 N. Warner Rd
Lafayette Hill, Pa 19444

610 937 5529

Your Honor,

I am writing to express my deep gratitude and admiration for John Dougherty, a man whose impact on my life has been nothing short of transformative. Although I have known John my entire life, it wasn't until I worked for him that I truly understood the depth of his character and the remarkable qualities he possesses.

After transitioning from active duty service in the United States Navy back to civilian life, I encountered the well-known challenges that come with such a significant life change. During this difficult period, John recognized my struggle and stepped in with advice, mentorship, and an opportunity to rebuild myself.

There were many days when depression and stress reached unhealthy levels, yet John was always there to lift my spirits. His ability to bring a smile, share a joke, and offer a word of wisdom provided much-needed relief and encouragement. For instance, I vividly remember a particularly tough day when John noticed my distress and took the time to share a story from his own life, illustrating how he had overcome similar challenges. His empathy and understanding were incredibly reassuring and helped me navigate through my struggles.

John's support extended beyond mere words. He fostered an environment filled with remarkable men and women, creating a supportive network that I could rely on. On numerous occasions, John would organize team-building activities or informal gatherings, which not only helped me integrate better into civilian life but also allowed me to form lasting friendships and professional connections.

Although I never specifically thanked him for these acts of kindness, I know John well enough to understand that he wouldn't seek any credit. He would modestly attribute any accomplishments to my efforts, but the truth is, I leaned heavily on his guidance and the community he built.

John's influence extends far beyond my personal experience. He has changed the lives of thousands of people for the better, both through direct interaction and through his leadership in various charitable endeavors. His dedication to helping the less fortunate and his unwavering commitment to uplifting others are qualities that set him apart.

Given the profound and positive impact John has had on my life and the lives of countless others, I humbly ask for leniency in any consideration regarding his situation. John Dougherty is a person of exceptional character and integrity, and he has consistently demonstrated his commitment to helping others. Granting him leniency would not only acknowledge his past contributions but also enable him to continue making a positive difference in the lives of many.

Thank you for your time and understanding.

Sincerely,
BP
Brett Pellicciotti

Honorable Jeffrey Schmel,

I originally met John through my Mom, but he quickly became a friend and mentor that I have grown very close with over the years that I have known him. The thing that comes to mind when I think of John is that he was always available when I needed help despite anything he had going on the many times I reached out to him. You would never know the multitude of things he juggles on a daily basis because he never talks about himself; he only asks what he can do to help you.

A specific example of this is the day of my interview to get into my dream high school, St. Joe's Prep. This interview was for a scholarship that my family needed in order for me to attend. I had placed in the top percentage of the applicants on the placement test , however I still needed to do well at this interview to qualify for the scholarship. John is an alumni of the Prep, he helped me prepare for the interview the entire week leading up to it and then accompanied me there on the day. I already knew that I was eligible for the scholarship due to high placement test scores, but an interview was required and I was so nervous.John drove me to get breakfast beforehand, did my tie in the parking lot, and sent me into the building with more confidence than I had before. Father Swoop, the school's president, commented to me about John fixing my tie in the parking lot, he had watched from his office window. He knew John as a Prep alumni and discussed how John had never forgotten the Jesuit principles he was taught there. John embodies the mission to serve as all Prep students are taught.

Over the years I have known him, he has not hesitated to help me or anyone else that has asked him for help. This is one of his most admirable qualities, considering that he was also

going through a rough time. I hope that you take this example of mine to heart when considering his sentence. John has helped many people throughout the time I have known him and he has been a great mentor in my life. I am honored to call him my friend.

Respectfully,

Steven Mangini

June 24, 2024

To Whom It May Concern:

I am writing this letter to express my strong support for John Dougherty, who has consistently demonstrated remarkable character throughout the years, marked by a selfless need to provide help to everyone he could – friends, neighbors, union members, mothers, anyone, regardless of who they were or where they were from. John has always had a genuine desire to help others.

Moving from one neighborhood to another, from Grays Ferry to 2nd Street is when I first head the name John Dougherty. I would hear many stories with John's name attached regarding helping families in need. He has made a positive impact in the lives of countless individuals, including mine and my family.

Fifteen years ago, my son was going to school to be an electrician through Local 98, when John's name came up again. My son, Michael, did everything that needed to be done to be good at his job. John would check in with Michael regularly to see how everything was going.

Michael struggled with drug addiction throughout the years. John was an integral part of Michael receiving the help he needed. John had the foresight to see the drug epidemic overtaking society and put in place a health package for the union members that would cover exceptional rehabilitation facilities and treatment. This helped Michael to get the best treatment available and continue his career.

In addition to the rehabilitation facilities and treatment, John maintained a personal relationship throughout Michael's journey. There were stretches of time that John would check in with Michael daily and I believe this helped Michael continue his sobriety. He had gone above and beyond to support Michael in his sobriety, always showing compassion and empathy, which is a testament to his exceptional character. It is not possible to put into words the constant support that John provided to Michael and my family during these times.

John's lifelong service to the residents, communities and union members of Philadelphia is a testament to his dedication to be of service to others. When making a decision these contributions should not be overlooked.

Thank you for your time and consideration.

