**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.     : | CRIMINAL ACTION NO. 19-64-1, -3 |
| : | |
| JOHN DOUGHERTY and  : | |
| BRIAN BURROWS     : | |

**ORDER**

**AND NOW**, this 1st day of August, 2024, having held a hearing on the issue of restitution on July 8, 2024, it is hereby **ORDERED** that the parties shall confer regarding the categories set forth by the Court in the accompanying Memorandum.  By August 9, 2024, the Union shall submit a revised request, and Defendants John Dougherty and Brian Burrows shall submit a filing identifying any remaining disputes about the newly categorized request.

 BY THE COURT:


 */s/ Jeffrey L. Schmehl*
 **JEFFREY L. SCHMEHL, J.**