IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-64 |
| v. | : | |
| JOHN DOUGHERTY | : | HON. JEFFREY L. SCHMEHL |

NOTICE OF APPEAL

Notice is hereby given that John Dougherty, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment and Sentence in a Criminal Case entered by the Honorable Jeffrey L. Schmehl, United States District Judge, in this action on September 11, 2024 in the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

*/s/ Caroline Goldner Cinquanto, Esquire*
The Law Firm of Caroline Goldner Cinquanto
Two Greenwood Square
1331 Street Road, Suite 450
Bensalem, PA  19020
Office:  215.910.2732
Email:  carrie@cgclegal.com

Dated:  September 16, 2024

CERTIFICATE OF SERVICE

I, Caroline Goldner Cinquanto, Esquire, certify that I have caused to be delivered a copy of the within Notice upon the following parties via the Court's electronic filing system on this date:

AUSA Frank Costello
AUSA Bea Witzlevin
Office of the United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

*/s/ Caroline Goldner Cinquanto*
Two Greenwood Square
3331 Street Road, Suite 450
Bensalem, PA  19020
215.910.2732; carrie@cgclegal.com

Date:  September 16, 2024