## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **CRIMINAL NO. 19-64-01** |
| JOHN DOUGHERTY | : | |

## O R D E R

AND NOW, this      day of September 2024, upon consideration of the Third Motion of Defendant John Dougherty to Continue his Reporting Date, and the response of the government, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
**HONORABLE JEFFREY L. SCHMEHL**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **CRIMINAL NO. 19-64-01** |
| JOHN DOUGHERTY | : | |

### GOVERNMENT'S OPPOSITION TO DEFENDANT JOHN DOUGHERTY'S THIRD MOTION FOR CONTINUANCE OF HIS REPORTING DATE

The United States of America, through its attorneys, Jacqueline C. Romero, United States Attorney, and the undersigned attorneys, respectfully submits this response in opposition to defendant John Dougherty's Third Motion to Continue the date on which he is to report to prison, which is tomorrow, October 1, 2024. For the reasons set forth below, the motion should be denied.

The defendant was sentenced to six years in prison by this Court on July 11, 2024. He was ordered to report to prison approximately two months later, on September 4, 2024. At the defendant's request, his reporting date has been continued on two prior occasions. On August 28, 2024, the defendant's reporting date was continued to September 24, 2024. On September 20, 2024, this Court continued the defendant's reporting date to October 1, 2024. As anticipated, he has filed a third request.

The government opposes the defendant's latest request. As previously noted on several occasions, the unfortunate circumstances surrounding the health of the defendant's wife have been present for years and may continue for years. If the defendant is allowed to avoid serving

1

his well-earned sentence for this reason, then there will never be an appropriate time for him to

report to prison.  The defendant has been given generous consideration by the Court and should

not be permitted to delay his reporting date, which is tomorrow, once again.

    The defendant's motion should be denied.

        Respectfully submitted,

        JACQUELINE C. ROMERO
        United States Attorney

        /s/ *Frank R. Costello, Jr.*
        FRANK R. COSTELLO, JR.
        BEA L. WITZLEBEN
        JASON GRENELL
        ANTHONY CARISSIMI
        Assistant United States Attorneys

## CERTIFICATE OF SERVICE

This is to certify that I have caused to be delivered by ECF and email, a true and correct

copy of the within pleading, to the following counsel:

Gregory Pagano
*Counsel for Defendant John Dougherty*

*/s/ Frank R. Costello, Jr.*
FRANK R. COSTELLO, JR.
Assistant United States Attorney

Date: September 30, 2024

3