IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JOHN DOUGHERTY** | CRIMINAL NO: 2:19-cr-00064-JLS-1 |

## ORDER

AND NOW, this 25th day of November, 2025, upon consideration of Defendant John Dougherty's Motion for Leave to File a Supplemental Brief in Support of His Motion for Compassionate Release, and any response thereto, it is hereby ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that Defendant's Supplemental Brief, attached to his Motion, is deemed **FILED** as of the date of this Order.

IT IS SO ORDERED.

BY THE COURT:

*/s/ Jeffery L. Schmehl*
**JEFFREY L. SCHMEHL, J.**