**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,

v.

JOHN DOUGHERTY, *et al.*,

CRIMINAL ACTION
NO. 2:19-CR-00064-1

**O R D E R**

**AND NOW**, this 31st day of March, 2026, upon consideration of Defendant John Dougherty's emergency motion for reconsideration, ECF No. 872, it is hereby **ORDERED** that an evidentiary hearing and oral argument on the motion is **SCHEDULED** to occur on April 17, 2026, at 10:00 a.m. in the Reading Courthouse, which is located at 201 Penn Street, Fifth Floor, Reading, Pennsylvania 19601.

**BY THE COURT:**

*/s/ Jeffery L. Schmehl*
**JEFFREY L. SCHMEHL, J.**