# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 19-64** |
| **JOHN DOUGHERTY** | : | |

## ORDER

**AND NOW**, this            day of April, 2026, it is

O R D E R E D

that the Warden of Lewisburg Federal Correctional Institution produce the body of John J. Dougherty, DOB: April 25, 1960, USM# 77031-066 on May 18, 2026 at 10:00 a.m., United States Courthouse, The Gateway Building 201 Penn Street, 5th Floor, Reading, PA 19601 into the custody of the United States Marshal to testify at an Evidentiary and Oral Argument hearing in the above-captioned case, and said prisoner shall immediately be returned to his facility.

BY THE COURT:

_____

HONORABLE JEFFREY L. SCHMEHL
*Judge, United States District Court*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

              v.                          :              **CRIMINAL NO. 19-64**

JOHN DOUGHERTY                    :

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

AND NOW, the United States of America, by its attorneys, David Metcalf, United States

Attorney and Bea L. Witzleben, Assistant United States Attorney, avers as follows:

l.        John J. Dougherty, USM# 77031-066, DOB: April 25, 1960, is a federal

prisoner presently incarcerated at Lewisburg Federal Correctional Institution.

2.        John J. Dougherty is needed on May 18, 2026, at 10:00 a.m., United States

Courthouse, The Gateway Building 201 Penn Street, 5th Floor, Reading, PA 19601 to testify at

an Evidentiary and Oral Argument hearing in the above-captioned case.

WHEREFORE, your petitioner prays this Honorable Court for a Writ of Habeas Corpus

Ad Testificandum directed to the Warden of Lewisburg Correctional Institution and the United

States Marshal, requiring the persons to produce the above-named prisoner on May 18, 2026,

upon a finding that he is the defendant who is required to testify at a hearing in the above-

captioned case, and said prisoner shall immediately be returned to his  facility.                        .

Respectfully yours,

DAVID METCALF
United States Attorney


 */s/ Bea Witzleben*
Bea L. Witzleben
Assistant United States Attorney

Date: April 10, 2026