**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JOHN DOUGHERTY** | **CRIMINAL DOCKET**<br>**NO. 2:19-cr-00064-001-JLS** |

**O R D E R**

**AND NOW**, this 29th day of July, 2026, upon consideration of Defendant John Dougherty's emergency motion for reconsideration of the denial of Defendant's request for compassionate release, ECF No. 872, the response and reply thereto, and after holding an evidentiary hearing, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is **DENIED**.

**BY THE COURT:**

[signature]

**JEFFREY L. SCHMEHL, J.**