**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 19-64-1** |
| **JOHN DOUGHERTY** | : | |

**GOVERNMENT'S NOTICE OF COMMUTATION OF SENTENCE**

The United States Attorney's Office for the Eastern District of Pennsylvania has been notified by the Office of the Pardon Attorney that President Donald J. Trump has commuted the sentence of defendant John Dougherty in this case as follows: "an immediate commutation of his entire sentence to time served with no further fines, restitution, probation, or other conditions."

This office was asked to notify this Court (including the clerk of the Court and the sentencing judge) of this fact.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Bea L. Witzleben*
BEA L. WITZLEBEN
ANTHONY J. CARISSIMI
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this Notice has been served on counsel for the parties identified below through the Electronic Case Filing (ECF) system:

John Dougherty

*/s/ Bea L. Witzleben*
BEA L. WITZLEBEN
Assistant United States Attorney

Date: September 9, 2026.