From a Thankful Mother,

Frances Deitz
267-314-4618

Kenneth D. Adams
901 Penn Street 2R
Philadelphia PA 19123
kd.adams@comcast.net
215-271-5777
June 30, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Re: Character Reference for John J. Dougherty

Dear Judge Schmehl,

My name is Ken Adams. I am writing to you regarding John J. Dougherty, who is scheduled for sentencing before your court on July 11, 2024. When John and Kevin were young boys I was the City of Philadelphia Recreation Leader at Burke Recreation Center at 2nd and Jackson Street. In my ten years there I witnessed John growing up from a young boy into a focused teenager. He was always an active participant in local activities, and I vividly recall the year he dedicated himself to cleaning and maintaining the playground, ensuring it was a safe and welcoming place for all children.

We all came from hard-working middle-class families including John's. Our families were close friends and we socialized. His family instilled in him the values of community service and dedication, as he comes from a long line of public service. His grandfather was a state representative and his father, a court officer.

His commitment to helping others extended into his adult life through his involvement with the Variety Club, a charity focused on improving the lives of children with disabilities. I was a board members at John's behest. The meetings for Variety Club were long, many up to six hours or more for one and sometimes two days each month. At least once a month we had special events to raise money for the charity. These events were well attended by the parents and children. One of John's pet projects was the Children's Summer Camp for them and their siblings, which allowed the parents to have some of their own special free time.

John's efforts in construction and labor, particularly in securing jobs for others while balancing his commitments to the Variety Club and the union, speak volumes about his character.

Moreover, John has demonstrated his ability to work across the aisle. I was the political liaison for John for 20 years. And for both parties, I was the main conduit to meeting with prominent figures and especially the Republican Party's Governor Tom Corbett and Republican City Committee Chair, Vito Canuso, and Michael Meehan. I represented Local 98 and John J. Dougherty when he could not attend these functions.

His work has been instrumental in obtaining employment opportunities for the union members, showcasing his dedication to the community's economic well-being.

Despite his extensive community involvement, John has always prioritized his family, especially when his wife became incapacitated. His decision to reduce his external commitments to provide her with the care she needed is a testament to his loyalty and compassion.

I understand the magnitude of John's situation and the difficult decision that lies before you. However, I sincerely believe that his lifelong commitment to service, to children's advocacy, his strong work ethic and his dedication to his family are indicative of his true character. I respectfully request that you consider these factors when determining his sentence.

Sincerely,

Kenneth D. Adams

Your Honor:

My name is Paul Kelly
Im writing this letter on behalf of my friend John Dougherty.
I am a retired member of I.B.E.W. Local #98, I spent 42 years working in Local 98 and I have known John for at least 40 of them, we worked on jobs together when we both were apprentices just starting out, John was and still is a guy that would always look out for his working brother both on the job + when he worked in the office, come to their aid if they needed help no matter how big the issue was never turning his back on someone in need.
John is a good guy who has done endless charity work in his name + in the name of Local 98.
John will be missed by many families who he served.
In closing your Honor I would like to say

God bless you and
God bless John and his family

SINCERLY

PAUL KELLY

Sent from my iPhone



"If I Can Do It, You Can Do it,
By the Grace of God"
- Ven. Matt Talbot

**OUR HOUSE MINISTRIES**
**1441 SOUTH 29TH STREET**
**PHILADELPHIA, PA 19146**

**Tel: 267-928-3173**
**Email: ohm@ourhouseministries.org**
**Web: www.ourhouseministries.org**
**Shrine: www.matttalbotshrine.org**

June 26, 2024

Your Honor,

My name is Fr. Douglas McKay, founder and chaplain of Our House Ministries which started in 1997. Our main mission is helping our needy brothers and sisters suffering from alcoholism and drug addiction. I would like to inform you that Mr. John Dougherty was a great help to our mission work:

1. Mr. Dougherty helped to get our recovery center started with help from his electricians.
2. Mr. Dougherty would provide Christmas toys and turkey food baskets for the poor.
3. Mr. Dougherty would find employment for men who were in recovery or recently released from prison.
4. Mr. Dougherty would make financial donations for our mission work.
5. Mr. Dougherty started a trade school for high school students that many our young people attended.
6. Mr. Dougherty supported the start of Alcoholics and Narcotics Anonymous meetings at Sacred Heart parish in South Philadelphia

In closing, may the wisdom fo the Holy Spirit inspire you in your judgement for Mr. Dougherty.

Sincerely,

Fr. Douglas McKay

Fr. Douglas McKay
Founder and Chaplain, Our House Ministries

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building
Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmehl,

I would like to take the time and tell you about our friend John Dougherty. My name is William Morris, former President of IHM Region 5 CYO football program. Around the year 2005, it was suggested I reach out to Mr. Dougherty by fathers who are members of Local 98. We, as an organization, were looking to purchase new uniforms. I composed a letter to Mr. Dougherty and through a contact had it hand delivered. To my surprise, Mr. Dougherty called me personally to ask what we needed and how he could help. During that football season, IHM Region 5 looked the best on game day. This was the first time John came through. A couple of years later, he helped secure new football helmets. Through John's efforts, we were able to make a lot of kids feel and look good because of his goodness. I became friendly with him and would say John is a good man! He obviously had made some mistakes.

I'm a recovering drug addict and alcoholic who has made many mistakes. I have realized in my lifetime I have done more good than bad. With that being said, so has John. Judge Schmehl, I ask that you please take these good deeds into consideration during your sentencing of Mr. Dougherty. Thank you in advance.

Sincerely,

William T. Morris

June 26, 2024

Your Honor,

I've known John Dougherty on and off for twenty-plus years. What I know about John is that he is a man of character and integrity. He has always been there for many people in need.

John has done amazing things for this city. He has helped build and nurtured countless careers for men and women alike. John is a dedicated son, husband, and father. He is a father to his own and has mentored many others throughout his life. John has done good for the city and the trades, which allowed Philadelphia to flourish.

It is important that we remember and acknowledge the good that John has done for us and the city. His contributions have not only helped individuals but also the city as a whole. Let us not forget the impact of his work.

Sincerely,
Frank Argentieri

Roxborough Eagles Athletic Association

President
Gerald Bartholomew

1st Vice President
Michael Flood

2nd Vice President
John Ryan

Secretary
CJ Ferraro

Treasurer
Michelle Martin

Athletic Director
Hank Glodek

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Ste 518
201 Penn St
Reading, PA 19601

Dear Honorable Jeffrey L. Schmehl

I am writing to tell you how I know John Dougherty.
We are a youth football program in the Roxborough area of Philadelphia. We are non- profit and make our money on small fundraising functions and our snack stand during the season.

Over10 years ago when our refreshment stand floor was falling and we could not walk into it, we reached out to John. He sent up a team to secure and reinforce the floor. We were then able to use the snack stand which is our primary source of income during our football season. John did not hesitate or ask questions he said anything for the children.

During that season and a few after John would come up and watch games and make sure there was nothing more we needed. One year he wrote us a personal check for some new helmets we were in much need of. He has said yes over and over again for the children. John is the type of person we need in our neighborhood.

With this being said we would ask for leniency when John is going for his sentencing. John is a good person who may have made mistakes but we all do.

Thank you

Michelle Martin

Michelle Martin, Treasurer, REAA

Patrick S. McGuire
7201 Valley Avenue
Philadelphia, PA 19128
devilspocket317@aol.com
215-603-4819

June 27, 2024

The Honorable Jeffrey L. Schmel
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Dear Judge Schmel,

I am writing to express my support for John Dougherty. I have known Mr. Dougherty for over 30 years. I have participated in many fundraisers that Mr. Dougherty has organized over the years helping other people. It is important to provide insight into his character beyond the charges he was faced with.

In my experience with Mr. Dougherty, I have found him to be a good man for not just his union members but also people in general. For example, my brother's house caught fire several years ago and Mr. Dougherty sent several of his members to evaluate and replace any of the electrical problems that occurred with the fire! He always made donations and support whenever I asked to the AOH (Ancient Order of Hibernians) organization that I am a member of. He has provided other organizations in my neighborhood with help when needed, sport activities for children, helping with facility renovations that are used by many young adults associated with sports. Mr. Dougherty never hesitates to help anyone in need, these qualities have consistently defined Mr. Dougherty's actions and decisions in both personal and professional contexts.

I understand the seriousness of the allegations against Mr. Dougherty, and I do not take them lightly. However, being a retired police officer based on my knowledge of his character and past actions, these allegations are not reflective of who he truly is. I am confident that Mr. Dougherty is remorseful for any mistakes that may have been made and is committed to making amends and learning from this experience.

I respectfully ask the court to consider Mr. Dougherty's overall character and contributions to society when reaching a verdict. I believe that a fair assessment of his character and actions will reveal that he is a valuable member of the community who has positively impacted the numerous lives of those around him.

Thank you for considering my perspective. Please feel free to contact me at 215-603-4819 or by email at Devilspocket317@aol.com. if you have any questions or need further information.

Pat McGuire

**Plea of leniency for Mr. John Dougherty**

ERNIE BARILE <ebarile@aol.com>
Mon 6/24/2024 6:28 AM
To:dpell@live.com <dpell@live.com>

To:
The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway building, suite 518
201 Penn Street
Reading, PA 19601

Please accept this correspondence as testimony to the outstanding character of Mr. John Dougherty.
I hereby respectfully and gratefully request your leniency toward this tremendous gentleman.

As everyone knows, Doc is a powerful labor leader who has improved the lives of thousands of working people. He has enabled the common person the ability to make a good living, earn a decent wage, send their children to respectable schools, receive quality healthcare, and enjoy a stable retirement.
He is a 24 x 7 servant to the union movement and a tireless fighter for workers rights, safety, fair treatment, and job security.
Mr. Dougherty is the quintessential labor leader, loyally dedicated to the union membership, always applying his maximum effort toward energetic representation.
All working people throughout our great Nation, deserve and would be fortunate to have a great man like John Dougherty as their union representative.
He is the strongest advocate for those who labor, providing a voice for those who would otherwise be ignored by big business, uncaring corporations and oppressive management.
A few detractors say he is bombastic and boisterous. These people are driven by their jealousy and envy of what John Dougherty has accomplished, and built from scratch.
He has layed the foundation and provided the backbone on which the entire labor movement can build on forever.
I am a third generation AFSCME member, and have two sons in the Firefighters union. As a family, we have over 125 years of union membership and public service.
I know first hand of the value of John Dougherty's fight for the working man and woman as he has demanded we be a respected workforce, properly compensated and recognized for the difficult and dangerous duties we perform.

On the labor front, John Dougherty has very few people who can match his credentials. His successful life's work in the union arena will always resound loudly.

Resounding more subtly, but just as powerfully and life changing, is the "behind the scenes" and "out of the spotlight" great work that John Dougherty performs.
On this front, he also has few people who can match his credentials.
Humbly, without fanfare or the need for accolades, he has bettered the lives of an Innumerable amount of people in need. It is in this arena that everyone knows John as a kind, compassionate, selfless, generous, spiritual, patriotic gentleman and caring husband.
Of course, his few detractors do not acknowledge his humane qualities.
I have witnessed first hand his outstanding service to the Variety Club, his providing food to those

suffering hard times, his assistance to those with housing difficulties, and his dedicated service to the youth of our City.

As President of the 21st Ward Athletic Association, I was responsible for ensuring that the Roxborough, Andorra, Manayunk, and Wissshickon, sections of the City of Philadelphia were served with recreational programs and outlets for their youth. We provided over 10,000 children with year round activities and sporting opportunities.

John Dougherty played an integral part in every aspect of our organization being able to give our neighborhoods top quality programs.

He assisted us with obtaining field permits, provided resources for building renovation and maintenance, supplied uniforms and equipment, and always answered our calls for help.

In fact, when we were threatened with losing our fields and facilities and ability to serve the children of our communities, we called John early on a Saturday morning and explained what was happening. He immediately left his home in South Philly, drove to Roxborough, on the way summoned a congressman, several city council people, and a ward leader to meet him there right away. At that meeting he directed them to enact a 50 year lease for us!

Thanks to John's can-do-attitude and desire to help others we have resources to keep generations of young people on the right path in life.

Whether you know him as Mr. Dougherty, Doc, or John, every facet of his entire life has been dedicated to serving others. He has done more good in his lifetime than others could do in a thousand. He is a man we desperately need more of in this world!

Please enable Mr. John Dougherty the ability to continue to perform his beautiful life's work.

Your Honor, as we are a great Nation built on forgiveness, please extend John all of the leniency you are able.

He is truly worthy of it!

Sincerely,

Ernie Barile
President Emeritus
21st Ward Athletic Association
267-901-7904

The Honorable Lou Barletta
112 S Chestnut Rd
Drums, PA 18222

The Honorable Jeffery L. Schmehl,

I first met John Dougherty while I was Mayor of Hazleton in the early 2000s. I was looking for fill for a project and Mr Dougherty was looking for jobs for people in Philadelphia. We began working together to dredge the Delaware River in Philadelphia to benefit the whole area's ability to increase trade. The man I met those twenty some odd years ago had the one thing he wanted, good consistent work for his Union members.

Nearly twenty years later in 2019 I got a call to see if I could help bring new work to Philadelphia. Again, John Dougherty wanted one thing, jobs for the Union workers in Philadelphia. Whenever I was with Mr Dougherty he was taking every call from his members, he was sharing with me who was about to get married, which one's wives had just had a baby. It is abundantly clear how much Mr Dougherty cares about those young men, their livelihoods and their families.

Any time I see Mr Dougherty his first question is always how is my family. We share the same opinion that nothing is more important than family and he lives that every day. My family experienced Mr Dougherty's kindness and friendship when my grandson was battling childhood cancer. He went above and beyond with checking in, sending prayers and making sure we always knew he was there for us. I'll never forget the time I told Mr Dougherty my grandson, Jordan, was in the ICU and by the time I was leaving Philadelphia a few hours later he had a special cake in my hands to take back to Jordan.

I have come to find that there is one thing Mr Dougherty puts above bringing good jobs to Philadelphia, his wife Cecelia. He shared with me about her health issues and whenever he speaks about Cecelia the love he has for her is abundantly clear. Mr Dougherty never talked about the amount of time and energy he has to put into Cecelia's care as a burden but I did see first hand that every minute of his day revolves around his wife and her care. Mr Dougherty would schedule any meetings around Cecelia's schedule and ask they be close by to her so he was always accessible to get home if needed. To take Mr Dougherty away from Cecelia would be detrimental to her care and quality of life.

Mr Dougherty is Cecelia's primary care giver. I think it is vital that the court system recognizes this while making its decision in this matter. I know it is not the same but the court system does recognize the role of caregiver as a reason to be excused from jury duty which is just for a day. I am hopeful that the court will in this instance also recognize the life sustaining role of caregiver.

Mr Dougherty's goal was always more jobs for Philadelphia and now his goal is being there for his wife. In all the years I've known him Mr Dougherty has always led with kindness to others. He always puts others and their needs first and now what he is putting above all else is his

wife's health. Judge Schmehl I am asking you to please consider the information and character of the man I shared with you today when deciding his sentencing and to please not take him from his wife at this time.

Sincerely,

Lou Barletta

The Honorable Lou Barletta
Former Member of Congress

June 22, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Your Honor:

I am writing this letter to ask for leniency of John Dougherty.

My name is Anthony Lewandowski, I grew up hearing the name John Dougherty, I didn't really know him personally until I got older but every time his name was mentioned it was because he was in some way, shape or form doing something good for someone. After High school I put in an application to become an Electrician Apprentice for IBEW Local #98 but without any family in the trades I figured it was goin to be impossible. Luckily I was accepted on my first try and began my Apprenticeship. I noticed quickly after starting school that the Local was very family oriented and John seemed to push that. Although John was very busy with being our Union's business manager he always made time for you if you needed help with something and always asked how your family was doing. He seemed to always have been focused on

the future and making sure the City of Philadelphia was keeping up with the world and growing bigger and better, keeping thousands of men and women working. Although He wasn't a politician it seemed like he cared more about the City of Philadelphia than some people in office.

I sincerely ask for leniency on his sentencing. For the sake of his Wife who is sickly and his family.

Sincerely,

Anthony Lewandowski

Robert J. Mongeluzzi, Esq.
1650 Market St, 52nd Fl
Philadelphia, PA 19103

July 1, 2024

Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl,

I am writing this letter to provide a character reference for John Dougherty. I have known John for more than 30 years.

John was the driving force behind Local 98's resurrection from an underfunded, struggling union to a thriving union that provided critical jobs and benefits for its members. Thousands of members and their families had their lives improved by his relentless hard work.

John has always been actively involved in charity with a particular interest in children. He has led the Variety Club and helped hundreds, if not thousands, of disabled kids. He started the Toys and Turkey Drive helping many of our region's most underserved and neglected children. His charitable efforts have not just been limited to the Philadelphia region. He has organized relief for the victims of 911, and those devastated by hurricane Katrina.

John was always interested in the safety of his workers in the field. He helped initiate the best-in-class safety system for his members which has prevented countless injuries. He helped spearhead the safety program at the Philadelphia building trades and helped workers stay safe. He was always there when one of his or other construction workers were injured providing guidance and support.

I respectfully request that your honor consider all the good John has done for working men and women, his neighborhood, the city and this region and provide as much leniency as allowed in your final decision.

Very truly yours,

Robert J. Mongeluzzi, Esq.

**RAYMOND J. SANTARELLI**
46 Old State Road
Springfield, PA 19064
Email: rjsantarelli@gmail.com

June 28, 2024

The Honorable Jeffrey L. Schmehl
District Court Judge
Eastern District of Pennsylvania
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

**RE: John J. Dougherty**

Dear Judge Schmehl:

I write today on behalf of my friend John Dougherty. I have had the privilege and pleasure of knowing John for many years.

For most of my adult life, I have been a licensed attorney. While I have not known John in that capacity, through clients and acquaintances, I am familiar with John's work and efforts on behalf of organized labor and his South Philadelphia community. I found John always hard working and committed to promoting the interests of the members of organized labor and his neighborhood, zealously advocating for working families' rights, as well as the betterment of the community in general. While we may not have always agreed, I always found him to be considerate of other points of view, and a conscientious, helpful, and caring person while promoting noble causes. In my dealings with him, he always strove to do the fair thing, while not compromising his pursuit of the cause.

During my yearslong relationship with John, I came to know his personal side as well. John was a classmate of one of my brothers at St. Joseph's Prep in Philadelphia, and has had considerable interactions with my family over the years. John was always willing to offer advice and showed a level of caring for how things were going personally with me and my family, including my spouse, children, siblings and parents. John was always a person I could call, and he would answer the phone. He was always willing to listen to my personal issues and provide wise and caring advice. I will never forget how, when my father was suffering from cancer and passed, John showed great levels of warmth, kindness and caring, up to and including attending services for my father, and checking in on and offering assistance for my mother. We could always discuss family issues that I may be experiencing, and he was always there with sincere and heartfelt interest and concern. He always provided helpful and concerned advice whenever I

looked for it and sometimes even when I did not know I needed it. I consider John a part of my family, like an older brother, and someone I very much appreciate and hold in high regard.

I understand that Your Honor must soon make a very weighty decision that will have a great impact on John's future and that of his family. I respectfully request that you consider the type of person that I know John to be when making your decision. I have always known him to be a good person that has done much good for others

Respectfully,

Raymond J. Santarelli

Eric Dwornik
343 Wolf Street
Philadelphia, Pa 19148

June 20, 2024

The Honorable Jeffrey L. Schmehl
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl,

My name is Eric Dwornik. I am a Local 98 journeyman electrician employed by Elliott Lewis at the Pennsylvania Convention Center. I grew up in South Philadelphia my whole life and have known John Dougherty since I was a teenager. To me, he's Johnny Doc.

John has been a major influence in my life for as long as I could remember. We grew up in the same neighborhood. He always preached about loyalty. Never forget where you come from or the people that stood by you. He is a man that stood by those words.

John was always involved, not only in our neighborhood, the whole city. He has helped many recreation centers, sports programs, schools, etc. Places I've attended that now my kids have the same opportunity. He played a major role in creating the safe environment we live in today.

Johnny Doc led my example. He paved the way and showed us there were opportunities out there. We were important to him. I know this firsthand because he never turned his back on me when I was at my worst. He showed me a better way to live. Unfortunately, I went down the wrong path and fell deep into addiction for many years. I was in the electricians union but couldn't hold a job. When my family and friends washed their hands of me, Doc never turned me away. He helped me get into rehab and has continued to support me and kept me around positive people. I now have 7 ½ years sober. He helped me get a stable job that was safe for my sobriety. I am finally the man my parents raised me to be. He was one of the main reasons I got sober and got a 2nd chance at life.

I am especially grateful for John giving me the opportunity to work for the union hall during the holiday seasons. Doc created a special tradition during Thanksgiving and Christmas, giving back to families in need. What a wonderful feeling it is helping someone in need. This is who Johnny Doc is. He has never said no to anybody that was down and out. The people that love him and admire him know he will always be there.

To this day, I try to live my life the way Doc guided me, giving back and helping whoever I can. I owe so much to him. Today, I have a fiancé and two beautiful children. I live the wonderful life I live today because of John Dougherty. I am eternally grateful that he saw in me what I couldn't see in myself.

Sincerely,

Eric Dwornik

June 28, 2024

Judge Jeffrey L. Schmehl
Regarding: John J. Dougherty

Dear Judge Schmehl,

I am writing this letter for a man that not only do I respect and cherish. Doc is what I know him as and so do countless others. John J. Dougherty has given me a career and a skill set and education. All of my children have been afforded the opportunity to attend Private Schools. This would not have happened had I not got into Local 98. John J. Dougherty I love more then my very own Father. And for Great reasons! I grew up with one parent My Mother, and it times I wish I had a Father Figure to steer me in the right direction. From the beginning I learned from John to work hard and everything would come into play. His Motto and personality was geared to Family and Local over everything.

John J Dougherty has always given back
to members and Churches in the Community
We once did a grattis job at AME Church
in Bensalem, Pa
The church is at 200 years old one of the
oldest Black Churches in America. And a
national historic site. Mr. Dougherty got it
done and many more. It would take me
hours to list all the good deeds he has
taken on in our community. For instance
I've physically seen John grab a homeless
man while on a picket line named Kyle and
give him clothing, food and a job. Kyle
lived behind Roman Catholic High and
I had formely met him on my way to
work at the Convention Center. Kyle was
young very big African American and I would
give him my clothes an old sneakers.
These acts were common with John Dougherty.
I myself was gunned down and miracously
made it and became successful. This was
violence that plagues our streets everyday.
That Miracle started with Doc helping me at every
turn!

Your Honor I am living proof that
John J. Dougherty helps those in need.
Not only with a career but a path
towards achieving goals one could only dream
about. He was at my side all thru my
accident and made sure I was committed to.
being the <u>BEST</u> not only as a Father
but also in my Community. Lastly
John J. Dougherty has been called many
things and Nothing Can Be More Farther
from the Truth. Here is a Man whom has
done in his lifetime More then any athlete
politician or actor has done for this
Union, City and Churches. Please show
Mercy and Consideration for all the good
he has accomplished. Im asking for as
much leniency as allowed in your final
decision. Respectfully Yours,

Rodney Walker

June 19th, 2024

The Honorable Jeffrey L. Schmeht
United States District Judge
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

Honorable Judge Schmeht,

My name is Richard Owens and I have lived in the South Philadelphia community all my life. Growing up I was very active in the youth sport organizations in the neighborhood, and I have been working as an electrician for IBEW Locate 098 for over 25 years.

I had the pleasure of growing up just a few blocks away from John Dougherty and his family and knew him my entire life. I initially met John when he coached youth sports at the neighborhood rec center. I remember he always went out of his way and always made sure to include every kid in whatever sport was active that season. Regardless of your skill level there was a place for you on the team. He was loud and welcoming and always had something positive to say to us. I remember feeling comfortable and most of all welcome in his presence. That meant a lot to the kids on my team who often didn't have a family member in the stands to cheer them on. You could always count on John to give you the encouragement you needed.

As I grew older and decided to become a member of the Electricians Union John was there to again take me under his wing and cheer me on. At the time John was instrumental in building Local Union 098 to be the best union in the Country. He spent every hour of every day working to make sure all members had work. He would work tirelessly to generate new jobs / new contracts / all so his members had full employment and could in-turn provide for their families. That feeling he gave us as kids in the rec center is the same feeling of safety and stability he provided for his laborers in the union. Always fighting for better pay and benefits for the better sake of the union. He did not feel like his role as the business manager was a job.... He held this role as a way of life. There was never a time John was 'off the clock'. He worked every day to make our union stronger than it was the day before.

John also made sure he looked out for the best interest of his union members. Making sure every family had a turkey on Thanksgiving and gifts under the tree for their children on Christmas. He looked after everyone, even those few who did not like the business manager, he always included everyone. On a more personal note, my brother, who is also an active member of the union, lost his young wife to cancer and fell into a dark place that included depression and prescription drug abuse. John did what was necessary to get him into treatment he needed to overcome these dark days. John used his strong will to provide my brother with the tough love needed to save him. Me and my family will be forever grateful for what he did to save our brother.

Although these are only a few of the many aspects of Mr. John Dougherty's character, *I ask that you* kindly take them into consideration as part of this plea for leniency.

2

Our neighborhood has managed to remain strong because of *John's leadership and tireless* efforts to continue to invest in 'us' and our 'South Philly Neighborhood'. *I am thankful to have his* leadership, encouragement, and most of all a lifelong friendship.

I sincerely hope that you will consider these facts when deciding John's future.

Respectfully,

Richard S. Owens

The Honorable Jeffrey L. Schmehl, United States District Judge The Gateway Building, Suite 518, 201 Penn Street
Reading, PA 19601

Judge Schmehl

Please see attached my resume which I'm very proud of and hopefully you consider as my qualifications to write this recommendation

John Dougherty isn't perfect

None of us are

He's a dedicated husband and father… a loyal friend … a proud citizen, and a very hard working man

But beyond those qualities … his main intentions by which he lives his life, and the extent of sacrifice he's made to realize them, should be how we now define him

John loves Philadelphia! And his entire life, put everything on the line to help our city reach its potential!

His means to an end were sometimes unusual … but the challenges facing "the poorest city in the country" absolutely call for out of the box approaches

And the results speak for themselves: turning around the convention center … supporting capable leadership in city hall and Harrisburg … and most importantly … building the largest well paid workforce in the city's history

For those intentions and accomplishments, we need him to remain in a position to continue to help Philadelphia

The trial itself gave John and his family a wrenching learning experience

The process has taken it's toll in unmeasurable ways that will continue to impact all of them for years to come

On that premise, and going back to his noble intentions, I join with a legion of Philadelphians to implore on you to let this good man move forward with his life and continue his much needed public service

Thank you for your serious consideration of these thoughts

Dear your Honor, My name is Joseph Falck a 25 year member of IBEW local 98 and 40 year resident of South Philadelphia. For the majority of that time I lived around the corner for John. John is a guy that would do anything for people regardless of where you are from, what ethnicity you are. I could fill this letter with stories about John but it might take you a while to read it. But I would like to bring you back to my early days as a member. This would be just one instance of John helping out in the community, mind you John's thinking is work 24/7. Taking away from his family for the betterment of the members of the local or the community he represented for the better part of 30 years.

Back in 2014, Thanksgiving morning my son and I stopped over my mother's house to see her before the we got started on our day, was there for a little over an hour, then left. Driving down 3rd St and to Jackson I see John and few other guys delivering full meals to needy families. I pull over talk to John for a brief moment wishing him a Happy Thanksgiving. He proceeded to tell me that was his I believe his 8 meal he personally delivered that day with more to be delivered. Not asking his membership for help but doing everything himself and the couple other gentleman with him. Mind you that was when his wife took ill. A day where he could have stayed home and spent the day with the family, he was thinking and helping out people in need. But that is just one of many.

I firmly believe John is the reason why me and a lot of people have a career today. He took a not so thriving community and put it on his back. Got us careers in the electrical field and other areas of work, because of that the community is thriving and city was booming.

I just wanted to share my one story and thought with you and hope you count the good of this and other letters you received. His good does out weigh the bad. A lot of people, communities and the city are better off having John Dougherty a part of it.

Thank you for your time in reading this

Joseph Falck

Thank you for allowing me to address the court on behalf of John Dougherty.

I met John about 25 years ago. I was President of the International Federation of Professional and Technical Engineers, Local 3 in Philadelphia, and John allowed our Local to use a banquet room for a Christmas party. I spoke to John afterward to thank him. As Union leaders we had mutual interests. In addition I was also a member of my neighborhood community counsel. After talking to John I realized he was also active in neighborhood affairs. Although we shared common interests, I never had the opportunity to speak with John again, nor did I have any communication with the Leadership at Local 98. I say this because I am not here as a close friend, relative or Local 98 member; rather, I am here because I believe in fairness and redemption.

Over the past three decades, I knew several people, including family, who were Local 98 members and I continued to hear excellent stories about John Dougherty and Local 98. Fortunately, my Labor and community involvement and local TV and Radio allowed me learn many of Local 98 charitable initiatives. After awhile, it was abundantly clear to me, John Dougherty was the inspiration and impetus behind all of the charitable events and donations that involved Local 98.

John Dougherty has earned the reputation as the most respected Labor leader in the Delaware Valley, and it's not for running afoul of the law: it's for all the positive things John has done to lift up so many grateful people. John's charisma and leadership produced more goodwill and charity for the Philadelphia metro area than all area labor organizations combined. Some of the programs Local 98 supported, at Dougherty's direction are:
NEED INPUT FROM A KNOWLEDGEABLE LOCAL 98 EXECUTIVE MEMBER HERE
John grew Local 98 from XXX (NEED MEMBERSHIP NUMBERS HERE) members in 1997 to XXX members today. And in doing so he has improved the lives of thousands of members and their families, providing dignified, good paying jobs, and launching life-long careers.

Anecdotally, electricians were working in my office one day and I asked them about their experience with Local 98. They were thrilled to be Local 98 members and they attributed their prosperity to John Dougherty. "We work every day and that's because of Dougherty" they told me. From my discussions with other Local 98 members over the years , that's the prevailing response. They work because of Dougherty's efforts.

Unfortunately, although the rank and file are grateful for all John Dougherty has done for them, as well as many, many citizens in this city, John is not in a good place today. I am not questioning what this court has previously decided. Rather, I am appealing for fairness when deciding John's fate.

For me, the scales of justice balance the difference between the truth and what is fair. Truth and Fairness are the foundation for Justice. When passing judgement, it is only fair when we consider all aspects of one's behavior. Good deeds and goodwill didn't go to trial. Yet Justice, hence fairness, depends on recognizing and weighing all of the good deeds and all of the goodwill when deciding someone's fate and potential penalties. John Dougherty's life is now hanging in the balance between truth and fairness. I truly hope that fairness prevails for John Dougherty.

Pursuant to fairness, and based on John's decades of benevolence and community service, I believe a well structured, closely supervised penalty program will correct and

rehabilitate John's behavior and provide tangible benefits to society. Incarceration does not achieve that. It's debatable whether incarceration provides any tangible benefits to society.

John Dougherty can pay his debt to the people more effectively out of prison than in. Prisons, among other things, protect society from dangerous criminals. John Dougherty is not a dangerous criminal and not a danger to society.

I can think of at least one remedy that will hold John Dougherty accountable and provide tremendous value to society, and it does not include incarceration. I am hopeful this court agrees prison is not necessary and develops a non-incarceration penalty that allows for effective rehabilitation, while at the same time allows society to be the beneficiary of this courts decision.

Thank you for your patience and your careful consideration and for allowing me to address this court on behalf of John Dougherty and the thousands of grateful citizens that John has helped over the last three decades.

Sincerely,
Dennis Gallagher
1281 Ollerton Road
West Deptford NJ. 08066
Phone. 215-776-5759

To Whom it May Concern,

I am writing this letter to provide a character reference for John Dougherty. My name is Lindsey Singleton. I have come to know Mr. Dougherty on a personal level through being employed as a nurse to care for his wife, Ceilie Dougherty. I first met the Dougherty family back in 2019 while I was employed at Magee Rehabilitation Hospital as a registered nurse. Ceilie Dougherty was a patient there at the time after suffering a stroke and hemorrhagic brain bleed. John Dougherty went above and beyond to be sure that his wife received the very best care. The entire Dougherty family, John especially has always displayed a truly inspirational example of loyalty and commitment to family. The exceptional care that Ceilie receives is because of John's devotion. In my 17 years of nursing career, I have never met a husband and family who are more dedicated to caring for their loved one, especially throughout such a difficult health journey. In the entire year Ceilie was a patient in the hospital, John never missed a day being at her side, sleeping on the floor next to her bed, and assisting us staff members with her hands on care. The love and dedication John has for his wife speaks volumes of his character. I have witnessed him display the same kindness to fellow coworkers, and just about everyone I have seen interact with John. I have come to know him as a very kind and caring person who puts others above himself always.

After Ceilie was discharged from Magee Hospital to home, Mr. Dougherty asked me and several other staff members to provide private nursing care for Ceilie in their home. These past 5 years I have provided home nursing care for the Dougherty family and it has been a privilege and my pleasure to work for the Dougherty family. Prior to meeting the Doughertys through my nursing career, I did not even have a clue who John Dougherty was. I live on a small farm, in a very rural, small town and do not watch much television, news or follow politics. My opinions of John Dougherty are solely based on the admirable devotion and care I have witnessed him provide to his wife over the years.

I hope when making your decisions you take into consideration the paramount role and care that John provides for his wife and what a crucial role he has in her health and care.

Thank you for your time and consideration.

Sincerely,
Lindsey Singleton

Don Siegel
International VP IBEW (retired)
103 Marble Dr
McMurray, PA 15317

May 12, 2024

Judge Jeffrey L. Schmehl
The Gateway Building, Suite 518
201 Penn Street
Reading, PA 19601

RE: John Dougherty

Dear Judge Schmehl,

I am writing this letter to provide a character reference for my friend and colleague, John Dougherty. I have known John for over 35 years. When I met John, I was the newly elected Business Manager of my Local Union 743 in Reading, PA and he was in his final year of apprenticeship at Local Union 98. A few years later he was elected as Business Manager of LU 98. In 1994 I was appointed to the IBEW International staff and assigned to service several Eastern PA and NJ IBEW locals, including LU 98. At the time LU 98 was close to bankruptcy and there were almost 1,000 of the approximately 1,600 LU 98 members out of work and running out of health benefits. During those early years I witnessed first-hand how hard John worked to restore the financial health of LU 98 and its benefit funds which were clearly underfunded at the time. John and his staff took a cut in pay for a few years while working 7 days a week to restore the LU 98 funds and put people back to work. Under John's leadership, LU 98 eventually became one of the most financially healthy locals in the IBEW, increased its membership to approximately 4,600, and increased job opportunities for its members.

John also took a very active interest in the Philadelphia community, heading up the Variety Club for several years and spearheading several other charitable causes. In the immediate aftermath of 9/11, he organized volunteers in Philadelphia to gather critical medical supplies, food and equipment, and load a couple of tractor trailers to send to NYC. He also organized a blood drive for the victims of 9/11.

In the aftermath of hurricane Katrina John organized an event at the Phillies Stadium to gather donations of critical supplies, including generators for hurricane victims in New Orleans. He also arranged for tractor trailers to deliver the items to New Orleans.

Over the years John has initiated and participated in more charitable and community events than I can list here but a few more are worth mentioning.

Over 25 years ago John started the annual Toys and Turkeys Drive for underserved communities in Philadelphia that continues through 2024. In fact, so many toys were collected that John initiated another program, Christmas in July.

Several years ago, when Boat House Row needed new lighting and didn't have the funds for it, LU 98 under John's direction sent volunteers to install new fiber optic cables and lighting.

Around 2013 John again led a volunteer drive to renovate a summer camp for kids with autism on behalf of the Variety Club.

Time and time again John has answered the call of community service in the Philadelphia area and beyond. He has been a go-to person in Philadelphia for getting things done in the community. I have personally witnessed his commitment to Philadelphia and the members of LU 98 over the many years that I have known him.

During these most recent trials John has been described as a selfish, egotistic person who only cares for himself, but these trials simply do not define the John Dougherty that I know. In all his conversations and official dealings with me he has always put the interests of his members first.

The real defining moment for me in observing John's character was when he came to the aid of a member who had been electrocuted and severely injured while working on a high voltage system. It was normal for John to aid members, friends and other community members in time of need, but this member was a political adversary who had a long-running feud with John. That didn't matter; when John heard about the accident he immediately came to his aid and made sure that his family was taken care of during his recovery. John visited the hospital several times, ensuring that he had whatever he needed.

There is so much more that I could say about John's character; however, I close by stating that as long as I have known John, I have found him to be one of the most generous and hard-working people I know.

My hope is that you will consider all the above in your deliberations regarding sentencing, and I am asking for as much leniency as allowed in your final decision.

Respectfully yours,

Don Siegel